B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Society of Jesus, Oregon Province** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**93-0386932** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3215 SE 45th Avenue<br>Portland, OR**<br>ZIP Code **97206** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Multnomah** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 86010<br>Portland, OR**<br>ZIP Code **97286-0010** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Society of Jesus, Oregon Province** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Society of Jesus, Oregon Province** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas W. Stilley**
Signature of Attorney for Debtor(s)

**Thomas W. Stilley 88316**
Printed Name of Attorney for Debtor(s)

**Sussman Shank LLP**
Firm Name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**

Address

**Email: tom@sussmanshank.com**

**(503) 227-1111**
Telephone Number

**February 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael A. Tyrrell, S.J.**
Signature of Authorized Individual

**Michael A. Tyrrell, S.J.**
Printed Name of Authorized Individual

**Treasurer**
Title of Authorized Individual

**February 17, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. _____ |
| **Society of Jesus, Oregon Province** | ) | |
| | ) | **EXHIBIT "C-1"** |
| | ) | |
| | ) | [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors |
| Debtor(s) | ) | and attached to <u>ALL</u> copies of the Petition.] |

**(NOTE:  You must answer ALL questions.  Attach additional sheets if necessary.  Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1.  DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
    **NONE**

2.  Street address and description of principal assets (note property):
    **3215 SE 45th Avenue
    Portland OR 97206-0000**

3.  **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:    <u>**February 17, 2009**</u>    <u>**/s/ Michael A. Tyrrell, S.J.**</u>    _____

                                         Debtor's Signature             Phone #       Joint Debtor's Signature

## BANKRUPTCY DOCUMENT PREPARER DECLARATION

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u>  Firm (Type or Print): _____

Address (Type or Print): _____

Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:

_____

Signature: _____Last 4 digits of Social Security #:_____ Phone #:_____

**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

# United States Bankruptcy Court
### District of Oregon

In re    **Society of Jesus, Oregon Province** _____    Case No. _____

_____    Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................... | $ | **See attached fee agreement\*** |
| Prior to the filing of this statement I have received.................................................. | $ | **490,135.60\*** |
| Balance Due.................................................................................................................. | $ | **See attached fee agreement\*** |

**\*Of this amount, $325,000 represents a retainer received on 2/12/09, of which $68,387.29 has been applied to prepetition fees and expenses incurred between 1/20/09 and 2/16/09.  The remaining $281,612.71 will be applied to fees as they are incurred in this case.  $233,522.89  in prepetition fees and expenses were paid during the one year before the filing of the petition.  See also attached Bankruptcy Attorney Client Fee Agreement.**

2.    The source of the compensation paid to me was:

  ☒ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

  ☒ Debtor    ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
  a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
  e.    [Other provisions as needed]
       **None**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **N/A**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 17, 2009** _____    **/s/ Thomas W. Stilley** _____
                                                                 **Thomas W. Stilley 88316**
                                                                 **Sussman Shank LLP**
                                                                 **1000 SW Broadway**
                                                                 **Suite 1400**
                                                                 **Portland, OR 97205-3089**
                                                                 **(503) 227-1111**

---

BANKRUPTCY ATTORNEY CLIENT FEE AGREEMENT
(Chapter 11 Petition)

CLIENT:       **SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic non-profit religious corporation**

ATTORNEY:     Sussman Shank LLP ("Attorney")

Client desires to retain Attorney for the purposes described in this Agreement and agrees to be responsible for payment of Attorney's fees and costs as established in this Agreement and in the Terms of Representation attached hereto as Exhibit A. To the extent this Agreement and the Terms of Representation are inconsistent, this Agreement will control. This Agreement and the Terms of Representation are hereafter, collectively, the "Agreement".

Attorney agrees to represent Client under the terms and conditions of this Agreement and to be compensated at the rates set forth in this Agreement. Client requests and Attorney agrees to render professional services, including (a) giving Client legal advice with respect to its business operations; (b) assisting Client in any proposed reorganization of its business; (c) if authorized, filing an appropriate petition for relief under Title 11 of the United States Bankruptcy Code; (d) giving Client legal advice with respect to its powers and duties in any proceeding in bankruptcy; (e) proposing on behalf of Client all necessary applications, answers, orders, reports, or other legal papers; and (f) performing for Client any and all other legal services that may be necessary in connection with the filing of any petition or proceeding in bankruptcy.

Client and Attorney agree that Attorney's compensation for services performed pursuant to this Agreement will be Attorney's customary hourly rates in effect at the time the services are performed for the attorneys, paralegals, and legal assistants who provide services for Client. Such compensation arrangements must be agreed to between Client and Attorney and approved by the Bankruptcy Court. At the time this Agreement is executed, Attorney's current hourly rates, with any agreed initial hourly rate reductions, are as follows:

See Exhibit "B"

These hourly rates are subject to periodic adjustment to reflect economic conditions and increased experience and expertise in this area of law. Although Attorney has agreed to reduce certain of its currently hourly rates as an accommodation to Client, Client acknowledges that Attorney has not agreed to make future accommodations to Client when Attorney's customary hourly rates change from time to time. Attorney's time and paralegal time are billed in minimum .10 hour increments. Attorney will provide Client with itemized statements for services rendered and expenses incurred at the time Attorney applies to the Bankruptcy Court for approval of the fees and expenses incurred.

Client agrees to pay Attorney a retainer of $325,000 (the "Retainer"). The Retainer is an initial payment against fees and expenses incurred and to be incurred after January 20, 2009. The Retainer will be deposited in Attorney's retainer account and applied to fees and expenses as they are incurred, subject to any required court approval. Once the accumulated hourly fees and expenses exceed the initial payment, Client will be responsible to Attorney for paying those additional charges. If upon termination of Attorney's services, the accumulated hourly fees and expenses are less than the initial payment, or if the court does not approve accumulated fees and expenses equal to or greater than the amount of the initial payment, Attorney will refund the excess portion to Client. Attorney agrees to bill Client at its usual hourly rates in effect at the time the services are performed and Client agrees to pay those fees and any costs and expenses incurred or advanced when due, subject to any court approval that may be required. Attorney will account for time and expenses incurred with such fees and expenses to be credited against the initial payment and any excess will be paid by Client from its other funds.

1 - BANKRUPTCY ATTORNEY CLIENT FEE AGREEMENT

As set forth elsewhere in this Agreement, Attorney shall have the option to require Client to perform various mailings and advance other significant costs as they become due from Client's ongoing income. In addition to the foregoing hourly rates, Client agrees to be responsible for payment of all costs incurred or advanced by Attorneys in representing Client. Examples of such costs include filing fees, court reporter fees, long-distance telephone, and photocopies (whether made in Attorney's office or an outside printing service).

A quarterly fee based on the Client's disbursements is assessed by the Office of the United States Trustee on all Chapter 11 debtors. Client is responsible for payment of the quarterly fees.

Client has been informed and acknowledges that Attorney has no responsibility to hire or pay outside professionals such as special counsel, appraisers, accountants, bookkeepers, or expert witnesses, unless satisfactory arrangements are made with Attorney in advance for payment of such outside professionals. All such outside professionals must be approved by the Bankruptcy Court before starting work or the Court may deny payment to the professional.

Client acknowledges it has been informed of the Court's rule requiring the filing of a monthly financial report (Rule 2015 Report) on the Court's form by the 15th business day of each month. Client assumes all responsibility for completing the form and delivering it to Attorney's office by the 15th day of the month. Failure to timely file these reports can result in dismissal of the Chapter 11 proceeding.

Attorney assumes no responsibility for advancing the costs of major mailings in the case. Client acknowledges that Attorney has advised Client that there could be several major mailings during the course of a Chapter 11 case and that the costs of printing and postage for such mailings are significant costs. Client may be required to send documents to each of Client's creditors in connection with each such mailing. Client agrees to pay mailing costs in advance of such mailings directly to the company that will be performing such mailings. Client also acknowledges that the Court will likely require Client to publish notices regarding the Chapter 11 case in various newspapers. Attorney has advised Client that the cost of such publications will be substantial, likely in excess of $100,000. Client agrees it will pay such costs directly from its own funds.

Client agrees to cooperate with Attorney, to complete all forms requested by Attorney, and to provide Attorney with all information necessary to enable Attorney to represent Client's best interests. If Client declines to cooperate, or knowingly provides Attorney with false or fraudulent information, or testifies untruthfully in any matter before the Court, Client agrees that Attorney has the right to immediately resign.

If permitted by law, should either party find it necessary to take steps to enforce this Agreement, the costs of doing so, including reasonable attorneys' fees before trial, at trial, or after appeal, as determined by the court, will be borne by the losing party.

Client acknowledges that Attorney has advised that the actual Attorney's fees and expenses, considering the size and complexity of the case, will be substantial. Client acknowledges that Attorney has advised that under the rules of the Bankruptcy Court, Attorney has the right to submit an application for payment of fees to the Court in accordance with the Court's rules, which may be done as frequently as the Bankruptcy Court rules permit. Unless the Bankruptcy Court allows more frequent applications, the Court currently considers applications three times per year. Client is aware and agrees that in order for Attorney to receive monthly payments during the Chapter 11 case, Attorney will seek to have the court approve monthly payments to court-approved professionals, including Attorney, of approximately 80% of their fees and expenses with the remainder of such fees to be paid at such time as the professionals file applications for approval of such fees and expenses.

ATTORNEY DOES NOT UNDERTAKE TO GIVE CLIENT TAX ADVICE.  CLIENT AGREES TO CONSULT ITS OWN ACCOUNTANT OR COMPETENT TAX COUNSEL WITH RESPECT TO ALL TAX ISSUES.

DATED: February _17_ , 2009

CLIENT:        SOCIETY OF JESUS, OREGON PROVINCE

By: _____
Michael A. Tyrell, S.J.
Treasurer

ATTORNEY:    SUSSMAN SHANK LLP

By: _____
Thomas W. Stilley
Partner

Attachments:

    A.    Terms of Representation
    B.    Hourly Rates

F:\CLIENTS\19620\003\CHAPTER 11 FEE AGREEMENT (FINAL FORM).DOC

3 - BANKRUPTCY ATTORNEY CLIENT FEE AGREEMENT



## SUSSMAN SHANK LLP

A T T O R N E Y S   A T   L A W

## TERMS OF REPRESENTATION

Sussman Shank LLP is pleased to have the opportunity to represent you. From the outset and throughout our relationship with you, it is essential that we maintain a mutual and open line of communication. In order to assist that process, we are providing you with the following information about our standard client service practices and billing procedures. These practices and procedures will apply to our statements for legal services performed on your behalf unless you have reached a different written understanding with us.

## STAFFING ASSIGNMENTS FOR YOUR LEGAL REPRESENTATION

One lawyer will generally be assigned primary responsibility for seeing that your legal needs are met. When appropriate, additional lawyers may from time to time assist in providing legal services. We attempt to assign lawyers and other personnel on the basis of experience, expertise, nature and scope of the issues, and the time constraints imposed by the matter. This is done to provide you with the highest level of expertise and to provide prompt attention to your matter, while also attempting to minimize the cost to you. Our office also utilizes law clerks, paralegals and legal secretaries to perform routine legal services, such as information gathering, form preparation and legal research, which would otherwise have to be performed by a lawyer. These services are billed at substantially lower rates.

## BASIS FOR FEES

Our fees for a particular matter are based upon a variety of factors, depending on the nature of your case. The principal factor is time spent on the matter. You should expect to be charged for all time expended on your behalf, from the initial consultation through the conclusion of the project, including office conferences, telephone discussions, correspondence (including E-mails), review of documents and correspondence, research, travel time, and any other time expended on your behalf.

In some instances, other factors in addition to time may be appropriate in determining the basis for your fees. These can include the novelty and difficulty of questions involved, the experience and abilities of the lawyers rendering the services, the amount at issue, the results obtained, and time limitations imposed by you or by the circumstances of the matter. Conversely, there are cases in which other factors such as the result, the relatively small size, or other considerations will justify our charges being less than the normal hourly rate times the amount of time spent.

Hourly rates of our lawyers and legal assistants reflect fees generally charged in the area and the lawyers' experience and expertise. These rates are subject to periodic adjustment and are typically adjusted at the beginning of each fiscal year, October 1st. A statement of rates is available at any time upon your request.

EX _____ 4 _____
PAGE _____ / _____ OF _____ 5 _____

## COSTS AND EXPENSES

We may, at your request, provide you with an estimate of the cost of legal services in your case. We will do our best to provide an accurate estimate, but in any legal matter, circumstances may arise that will cause the cost to exceed the estimate, sometimes by a substantial amount. Our estimate will be a good faith effort to provide you with a figure for planning purposes. It is not a guarantee or an agreement on our part to provide the agreed on legal services for no more than the estimate. Our firm may advance or incur certain costs and expenses that will be charged to you. Such charges include court filing fees, deposition expenses, title company reports, long distance telephone charges, photocopying, printing, computerized legal research, travel expenses, messenger services, project staff, secretarial overtime, postage, and similar costs. Some costs and expenses (such as telephone and duplication) may be charged at a higher rate than the actual amount incurred. Although all such expenses are your responsibility and we assume no liability for payment, for administrative ease we may advance payment to these providers if your account is current. When the amounts due are large, however, we may forward invoices to you for direct payment. We will consult with you prior to entering into any commitments for any substantial expense items, regardless of which of us will be billed by the provider of the service.

## RETAINER

We may request that you provide a retainer to our firm prior to our providing services. Any retainer will be held in trust for you. We are required by the Oregon Supreme Court to participate in the Interest on Lawyer Trust Account (IOLTA) program. Under this program, interest on funds deposited in our trust account is paid to the Oregon Legal Foundation, a nonprofit organization which provides pro bono legal services. Unless otherwise agreed in writing, when we issue statements for our services, the amount billed will be paid to the firm from that statement at the time the statement is mailed to you. If after you receive our statement you disagree with any amounts charged against the retainer, please contact us immediately. At the conclusion of our representation of you, any unexpended retainer will be refunded to you. If we do not initially request a retainer, we may later request that a retainer be provided. Also, we may request that the retainer be replenished or increased.

## MONTHLY INVOICES

Our firm bills on a monthly basis. Our monthly billing cycle ends on the 20th of each calendar month and bills are mailed approximately 2 weeks later. Our statements are payable upon receipt. If we are representing more than one person or entity, each of you are jointly and severally liable for the full amount billed. Other billing arrangements are possible but must be specifically provided for in a written agreement. A Statement of Account will be forwarded to you automatically each month if you have any outstanding invoices. Any amount due over sixty days will be reviewed by firm management, who may contact you.



EX _____ A _____
AGE ___ 2 ___ OF _ 5 __

## DELINQUENT ACCOUNTS

Our law firm, like other businesses, has substantial cash demands that require us to expect client accounts to be paid promptly on receipt or in accordance with another agreed payment schedule.  In the event an account becomes delinquent, the firm employs the same prudent collection procedures used by other businesses to ensure the vast majority of the firms clients who do pay their bills promptly are not penalized for the additional cost attributable to delinquent bills.  Unless we agree otherwise in writing, or unless we are representing you in a matter which is primarily for personal, family, or household purposes, a 1.25% per month late fee for accounts over 31 days past due may, in our discretion, be charged.  If any suit or action, arbitration or other proceeding is commenced to collect attorney fees, costs, or other charges from you, the prevailing party shall be entitled to an award against the other party for the prevailing party's reasonable attorney fees and related costs, including expert witness fees, incurred at both the trial and appellate court levels.

## CONFLICTS OF INTEREST

We have performed a name check of our other clients to see if our representing you creates a conflict of interest for our firm.  That check was done using your name and the other names you gave us before we commenced working with you.  Please inform us immediately if you use other names, have affiliated companies, or if there are others with involvement in this matter so that we may enter those into our conflicts system.  Failure to do so may prevent us from discovering a conflict which, as discussed later, may disqualify us from continuing to represent you and cause considerable inconvenience and expense.

## TERMINATION OF SERVICES

You may terminate your attorney-client relationship with our firm at any time, subject to the payment of our then outstanding fees and costs.  Similarly, we retain the right to cease performing legal services and terminate our representation of you for any reason consistent with the applicable ethical rules, including conflicts of interest or delinquency or nonpayment of legal fees and expenses incurred on your behalf.  In the event of termination, the law provides us with the right to obtain a lien upon any of your documents in our possession at the time of termination or upon the proceeds of any judgment or settlement entered in your favor until payment in full of your account is received.

## TAX ADVICE

The matters we handle for you may have tax implications. Usually, clients obtain tax advice from their accountants and we will assume that your accountant will be providing you with that tax advice. If you wish, one of our tax attorneys can provide you with tax advice as well. Please advise us in writing if you wish for us to provide you with tax advice as part of our representation.



EX _____ A

PAGE _____ 3 __ OF _5__

## COMMUNICATION

We value our professional relationship with you. Most often, problems can be avoided if there is full and candid communication between us. Our goal is to ensure that legal services are delivered effectively, efficiently and professionally. We also take care to provide you with billings that are accurate and understandable. If we are meeting our goal of keeping you informed about the legal work we are doing, our billing should merely reflect and confirm work which you already know we have done. Nevertheless, you should feel free to direct any questions about services, billing practices, or payment status to the lawyer responsible for your account, to our Administrator or to our accounting department.

No one can guarantee the security of cell phones and e-mail. If you choose to converse with us that way, be aware of the dangers of being overheard or of having your communication intercepted. We will not call you on a cell phone and will not use e-mail without your permission. If you give us a cell phone number or we receive e-mail from you, we will assume we may respond by e-mail or by cell phone.

## PRIVACY NOTICE

In the course of our relationship with you, it may be necessary to collect personal information from you to provide certain legal services. The confidentiality of this information is ensured by our adherence to the highest professional standards of confidentiality and the rules of governing attorney-client confidences. These rules generally prohibit us from disclosing confidential information without your consent.

### Types of Nonpublic Personal Information We May Collect

We may collect nonpublic personal information about you that is provided to us by you or obtained by us with your authorization.

### Parties to Whom We Disclose Information

For all clients, we do not disclose any nonpublic personal information obtained in the course of our practice except as necessary to provide you with legal and related services. For instance, our staff may have access to your nonpublic personal information in order for us to efficiently provide you with the legal services you have requested. In some situations we may provide information to another organization (such as your accountant, your realtor, or insurance company) in order to obtain information or assist in providing the legal services you have requested. In all such situations, we stress the confidential nature of information being shared.

EX _A_
PAGE _4_ OF _5_

**Protecting the Confidentiality and Security of Current and Former Clients' Information**

We retain records relating to professional services you have asked us to provide. In order to protect the confidentiality of your nonpublic personal information, we maintain physical, electronic and procedural safeguards that comply with the Code of Professional Responsibility that governs our profession. Please call us with any questions that you have about protecting your privacy, (503) 227-1111.

## CLOSING

On conclusion of this matter we will write to you advising you that we have concluded our work. In closing your file, we will return any original copies of personal documents that you may have provided to us and archive your file for 10 years. At the end of that 10-year period, we will destroy the file without notice to you unless there is some reason to retain it further.

F:\FORMS\TERMS OF REPRESENTATION LETTERS\TERMS OF REPRESENTATION.DOC

EX _____ *A*
PAGE _5_ OF _5_

# FIRM RESOURCE DIRECTORY

## BILLING RATES

### FY 2008/2009 BILLING RATES

| Timekeeper Codes | Timekeeper | Standard Hourly Rates |
|---|---|---|
| **Partners:** | | |
| BPC | Barry P. Caplan | 400 |
| JRS | Jeffrey R. Spere | 335 |
| HML | Howard M. Levine | 400 |
| JCM | Jeffrey C. Misley | 350 |
| JEM | John E. McCormick | 335 |
| MGH | Michael G. Halligan | 325 |
| RLC | Robert L. Carlton | 375 |
| TWS | Thomas W. Stilley | 375 |
| KLC | Nena Cook | 300 |
| GWM | Skip W. McKallip Jr. | 300 |
| SSF | Susan S. Ford | 350 |
| DDH | Darin D. Honn | 315/325 "IP" |
| JST | Jeffrey S. Tarr | 315 |
| JWA | Jason W. Alexander | 280 |
| RWN | Robert W. Nunn | 325 |
| JAS | John A. Schwimmer | 375 |
| WGF | William G. Fig | 250 |
| EAS | Elizabeth A. Semler | 240 |
| HAK | Heather A. Kmetz | 260 |
| **Special Counsel:** | | |
| MPM | Martin P. Meyers | 325 |
| MDL | Michael D. Levelle | 275 |
| HMH | Harry M. Hanna | 330 |
| **Associates:** | | |
| LRH | Laurie R. Hager | 220 |
| JDB | Jeff D. Brecht | 230 |
| DGT | Dallas G. Thomsen | 230 |
| PGR | Patrick G. Rowe | 250 |
| DRM | Dustin R. Moyes | 200 |
| GSA | Gabriela Sanchez | 220 |
| REK | Robert E. Kellogg | 240 |
| HBL | Heather B. Lee | 245 |

As of September 30, 2008

EX _____ B
PAGE _____ 1 _____ OF _____ 2

# FIRM RESOURCE DIRECTORY

## BILLING RATES

**Paralegals:**

| | | |
|---|---|---|
| KLB | Kathryn L. Bernard | 120 |
| MWB | Michelle W. Bodenheimer | 125 |
| SMB | Sally M. Browning | 150 |
| MLD | Michelle L. Dolan | 170 |
| TJH | Jai Hart | 140 |
| JCH | Juliette C. Horwitz | 125 |
| MJJ | Mary Jo Jacobs | 165 |
| KAM | Kathy A. Moody | 150 |
| SRP | Sonny R. Patterson | 90 |
| TLW | Teresa L. Whitcomb | 150 |

**Legal Assistants:**     95

As of September 30, 2008

EX   β
FA   2 OF 2

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re    **Society of Jesus, Oregon Province**                                          ,    Case No. _____

                                                 _____                              Chapter _____ **11**
                                                         Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 7 | 1,164,000.00 | | |
| B - Personal Property | Yes | 15 | 3,656,386.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 5,744.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 61,770,085.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 74 | | | |
| Total Assets | | | 4,820,386.16 | | |
| Total Liabilities | | | | 61,775,829.72 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Oregon

In re  **Society of Jesus, Oregon Province** _____ ,  Case No. _____

Debtor

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      **Society of Jesus, Oregon Province**
_____,      Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| The Debtor is required by the Code of Canon Law of the Roman Catholic Church ("Canon Law"), the Constitutions of the Society of Jesus (the "Constitutions"), the Complimentary Norms of the Constitutions of the Society of Jesus (the "Norms"), the Statutes on Religious Poverty in the Society of Jesus (the "Statutes on Poverty"), and the Society's Instruction on the Administration of Goods (the "IAG"), as each was promulgated and has been and may be amended and/or restated from time to time, to maintain certain trust funds. These funds include, without limitation, the Apostolic Works Fund, the Formation Fund, the Aged and Infirm Fund, and the Foundations Fund. Each of these funds is a charitable trust under applicable civil law. The Debtor's only interest in these funds is as legal title holder and trustee. The Debtor has no beneficial interest in the funds. Except as otherwise stated, the property listed below is held for the benefit of these funds and is not property of the estate. | | - | 0.00 | 0.00 |
| Loyola Jesuit Center - Curia 3215 SE 45th Ave Portland, OR 97206 | Fee simple | - | 1,129,000.00 | 0.00 |
| Loyola Jesuit Center - Studio 3215 SE 45th Ave Portland, OR 97206 | Fee simple | - | 35,000.00 | 0.00 |
| Loyola Jesuit Center - Rodriquez Residence/Chapel 3215 SE 45th Avenue Portland, OR 97206 Value: $1,129,420 Legal Title: Society of Jesus, Oregon Province. | Legal Title Only - Property Held in Trust - No Beneficial Interest | - | 0.00 | 0.00 |

Sub-Total >      **1,164,000.00**      (Total of this page)

__6__    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                            ,    Case No. _____

                                           Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Capitol Hill Jesuit Community Residence 621 17th Ave E Seattle, WA Value: $1,431,500 Legal Title: Society of Jesus, Oregon Province. Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Capitol Hill Jesuit Community. Debtor is the trustee of the Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Legal Title Only - Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Tibbets Street Residence 4444 SE Tibbets Portland, OR Value: $300,000 Legal Title: Society of Jesus, Oregon Province. Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries. Debtor is the trustee of the Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Legal Title Only - Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Gonzaga Jesuit Community Villa (Hayden Lake) 12528 N. Rockaway Bay Rd. Hayden Lake, ID Value: $7,280,256 Legal Title: Society of Jesus, Oregon Province. Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Gonzaga Jesuit Community. Debtor is the trustee of the Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Legal Title Only - Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Nestucca Sanctuary (approx 2 acres) Pacific City, OR Value: Unknown Legal Title: Society of Jesus, Oregon Province. Beneficial Interest: Oregon Province Formation Fund charitable trust and its beneficiaries. Debtor is the trustee of the Formation Fund and has no beneficial interest in the fund or its property.** | **Legal Title Only - Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |

                                 Sub-Total >       **0.00**       (Total of this page)

Sheet   **1**   of   **6**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**
                                        Debtor

Case No. _____

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Regis Jesuit Community Senior Care Residence 1107 N. Astor Spokane, WA 99202 Value: $2,843,000 Legal Title: Pioneer Educational Society. Beneficial Interest: Oregon Province Formation Fund charitable trust and its beneficiaries. Debtor is the trustee of the Formation Fund and has no beneficial interest in the fund or its property.** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Jesuit Novitiate of St. Francis Xavier 3301 SE 45th Ave Portland, OR 97206 Value: $1,395,130 Legal Title: Pioneer Educational Society. Beneficial Interest: Oregon Province Formation Fund charitable trust and its beneficiaries. Debtor is trustee of Formation Fund and has no beneficial interest in the fund or its property.** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Arrupe Jesuit Community Villa Beaver Lake Issaquah, WA Value: $1,539,500 Legal Title: Pioneer Educational Society. Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Arrupe Jesuit Community. Debtor is trustee of Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Cardoner Jesuit Community Residence 215 N. Naches Ave. Yakima, WA Value: $189,500 Legal Title: Pioneer Educational Society. Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Cardoner Jesuit Community. Debtor is trustee of the Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |

Sub-Total >        **0.00**    (Total of this page)

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Capitol Hill Jesuit Community Villa**<br>**17306 Marine Dr.**<br>**Stanwood, WA**<br>**Value: $1,301,500**<br>**Legal Title: Pioneer Educational Society.**<br>**Beneficial Interest: Oregon Province Apostolic**<br>**Works Fund charitable trust and its beneficiaries,**<br>**including Capitol Hill Jesuit Community.**<br>**Debtor is trustee of the Apostolic Works Fund and**<br>**has no beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |
| **Manresa Jesuit Community Residence**<br>**3007 N. Perry St.**<br>**Spokane, WA 99207**<br>**Value: $705,000**<br>**Legal Title: Pioneer Educational Society.**<br>**Beneficial Interest: Oregon Province Apostolic**<br>**Works Fund charitable trust and its beneficiaries,**<br>**including Manresa Jesuit Community.**<br>**Debtor is the trustee of the Apostolic Works Fund**<br>**and has no beneficial interest in the fund or its**<br>**property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |
| **Arrupe Jesuit Community of Seattle University**<br>**Residence**<br>**924 E. Cherry St.**<br>**Seattle, WA 98122**<br>**Value: $2,672,000 (Building Only)**<br>**Building located on property leased from Seattle**<br>**University to Pioneer Educational Society for**<br>**benefit of Oregon Province Apostolic Works Fund**<br>**charitable trust and its beneficiaries, including**<br>**Arrupe Jesuit Community.**<br>**Legal Title to Land: Seattle University.**<br>**Beneficial Interest in Building Only: Oregon**<br>**Province Apostolic Works Fund charitable trust and**<br>**its beneficiaries, including Arrupe Jesuit**<br>**Community.**<br>**Debtor is trustee of Apostolic Works Fund and has**<br>**no beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |

Sub-Total >            0.00       (Total of this page)

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**
_____,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **St. Micheals Cemetery**<br>**St. Michaels Rd.**<br>**Spokane, WA**<br>**Value: Unknown**<br>**Legal Title: Pioneer Educational Society.**<br>**Beneficial Interest: Oregon Province Aged/Infirm**<br>**Fund charitable trust and its beneficiaries.**<br>**Debtor is the trustee of the Aged/Infirm Fund and**<br>**has no beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |
| **Jesuit Community of Anchorage Residence**<br>**1500 Birchwood St.**<br>**Anchorage, AK**<br>**Value: $308,000**<br>**Legal Title: Society of Jesus, Alaska.**<br>**Beneficial Interest: Oregon Province Apostolic**<br>**Works Fund charitable trust and its beneficiaries.**<br>**Debtor is trustee of the Apostolic Works fund and**<br>**has no beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |
| **Missoula Jesuit Community Residence**<br>**1110 Jackson St.**<br>**Missoula, MT 59802**<br>**Value: $467,000**<br>**Legal Title: Montana Catholic Missions.**<br>**Beneficial Interest: Oregon Province Apostolic**<br>**Works Fund charitable trust and its beneficiaries,**<br>**including Missoula Jesuit Community.**<br>**Debtor is trustee of the Apostolic Works Fund and**<br>**has no beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |
| **Nestucca Sanctuary (approx 90 acres)**<br>**Pacific City, OR**<br>**Value: $466,000**<br>**Legal Title: Jesuit Novitiate of Sheridan, Oregon.**<br>**Beneficial Interest: Oregon Province Formation**<br>**Fund charitable trust and its beneficiaries.**<br>**Debtor is trustee of the Formation Fund and has no**<br>**beneficial interest in the fund or its property.** | **Property Held in Trust -**<br>**No Beneficial Interest** | - | 0.00 | 0.00 |

Sub-Total >               0.00          (Total of this page)

Sheet __4__ of __6__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                 ,     Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Orton Hall - Bellarmaine Jesuit Community Residence**<br>**2300 S Washington St.**<br>**Tacoma, WA 98405**<br>**Value: $750,000 (Building Only)**<br>**Building is located on land owned by Bellarmine Preparatory School.  Subject to written agreement providing that Bellarmine Preparatory School will purchase building for appraised value if Bellarmine Jesuit Community decides to move.**<br>**Legal Title to Land: Bellarmine Preparatory School**<br>**Beneficiary Interest in Building Only: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Bellarmine Jesuit Community.**<br>**Debtor is trustee of Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **None** | - | 0.00 | 0.00 |
| **Gonzaga Jesuit Community Residence**<br>**502 E. Boone Ave.**<br>**Spokane, WA**<br>**Value: Unknown (Building Only)**<br>**Building is located on land owned by Gonzaga University.  Subject to written use agreement providing a procedure for determining value of building should community choose to move and sell building to Gonzaga University.**<br>**Legal Title to Land: Corporation of Gonzaga University**<br>**Beneficial Interest in Building Only: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Gonzaga Jesuit Community**<br>**Debtor is trustee of Apostolic Works Fund and has no beneficial interest** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |
| **Colombiere Jesuit Community Residence**<br>**3215 SE 45th Ave**<br>**Portland, OR 97206**<br>**Value: $4,104,410**<br>**Legal Title: Society of Jesus, Oregon Province.**<br>**Beneficial Interest: Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Colombiere Jesuit Community.**<br>**Debtor is the trustee of the Apostolic Works Fund and has no beneficial interest in the fund or its property.** | **Legal Title Only - Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |

Sub-Total >          0.00       (Total of this page)

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                      ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Omak Mission Church**<br>**Omak, WA**<br>**Value: Unknown**<br>**Legal Title:  Pioneer Educational Society may hold record title to property**<br>**Beneficial Interest: Catholic Bishop of Spokane**<br>**Property deeded to Catholic Bishop of Spokane approximately 20 years ago.  Deed may not have been recorded.** | **Legal Title Only** | - | 0.00 | 0.00 |
| **DeSmet Mission Farm Property**<br>**DeSmet, ID**<br>**Value: Unknown**<br>**Legal Title: Montana Catholic Missions - approx 1,000 acres (tribal land)**<br>**          Pioneer Educational Society - approx 640 acres (timber company land)**<br>**Beneficial Interest: Oregon Province Apostolic Fund charitable trust and its beneficiaries.**<br>**Debtor is trustee of Apostolic Works Fund but has no beneficial interest in the fund or its property. Farm land was given by Coeur d'Alene tribe to provide income for the mission.  Additional land was given to mission by timber companies after property was logged and no longer had any value to them.  Tribal land is subject to an 1887 treaty requiring that land be used only for religioius and educational purposes.** | **Property Held in Trust - No Beneficial Interest** | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **1,164,000.00** | |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     **Society of Jesus, Oregon Province**           ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **The Debtor is required by the Code of Canon Law of the Roman Catholic Church ("Canon Law"), the Constitutions of the Society of Jesus (the "Constitutions"), the Complimentary Norms of the Constitutions of the Society of Jesus (the "Norms"), the Statutes on Religious Poverty in the Society of Jesus (the "Statutes on Poverty"), and the Society's Instruction on the Administration of Goods (the "IAG"), as each was promulgated and has been and may be amended and/or restated from time to time, to maintain certain trust funds. These funds include, without limitation, the Apostolic Works Fund, the Formation Fund, the Aged and Infirm Fund, and the Foundations Fund. Each of these funds is a charitable trust under applicable civil law. The Debtor's only interest in these funds is as legal title holder and trustee. The Debtor has no beneficial interest in the funds. Except as otherwise stated, the property listed below is held for the benefit of these funds and is not property of the estate.** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Choice IV Commercial Checking (General) Acct # 050-5000327 $261,683.43 Business Market Rate Savings (Money Market) Acct # 050-8000052 $32,834.57 Choice IV Commercial Checking (Payroll) Acct # 050-5000330 $0 Choice IV Commercial Checking (Social Security) Acct # 050-5000341 $0 Choice IV Commerical Checking (Development) Acct # 708-9240928 $0 Location: Wells Fargo Bank, Portland, OR** | - | 294,518.00 |

                                                                         Sub-Total >        **294,518.00**
                                                    (Total of this page)

\_\_**11**\_\_ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** _____,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Cash Management Account**<br>**Cash Reserve Acct # 311-04J93**<br>**Location: Merrill Lynch, Portland, OR**<br><br>**This account may contain pooled funds of the Debtor and of the Apostolic Works Fund, the Aged and Infirm Fund, and the Formation Fund charitable trusts. The amount allocated to each is accounted for by the Debtor in its books and records, which as of the petition date was as follows:**<br>**Debtor $2,336,228.00**<br>**Apostolic Works Fund $0**<br>**Aged and Infirm Fund $0**<br>**Formation Fund $0** | - | 2,336,228.00 |
| | | **Mater Dei Institute Trust Acct # 311-04J86 (Debtor holds funds in trust for Mater Dei Institute. Debtor receives residual interest if Institute ceases to exist)**<br>**Location: Merrill Lynch, Portland, OR**<br>**Acct Balance: $125,594** | - | Unknown |
| | | **Catholic View Broadcasts Trust Acct # 311-04J88 (Legal Title Only - Debtor holds funds in trust for Catholic Views Broadcast)**<br>**Location: Merrill Lynch, Portland, OR**<br>**Acct Balance: $87,747** | - | 0.00 |
| | | **Robert J. Spitzer Trust Acct # 311-04J89 (Legal Title Only - Debtor holds funds in trust for Spitzer nieces and nephews)**<br>**Location: Merrill Lynch, Portland, OR**<br>**Acct Balance: $52,621** | - | 0.00 |
| | | **Annuity Trust Funds Acct # 311-04J92 (Established for deposit of charitable gift annuity funds and used to make required payments to charitable gift annuitants)**<br>**Location: Merrill Lynch, Portland, OR**<br>**Acct Balance: $307,217** | - | Unknown |
| | | **Certificat of Deposit**<br>**Location: Albina Community Bank, Portland, OR**<br>**Acct # 4284** | - | 81,539.94 |

Sub-Total >       2,417,767.94
(Total of this page)

Sheet __1__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Wells Fargo Bank, Portland, OR American Jesuits in Africa Checking (Legal Title Only - Debtor holds funds in trust for Oregon Province Apostolic Fund charitable trust for benefit of Jesuits working in Zambia) Account # 481-0166772 Acct Balance: $16,880** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Articles in Oregon Province Archives Location: Gonzaga University Library**<br><br>**Books -**<br>**Cataloged (Historical) - 324 volumes**<br>**Limbo (Historical) - 13 volumes**<br>**Not cataloged (Alaska) - 148**<br>**Indian languages (NW History) - 60 volumes**<br><br>**Periodicals -**<br>**Cataloged backissues (Hist) - 225**<br>**Cataloged Current (Hist) - 20**<br><br>**Media -**<br>**Microfilm (referenced) - 72**<br>**Microfilm (silver masters) - 7**<br><br>**Religious Items -**<br>**"Sacred Encounters" items - 4**<br>**Other sacreamental/historical - 31** | - | Unknown |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid premium to Christian Brothers Risk Management Trust Policy # 1186107 Renewal Date 6/15/2009** | - | 77,740.00 |

Sub-Total >    77,740.00
(Total of this page)

Sheet __2__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**
_____,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Beneficial interest in insurance policy on life of Molly Loch Munro CUNA Mutual Ins Society, Policy # JV0463411 Death Benefit: $5,000** | - | **Unknown** |
| | | **Western Pacific Insurance Company - CLP 17803 Comprehensive Liability** | - | **Unknown** |
| | | **Western Pacific Insurance Company CLP 24924 Comprehensive Liability** | - | **Unknown** |
| | | **General Insurance Company of America CP 200028 Liability** | - | **Unknown** |
| | | **General Insurance Company of America CP 202775 Liability** | - | **Unknown** |
| | | **SAFECO Insurance Companies CP 342813 Liability** | - | **Unknown** |
| | | **SAFECO Insurance Companies UL 751789 Liability** | - | **Unknown** |
| | | **SAFECO Insurance Companies CP 791745 Liability** | - | **Unknown** |
| | | **SAFECO Insurance Companies CP 791745A Liability** | - | **Unknown** |
| | | **SAFECO Insurance Companies CP791745B Blanket Liability** | - | **Unknown** |
| | | **General Insurance Company of America CP 791745C General Liability** | - | **Unknown** |
| | | **General Insurance Company of America CP791745D Commercial Policy including Property, General Liability and Inland Marine** | - | **Unknown** |
| | | **General Insurance Company of America UL 801172 Excess Liability** | - | **Unknown** |
| | | **SAFECO Insurance Company of America UL 791745B Excess Liability** | - | **Unknown** |
| | | **SAFECO Insurance Company of America UL 791745C Excess Liability** | - | **Unknown** |
| | | **SAFECO Insurance Company of America UL 791745D Commercial Liability Catastrophe Coverage** | - | **Unknown** |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __3__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Atlantic Mutual Insurance Company - Comprehensive General Liability 298 00 11 78 | - | Unknown |
| | | Atlantic Mutual Insurance Company - Umbrella 298 00 11 78 | - | Unknown |
| | | Atlantic Mutual Insurance Company - Primary 298 00 39 81 | - | Unknown |
| | | Atlantic Mutual Insurance Company - Umbrella 298 00 39 81 | - | Unknown |
| | | American States - Commercial General Liability 02-CC--140308-1 | - | Unknown |
| | | American States - Umbrella 01-SU-096116 | - | Unknown |
| | | American States - Commercial General Liability 02-CC-140308-2 | - | Unknown |
| | | American States - Umbrella 01-SU-096116 | - | Unknown |
| | | USF&G - Comercial General Liability MP300401354 | - | Unknown |
| | | General Star Indemnity - Umbrella IUG309090 | - | Unknown |
| | | USF&G Commercial General Liability - 1MP300889028 | - | Unknown |
| | | General Star Indemnity - Umbrella IUG309090A | - | Unknown |
| | | USF&G Commercial General Liability - 1MP300889028-01 | - | Unknown |
| | | General Star Indemnity - Umbrella IUG309090B | - | Unknown |
| | | USF&G Commercial General Liability 1MP300889028-02 | - | Unknown |
| | | General Star Indemnity - Umbrella IUG309090C | - | Unknown |
| | | USF&G Commerical General Liability 1MP300889028-03 | - | Unknown |
| | | General Star Indemnity - Umbrella 1XG343355 | - | Unknown |
| | | United Pacific/Reliance - Commercial General Liability QB1672301 | - | Unknown |

                                                                Sub-Total >          **0.00**
                                                            (Total of this page)

Sheet __4__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                                    Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | United Pacific/Reliance - Umbrella QU1672301 | - | Unknown |
| | | United Pacific/Reliance - Commercial General Liability QB1672301 | - | Unknown |
| | | Reliance - Commercial General Liability PP1672301 | - | Unknown |
| | | Reliance - Umbrella QU1672301 | - | Unknown |
| | | Travelers - Commercial General Liability P630225095A | - | Unknown |
| | | Travelers - Umbrella CUP2225D9957A | - | Unknown |
| | | Royal Insurance - Umbrella P2HN206716 | - | Unknown |
| | | Lexington Insurance Company - Umbrella 702148 | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | | **Charitable gift annuity payable by Jesuit High School to Evelyn Dieringer. Oregon Province Formation Fund charitable trust entitled to receive 1/3 of balance when Evelyn Dieringer dies. Debtor is trustee of Formation Fund and has no beneficial interest.** | - | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **20 shares Skagit State Bancorp, Inc.** | - | 1,497.00 |
| | | **See Exhibit "1" attached** | - | 0.00 |

Sub-Total >           **1,497.00**
(Total of this page)

Sheet   **5**   of   **11**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | Trustee's interest only in partnership interest in Waterford Retirement Facility partnerships conveyed by Dieringer Estate to Debtor for benefit of Jesuits in formation.<br>Value: Unknown.<br>Beneficial interest owned by Oregon Province Formation Fund charitable trust and its beneficiaries.  Debtor is the trustee of the Oregon Province Formation Fund and has no beneficial interest in the fund or its property. | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Operating loan to Holy Spirit Center, Anchorage, AK | - | 44,000.00 |
| | | Loan payable by Oregon Province Apostolic Works Fund charitable trust to Oregon Province Formation Fund charitable trust.  Debtor is trustee of both trusts and has no beneficial interest in the monies that are owed.  Current loan balance: $8,953,303 | - | 0.00 |
| | | Note receivable from Jesuit High School for benefit of Oregon Province Apostolic Works Fund charitable trust and its beneficiaries resulting from purchase by school of Jesuit High School Community's residence<br>Beneficiary: Jesuit High School Jesuit Community<br>Loan proceeds expected to be contributed by Jesuit High School Jesuit Community to Debtor as Community Surplus Funds.<br>Annual payments total approximately $50,000. | - | 400,000.00 |
| | | Note receivable from Catholic Bishop of Northern Alaska for benefit of Oregon Province Apostolic Works Fund resulting from the Catholic Bishop's purchase of Fairbanks Jesuit Community's Residence<br>Beneficiary:  Br. Joe Prince Jesuit Community<br>Note proceeds are expected to be contributed by Br. Joe Prince Jesuit Community to Debtor as Community Surplus Funds | - | 217,018.00 |
| 16. Accounts receivable. | | Accounts receivable from various Jesuit Communities for their contributions to Oregon Province Aged and Infirm Fund.<br>Beneficial interest owned by Oregon Province Aged and Infirm Fund charitable trust.<br>Debtor is trustee of Aged and Infirm fund and has no beneficial interest in amounts owed.<br>Accounts owed: $62,498 | - | 0.00 |
| | | Accounts Receivable | - | 7,731.22 |

|  | Sub-Total > | 668,749.22 |
|---|---|---|
|  | (Total of this page) | |

Sheet __6__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Mueller #1 Trust Acct # 311-04J84 (Debtor has residual interest only)** **Location: Merrill Lynch, Portland, OR** **Acct Balance: $15,004** | - | **Unknown** |
| | | **Mueller #2 Trust Acct # 311-04J85 (Debtor has residual interest only)** **Location: Merrill Lynch, Portland, OR** **Acct Balance: $135,350** | - | **Unknown** |
| | | **Transamerica Life Insurance Policy # 0201F119216 FBO Helen Kay Kreitzenbeck** **Cash Surrender Value $82,082 (Debtor's interest limited to death benefit payble upon Keritzenbeck's death)** | - | **Unknown** |
| | | **Beneficial interst in insurance policy on life of Dorothy Mae Blanchette** **American General Life Insurance Company, Policy No. B10073978C** **Death Benefit: $100,000** | - | **Unknown** |
| | | **Beezer Charitable Trust** **Location: US Trust Acct # 73-11-111-3076290** **Value: $112,099** **Distributions total approx $1,500 per quarter and are contingent upon Beezer remaining a Jesuit.** **Beneficial interest owned by Oregon Province Aged and Infirm Fund charitable trust and its beneficiaries.** **Debtor is trustee of Aged and Infirm Fund and has no beneficial interest in the fund or its property.** | - | **0.00** |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __7__  of  __11__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          Case No. _____

                                                        ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Beneficial interest in Flanagan Trust.<br>Location: West Coast Trust Acct # 20008200<br>Contingent upon Flanagan remaining a Jesuit. | - | 48,337.00 |
| | | Beneficial interest in Heintzelman Residuary Trust<br>Location: Merrill Lynch Acct # 208-74C72<br>Distribution expected on 1/2/2010 | - | 54,711.00 |
| | | Hamsher Charitable Remainder Unitrust<br>Location: Allen Trust Company<br>Value: Unknown<br>Distributions to Hamsher's son until his death.<br>Beneficial interest held by Oregon Province<br>Formation Fund charitable trust and its<br>beneficiaries<br>Debtor is trustee of Formation Fund and has no<br>beneficial interest | - | 0.00 |
| | | Beneficial interest in John K. Ridgway Trust<br>Location: Washington Trust Bank Acct # 44-6998-5<br>Present Value of Trust Estate: Approx $213,911<br>Distributions approx $2,400/quarter<br>Contingent upon Ridgway remaining a Jesuit. | - | Unknown |
| | | Beneficial interest in insurance policy on life of Roy<br>Pleas<br>Mass Mutual Policy # 3772948<br>Death Benefit: $20,000 | - | Unknown |
| | | Beneficial interest in insurance policy on life of<br>Jeanne M. Lee<br>Union Central Life Ins. Co, Policy # 04205996<br>Death Benefit: $325,000 | - | Unknown |
| | | Beneficial interest in insurance policy on life of<br>Jeane Kish<br>New York Life Ins Co, Policy # 43 444 930<br>Death Benefit: $25,000 | - | Unknown |
| | | Beneficial interest in Eugenia Purdy Trust<br>US Bank Acct # 99006920<br>Value: Unknown<br>Value contingent upon various factors | - | Unknown |
| | | Beneficial interest in Bozarth Fund for benefit of<br>Oregon Province Aged and Infirm Fund charitable<br>trust and its beneficiaries. Gonzaga University is the<br>trustee.<br>Debtor is trustee of the Aged and Infirm Fund and<br>has no beneficial interest in the fund or its property. | - | 0.00 |

Sub-Total >      103,048.00
(Total of this page)

Sheet __8__ of __11__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Society of Jesus, Oregon Province**                                          ,      Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Distributions from Pokorney Estate administered by Jesuit High School** Annual distributions approx. 4.5% or $5,000. **Beneficial Interest: Oregon Province Aged and Infirm Fund charitable trust** Debtor is trustee of Aged and Infirm Fund and has no beneficial interest | - | 0.00 |
| | | **Suttey Estate adminstered by Gonzaga University with final distribution due 12/31/09** Value: $1,136,000 **Beneficial Interest: Oregon Province Formation Fund charitable trust.** Debtor is trustee of Formation Fund and has no beneficial interest. | - | 0.00 |
| | | **Distributions from Murphy/Maughn Estates administered by Gonzaga University** Annual distributions: approx $4,500 **Beneficial Interest: Oregon Province Formation Fund charitable trust** Debtor is trustee of Formation Fund and has no beneficial interest | - | 0.00 |
| | | **Distributions under will of M. DeJardin FBO Rev. DeJardin** US Trust Acct # 7911222628300 Quarterly distributions approx $5,770 Beneficiaries: As determined by Rev. DeJardin. Debtor holds funds in trust with distributions contingent upon DeJardin remaining a Jesuit. | - | 0.00 |
| | | **Residual interest in Testementary Trust of Marylee A. Lowry** Lifetime sole beneficiary: Rhea M. Arthur | - | Unknown |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Indemnity and allocation of liability claims against Catholic Bishop of Northern Alaska, an Alaska corporation, related to tort claims against the Debtor arising out of alleged torts committed by officers, directors, employees, agents, and representatives of Catholic Bishop of Northern Alaska** | - | Unknown |
| | | **Possible indemnity and contribution claims against Seattle University, a Washington corporation, related to tort claims against the Debtor arising out of alleged torts committed by officers, directors, employees, agents, and representatives of Seattle University** | - | Unknown |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **9**  of  **11**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                ,     Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Possible indemnity and contribution claims against Corporation of Gonzaga University, a Washington corporation, related to tort claims against the Debtor arising out of alleged torts committed by officers, directors, employees, agents, and representatives of Corporation of Gonzaga University** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobiles (listed on Exhibit "2" hereto)** | - | **34,875.00** |
| | | **Legal title only to automobiles for benefit of Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including the Jesuit Communities within the Oregon Province.** **Estimated Value: $463,475** **Debtor is the trustee of the Apostolic Works Fund and has no beneficial interest in automobiles** | - | **0.00** |
| | | **Legal title only to automobiles for the benefit of Oregon Province Formation Fund and its beneficiaries** **Estimated Value: $54,475** **Debtor is trustee of Formation Fund and has no beneficial interest in the automobiles** | - | **0.00** |
| | | **Legal title only to automobiles for benefit of Oregon Province Aged and Infirm Fund charitable trust and its beneficiaries.** **Estimated Value: $92,700** **Debtor is trustee of Aged and Infirm Fund and has no beneficial interest in automobiles.** | - | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |

                                          Sub-Total >     **34,875.00**
                                       (Total of this page)

Sheet **10** of **11** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **Furniture, kitchen/dining equipment, laundry equipment, tools, televisions, computers, printers, phones, etc.**<br>**Location: Loyola Jesuit Center** | - | 19,462.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Office Supplies**<br>**Location: Loyola Jesuit Center, Portland, OR** | - | 8,699.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Pledges from donors for benefit of Oregon Province** | - | 30,030.00 |
| | | **Pledges from donors for benefit of Oregon Province Apostolic Works Fund charitable trust.**<br>**Value: $789,326**<br>**Debtor is trustee of Apostolic Works Fund and has no beneficial interest in the fund or its property.** | - | 0.00 |
| | | **Pledges from donors for benefit of Oregon Province Formation Fund charitable trust.**<br>**Value: $564,347**<br>**Debtor is trustee of Formation Fund and has no beneficial interest in the fund or its property.** | - | 0.00 |
| | | **Pledges from donors for benefit of Oregon Province Aged and Infirm Fund charitable trust.**<br>**Value: $2,311,839**<br>**Debtor is trustee of Aged and Infirm fund and has no beneficial interest in the fund or its property.** | - | 0.00 |

|  | Sub-Total > | 58,191.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,656,386.16 |

Sheet __11__ of __11__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

EXHIBIT "1"
To Schedule B – Personal Property
Chapter 11 Bankruptcy Schedules
Society of Jesus, Oregon Province

13. <u>Stock and interests in incorporated and unincorporated business. Itemize</u>.

The Debtor operates subject to and in accordance with the Code of Canon Law of the Roman Catholic Church ("Canon Law"), the Constitutions of the Society of Jesus (the "Constitutions"), the Complimentary Norms of the Constitutions of the Society of Jesus (the "Norms"), the Statutes on Religious Poverty in the Society of Jesus (the "Statutes on Poverty"), and the Society's Instruction on the Administration of Goods (the "IAG"), as each was promulgated and has been and may be amended and/or restated from time to time.  The Statutes on Poverty and the IAG require the Debtor to, among other things, establish and maintain four primary funds (the "*Province Arcae*") as follows: (1) a fund for the support and formation of those in Probation and engaged in studies, and for those who are in engaged in serving them (the "Formation Fund" or "*Arca Seminarii*"); (2) a fund for the care of the aged and the sick (the "Aged/Infirm Fund" or "*Arca Praevisionis*"); (3) a fund to promote certain works, such as retreat houses, especially for non-Jesuits, centers for the Social Apostolate or for the spread of Catholic teaching through the media; for charitable works both in and outside the Society; and for other like Apostolates that would otherwise lack sufficient resources (the "Apostolic Works Fund" or *"Arca Operum Apostolicorum"*); and (4) a fund to set up or develop Houses, whether these have already been established or are yet to be established, according as necessity or opportunity may indicate (the "Foundations Fund" or "*Arca Fundationum*").  Each of these funds is a charitable trust under applicable civil law, with the Debtor's interest therein being only that as a trustee and legal title holder, but not as the holder of any beneficial interest.

The Funds' investments are pooled together and allocated among the following accounts and investment managers:

Union Bank of California, Portland, OR
Managed Custody Acct # 2000012450-01
Investment Manager - P.E. Becker
Approx Value: $10,149,970.96

Union Bank of California, San Francisco, CA
Managed Custody Acct # 2000012450-01
Investment Manager - Loomis Sayles
Approx Value: $16,937,942.39

Union Bank of California, San Francisco, CA
Managed Custody Acct # 200143760-01
Investment Manager -  Marsico Capital Management
Approx Value: $11,801,087.00

Managed Custody Acct # 6731006060
Investment Manager - Rice Hall James
Approx Value: $3,328,021.03

Artisan Funds, Boston MA
Artisan International Mutual Fund
Acct # 5024074
Approx Value:$2,733,739.51

American Funds, San Francisco, CA
Euro Pacific Growth Mutual Fund
Acct # 64733341
Approx Value: $3,445,233.73

The allocation of the Funds' investments as of December 31, 2009 are as follows:

Apostolic Fund – $1,870,539
Formation Fund –  $10,335,231
Aged and Infirm Fund –  $36,234,991
Foundations Fund – $0

**F:\CLIENTS\19620\003\SCHEDULES\EXHIBIT 1 TO PERSONAL PROPERTY - SCHEDULE B (CHECKING-SAVINGS ACCTS).DOC**

| Insured Auto List | | | | | | | |
|------|-----|------|------------------|---------------------|----------|------|-----------|
| Site | #   | Year | Description      | VIN                 | Location | Fund | Value     |
| 441  | 100 | 1999 | TOYOTA CAMRY     | JT2BG22K8X0286018   |          | 1    | 3,450.00  |
| 451  | 110 | 2005 | TOYOTA CAMRY     | 4T1BE32K15U548742   |          | 1    | 10,600.00 |
| 502  | 161 | 2008 | SUBARU LEGACY SD | 4S3BL616487220895   |          | 1    | 20,825.00 |
|      |     |      | _                |                     |          |      | 34,875.00 |

EXHIBIT 2 TO SCHEDULE B - AUTOMOBILES

B6D (Official Form 6D) (12/07)

In re    **Society of Jesus, Oregon Province** _____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | | Subtotal (Total of this page) | | | |
| | | | | | Total (Report on Summary of Schedules) | | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re __Society of Jesus, Oregon Province_____, Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __5___ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                      ,    Case No. _____
                                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>**Aarseth, Lisa**<br>**19724 SW 57th Ave**<br>**Tualatin, OR 97062** | - | | | SEP accrual through 1/31/2009 | | | | **269.00** | 0.00 | **269.00** |
| Account No.<br><br>**Allred, Darlene**<br>**20285 SW Elwert Rd**<br>**Sherwood, OR 97140** | - | | | SEP accrual through 1/31/2009 | | | | **275.00** | 0.00 | **275.00** |
| Account No.<br><br>**Blackman, Dorathy**<br>**403 Adams**<br>**P O Box 327**<br>**Davenport, WA 99122** | - | | | SEP accrual through 1/31/2009 | | | | **180.00** | 0.00 | **180.00** |
| Account No.<br><br>**Cook, Veronica**<br>**2704 N. Martin St.**<br>**Spokane, WA 99207** | - | | | SEP accrual through 1/31/2009 | | | | **332.00** | 0.00 | **332.00** |
| Account No.<br><br>**Dittman-Parmar, Aly**<br>**P O Box 48436**<br>**Spokane, WA 99228** | - | | | SEP accrual through 1/31/2009 | | | | **162.00** | 0.00 | **162.00** |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
| **1,218.00** | | **1,218.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                   ,      Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | | |
| Hagen, Joyceann 4444 SE Tibbetts Portland, OR 97206 | | - | | | | | | 107.00 | 0.00 | 107.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | | |
| Hamilton, Cheryl P O Box 1945 Airway Heights, WA 99001 | | - | | | | | | 162.00 | 0.00 | 162.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | | |
| Hinkley, Amanda 41109 N. Jackson Rd Elk, WA 99009 | | - | | | | | | 179.00 | 0.00 | 179.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | | |
| Jordahl, Lois 5510 SE Pardee St. Portland, OR 97206 | | - | | | | | | 267.00 | 0.00 | 267.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | | |
| Karier, Maria 611 W 23rd Ave Spokane, WA 99203 | | - | | | | | | 141.00 | 0.00 | 141.00 |

Sheet _**2**_ of _**5**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 856.00 | 856.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Society of Jesus, Oregon Province**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | |
| **Lockyear, William** **11687 NW Vallevue Ct** **Portland, OR 97229** | - | | | | | | | | 0.00 |
| | | | | | | | | 600.00 | 600.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | |
| **Marks, Kathleen** **4415 29th Ave West** **Seattle, WA 98199** | - | | | | | | | | 0.00 |
| | | | | | | | | 480.00 | 480.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | |
| **McLure, Carol** **2722 E So. Riverton #8** **Spokane, WA 99207** | - | | | | | | | | 0.00 |
| | | | | | | | | 168.00 | 168.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | |
| **Miley, Edward** **3231 W Boone #38** **Spokane, WA 99201** | - | | | | | | | | 0.00 |
| | | | | | | | | 315.00 | 315.00 |
| Account No. | | | | SEP accrual through 1/31/2009 | | | | | |
| **O'Brien, Tina** **1619 2nd Ave West** **Seattle, WA 98199** | - | | | | | | | | 0.00 |
| | | | | | | | | 532.00 | 532.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 2,095.00 · 2,095.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Ortiz-Fyhr, Tina**<br>**3511 W Rosamond Ave**<br>**Spokane, WA 99224** | | - | | SEP accrual through 1/31/2009 | | | | **188.00** | 0.00<br><br>**188.00** |
| Account No.<br><br>**Scrimgeour, Theresa**<br>**3303 W 9th Ave**<br>**Spokane, WA 99224** | | - | | SEP accrual through 1/31/2009 | | | | **346.00** | 0.00<br><br>**346.00** |
| Account No.<br><br>**Shaw, Thelma**<br>**40075 Sunset Bay Rd**<br>**Loon Lake, WA 99148** | | - | | SEP accrual through 1/31/2009 | | | | **348.00** | 0.00<br><br>**348.00** |
| Account No.<br><br>**Stevens, Jennifer**<br>**8112 N. General Lee Way**<br>**Spokane, WA 99208** | | - | | SEP accrual through 1/31/2009 | | | | **184.00** | 0.00<br><br>**184.00** |
| Account No.<br><br>**Tunstall, James**<br>**6848 SE Division**<br>**Portland, OR 97206** | | - | | SEP accrual through 1/31/2009 | | | | **162.00** | 0.00<br><br>**162.00** |

Sheet __4__ of __5__ continuation sheets attached to                                      Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims                      (Total of this page)    **1,228.00**    **1,228.00**

B6E (Official Form 6E) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **SEP accrual through 1/31/2009** | | | | | |
| **Whitley, Kathleen E 8610 Harrington #3 Spokane, WA 99212** | - | | | | | | | | **0.00** |
| | | | | | | | | **347.00** | **347.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **347.00** | **347.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **5,744.00** | **5,744.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Society of Jesus, Oregon Province**                                  ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **A. A.** **c/o Michelle Menely, Esq.** **600 University St. Ste 2100** **Seattle, WA 98101-4185** | - | | | | | | X | X | **5,000,000.00** |
| Account No. | | | | | **Michael Pfau, Esq.** **Pfau, Cochran, et al** **701 5th Avenue, Ste 4750** **Seattle, WA 98104** | | | | |
| **Representing:** **A. A.** | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **A. K.** **c/o Valcarce Law Office, LLC** **P O Bo 409, 900 3rd Ave** **Bethel, AK 99559** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | Tort Claim | | | | |
| **A. S.** **c/o Leander L. James, Esq.** **1626 Lincoln Way** **Coeur D Alene, ID 83814** | - | | | | | | X | X | **Unknown** |

___38___  continuation sheets attached

Subtotal
(Total of this page)              **5,000,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29819-090123    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**A. S.** | | | | | | **Andrew Chasan, Esq.**<br>**Timothy Walton, Esq.**<br>**1459 Tyrell Lane**<br>**Boise, ID 83701** | | | | |
| Account No.<br><br>**Representing:**<br>**A. S.** | | | | | | **Mike Pfau, Esq.**<br>**Pfau, Cochran et al**<br>**701 5th Ave Ste 4750**<br>**Seattle, WA 98104** | | | | |
| Account No.<br><br>**A. W.**<br>**c/o David Henderson Law Office**<br>**P O Box 2441**<br>**Bethel, AK 99559** | - | | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **48 4956 8723 Todd Keogh**<br><br>**AES Graduate & Professional Services**<br>**Harrisburg, PA 17130-0001** | - | | | | | **Precautionary -**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. **SM 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 Cormac Brissett**<br><br>**Affiliated Computer Services**<br>**P O Box 78844**<br>**Phoenix, AZ 85062-8844** | X - | | | | | **Precautionary -**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province**                          ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-5110-1 Michael Laveson**<br><br>**Affiliated Computer Services**<br>P O Box 78844<br>Phoenix, AZ 85062-8844 | - | | Precaecationary -<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No.<br><br>**AGG Enterprises**<br>P O Box 17163<br>Portland, OR 97217-0163 | - | | Utilities | | | | **Unknown** |
| Account No. **322507A**<br><br>**Aloha Produce**<br>P O Box 42447<br>Portland, OR 97242 | - | | 2/5/2009<br>Vendor | | | | **180.98** |
| Account No. **48 4896 8723 Todd Keogh**<br><br>**American Education Services**<br>Harrisburg, PA 17130-0001 | X - | | Precaecationary -<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. **6850572028 Michael Laveson**<br><br>**American Education Services**<br>Harrisburg, PA 17130-0001 | X - | | Precaecationary -<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |

Sheet no. __2___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**180.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Society of Jesus, Oregon Province**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Debtor has agreed to pay for counseling | | | | |
| B. S. c/o Cooke, Roosa LLC 3700 Jewel Lake Rd Anchorage, AK 99502 | - | | | | | | | X | | **Unknown** |
| Account No. **08-25068** | | | | | | 1/31/2009 Vendor | | | | |
| Basic Fire Protection, Inc. 8135 NE Martin Luther King Blv Portland, OR 97211 | - | | | | | | | | | **858.00** |
| Account No. **MHolland012** | | | | | | 1/22/2009 Vendor | | | | |
| Bellamine House of Studies 3737 Westminster Pl. Saint Louis, MO 63108 | - | | | | | | | | | **7,425.00** |
| Account No. | | | | | | Debtor has committed to pay for counseling | | | | |
| Bo. Subject to Motion for Protective Order to be filed | - | | | | | | | X | | **Unknown** |
| Account No. **Dec 08** | | | | | | 12/1/2008 Vendor | | | | |
| Boston College for WJST Attn: Paul Haran, More 310 140 Commonwealth Ave Chestnut Hill, MA 02467 | - | | | | | | | | | **6,149.00** |

Sheet no. __**3**___ of __**38**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **14,432.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5M 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**<br><br>**Brissett, Cormac**<br>**Loyola Jesuit House**<br>**6234 North Kenmore Ave**<br>**Chicago, IL 60660-2101** | X | - | | | **Affiliated Computer Services -**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **75,136.93** |
| Account No.<br><br>**C. B.**<br>**c/o Valcarce Law Office, LLC**<br>**P O Bo 409, 900 3rd Ave**<br>**Bethel, AK 99559** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**C. B.**<br>**Subject to Motion for**<br>**Protective Order to be filed** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**C. F.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | | - | | | **Tort Claim** | | X | X | **5,000,000.00** |
| Account No.<br><br>**Representing:**<br>**C. F.** | | | | | **Michael Pfau, Esq.**<br>**Pfau, Cochran et al**<br>**701 5th Ave, Ste 4750**<br>**Seattle, WA 98104** | | | | |

Sheet no. __4___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,075,136.93**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                      ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| **C. K.** **Subject to Motion for** **Protective Order to be filed** | | - | | | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Tort Claim | | | | |
| **C. M.** **c/o Blaine Tamaki, Esq.** **1340 N. 16th Ave Ste C** **Yakima, WA 98902** | | - | | | X | X | |
| | | | | | | | **75,000.00** |
| Account No. | | | Tort Claim | | | | |
| **C. S.** **c/o John Allison, Esq.** **2208 W. 2nd Avenue** **Spokane, WA 99205** | | - | | | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Tort Claim | | | | |
| **CA-V** **c/o Blaine Tamaki, Esq.** **1340 N. 16th Ave Ste C** **Yakima, WA 98902** | | - | | | X | X | |
| | | | | | | | **75,000.00** |
| Account No. | | | Possible Indemnity, contribution, and allocation of fault claims relating to tort claims where CBNA and Debtor are named as co-defendants | | | | |
| **Catholic Bishop of Northern AK** **c/o Susan G. Boswell, Esq.** **One South Church Ave Ste 1700** **Tucson, AZ 85701** | | - | | | X | X | |
| | | | | | | | **Unknown** |

Sheet no. __5___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **150,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　　**Society of Jesus, Oregon Province**　　　　　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Comcast<br>P O Box 173885<br>Denver, CO 80217-3885 | | - | Utiltities | | | | Unknown |
| Account No.<br><br>Cooke Roosa LLC<br>Law Offices<br>3700 Jewel Lake Road<br>Anchorage, AK 99502 | | - | Multiple Tort Claims | | X | X | Unknown |
| Account No.<br><br>Corporation of Gonzaga U.<br>Attn: Michael Casey, Esq.<br>502 East Boone Avenue<br>Spokane, WA 99258-0102 | | - | Possibly indemnity, contribution, and allocation of fault claims relating to tort claims where Corporation of Gonzaga U. and Debtor are named as co-defendants | | X | X | Unknown |
| Account No. 8941830263<br><br>Couture, Patrick<br>3301 SE 45th Avenue<br>Portland, OR 97206 | X | - | Student Loan Foundation<br>Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 17,430.64 |
| Account No.<br><br>CV-R<br>c/o Blaine Tamaki, Esq.<br>1340 N. 16th Ave Ste C<br>Yakima, WA 98902 | | - | Tort Claim | | X | X | 75,000.00 |

Sheet no. __6___ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)　　92,430.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| D. A. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205 | | - | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| D. D. Subject to Motion for Protective Order to be filed | | - | | | X | X | Unknown |
| Account No. | | | Debtor has committed to pay for counseling | | | | |
| D. D. Subject to the Motion for Protective Order to be filed | | - | | | X | | Unknown |
| Account No. | | | Debtor has committed to pay for counseling | | | | |
| D. L. c/o New Perspectives Ctr 1674 Wintere Street NE Salem, OR 97301 | | - | | | X | | 0.00 |
| Account No. | | | Tort Claim | | | | |
| D. M. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205 | | - | | | X | X | Unknown |

Sheet no. __7___ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tort Claim | | | | |
| D. P. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | - | | | | | X | X | 75,000.00 |
| Account No. | | | | Tort Claim | | | | |
| D. S. c/o William A. Gilbert, Esq. 100 E. Broadway, P O Box 2149 Moses Lake, WA 98837 | - | | | | | X | X | 50,000.00 |
| Account No. | | | | Tort Claim | | | | |
| D. Sk. c/o Leander L. James, Esq. 1626 Lincoln Way Coeur D Alene, ID 83814 | - | | | | | X | X | Unknown |
| Account No. Representing: D. Sk. | | | | Andrew Chasan, Esq. Timothy Walton, Esq. 1459 Tyrell Lane Boise, ID 83701 | | | | |
| Account No. Representing: D. Sk. | | | | Mike Pfau Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |

Sheet no. __8__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **D. T.** <br> **c/o Valcarce Law Office, LLC** <br> **P O Bo 409, 900 3rd Ave** <br> **Bethel, AK 99559** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **E. B. 1** <br> **c/o Cooke, Roosa LLC** <br> **3700 Jewell Lake Rd** <br> **Anchorage, AK 99502** | - | | **Debtor has committed to pay for counseling** | | X | | **Unknown** |
| Account No. <br><br> **E. B. 2** <br> **c/o Valcarce Law Office, LLC** <br> **P O Bo 409, 900 3rd Ave** <br> **Bethel, AK 99559** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **F. D.** <br> **Subject to Motion for** <br> **Protective Order to be filed** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **F. N.** <br> **c/o Valcarce Law Office, LLC** <br> **P O Bo 409, 900 3rd Ave** <br> **Bethel, AK 99559** | - | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __**9**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.  **Tort Claim**  F. V. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | - | | | | Tort Claim | | X | X | 5,000,000.00 |
| Account No.  Representing: F. V. | | | | | | Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No.  FI. c/o Cooke, Roosa LLC 3700 Jewel Lake Rd Anchorage, AK 99502 | | - | | | | Debtor has committed to pay for counseling | X | | | Unknown |
| Account No.  Fo. Subject to Motion for Protective Order to be filed | | - | | | | Tort Claim | | X | X | Unknown |
| Account No.  G. Subject to Motion for Protective Order to be filed | | - | | | | Tort Claim | | X | X | Unknown |

Sheet no. __10__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 5,000,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province** _____,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Tort Claim | | X | X | |
| G. C. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | | | | | | | | Unknown |
| Account No. | | | - | | Tort Claim | | X | X | |
| G. G. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205 | | | | | | | | | Unknown |
| Account No. | | | - | | Tort Claim | | X | X | |
| G. R. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | | | | | | | | Unknown |
| Account No. | | | - | | Debtor has committed to pay for counseling | | X | | |
| G. R. 1 Subject to Motion for Protective Order to be filed | | | | | | | | | Unknown |
| Account No. | | | - | | Debtor has committed to pay for counseling | | X | | |
| G. R. 2 c/o Dr. Ann Stockman 4050 Lake Otis Pkwy, Ste 201 Anchorage, AK 99508 | | | | | | | | | Unknown |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Tort Claim | | X | X | |
| G. S. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | | | | | | | Unknown |
| Account No. | | | - | Tort Claim | | X | X | |
| G. V. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | | | | | | | 5,000,000.00 |
| Account No. | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Representing: G. V. | | | | | | | | |
| Account No. **40663-801420260-01 Holland, M** | X | | - | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Gonzaga University P O Box 970004 Boston, MA 02297-0004 | | | | | | | | 0.00 |
| Account No. | | | - | Tort Claim | | X | X | |
| H. N. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | | | | | | | Unknown |

Sheet no. __12__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   5,000,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xx-0121** | | | | **U.S. Dept of Education** | | | | |
| Hadley, Christopher St. Edmund's House 15 Avon St Cambridge, MA 02138-1507 | X | - | | Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 17,614.23 |
| Account No. 9719004102-1 | | | | **Sallie Mae Servicing -** | | | | |
| Herman, Lorenzo 3301 SE 45th Ave Portland, OR 97206 | X | - | | Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 1,035.38 |
| Account No. 5360110903701 | | | | **Sallie Mae Servicing** | | | | |
| Holland, Matthew Ballarmine House of Studies 3737 Westminster Pl Saint Louis, MO 63108-3407 | X | - | | Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 8,714.91 |
| Account No. **40663-801420260-01** | | | | **Gonzaga University -** | | | | |
| Holland, Matthew Ballarmine House of Studies 3737 Westminster Pl Saint Louis, MO 63108-3407 | X | - | | Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 400.25 |
| Account No. | | | | **Utilities** | | | | |
| Integra Telecom 825 NE Multnomah Ste 1400 Portland, OR 97232 | | - | | | | | | Unknown |

Sheet no. __**13**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     27,764.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| J. C. 1 c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | | - | | | X | X | 75,000.00 |
| Account No. | | | Tort Claim | | | | |
| J. C. 2 Subject to Motion for Protective Order to be filed | | - | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| J. E. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | - | | | X | X | 5,000,000.00 |
| Account No. | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th ave Ste 4750 Seattle, WA 98104 | | | | |
| Representing: J. E. | | | | | | | |
| Account No. | | | Tort Claim | | | | |
| J. J. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | - | | | X | X | Unknown |

Sheet no. __14__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           5,075,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| J. L. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205 | | - | | | | | X | X | Unknown |
| Account No. | | | | | Tort Claim | | | | |
| J. M. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | - | | | | | X | X | 5,000,000.00 |
| Account No. | | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Representing: J. M. | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| J. M. P. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205 | | - | | | | | X | X | Unknown |
| Account No. | | | | | Tort Claim | | | | |
| J. Mc. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | - | | | | | X | X | 5,000,000.00 |

Sheet no. __15__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    10,000,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Society of Jesus, Oregon Province**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: J. Mc.** | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No. **J. N. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **J. P. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902** | - | | | Tort Claim | | X | X | **75,000.00** |
| Account No. **J. S. Subject to Motion for Protective Order to be filed** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **J. S. T. B., Jesuit Community 2621 Ridge Rd Berkeley, CA 94709-1098** | - | | | 8/1/2008 - 1/1/2009 Vendor | | | | **65,925.99** |

Sheet no. __**16**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **140,925.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** _____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Tort Claim | | | | |
| J. V. c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | - | | | | | X | X | 5,000,000.00 |
| Account No. Representing: J. V. | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No. Jesuit Conference, Inc. Attn: Rev Thomas P. Gaunt, SJ 1016 - 16th St NW, Ste 400 Washington, DC 20036 | - | | | 9/1/2008 - 2/1/2009 Vendor | | | | 529,460.00 |
| Account No. Jesuit Refugee Service 1016 - 16th St NW, Ste 400 Washington, DC 20036 | - | | | Jan 09 Vendor | | | | 11,888.00 |
| Account No. JVC 8/08 Jesuit Volunteers Corp. P O Box 3928 Portland, OR 97208-3928 | - | | | 9/30/08 Vendor | | | | 12,500.00 |

Sheet no. __17__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   5,553,848.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          ,    Case No. _____
                                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **K. M.** <br> **c/o Blaine Tamaki, Esq.** <br> **1340 N. 16th Ave Ste C** <br> **Yakima, WA 98902** | - | | | | **Tort Claim** | | X | X | **75,000.00** |
| Account No. <br><br> **K. S.** <br> **c/o Leander L. James, Esq.** <br> **1626 Lincoln Way** <br> **Coeur D Alene, ID 83814** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **Representing:** <br> **K. S.** | | | | | **Andrew Chasan, Esq.** <br> **Timothy Walton, Esq.** <br> **1459 Tyrell Lane** <br> **Boise, ID 83701** | | | | |
| Account No. <br><br> **Representing:** <br> **K. S.** | | | | | **Mike Pfau, ESq.** <br> **Pfau, Cochran et al** <br> **701 Fifth Ave Ste 4750** <br> **Seattle, WA 98104** | | | | |
| Account No. <br><br> **K. T. 1** <br> **Subject to Motion for** <br> **Protective Order to be filed** | - | | | | **Debtor has agreed to pay for counseling** | | X | | **Unknown** |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province** _____,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K. T. 2** **Subject to Motion for** **Protective Order to be filed** | | - | **Tort Claim** | | X | X | **Unknown** |
| Account No. **48 4956 8723** **Keogh, Todd** **c/o Fordham University** **Bronx, NY 10458-5148** | X | - | **AES Graduate & Professional Services -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **5,261.00** |
| Account No. **48 4956 8723** **Keogh, Todd** **c/o Fordham University** **Bronx, NY 10458-5148** | X | - | **American Education Services -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **28,943.77** |
| Account No. **5690880885001** **Kieta, Stephen** **3007 N. Perry St** **Spokane, WA 99207-4741** | X | - | **Sallie Mae Servicing -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **3,442.44** |
| Account No. **9676143408-1** **Kunkel, Matthew** **3400 SE 43rd Ave** **Portland, OR 97206-3194** | X | - | **Sallie Mae Servicing** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **8,944.03** |

Sheet no. __19__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,591.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province** _____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40663-800842352-01** <br><br>**Kunkel, Matthew**<br>**3400 SE 43rd Ave**<br>**Portland, OR 97206-3194** | X | - | **Gonzaga University**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **711.65** |
| Account No. <br><br>**L.**<br>**Subject to Motion for**<br>**Protective Order to be filed** | | - | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br>**L. A.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | | - | **Tort Claim** | | X | X | **75,000.00** |
| Account No. <br><br>**L. An.**<br>**c/o John Allison, Esq.**<br>**2208 W. 2nd Avenue**<br>**Spokane, WA 99205** | | - | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br>**L. B.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | | - | **Tort Claim** | | X | X | **75,000.00** |

Sheet no. __**20**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **150,711.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**L. P.**<br>**c/o John Allison, Esq.**<br>**2208 W. 2nd Avenue**<br>**Spokane, WA 99205** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**L. T.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | | - | | **Tort Claim** | | X | X | **75,000.00** |
| Account No.<br><br>**L. W.**<br>**c/o John Allison, Esq.**<br>**2208 W. 2nd Avenue**<br>**Spokane, WA 99205** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. xxx-xx-5110-1<br><br>**Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | X | - | | **Affiliated Computer Services**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **70,594.00** |
| Account No. 6850572028<br><br>**Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | X | - | | **American Education Services**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **11,649.32** |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**157,243.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **26**<br><br>Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 | X | - | | | Student Loan Corporation<br>Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 3,497.18 |
| Account No. **27**<br><br>Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 | X | - | | | Student Loan Corporation<br>Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 6,419.58 |
| Account No. **20**<br><br>Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 | X | - | | | Student Loan Corporation<br>Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 38,674.85 |
| Account No.<br><br>Law Offices of David Henderson<br>P O Box 2441<br>Bethel, AK 99559 | | - | | | Tort Claim of Unknown Woman | | X | X | Unknown |
| Account No. 9548894620-1<br><br>Livaudais, West<br>9000 SW Beaverton Hwy<br>Portland, OR 97225-2491 | X | - | | | Sallie Mae Servicing<br>Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | 10,292.74 |

Sheet no. __22__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **58,884.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xx-5574**  <br><br> **Livaudais, West** <br> **9000 SW Beaverton Hwy** <br> **Portland, OR 97225-2491** | X | - | | **U.S. Dept. of Education** <br> **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | 18,224.00 |
| Account No.  <br><br> **Loyola Univ., JC/Chicago** <br> **Attn: Fr. Keith Esenther, SJ** <br> **6525 N. Sheridan Rd** <br> **Chicago, IL 60626-5385** | | - | | **11/21/2008** <br> **Vendor** | | | | 65,075.00 |
| Account No.  <br><br> **M. A.** <br> **c/o Michelle Menely, Esq.** <br> **600 University St. Ste 2100** <br> **Seattle, WA 98101-4185** | | - | | **Tort Claim** | | X | X | 5,000,000.00 |
| Account No.  <br><br> **Representing:** <br> **M. A.** | | | | **Michael Pfau, Esq.** <br> **Pfau, Cochran, et al** <br> **701 5th Ave Ste 4750** <br> **OR 97104** | | | | |
| Account No.  <br><br> **M. B.** <br> **c/o Blaine Tamaki, Esq.** <br> **1340 N. 16th Ave Ste C** <br> **Yakima, WA 98902** | | - | | **Tort Claim** | | X | X | 75,000.00 |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     5,158,299.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Debtor has committed to pay for counseling | | X | | |
| **M. E.** **Subject to the Motion for Protective Order to be filed** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Debtor has committed to pay for counseling | | X | | |
| **M. I.** **Subject to Motion for Protective Order to be filed** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Tort Claim | | X | X | |
| **M. J.** **c/o Valcarce Law Office, LLC** **P O Bo 409, 900 3rd Ave** **Bethel, AK 99559** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Tort Claim | | X | X | |
| **M. L.** **c/o Valcarce Law Office, LLC** **P O Bo 409, 900 3rd Ave** **Bethel, AK 99559** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Tort Claim | | X | X | |
| **M. M. 1** **Subject to Motion for Protective Order to be filed** | | | | | | | | | **Unknown** |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**M. M. 2**<br>**c/o Restoration Gateway**<br>**3800 SW Cedar Hills Blvd #152E**<br>**Beaverton, OR 97006** | - | | **Debtor has committed to pay for counseling** | | X | | Unknown |
| Account No.<br><br>**M. N.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | - | | **Tort Claim** | | X | X | 75,000.00 |
| Account No.<br><br>**M. P.**<br>**c/o Nathan W. Henry, Esq.**<br>**114-A Vista Way**<br>**Kennewick, WA 99336** | - | | **Tort Claim** | | X | X | Unknown |
| Account No.<br><br>**M. W.**<br>**c/o Valcarce Law Office, LLC**<br>**P O Bo 409, 900 3rd Ave**<br>**Bethel, AK 99559** | - | | **Tort Claim & counseling** | | X | X | Unknown |
| Account No. **xxx-xx-6906-1**<br><br>**Mayer, Darin**<br>**3007 N. Perry St.**<br>**Spokane, WA 99207-4741** | X - | | **U.S. Dept. of Education**<br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | 376.58 |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **75,376.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| Mc. Subject to Motion for Protective Order to be filed | | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Tort Claim | | | | |
| Me. Subject to Motion for Protective Order to be filed | | - | | | X | X | |
| | | | | | | | Unknown |
| Account No. 9107786414-1 | X | | Sallie Mae Servicing Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Moriarity, Timothy 3301 SE 45th Ave Portland, OR 97206 | | | | | | | 33,440.22 |
| Account No. | | | Tort Claim | | | | |
| N. H. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | | - | | | X | X | |
| | | | | | | | 75,000.00 |
| Account No. | | | Tort Claim | | | | |
| N. L. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | | - | | | X | X | |
| | | | | | | | Unknown |

Sheet no. __26__ of __38__ sheets attached to Schedule of                 Subtotal                    108,440.22
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**N. R.**<br>**c/o Valcarce Law Office, LLC**<br>**P O Bo 409, 900 3rd Ave**<br>**Bethel, AK 99559** | | - | Tort Claim | | X | X | Unknown |
| Account No. **47938**<br><br>**New System Laundry LLC**<br>**432 NE Tenth Ave**<br>**Portland, OR 97232** | | - | 2/5/2008<br>Vendor | | | | 40.78 |
| Account No.<br><br>**Northwest Natural Gas Company**<br>**P O Box 8905**<br>**Portland, OR 97255-0001** | | - | Utilties | | | | Unknown |
| Account No.<br><br>**O. W.**<br>**c/o Valcarce Law Office, LLC**<br>**P O Bo 409, 900 3rd Ave**<br>**Bethel, AK 99559** | | - | Tort Claim | | X | X | Unknown |
| Account No.<br><br>**Omak Area Abuse Claimants**<br>**c/o John D. Allison, Esq.**<br>**West 2208 Second Avenue**<br>**Spokane, WA 99204** | | - | 11/08/2007<br>**Debtor has agreed to raise at least $200,000 for establishment of a shelter in the Omak, WA area. Claimants have been unable to agree upon which shelter will be supported.** | | | | 200,000.00 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,040.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                                  Case No. _____
_____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Oregon Province Formation Fund**<br>**3215 SE 45th Ave**<br>**Portland, OR 97207** | - | | | | | **Precautionary - Claim is obligation of Oregon Province Apostolic Works Fund charitable trust pursuant to a loan from the Oregon Province Formation Fund charitable trust. Debtor is the trustee of the Apostolic Works Fund and Formation Fund** | | | | **8,953,046.00** |
| Account No.<br><br>**P. A.**<br>**c/o John Allison, Esq.**<br>**2208 W. 2nd Avenue**<br>**Spokane, WA 99205** | - | | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**P. F.**<br>**c/o Valcarce Law Office, LLC**<br>**P O Bo 409, 900 3rd Ave**<br>**Bethel, AK 99559** | - | | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**P. K. 1**<br>**c/o Gordon, Thomas, Honeywell**<br>**600 University St Ste 2100**<br>**Seattle, WA 98101** | - | | | | | **Claimant has requested that Debtor pay for counseling** | | X | | **Unknown** |
| Account No.<br><br>**P. K. 2**<br>**c/o Michelle Menely**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | - | | | | | **Tort Claim** | | X | X | **5,000,000.00** |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,953,046.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: P. K. 2** | | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No. **P. K. Sr. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559** | | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **P. M. c/o Dr. Annette Fehrenbach 2025 First Ave Ste 735 Seattle, WA 98121** | | - | | | Debtor has committed to pay for counseling | | X | | **Unknown** |
| Account No. **P. O. c/o John Allison, Esq. 2208 W. 2nd Avenue Spokane, WA 99205** | | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **P. S. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902** | | - | | | Tort Claim | | X | X | **75,000.00** |

Sheet no. __29__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim & counseling | | | | |
| P. T. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559 | - | | | | X | X | Unknown |
| Account No. | | | Possible indemnity, contribution, and allocation of claims relating to tort claims where Pioneer Ed. and Debtor are named as co-defendants | | | | |
| Pioneer Educational Society 3215 SE 45th Ave Portland, OR 97206 | - | | | | X | X | Unknown |
| Account No. | | | Utilities | | | | |
| Portland General Electric P O box 4438 Portland, OR 97208-4438 | - | | | | | | Unknown |
| Account No. | | | Utilities | | | | |
| Portland Water Bureau P O Box 4216 Portland, OR 97208-4216 | - | | | | | | Unknown |
| Account No. | | | Tort Claim | | | | |
| R. A. Subject to Motion for Protective Order to be filed | - | | | | X | X | Unknown |

Sheet no. __30__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R. M. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902** | | - | Tort Claim | | X | X | **75,000.00** |
| Account No. 9998500015-1 **Rallanka, Ryan Ciszek Hall 2502-06 Belmont Ave Bronx, NY 10458-6282** | X | - | Sallie Mae Servicing Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **19,239.23** |
| Account No. **S. R. c/o Valcarce Law Office, LLC P O Bo 409, 900 3rd Ave Bethel, AK 99559** | | - | Tort Claim | | X | X | **Unknown** |
| Account No. 9719004102-1 Lorenzo Herman **Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532** | | - | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **0.00** |
| Account No. 5360110903701 Matthew Holland **Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532** | X | - | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **0.00** |

Sheet no. __31__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **94,239.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,  Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 5690880885001 Stephen Kieta | | | | | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532 | - | | | | | | | | 0.00 |
| Account No. 9676143408-1 Matthew Kunkel | | | | | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532 | - | | | | | | | | 0.00 |
| Account No. 9548894620-1 West Livaudais | | | | | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532 | | | | | | | | | 0.00 |
| Account No. 9107786414-1 Timothy Moriarity | | | | | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532 | - | | | | | | | | 0.00 |
| Account No. 9998500015-1 Ryan Rallanka | | | | | Precautionary - Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | |
| Sallie Mae Servicing P O Box 9532 Wilkes Barre, PA 18773-9532 | - | | | | | | | | 0.00 |

Sheet no. __32__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Seattle University** <br> **Attn: Mary S. Petersen, Esq.** <br> **P O Box 222000** <br> **Seattle, WA 98122-1090** | - | | Possibly indemnity, contribution, and allocation of fault claims relating to tort claims where Seattle University and Debtor are named as co-defendants | | X | X | **Unknown** |
| Account No. <br><br> **Society of Jesus, Alaska** <br> **3215 SE 45th Ave** <br> **Portland, OR 97206** | - | | Possible indemnity, contribution, and allocation of claims relating to tort claims where SOJ Alaska and Debtor are named as co-defendants | | X | X | **Unknown** |
| Account No. <br><br> **Society of Jesus, Rome** <br> **c/o The Northern Trust Company** <br> **50 S. LaSalle St** <br> **Chicago, IL 60675** | - | | 7/31/2008 - 10/31/2008 <br> Vendor | | | | **75,066.10** |
| Account No. <br><br> **Soffe, Dr. Pierre J.** <br> **4221 N. Ashton Rd.** <br> **Otis Orchards, WA 99027** | - | | Feb 2009 <br> Vendor | | | | **500.00** |
| Account No. 1215472814 <br><br> **Spotswood, Daniel** <br> **Cardoner House** <br> **7 Howland Ave** <br> **Toronto, ON  M5R 3B2** | X - | | Xpress Loan Servicing <br> Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **16,617.89** |

Sheet no. __33__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**92,183.99**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26 Michael Laveson** <br><br> **Student Loan Corporation** <br> **c/o Citibank (Nevada) NA** <br> **P O Box 6615** <br> **The Lakes, NV 88901-6615** | - | | **Precautionary -** <br> **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. **27 Michael Laveson** <br><br> **Student Loan Corporation** <br> **c/o Citibank (Nevada) NA** <br> **P O Box 6615** <br> **The Lakes, NV 88901-6615** | - | | **Precautionary -** <br> **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. **3706164658820-20 Sean Towey** <br><br> **Student Loan Corporation** <br> **c/o Citibank (Nevada) NA** <br> **P O Box 6615** <br> **The Lakes, NV 88901-6615** | - | | **Precautionary -** <br> **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. **8941830263 Patrick Couture** <br><br> **Student Loan Foundation** <br> **P O Box 1689** <br> **Helena, MT 59624-1699** | - | | **Precautionary -** <br> **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. <br><br> **T. B.** <br> **c/o Blaine Tamaki, Esq.** <br> **1340 N. 16th Ave Ste C** <br> **Yakima, WA 98902** | - | | **Tort Claim** | | X | X | **75,000.00** |

Sheet no. __**34**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **T. J.** c/o Michelle Menely, Esq. 600 University St. Ste 2100 Seattle, WA 98101-4185 | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **Representing:** **T. J.** | | | | Michael Pfau, Esq. Pfau, Cochran et al 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No. **T. L. 1** **Subject to Motion for** **Protective Order to be filed** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **T. L. 2** **Subject to the Motion for** **Protective Order to be filed** | | - | | **Debtor has committed to pay for counseling** | | X | | **Unknown** |
| Account No. **T. M. B.** c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | | - | | **Tort Claim** | | X | X | **75,000.00** |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Th. Subject to Motion for Protective Order to be filed** | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. 3706164658820-20 **Towey, Sean 3301 SE 45th Ave Portland, OR 97206** | X | - | | **Student Loan Corporation** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **8,250.00** |
| Account No. **xxx-xx-0121 Christopher Hadley** **U. S. Dept of Education P O Box 530260 Atlanta, GA 30353-0260** | X | - | | **Precautionary -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **0.00** |
| Account No. **xxx-xx-5574 West Livaudais** **U. S. Dept of Education P O Box 530260 Atlanta, GA 30353-0260** | | - | | **Precautionary -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **0.00** |
| Account No. **xxx-xx-6906-1 Darin Mayer** **U. S. Dept of Education P O Box 530260 Atlanta, GA 30353-0260** | X | - | | **Precautionary -** Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation) | | | | **0.00** |

Sheet no. __36__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,250.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Society of Jesus, Oregon Province**                                              , Case No. _____

                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2041-1 Eric Watson** <br><br> **U. S. Dept of Education P O Box 530260 Atlanta, GA 30353-0260** | - | | **Precautionary -** <br>**Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund charitable trust, as a permitted expenditure to support Jesuits in formation)** | | | | **0.00** |
| Account No. <br><br> **Unknown c/o Michelle Menely, Esq. 600 University St Ste 2100 Seattle, WA 98101-4185** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **Representing: Unknown** | - | | **Michael Pfau, Esq. Pfau, Cochran et al 701 Fifth Ave Ste 4750 Seattle, WA 98104** | | | | |
| Account No. <br><br> **V. B. c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902** | - | | **Tort Claim** | | X | X | **75,000.00** |
| Account No. <br><br> **Valcarce Law Office LLC P O Box 409, 900 3rd Ave Bethel, AK 99559** | - | | **Multiple Tort Claims (4BE-08-216)** | | | X | **Unknown** |

Sheet no. __37__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                          , Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**W. K.**<br>**Subject to Motion for**<br>**Protective Order to be Filed** | | - | **Tort Claim** | | X | X | **Unknown** |
| Account No. **xxx-xx-2041 1** <br><br>Watson, Eric<br>Xavier House<br>569 Huron St<br>Toronto, ON  M5R 2R6 | X | - | **U.S. Dept. of Education**<br>**Debtor assumed student loan obligations of**<br>**claimant upon his taking vows to become a**<br>**Jesuit (Payments on such loans are made**<br>**from the Formation Fund charitable trust, as a**<br>**permitted expenditure to support Jesuits in**<br>**formation)** | | | | **4,725.96** |
| Account No. **2009.359, 360, 361 & 384** <br><br>Weston Jesuit Community<br>20 Sumner Rd<br>Cambridge, MA 02138 | | - | **1/1/2009**<br>**Vendor** | | | | **19,724.09** |
| Account No. **1215472814 Daniel Spotswood** <br><br>Xpress Loan Servicing<br>P O Box 88037<br>Chicago, IL 60680-1037 | | - | **Precautionary -**<br>**Debtor assumed student loan obligations of**<br>**claimant upon his taking vows to become a**<br>**Jesuit (Payments on such loans are made**<br>**from the Formation Fund charitable trust, as a**<br>**permitted expenditure to support Jesuits in**<br>**formation)** | | | | **0.00** |
| Account No. <br><br>Zambia/Malawi Province<br>C/O Rev. Peter Bwanali<br>P.O. Box 33750<br>Lusaka 10101 Zambia | | - | **Dec 08**<br>**Vendor** | | | | **12,610.00** |

Sheet no. __**38**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **37,060.05** |
| Total<br>(Report on Summary of Schedules) | | **61,770,085.72** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Society of Jesus, Oregon Province**                          Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aged and Infirm Fund**<br>**3215 SE 45th Avenue**<br>**Portland, OR 97206** | **The Aged and Infirm Fund leases the Regis Community Residence from the Formation Fund. Debtor serves as the trustee of both the Aged and Infirm Fund and the Formation Fund.  Debtor has no beneficial interest in the lease.** |
| **Bellarmine Preparatory School**<br>**2300 S. Washington St.**<br>**Tacoma, WA 98405-1399** | **Lease of land from Bellarmine Preparatory School on which Bellarmine Jesuit Community's residence is located.** |
| **Corporation of Gonzaga Univ**<br>**502 E. Boone Ave**<br>**Spokane, WA 99258** | **Lease between Corporation of Gonzaga University and Jesuit Community of Gonzaga University, Inc. for benefit of Gonzaga Jesuit Community providing for lease of land on which the Community's residence is located and further providing for Gonzaga University's purchase of the Community's building if the Community should ever decide to sell it.** |
| **Corporation of Gonzaga Univ**<br>**502 E. Boone Ave**<br>**Spokane, WA 99258** | **Archives Management Agreement dated 2/1/93 for the Oregon Province Archives** |
| **First West Investment Property**<br>**200 1st Ave W**<br>**Seattle, WA 98119** | **Lease dated 2/2/07.  Expires on 2/28/09.  Debtor is the tenant for Development Office space in Seattle. Non-residential real property lease.** |
| **Seattle University** | **Lease between Seattle University and Pioneer Educational Society for benefit of Oregon Province Apostolic Works Fund charitable trust and its beneficiaries, including Arrupe Jesuit Community, concerning land on which the Community's residence is located, and providing for Seattle University to purchase building pursuant to an agreed valuation method.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Society of Jesus, Oregon Province**
_____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AES Graduate & Professional Services**<br>Harrisburg, PA 17130-0001 | **Keogh, Todd**<br>c/o Fordham University<br>Bronx, NY 10458-5148 |
| **Affiliated Computer Services**<br>P O Box 78844<br>Phoenix, AZ 85062-8844 | **Brissett, Cormac**<br>Loyola Jesuit House<br>6234 North Kenmore Ave<br>Chicago, IL 60660-2101 |
| **Affiliated Computer Services**<br>P O Box 78844<br>Phoenix, AZ 85062-8844 | **Laveson, Michael**<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| **American Education Services**<br>Harrisburg, PA 17130-0001 | **Keogh, Todd**<br>c/o Fordham University<br>Bronx, NY 10458-5148 |
| **American Education Services**<br>Harrisburg, PA 17130-0001 | **Laveson, Michael**<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| **Brissett, Cormac**<br>c/o Loyola Jesuit House<br>6234 North Kenmore Ave<br>Chicago, IL 60660-2101 | **Affiliated Computer Services**<br>P O Box 78844<br>Phoenix, AZ 85062-8844<br>   ACS loans numbers 1-7 |
| **Couture, Patrick**<br>3301 SE 45th Avenue<br>Portland, OR 97206 | **Student Loan Foundation**<br>P O Box 1689<br>Helena, MT 59624-1699 |
| **Gonzaga University**<br>P O Box 970004<br>Boston, MA 02297-0004 | **Holland, Matthew**<br>Ballarmine House of Studies<br>3737 Westminster Pl<br>Saint Louis, MO 63108-3407 |
| **Gonzaga University**<br>P O Box 970004<br>Boston, MA 02297-0004 | **Kunkel, Matthew**<br>3400 SE 43rd Ave<br>Portland, OR 97206-3194 |
| **Hadley, Christopher**<br>St. Edmund's House<br>15 Avon St<br>Cambridge, MA 02138-1507 | **U. S. Dept of Education**<br>P O Box 530260<br>Atlanta, GA 30353-0260 |
| **Herman, Lorenzo**<br>3301 SE 45th Ave<br>Portland, OR 97206 | **Sallie Mae Servicing**<br>P O Box 9532<br>Wilkes Barre, PA 18773-9532 |

**4**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Society of Jesus, Oregon Province** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Holland, Matthew**<br>**Ballarmine House of Studies**<br>**3737 Westminster Pl**<br>**Saint Louis, MO 63108-3407** | **Gonzaga University**<br>**P O Box 970004**<br>**Boston, MA 02297-0004** |
| **Holland, Matthew**<br>**Ballarmine House of Studies**<br>**3737 Westminster Pl**<br>**Saint Louis, MO 63108-3407** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Keogh, Todd**<br>**c/o Fordham University**<br>**Bronx, NY 10458-5148** | **AES Graduate & Professional**<br>**Services**<br>**Harrisburg, PA 17130-0001** |
| **Keogh, Todd**<br>**c/o Fordham University**<br>**Bronx, NY 10458-5148** | **American Education Services**<br>**Harrisburg, PA 17130-0001** |
| **Kieta, Stephen**<br>**3007 N. Perry St**<br>**Spokane, WA 99207-4741** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Kunkel, Matthew**<br>**3400 SE 43rd Ave**<br>**Portland, OR 97206-3194** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Kunkel, Matthew**<br>**3400 SE 43rd Ave**<br>**Portland, OR 97206-3194** | **Gonzaga University**<br>**P O Box 970004**<br>**Boston, MA 02297-0004** |
| **Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **Affiliated Computer Services**<br>**P O Box 78844**<br>**Phoenix, AZ 85062-8844** |
| **Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **Student Loan Corporation**<br>**c/o Citibank (Nevada) NA**<br>**P O Box 6615**<br>**The Lakes, NV 88901-6615** |
| **Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **Student Loan Corporation**<br>**c/o Citibank (Nevada) NA**<br>**P O Box 6615**<br>**The Lakes, NV 88901-6615** |
| **Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **Student Loan Corporation**<br>**c/o Citibank (Nevada) NA**<br>**P O Box 6615**<br>**The Lakes, NV 88901-6615** |
| **Laveson, Michael**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **American Education Services**<br>**Harrisburg, PA 17130-0001** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Society of Jesus, Oregon Province**
                                      Debtor

Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Livaudais, West**<br>**9000 SW Beaverton Hwy**<br>**Portland, OR 97225-2491** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Livaudais, West**<br>**9000 SW Beaverton Hwy**<br>**Portland, OR 97225-2491** | **U. S. Dept of Education**<br>**P O Box 530260**<br>**Atlanta, GA 30353-0260** |
| **Mayer, Darin**<br>**3007 N. Perry St.**<br>**Spokane, WA 99207-4741** | **U. S. Dept of Education**<br>**P O Box 530260**<br>**Atlanta, GA 30353-0260** |
| **Moriarity, Timothy**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Rallanka, Ryan**<br>**Ciszek Hall**<br>**2502-06 Belmont Ave**<br>**Bronx, NY 10458-6282** | **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Herman, Lorenzo**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Holland, Matthew**<br>**Ballarmine House of Studies**<br>**3737 Westminster Pl**<br>**Saint Louis, MO 63108-3407** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Kieta, Stephen**<br>**3007 N. Perry St**<br>**Spokane, WA 99207-4741** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Livaudais, West**<br>**9000 SW Beaverton Hwy**<br>**Portland, OR 97225-2491** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Moriarity, Timothy**<br>**3301 SE 45th Ave**<br>**Portland, OR 97206** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Rallanka, Ryan**<br>**Ciszek Hall**<br>**2502-06 Belmont Ave**<br>**Bronx, NY 10458-6282** |
| **Sallie Mae Servicing**<br>**P O Box 9532**<br>**Wilkes Barre, PA 18773-9532** | **Kunkel, Matthew**<br>**3400 SE 43rd Ave**<br>**Portland, OR 97206-3194** |

Sheet  **2**  of  **4**  continuation sheets attached to the Schedule of Codebtors

In re **Society of Jesus, Oregon Province** _____,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Spotswood, Daniel<br>Cardoner House<br>7 Howland Ave<br>Toronto, ON | Xpress Loan Servicing<br>P O Box 88037<br>Chicago, IL 60680-1037 |
| Student Loan Corporation<br>c/o Citibank (Nevada) NA<br>P O Box 6615<br>The Lakes, NV 88901-6615 | Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| Student Loan Corporation<br>c/o Citibank (Nevada) NA<br>P O Box 6615<br>The Lakes, NV 88901-6615 | Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| Student Loan Corporation<br>c/o Citibank (Nevada) NA<br>P O Box 6615<br>The Lakes, NV 88901-6615 | Laveson, Michael<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| Student Loan Corporation<br>c/o Citibank (Nevada) NA<br>P O Box 6615<br>The Lakes, NV 88901-6615 | Towey, Sean<br>3301 SE 45th Ave<br>Portland, OR 97206 |
| Student Loan Foundation<br>P O Box 1689<br>Helena, MT 59624-1699 | Couture, Patrick<br>3301 SE 45th Avenue<br>Portland, OR 97206 |
| Towey, Sean<br>3301 SE 45th Ave<br>Portland, OR 97206 | Student Loan Corporation<br>c/o Citibank (Nevada) NA<br>P O Box 6615<br>The Lakes, NV 88901-6615 |
| U. S. Dept of Education<br>P O Box 530260<br>Atlanta, GA 30353-0260 | Hadley, Christopher<br>St. Edmund's House<br>15 Avon St<br>Cambridge, MA 02138-1507 |
| U. S. Dept of Education<br>P O Box 530260<br>Atlanta, GA 30353-0260 | Livaudais, West<br>9000 SW Beaverton Hwy<br>Portland, OR 97225-2491 |
| U. S. Dept of Education<br>P O Box 530260<br>Atlanta, GA 30353-0260 | Mayer, Darin<br>3007 N. Perry St.<br>Spokane, WA 99207-4741 |
| U. S. Dept of Education<br>P O Box 530260<br>Atlanta, GA 30353-0260 | Watson, Eric<br>Xavier House<br>569 Huron St<br>Toronto, ON  M5R 2R6 |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Society of Jesus, Oregon Province** _____,    Case No. _____

_____Debtor_____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Watson, Eric**<br>**Xavier House**<br>**569 Huron St**<br>**Toronto, ON** | **U. S. Dept of Education**<br>**P O Box 530260**<br>**Atlanta, GA 30353-0260** |
| **Xpress Loan Servicing**<br>**P O Box 88037**<br>**Chicago, IL 60680-1037** | **Spotswood, Daniel**<br>**Cardoner House**<br>**7 Howland Ave**<br>**Toronto, ON  M5R 3B2** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Society of Jesus, Oregon Province**

Debtor(s)

Case No.

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **76**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 17, 2009**

Signature   **/s/ Michael A. Tyrrell, S.J.**

               **Michael A. Tyrrell, S.J.**
               **Treasurer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re   **Society of Jesus, Oregon Province**     Case No. _____

                               Debtor(s)         Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

## NOTICE

**The Debtor is required by the Code of Canon Law of the Roman Catholic Church ("Canon Law"), the Constitutions of the Society of Jesus (the "Constitutions"), the Complimentary Norms of the Constitutions of the Society of Jesus (the "Norms"), the Statutes on Religious Poverty in the Society of Jesus (the "Statutes on Poverty"), and the Society's Instruction on the Administration of Goods (the "IAG"), as each was promulgated and has been and may be amended and/or restated from time to time, to maintain certain trust funds. These funds include, without limitation, the Apostolic Works Fund, the Formation Fund, the Aged and Infirm Fund, and the Foundations Fund. Each of these funds is a charitable trust under applicable civil law. The Debtor's only interest in these funds is that as legal title holder and trustee and it has no beneficial interest in the funds. These funds' assets consists of both real and personal property as described below and are not property of the Debtor's estate.**

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Debtor's Income | |
| 7/1/06-6/30/07 $3,045,490 | Gifts and Bequests, Community Surplus Contributions, Jesuit Contributed Earnings, Province Tax, Investment Income, Loyola Jesuit Center Revenue, Fair Share Revenue, Medical Plan Revenue |
| 7/1/07-6/30/08 $2,937,876 | Same |
| 7/1/08-1/31/09 $4,683,103 | Same |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMOUNT**             **SOURCE**

**The Communities gross income listed below pertains to income received by the various Jesuit Communities within the Oregon Province which are all separate juridic persons under Canon Law. The communities' income is listed here only in the interest of full disclosure and is not an admission that such is the Debtor's income.**

| Communities' Gross Income | |
|---|---|
| 7/1/06-6/30/07 $8,252,039 | Salaries & Benefits, Support from Oregon Province Aged & Infirm Fund, Support from Oregon Province Formation Fund, Stipends and Honoraria, Gifts, Per Diem, Interest Income, Investment Income, Villa Income, Chapel Income, Sales of Property/Autos, Miscellaneous |
| 7/1/07-6/30/08 $8,215,122 | Same |

**3. Payments to creditors**

None


*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
☐    immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | **Payments made from:** |
| Harbor Glen | 12/03/08 | $5,628.00 | Aged & Infirm Fund |
| 3117 E. Chaser Ln. | 1/08/09 | $5,610.00 | Aged & Infirm Fund |
| Spokane, WA 99223 | 1/2909 | $5,610.00 | Aged & Infirm Fund |
| | | | |
| Gonzaga University | 12/01/08 | $ 5,869.00 | Apostolic Works Fund |
| Attn: Roxy Kasman, Archives | 1/1/09 | $ 5,869.00 | Apostolic Works Fund |
| Spokane, WA 99258-0001 | 1/1/09 | $25,000.00 | Aged & Infirm Fund |
| | 2/2/09 | $ 5,869.00 | Apostolic Works Fund |
| | | | |
| Hughes Pfiffner Gorski Seedorf | 11/20/08 | $7,206.43 | |
| 3900 "C" St Suite 1001 | 12/18/08 | $17,199.18 | |
| Anchorage, AK  99503-5931 | 1/21/09 | $20,016.78 | |
| | 2/17/09 | $10,000.00 | |
| | | | |
| Mount St. Vincent | 11/20/08 | $8,032.60 | Aged & Infirm Fund |
| P O Box 94582 | | | |
| Seattle, WA  98124 | | | |
| | | | |
| Miller Nash LLP | 12/18/08 | $8,319.36 | |
| 3400 US Bancorp Tower | 1/14/09 | $12,335.43 | |
| 111 SW Fifth Avenue | 1/29/09 | $8,152.73 | |
| Portland, OR  97204 | 2/5/09 | $4,047.30 | |
| | 2/12/09 | $12,585.82 | |
| | 2/13/09 | $200,000.00 | |
| | | | |
| Fund Evaluation Group | 1/8/09 | $11,361.02 | |
| P O Box 71-5060 | | | |
| Columbus, OH  43271-5060 | | | |
| | | | |
| Sussman Shank LLP | 12/5/08 | $6,702.98 | |
| 1000 SW Broadway, Suite 1400 | 12/30/08 | $12,238.75 | |
| Portland, OR 97205 | 2/2/09 | $21,921.53 | |
| | 2/12/09 | $325,000.00 | |
| | 2/17/09 | $8,974.26 | |
| | | | |
| Ciszek Hall | 12/18/08 | $13,042.00 | Formation Fund |
| 2502 - 06 Belmmont Ave | | | |
| Bronx, NY  10458-6292 | | | |
| | | | |
| Schwabe Williamson & Wyatt PC | 11/26/08 | $14,721.64 | |
| 1211 SW Fifth Ave Suite 1600 | 12/18/08 | $38,359.08 | |
| Portland, OR  97204-3795 | 1/6/09 | $   171.00 | |
| | 1/21/09 | $41,692.05 | |
| | 2/5/09 | $2,983.99 | |
| | 2/9/09 | $1,099.29 | |
| | 2/12/09 | $54,587.83 | |
| | 2/13/09 | $275,000.00 | |
| | | | |
| Weston Jesuit Community | 12/3/08 | $17,715.00 | Formation Fund |
| 20 Sumner Rd | | | |
| Cambridge, MA  02138 | | | |

| | | | |
|---|---|---|---|
| Perkins Coie LLP<br>1120 NW Couch St., 14th Floor<br>Portland, OR 97209 | 1/22/09<br>1/22/09 | $100,000<br>$100,000 | Formation Fund<br>Aged & Infirm Fund |
| Christian Brothers Employee Benefit Trust<br>P O Box 75095<br>Chicago, IL  60675-5095 | 1/14/09<br>2/5/09 | $24,658.62<br>$25,411.15 | 70% Aged & Infirm Fund<br>70% Aged & Infirm Fund |
| Rocky Mountain Mission NW<br>c/o Fr. Pat Twohy SJ<br>924 E. Cherry St.<br>Seattle, WA  98122-4341 | 1/1/09 | $30,625.00 | Apostolic Works Fund |
| Loyola University Jesuit Residence<br>Attn: Fr. Keith Esen<br>6525 N.Sheridan<br>Chicago, IL  60626-5385 | 12/3/08 | $65,075.00 | Formation Fund |
| Wisconsin Province of Society of Jesus<br>P O Box 080288<br>Milwaukee, WI  53208-0288 | 1/14/09 | $90,000.00 | Apostolic Works Fund |
| Jesuit Health Trust<br>Attn: Fr. Fran Dyer<br>1205 Windham Pkwy<br>Romeoville, IL 60446 | 12/10/08<br>1/14/09<br>2/5/09 | $123,500.00<br>$122,500.00<br>$122,500.00 | Allocated between<br>Formation Fund,<br>Apostolic Works Fund<br>& Aged & Infirm Fund |
| Araujo, Arturo<br>924 E. Cherry St<br>Seattle, WA  98122-4341 | 1/15/09 | $ 5,600.00 | Formation Fund |
| Bank of America<br>P O Box 17309<br>Baltimore, MD 21297-1309 | 2/5/09 | $7,025.60 | |
| Becker Capital Management, Inc.<br>1211 SW 5th ave Suite 2185<br>Portland, OR  97204 | 1/29/09 | $12,687.00 | Allocated between<br>Formation Fund,<br>Apostolic Works Fund<br>& Aged & Infirm Fund |
| Campion Hall, Oxford<br>Brewer St<br>Oxford OX1, UK | 12/31/08 | $11,180.93 | Formation Fund |
| Dept. of Labor & Industries<br>P O Box 34226<br>Seattle, WA 98124-1226 | 1/21/09 | $12,205.89 | /aged & Infirm Fund |
| Greener Burke, Shoemaker PA<br>950 W Bannock St Suite 900<br>Boise, ID  83702 | 1/21/09 | $5,970.35 | |
| Legislative Consultants in Alaska<br>224  - 4th St<br>Juneau, AK  99801 | 1/23/09<br>2/2/09 | $10,000.00<br>$10,000.00 | |
| Loomis, Sayles & Company LP<br>P O Box 7247 - 6804<br>Philadelphia, PA 19170-6804 | 1/21/09 | $11,669.71 | Allocated between<br>Formation Fund,<br>Apostolic Works Fund<br>& Aged & Infirm Fund |

| | | | |
|---|---|---|---|
| Lynch & Associates<br>425 G St Suite 420<br>Anchorage, AK 99501 | 1/29/09 | $46,658.74 | |
| Marsico Capital Management LLC<br>1200 - 17th St Suite 1600<br>Denver, CO 80202 | 1/29/09 | $22,665.00 | Allocated between<br>Formation Fund,<br>Apostolic Works Fund,<br>& Aged & Infirm Fund |
| Nestucca Sanctuary<br>P O Box 670<br>Pacific City, OR 97135-0670 | 1/23/09 | $5,545.00 | Apostolic Works Fund |
| Rice Hall James<br>600 W. Broadway, Suite 1000<br>San Diego, CA 92101-3383 | 1/29/09 | $7,071.00 | Allocated between<br>Formation Fund,<br>Apostolic Works Fund<br>& Aged & Infirm Fund |
| Society of Jesus, Rome<br>c/o The Northern Trust Company<br>50 S. LaSalle St<br>Chicago, IL 60675 | 1/15/09 | $15,411.18 | |
| Vanguard Group<br>P O Box 2600<br>Valley Forge, PA 19482 | 1/26/09 | $41,086.13 | 70% Allocated between<br>Formation Fund,<br>Apostolic Works Fund<br>& Aged & Infirm Fund |
| Food Services of America<br>P O Box 3929<br>Portland, OR 97208 | 2/17/09 | $ 1,496.86 | Apostolic Works Fund |
| Zambia/Malawa Province<br>c/o Rev. Peter Bwanali<br>P O Box 33750<br>Lusaka 10101<br>Zambia | 1/15/09 | $12,005.00 | Aged & Infirm Fund |
| Regis Jesuit Community - Jesuit Community<br>Toronto Ontario, Canada | 11/26/08 | $27,113.27 | Aged & Infirm Fund |

None
☒   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**Although not specifically included within the definition of "insider" under 11 USC § 101(31), the following Jesuit Communities received payments during the requested time period.**

**See attached Exhibit 1**

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

| | | | |
|---|---|---|---|
| John Doe 1 through 24 & Jane Doe 1 through 7<br>vs.<br>The Society of Jesus, Oregon Province; The Society of Jesus, Alaska; Jesuit Community of Gonzaga University; Anton Smario<br><br>Case No. 4BE-08-216 Civil | Civil Suit | Alaska Superior Court District of Bethel | Active |
| James Doe 59 through 71, James Doe 73-94, Janet Doe 4 through 7 and Jean Doe 3 through 6<br>vs.<br>The Society of Jesus, Oregon Province; The Society of Jesus, Alaska; The Society of Jesus Father General Adolfo Nicolas SJ and his Predecessors the Pioneer Educational Society; Father Stephen Sundborg; Anton Smario; Father Henry Hargreaves; and Does 1 through 100, inclusive<br><br>Case No. 4BE-09-14Civil | Civil Suit | Alaska Superior Court District of Bethel | Active |
| John Doe 1<br>John Doe 2<br>vs.<br>The Society of Jesus, Oregon Province; Saint Peter The Fisherman Church; The Society of Jesus, Alaska; Brad Reynolds, SJ; Corporation of Gonzaga University d/b/a Gonzaga University<br><br>Case No. 4BE-08-307 Civil | Civil Suit | Alaska Superior Court District of Bethel | Active |

| | | | |
|---|---|---|---|
| Jane Doe 1 and 2<br>vs.<br>The Society of Jesus Oregon Province;<br>The Society of Jesus, Alaska, The Jesuit Community of Gonzaga University, Father Henry Hargreaves<br><br>Case No. 4BE-08-336 Civil | Civil Suit | Alaska Superior Court District of Bethel | Active |
| Mia Sonneck,<br>vs.<br>Society of Jesus, Oregon Province<br><br>Case No. 3:08-cv-00504-c-EJL | Civil Suit | US District Court, District of Idaho (Central Division) | Dismissed |
| Mia Sonneck, Alberta Sena and Dorothea Skalisky,<br>vs.<br>Society of Jesus, Oregon Province, Roman Catholic Diocese of Boise a/k/a The Catholic Bishop of Boise, Idaho<br><br>Case No. CV09-00156 | Civil Suit | Nez Perce County District of Idaho | Active |
| L.A.; L.B.; T.M.B.; T.J.B., M.B.; V.B.; J.C.; C.E.; N.H.; R.H.; K.M.; M.N.; J.P.; D.P.; P.S.; L.T.; C.V-R.; C.A.-V.<br>vs.<br>Society of Jesus, Oregon Province, an Oregon Corporation<br><br>Case No. CV-08-0295-LRS | Civil Suit | US District Court, Eastern District of Washington | Active |

| A.A.; M.A.; C.F.; P.K.; J.M.; F.V.; G.V.; and J.V.; all individuals, vs. Society of Jesus, Oregon Province, an Oregon Corporation; Seattle University, a Washington corporation Case No. 07-2-22665-6SEA | Civil Suit | King County Washington Superior Court | Active |
|---|---|---|---|
| J.E., an individual vs. Society of Jesus, Oregon Province, an Oregon Corporation; Seattle University, a Washington corporation Case No. 08-2-35987-5 SEA | Civil Suit | King County Washington Superior Court | Active |
| Doug Seely, vs. "John Doe." A Jesuit Priest; Society of Jesus, Oregon Province, an Oregon non-profit corporation; Society of Jesus, "Home Province(s)" of "John Doe"; and, Gonzaga University, a Washington non-profit corporation, Case No. 08205660-5 | Civil Suit | Spokane County Washington Superior Court | Active |
| M.N., an individual proceeding under a pseudonym vs. Society of Jesus, Oregon Province, an Oregon religious not for profit corporation Case No. 0702-02227 | Civil Suit | Multnomah County Circuit Court | Settled 9/11/08 |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| All of the following are pass through donations from outside donors - | | | |
| Peter J. Henriot | | 7/31/2008 | $ 160.00 |
| | | 12/31/2008 | $ 1,200.00 |
| | | 12/31/2008 | $ 525.00 |
| | | 1/31/2009 | $ 1,945.00 |
| Amar y Servir | | 7/31/2008 | $ 160.00 |
| | | 8/31/2008 | $ 70.00 |
| | | 8/31/2008 | $ 150.00 |
| | | 9/30/2008 | $ 70.00 |
| | | 10/31/2008 | $ 70.00 |
| | | 11/30/2008 | $ 70.00 |
| | | 12/31/2008 | $ 190.00 |
| | | 12/31/2008 | $ 40.00 |

| Zambia/Malawi Province | 7/31/2008 | $ 160.00 |
| | 8/31/2008 | $ 320.00 |
| | 9/30/2008 | $ 110.00 |
| | 10/31/2008 | $ 170.00 |
| | 11/30/2008 | $ 770.00 |
| | 12/31/2008 | $ 1,380.00 |
| | 12/31/2008 | $ 400.00 |
| | 1/31/2009 | $ 110.00 |
| Rocky Mountain Mission NW | 12/31/2008 | $ 675.00 |
| | 12/31/2008 | $ 150.00 |

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| | 3/21/08 | $2,810.50 |
| Sussman Shank LLP | 4/28/08 | $12,781.81 |
| 1000 SW Broadway, Suite 1400 | 5/12/08 | $15,005.59 |
| Portland, OR 97205 | 7/11/08 | $18,955.50 |
| | 7/22/08 | $17,401.27 |
| | 8/18/08 | $32,925.69 |
| | 10/3/08 | $10,939.08 |
| | 10/17/08 | $4,478.64 |
| | 12/5/08 | $6,702.98 |
| | 12/30/08 | $12,238.75 |
| | 2/2/09 | $21,921.53 |
| | 2/12/09 | $325,000.00 |
| | 2/17/09 | $8,974.26 |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

| | | |
|---|---|---|
| J. F.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $200,000 |
| D. S.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $200,000 |
| M. S.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $400,000 |
| B. J.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $275,000 |
| M. S.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $375,000 |
| B. J.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 4/18/2007 | $300,000 |
| M. M.<br>Confidential<br>Unknown | 4/20/2007 | $350,000 |
| P. M.<br>Confidential<br>Unknown | 4/24/2007 | $500,000 |
| J. H.<br>c/o Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK  99502 | 5/22/2007 | $200,000 |
| D. D.<br>2153 S. Pearl St.<br>Seattle, WA  98108 | 6/30/2007 | $307,000 |
| L. B.<br>Confidential<br>Unknown | 6/30/2007 | $300,000 |
| R. R.<br>c/o Doug Spruance<br>421 W. Riverside Ave<br>Spokane, Wa  99201 | 8/9/2007 | $225,000 |
| S. S.<br>c/o Doug Spruance<br>421 W. Riverside Ave<br>Spokane, Wa  99201 | 8/9/2007 | $300,000 |

| | | |
|---|---|---|
| M. M.<br>c/o Dick Beresford<br>145 3rd Avenue South, Suite 200<br>Edmonds, WA 98020 | 9/11/2007 | $425,000 |
| M. S.<br>c/o Dan Gatti<br>1781 Liberty Street SE<br>Salem, OR 97302 | 11/20/2007 | $400,000 |
| Omak<br>c/o John D. Allison<br>West 2208 Second Avenue<br>Spokane, WA 99204 | 12/5/2007 | $1,790,000 |
| Alaska<br>c/o Cooke Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK 99502 | 12/27/2007 | $5,000,000 |
| L. B.<br>Confidential<br>Unknown | 4/28/2008 | $225,000 |
| C. A.<br>Unknown | 6/30/2008 | $550,000 |
| M. I.<br>303 W. Cleveland Ave<br>Spokane, WA 99205 | 8/1/2008 | $ 50,000 |
| N. M.<br>c/o O'Donnell, Clark & Crew LLP<br>1650 NW Naito Pkwy, Suite 302<br>Portland, OR 97209 | 9/2/2008 | $1,500,000 |

None ☐    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**The Debtor is pursuant to the Code of Canon Law of the Roman Catholic Church ("Canon Law"), the Constitutions of the Society of Jesus (the "Constitutions"), the Complimentary Norms of the Constitutions of the Society of Jesus (the "Norms"), the Statutes on Religious Poverty in the Society of Jesus (the "Statutes on Poverty"), and the Society's Instruction on the Administration of Goods (the "IAG"), as each was promulgated and has been and may be amended and/or restated from time to time, required to maintain certain trust funds. These funds include, without limitation, the Apostolic Works Fund, the Formation Fund, the Aged and Infirm Fund, and the Foundations Fund. Each of these funds is a charitable trust under applicable civil law. The Debtor's only interest in these funds is that as legal title holder and trustee and it has no beneficial interest in the funds. Solely in the interest of full disclosure, and without admitting that these funds or the assets contained therein are property of the Debtor or the estate, all transfers by the Debtor within the last 10 years to each such fund is described below:**

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Apostolic Works Fund** | **FYE June 30, 2000** | **$500,000.00** |
| **Foundations Fund** | **FYE June 30, 2000** | **$272,100.00** |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Merrill Lynch<br>Portland, OR<br>FBO American Jesuits in Africa | Investment Acct # 311-04J87 | $     658.68 12/1/2008 |
| Merrill Lynch<br>Portand, OR<br>FBO University  Christian Center | Investment Acct # 311-04J90 | $107,017.23  9/30/08 |
| Merrill Lynch<br>Portland, OR<br>FBO Zambian Provincial Disrectionary Fund | Investment Acct # 311-04J91 | $391,257.17  9/30/08 |
| Union Bank of California<br>Portland, OR<br>Calamos Investments (pooled funds) | Investment Acct # 200143850-01 | $3,727,192.23  1/12/09 |
| Union Bank of California<br>Portland, OR<br>JL Kaplan (pooled funds) | Investment Acct # 200143670-01 | $1,512,986.55  12/15/09 |
| Domini Social Investments<br>[Address] | Investment Acct #  6000023132 | $23,607.14    8/4/08 |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

**The following described property is neither held by nor in the possession of the Debtor, but is described herein solely in the interest of full disclosure.  Such property is owned by and is in the possession of the Apostolic Works Fund charitable trust or the Jesuit Communities listed**

below.  **The Communities are all separate juridic persons under Canon Law.**

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Oregon Province Apostolic Works Fund charitable trust<br>3215 SE 45th Ave.<br>Portland, OR | Furniture, equipment, household goods and furnishings, tools<br>Estimated garage sale value $21,695 | Rodriquez Residence/Chapel |
| Missoula Jesuit Community<br>1110 Jackson St.<br>Missoula, MT | Checking/Savings Accounts<br>Approx Balance: $11,619.94 as of December 2008 | US Bank<br>Missoula, MT |
| | Household goods and furnishings<br>Estimated garage sale value: $1,919 | Community Residence |
| Colombiere Jesuit Community<br>3215 SE 45th Ave.<br>Portland, OR | Checking/Savings Accounts<br>Approx Balance: $162,848 as of December 2008 | Wells FargoBank<br>Portland, OR |
| | Household goods and furnishings<br>Estimated garage sale value: $16,826 | Community Residence |
| Jesuit High School Jesuit Community<br>9000 SW Beaverton Hwy<br>Portland, OR | Checking/Savings Accounts<br>Approx Balance: $58,700 as of December 2008 | Wells FargoBank<br>Columbia Management<br>Portland, OR |
| | Household goods and furnishings<br>Estimated garage sale value: $11,055 | Community Residence |
| Jesuit Novitiate of St. Francis Xavier<br>3301 SE 45th Ave<br>Portland, OR | Checking/Savings Accounts<br>Approx Balance: $36,692 as of December 2008 | Wells Fargo Bank<br>Portland, OR |
| | Furniture, equipment, household goods and furnishings<br>Estimated garage sale value: $30,705 | Novitiate |
| Capitol Hill Jesuit Community<br>621 17th Ave E<br>Seattle, WA | Checking/Savings Accounts<br>Approx Balance: $132,244 as of December 2008 | Bank of America<br>Seattle, WA |
| | Household goods and furnishings<br>Estimated garage sale value $16,625 | Community Residence |
| Arrupe Jesuit Community<br>924 E. Cherry St.<br>Seattle, WA | Checking/Savings Accounts<br>Approx Balance: $450,504 as of December 2008 | US Bank<br>Bank of America<br>UBS<br>Seattle, WA |
| | Household goods and furnishings<br>Estimated garage sale value: $15,426 | Community Residence |
| Manresa Jesuit Community<br>3007 N. Perry St.<br>Spokane, WA | Checking/Savings Accounts<br>Approx Balance: $211,760 as of December 2008 | Washington Trust Bank<br>Spokane, WA |
| | Household goods and furnishings<br>Estimated garage sale value: $3,775 | Community Residence |
| Gonzaga Jesuit Community<br>502 E. Boone Ave.]<br>Spokane, WA | Checking/Savings Accounts<br>Approx Balance: $314,656 as of December 2008 | Washington Trust Bank<br>Spokane, WA |
| | Household goods and furnishings<br>Estimated garage sale value: $30,711 | Community Residence |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Regis Jesuit Community<br>1107 N. Astor<br>Spokane, WA | Checking/Savings Accounts<br>Approx Balance: $184,336 as of December 2008 | Washington Trust Bank<br>Spokane, WA |
| | Household goods and furnishings, medical equipment<br>Estimated garage sale value: $30,705 | Regis Community Senior Care Facility |
| Brother Joe Prince Jesuit Community<br>1 Airguard Rd<br>St. Mary's, AK<br>-and-<br>Jesuit Community of Anchorage<br>1500 Birchwod St.<br>Anchorage, AK | Checking/Savings Accounts<br>Approx Balance: $62,732 as of December 2008<br><br>Household goods and furnishings<br>Estimated garage sale value: $3,283 | 1st Nat'l Alaska<br>St. Mary's, AK<br><br>Community Residence |
| Bellarmine Jesuit Community<br>2300 S. Washington St.<br>Tacoma, WA | Checking/Savings Accounts<br>Approx Balance: $84,915 as of December 2008<br><br>Household goods and furnishings<br>Estimated garage sale value: $3,977 | Columbia Bank<br>Tacoma, WA<br><br>Community Residence |
| Cardoner Jesuit Community<br>215 N. Naches Ave<br>Yakima, WA | Checking/Savings Accounts<br>Approx Balance: $54,115 as of December 2008<br><br>Household goods and furnishings<br>Estimated garage sale value: $2,305 | Key Bank<br>Yakima, WA<br><br>Community Residence |
| Previous owners holding power of appointment -<br>Willaim Vogel<br>John McLain<br>John Lee<br>Viet Tran<br>Joe Fortier | Patrimony Deposits - Individual Jesuits' property prior to final vows held in trust by the Debtor and subject to future charitable donations at the direction of the individual Jesuit that owned the property<br>Estimated Value: $168,367 | Loyola Jesuit Center<br>Portland, OR |
| Jesuit Center for Theological Reflection<br>Zambia | Domini Social Investments<br>Acct # 9000003989<br>Approx Value: $152,938 as of December 2008 | |

**15. Prior address of debtor**

None ☒  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

**Each of the following entities are non-profit religious corporations that are associated with the Debtor in some respect and in which the Provincial is the president and may be a member.  They are all non-profit religious corporations and as such have no equity interest holders.**

**The identity of each such entity is provided herein solely in the interest of full disclosure.**

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Montana Catholic Missions of S.J., a Montana non-profit religious corporation | 93-6030099 | | Religious activities; holding title to real property in trust | N/A |
| Society of Jesus, Alaska, an Alaska non-profit religious corporation | 92-0035058 | | Religious activities; holding title to real property in trust | N/A |
| The Pioneer Educational Society, a Washington non-profit religious corporation | 91-0570849 | | Religious activities; holding title to real property in trust | N/A |
| Loyola Retreat Association, S.J., Inc., an Oregon non-profit religious corporation | 93-0391587 | | Religious activities | N/A |
| Nestucca Sanctuary, an Oregon non-profit religious corporation | 91-1765930 | | Religious activities | N/A |
| Mount St. Michael's Seminary of Philosophy & Science, a Washington non-profit religious corporation | 91-0673886 | | Inactive | |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

     **19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

| | | |
|---|---|---|
| William L. Lockyear, CPA | CFO | 1992 to Present |
| Michael A Tyrrell, S.J. | Treasurer | 7/1/08 to Present |
| Mathew Johnson, CPA | Accounting Mgr. | 11/07 to Present |
| Lisa Aarseth | Accountant | 1992 to Present |

3215 SE 45th Avenue
Portland, OR 97206

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

Audits not performed.  Limited agreed upon services performed by:

| | | |
|---|---|---|
| Moss Adams LLP | 805 SW Broadway, Suite 1200<br>Portland, OR 97205 | 9/1/2006 |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtor | 3215 SE 45th Avenue, Portland, OR 97206 |

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Union Bank of California<br>Portland, OR | August 2008 |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

December 2008, personal property of Debtor and Communities.  Michael Tyrrell, S.J. supervised the inventories.  Amounts listed in Question 14 above.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

The Debtor is a non-profit religious corporation.  As such, there are no equity security holders.  Nevertheless, the Debtor provides the following

information on its officers and directors solely in the interest of full disclosure.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Patrick J. Lee, S.J. | President | N/A |
| Thomas C. Lankenau, S.J. | Secretary | N/A |
| Michael Tyrrell, S.J. | Treasurer | N/A |
| Peter B. Ely, S.J. | Consultor | N/A |
| Stephen R. Kuder, S.J. | Consultor | N/A |
| Patrick J. Twohy, S.J. | Consultor | N/A |

**22 . Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| John S. Whitney, S.J. | President | 7/1/08 |
| Patrick J. Janowiak, S.J. | Secretary | 7/1/08 |
| J.K. Adams, S.J. | Treasurer | 7/1/08 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John S. Whitney, S. J., President | | Each of the person listed are Jesuits who have taken a vow of poverty. They receive |
| Patrick J. Janowiak, S.J., Secretary | | room and board, clothing, health care, transportion, other necessities, and payment |
| J.K. Adams, S.J., Treasurer | | of expenses to complete their mission from their assigned Jesuit Communities and |
| Patrick J. Lee, S.J., President | | receive no monetary compensation. |
| Thomas C. Lankenau, S.J., Secretary | | |
| Michael Tyrrell, S.J., Treasurer | | |
| Peter B. Ely, S.J., Consultor | | |
| Stephen R. Kuder, S.J., Consultor | | |
| Patrick J. Twohy, S.J., Consultor | | |

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

20

**25. Pension Funds.**

None ☐   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**SOCIETY OF JESUS OREGON PROV. SEP IRA**                          **10100151**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **February 17, 2009**              Signature   /s/ Michael A. Tyrrell, S. J.
                                                     **Michael A. Tyrrell, S.J.**
                                                     **Treasurer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Payments made to Jesuit Communities
02/17/2008-02/17/2009

### Arrupe Jesuit Community

| Check Number | Date | | Amount |
|---|---|---|---|
| 47456 | 2/28/2008 | $ | 205.06 |
| 47537 | 3/6/2008 | $ | 196.00 |
| 47703 | 4/4/2008 | $ | 580.00 |
| 48015 | 5/21/2008 | $ | 412.50 |
| 48127 | 6/4/2008 | $ | 328.90 |
| 48167 | 6/12/2008 | $ | 2,875.00 |
| 48293 | 7/2/2008 | $ | 67.15 |
| 48481 | 7/30/2008 | $ | 1,920.00 |
| 48575 | 8/7/2008 | $ | 5,980.00 |
| 48657 | 8/27/2008 | $ | 52.69 |
| 48689 | 9/1/2008 | $ | 2,990.00 |
| 48813 | 9/24/2008 | $ | 52.69 |
| 48856 | 10/1/2008 | $ | 2,990.00 |
| 49042 | 10/29/2008 | $ | 322.00 |
| 49062 | 11/3/2008 | $ | 2,990.00 |
| 49141 | 11/12/2008 | $ | 148.66 |
| 49265 | 12/1/2008 | $ | 2,990.00 |
| 49321 | 12/10/2008 | $ | 282.00 |
| 49432 | 1/1/2009 | $ | 2,666.67 |
| 49472 | 1/8/2009 | $ | 328.25 |
| 49497 | 1/14/2009 | $ | 638.40 |
| 49526 | 1/21/2009 | $ | 3,201.91 |
| 49563 | 1/29/2009 | $ | 290.00 |
| 49594 | 2/2/2009 | $ | 2,666.67 |
| 49682 | 2/12/2009 | $ | 189.80 |
| | | $ | 35,364.35 |

### Bellarmine Prep Jesuit Community

| Check Number | Date | | Amount |
|---|---|---|---|
| 47911 | 5/7/2008 | $ | 17.81 |
| 48945 | 10/16/2008 | $ | 18.00 |
| | | $ | 35.81 |

### Brother Joe Prince Jesuit Community

| Check Number | Date | | Amount |
|---|---|---|---|
| 47630 | 4/1/2008 | $ | 6,250.00 |
| 47676 | 4/4/2008 | $ | 105.98 |
| 47731 | 4/9/2008 | $ | 2,290.00 |
| 47813 | 4/24/2008 | $ | 114.00 |
| 48258 | 7/2/2008 | $ | 8,540.00 |
| 48835 | 10/1/2008 | $ | 3,125.00 |
| 49411 | 1/1/2009 | $ | 3,125.00 |
| | | $ | 23,549.98 |

### Capitol Hill Jesuit Community

| Check Number | Date | | Amount |
|---|---|---|---|
| 47814 | 4/24/2008 | $ | 17.14 |
| 48221 | 6/26/2008 | $ | 5,509.42 |
| 49412 | 1/1/2009 | $ | 1,000.00 |
| 49585 | 2/2/2009 | $ | 1,000.00 |
| | | $ | 7,526.56 |

### Colombiere Jesuit Community

| Check Number | Date | | Amount |
|---|---|---|---|
| 47475 | 3/3/2008 | $ | 7,065.00 |
| 47632 | 4/1/2008 | $ | 7,030.00 |
| 47677 | 4/4/2008 | $ | 180.00 |
| 47871 | 5/1/2008 | $ | 4,075.00 |
| 48060 | 6/2/2008 | $ | 4,040.00 |
| 48260 | 7/2/2008 | $ | 5,980.00 |
| 48503 | 8/1/2008 | $ | 5,980.00 |
| 48678 | 9/1/2008 | $ | 5,980.00 |
| 48710 | 9/4/2008 | $ | 2,500.00 |
| 48837 | 10/1/2008 | $ | 5,980.00 |
| 49054 | 11/3/2008 | $ | 5,980.00 |
| 49248 | 12/1/2008 | $ | 5,980.00 |
| 49414 | 1/1/2009 | $ | 5,980.00 |
| 49586 | 2/2/2009 | $ | 5,980.00 |
| | | $ | 72,730.00 |

EXHIBIT____1____
PAGE__1__OF_3_

Fairbanks Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| NONE | | |

Gonzaga University Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| 47402 | 2/20/2008 | $ 19,439.28 |
| 47638 | 4/1/2008 | $ 28,125.00 |
| 47956 | 5/14/2008 | $ 6.55 |
| 48272 | 7/2/2008 | $ 28,125.00 |
| 48543 | 8/7/2008 | $ 21,054.68 |
| 48843 | 10/1/2008 | $ 28,125.00 |
| 48882 | 10/3/2008 | $ 10,000.00 |
| 49348 | 12/18/2008 | $ 97.50 |
| 49420 | 1/1/2009 | $ 25,000.00 |
| | | $ 159,973.01 |

Jesuit High School Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| 47522 | 3/6/2008 | $ 486.00 |
| 47577 | 3/13/2008 | $ 430.00 |
| 47578 | 3/13/2008 | $ 138.00 |
| 47689 | 4/4/2008 | $ 689.00 |
| 47847 | 4/30/2008 | $ 486.00 |
| 48038 | 5/28/2008 | $ 406.00 |
| 48110 | 6/4/2008 | $ 486.00 |
| 48201 | 6/18/2008 | $ 480.00 |
| 48277 | 7/2/2008 | $ 3,426.00 |
| 48417 | 7/23/2008 | $ 203.00 |
| 48465 | 7/30/2008 | $ 223.00 |
| 48508 | 8/1/2008 | $ 2,990.00 |
| 48807 | 9/24/2008 | $ 203.00 |
| 48884 | 10/3/2008 | $ 438.00 |
| 49025 | 10/29/2008 | $ 203.00 |
| 49058 | 11/3/2008 | $ 2,990.00 |
| 49132 | 11/12/2008 | $ 262.96 |
| 49252 | 12/1/2008 | $ 2,990.00 |
| 49424 | 1/1/2009 | $ 2,990.00 |
| 49463 | 1/8/2009 | $ 262.96 |
| 49589 | 2/2/2009 | $ 2,990.00 |
| 49625 | 2/5/2009 | $ 525.92 |
| | | $ 24,298.84 |

Manresa Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| NONE | | |

Missoula Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| 47646 | 4/1/2008 | $ 3,125.00 |
| 48286 | 7/2/2008 | $ 3,125.00 |
| 48849 | 10/1/2008 | $ 3,125.00 |
| 49033 | 10/29/2008 | $ 3,125.00 |
| 49427 | 1/1/2009 | $ 6,250.00 |
| | | $ 18,750.00 |

Novitiate of St Francis Xavier

| Check Number | Date | Amount |
|---|---|---|
| 47644 | 4/1/2008 | $ 27,200.00 |
| 47877 | 5/1/2008 | $ 27,200.00 |
| 48418 | 7/23/2008 | $ 34,000.00 |
| 48509 | 8/1/2008 | $ 34,000.00 |
| 48684 | 9/1/2008 | $ 34,000.00 |
| 48848 | 10/1/2008 | $ 34,000.00 |
| 48988 | 10/22/2008 | $ 7,384.88 |
| 49059 | 11/3/2008 | $ 34,000.00 |
| 49425 | 1/1/2009 | $ 28,000.00 |
| 49590 | 2/2/2009 | $ 28,000.00 |
| | | $ 287,784.88 |

EXHIBIT 1
PAGE 2 OF 3

Regis Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| 47486 | 3/3/2008 | $ 48,000.00 |
| 47532 | 3/6/2008 | $ 157.12 |
| 47656 | 4/1/2008 | $ 48,000.00 |
| 47699 | 4/4/2008 | $ 13.10 |
| 47881 | 5/1/2008 | $ 48,000.00 |
| 48012 | 5/21/2008 | $ 45.85 |
| 48070 | 6/2/2008 | $ 48,000.00 |
| 48206 | 6/18/2008 | $ 41.99 |
| 48290 | 7/2/2008 | $ 50,000.00 |
| 48511 | 8/1/2008 | $ 50,000.00 |
| 48688 | 9/1/2008 | $ 50,000.00 |
| 48853 | 10/1/2008 | $ 50,000.00 |
| 49037 | 10/29/2008 | $ 44.51 |
| 49061 | 11/3/2008 | $ 50,000.00 |
| 49258 | 12/1/2008 | $ 50,000.00 |
| 49356 | 12/18/2008 | $ 6.55 |
| 49430 | 1/1/2009 | $ 50,000.00 |
| 49559 | 1/29/2009 | $ 1,440.71 |
| 49593 | 2/2/2009 | $ 50,000.00 |
| | | $ 593,749.83 |

Yakima Jesuit Community

| Check Number | Date | Amount |
|---|---|---|
| 48299 | 7/2/2008 | $ 3,666.67 |
| 48513 | 8/1/2008 | $ 3,666.67 |
| 48556 | 8/7/2008 | $ 6,250.00 |
| 48691 | 9/1/2008 | $ 3,666.67 |
| 48784 | 9/17/2008 | $ 6.61 |
| 48860 | 10/1/2008 | $ 9,916.67 |
| 48965 | 10/16/2008 | $ 32.77 |
| 49064 | 11/3/2008 | $ 3,666.67 |
| 49267 | 12/1/2008 | $ 3,666.67 |
| 49290 | 12/3/2008 | $ 5,487.50 |
| 49436 | 1/1/2009 | $ 3,125.00 |
| | | $ 43,151.90 |

EXHIBIT 1
PAGE 3 OF 3

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re **Society of Jesus, Oregon Province**

Case No.

Debtor(s)

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A. A.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **A. A.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **Brissett, Cormac**<br>**Loyola Jesuit House**<br>**6234 North Kenmore Ave**<br>**Chicago, IL 60660-2101** | **Brissett, Cormac**<br>**Loyola Jesuit House**<br>**6234 North Kenmore Ave**<br>**Chicago, IL 60660-2101** | **Debtor assumed student loan obligations of claimant upon his taking vows to become a Jesuit (Payments on such loans are made from the Formation Fund** | | **75,136.93** |
| **C. F.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **C. F.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **CA-V**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **CA-V**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **CV-R**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **CV-R**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **D. P.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **D. P.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **F. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **F. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Society of Jesus, Oregon Province**                              Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **G. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **G. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **J. E.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **J. E.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **J. M.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **J. M.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **J. Mc.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **J. Mc.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **J. P.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **J. P.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **J. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **J. V.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **Jesuit Conference, Inc.**<br>**Attn: Rev Thomas P. Gaunt, SJ**<br>**1016 - 16th St NW, Ste 400**<br>**Washington, DC 20036** | **Jesuit Conference, Inc.**<br>**Attn: Rev Thomas P. Gaunt, SJ**<br>**1016 - 16th St NW, Ste 400**<br>**Washington, DC 20036** | **Vendor** | | **529,460.00** |
| **L. T.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **L. T.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **M. A.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **M. A.**<br>**c/o Michelle Menely, Esq.**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **Omak Area Abuse Claimants**<br>**c/o John D. Allison, Esq.**<br>**West 2208 Second Avenue**<br>**Spokane, WA 99204** | **Omak Area Abuse Claimants**<br>**c/o John D. Allison, Esq.**<br>**West 2208 Second Avenue**<br>**Spokane, WA 99204** | **Debtor has agreed to raise at least $200,000 for establishment of a shelter in the Omak, WA area. Claimants have been unable to agree on a shelter** | | **200,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**              Case No.                         
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **P. K. 2**<br>**c/o Michelle Menely**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **P. K. 2**<br>**c/o Michelle Menely**<br>**600 University St. Ste 2100**<br>**Seattle, WA 98101-4185** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **5,000,000.00** |
| **P. S.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **P. S.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave Ste C**<br>**Yakima, WA 98902** | **Tort Claim** | **Unliquidated**<br>**Disputed** | **75,000.00** |
| **Society of Jesus, Rome**<br>**c/o The Northern Trust Company**<br>**50 S. LaSalle St**<br>**Chicago, IL 60675** | **Society of Jesus, Rome**<br>**c/o The Northern Trust Company**<br>**50 S. LaSalle St**<br>**Chicago, IL 60675** | **Vendor** | | **75,066.10** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **February 17, 2009**               Signature   **/s/ Michael A. Tyrrell, S.J.**
                                             **Michael A. Tyrrell, S.J.**
                                           **Treasurer**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Oregon

In re    **Society of Jesus, Oregon Province**                                         ,       Case No. _____

                                                        Debtor

                                                                                    Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None - Non-Profit Corporation**<br>**3215 SE 45th Avenue**<br>**Portland, OR 97206** | **N/A** | **N/A** | **N/A** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **February 17, 2009** _____         Signature **/s/ Michael A. Tyrrell, S.J.** _____
                                                            **Michael A. Tyrrell, S.J.**
                                                            **Treasurer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Oregon

In re　**Society of Jesus, Oregon Province**

Debtor(s)

Case No. _____

Chapter　**11**

# VERIFICATION OF CREDITOR MATRIX

I, the Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**February 17, 2009**

**/s/ Michael A. Tyrrell, S.J.**

**Michael A. Tyrrell, S.J./Treasurer**
Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re   **Society of Jesus, Oregon Province**                    Case No.

                                              Debtor(s)      Chapter    **11**

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated:    **February 17, 2009**                    **/s/ Thomas W. Stilley**

                                            **Thomas W. Stilley 88316**
                                              **Sussman Shank LLP**
                                              **1000 SW Broadway**
                                              **Suite 1400**
                                              **Portland, OR 97205-3089**
                                              **(503) 227-1111**

1  Thomas W. Stilley, OSB No. 88316
   Howard M. Levine, OSB No. 80073
2  Susan S. Ford, OSB No. 84220
   SUSSMAN SHANK LLP
3  1000 SW Broadway, Suite 1400
   Portland, OR  97205-3089
4  Telephone: (503) 227-1111
   Facsimile: (503) 248-0130
5  E-Mail: tom@sussmanshank.com
           howard@sussmanshank.com
6          susan@sussmanshank.com

7  Proposed Attorneys for Debtor and Debtor-In-Possession

8

9              IN THE UNITED STATES BANKRUPTCY COURT

10                      DISTRICT OF OREGON

11                                    )
   In re:                             )   Case No.
12                                    )
   Society Of Jesus, Oregon Province, an  )   CERTIFICATE OF SERVICE
13 Oregon domestic nonprofit religious    )   (Full Filing)
   corporation,                       )
14                                    )
                        Debtor.       )
15 _____   )

16          I hereby certify that the following documents will be **hand delivered** to the U.S.

17 Trustee for the District of Oregon, 620 SW Main Street, Rm. 213, Portland, Oregon

18 97205

19          • Voluntary Petition;

20          • Exhibit C-1;

21          • Disclosure of Compensation of Attorney for Debtor;

22          • Summary of Schedules;

23          • Schedules A through H, and Declaration Concerning Debtor's Schedules;

24          • Statement of Financial Affairs;

25          • List of Creditors Holding 20 Largest Unsecured Claims;

26

**Page 1 of 2** – CERTIFICATE OF SERVICE

1      • List of Equity Security Holders;

2      • Creditor Matrix and Verification;

3      • Corporate Ownership Statement;

4      • Certification Pursuant to LBR 1001-1.G; and

5      • A self adhesive label with the name and service address for each of the following: Debtor, Debtor's attorney, SEC, and each of the creditors holding the 20 Largest Unsecured Claims.

Dated this 17th day of February, 2009.

SUSSMAN SHANK LLP

*/s/ Thomas W. Stilley*

_____
Thomas W. Stilley, OSB No. 88316
Howard M. Levine, OSB No. 80073
Susan S. Ford, OSB No. 84220
Proposed Attorneys for Debtor and
Debtor-In-Possession

F:\CLIENTS\19620\003\FIRST DAY PLEADINGS\P-CERTIFICATE OF SERVICE TO TRUSTEE (VOLUNTARY PETITION, ETC.).DOC

**Page 2 of 2** – CERTIFICATE OF SERVICE