UNITED STATES BANKRUPTCY  COURT
DISTRICT OF OREGON

In re

)
)    Case No. _____
)
)    NOTICE OF DEBTOR'S
)    AMENDMENT OF MAILING MATRIX
)    OR SCHEDULES D, E, F, G OR H
)

Debtor(s)

## I.  GENERAL INSTRUCTIONS TO DEBTOR(S):

A. Use this <u>ONLY</u> to amend the mailing matrix or schedules regarding <u>CREDITOR</u> information.  Do <u>NOT</u> use for other amendments!

B. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) required if amending Schedule(s) D, E or F.

C. IF case is CLOSED you MUST FILE: (i) a separate Motion to Reopen, (ii) a Motion filing fee, <u>AND</u> (iii) the amendment fee.

## II.  IF FILING ON PAPER, INCLUDE THE FOLLOWING WITH <u>THIS</u> NOTICE:

A. The current FILING FEE for amending these schedules unless you are ONLY amending addresses of entities previously listed on filed Schedules (e.g., a fee is required when filing an amended mailing matrix to include creditors originally listed on a Schedule, but not given notice because you did not also include them on the original mailing matrix).

B. Amendments to <u>ONLY</u> schedules D, E, F, G or H, with <u>EACH</u> labeled <u>"SUPPLEMENTAL"</u>.  LIST <u>ONLY</u> *AFFECTED* creditors!

C. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) if amending Schedule(s) D, E or F.

D. A separate mailing matrix filed per Local Form #104. INCLUDE <u>ONLY</u> the name/mailing address of each NEW creditor being ADDED!

**NOTES**: (1) EACH category of amendment MUST be segregated <u>AND</u> clearly <u>TITLED</u> [for example: "New Creditors," "Changing Status" (indicate from what to what, e.g., from secured to unsecured), "Delete Creditors"].  (2) The debtor's name and case number MUST appear in the top of the FRONT of each paper SCHEDULE page, <u>AND</u> at the **TOP 1/2"** of the **BACK** of a paper MATRIX page.  (3) Use Local Form #101 IF ONLY CHANGING THE ADDRESS of a creditor who is ALREADY LISTED.

## III.  SERVICE INSTRUCTIONS:

Serve each affected creditor with <u>BOTH</u>:  (1) a copy of this notice, <u>AND</u> (2) a copy of <u>ANY</u> of the following documents already filed in this case and applicable to the chapter of the United States Bankruptcy Code under which this case is currently being administered:

A. **(Applies to ALL chapters)** A Notice of the Meeting of Creditors THAT INCLUDES <u>ALL</u> **NINE** (9) DIGITS of any Soc. Sec. Number; <u>AND</u> each applicable amended schedule.

B. **(Applies to ALL chapters)**  A notice to each creditor whose name or address is being modified that <u>BOTH</u>: (1) clearly sets out all changes <u>AND</u> (2) tells the creditor that (s)he may write the court and further change his/her name or address by INCLUDING the debtor's case name AND case number, <u>AND</u> BOTH the newly amended name and address <u>AND</u> the correct information.

C. **(Applies to ALL chapters where <u>BOTH</u>:  (1) NEW creditors are being ADDED, <u>AND</u> (2) the time for filing a timely proof of claim or complaint under 11 USC §523(c) or 727 has expired)**  A separate notification that adding the creditor may not result in discharge of the debt.

D. **(Applies to ALL chapters where creditors are being DELETED)** A notice to each DELETED creditor that: (1) the creditor is being deleted and, if the creditor wishes to receive further notices, that (s)he must write the court making that specific request, <u>INCLUDING</u> the debtor's name, full case number, AND the creditor's own name and mailing address; <u>AND</u> (2) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.

E. **(Applies only to Chapter 7)**  Any order, and any supplemental order, fixing time for filing a proof of claim form.

F. **(Applies only to Chapter 9 or 11)**  The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.

G. **(Applies only to Chapter 9 or 11, and where <u>EITHER</u>: (i) a creditor is being DELETED; (ii) a creditor's claim STATUS is being changed [e.g., nondisputed to disputed]; <u>OR</u> (iii) the AMOUNT of creditor's claim is being REDUCED)**  A notice to each affected creditor that a proof of claim must be filed by the later of either (1) 30 days from the service date of this notice, or (2) the latest time fixed by the court.

H. **(Applies only to Chapter 9, 11 or 12)**  The Notice of any pending hearing on a proposed disclosure statement, with attachments.

I. **(Applies only to Chapter 9, 11, 12, or 13)**  <u>BOTH</u> (1) the Notice of any pending confirmation hearing, and either all related documents required to be sent with that Notice or, in Chapter 13, any proposed plan; <u>AND</u>, if any, (2) the most recent confirmation order, confirmed plan, and approved disclosure statement.

J. **(Applies only to Ch. 11, 12 or 13)** Any Notice of Modification of Plan, including attachments, if time for objection has not expired.

## IV.  <u>CERTIFICATE</u> OF COMPLIANCE:

The undersigned, who is the debtor or debtor's attorney, certifies that:  (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: _____

_____
Signature

_____
Type or Print Signer's Name **AND** Phone No.

728 (8/8/08)

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. _____**09-30938**_____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,164,000.00 | | |
| B - Personal Property | Yes | 6 | 3,656,386.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 5,744.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 54 | | 31,770,085.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| | | Total Assets | 4,820,386.16 | | |
| | | Total Liabilities | | 31,775,829.72 | |

B6F (Official Form 6F) (12/07)

In re **Society of Jesus, Oregon Province**
_____ ,    Case No. _____**09-30938**_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| Account No. **A. A.** | | - | | | | | X | X | |
| | | | | | | | | | **0.00** |
| Account No. **Representing: A. A.** | | A. A. c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | | |
| Account No. **A. S.** | | - | | | | | X | X | |
| | | | | | | | | | **Unknown** |
| Account No. **Representing: A. S.** | | A. S. c/o Andrew Chasan, Esq. 1459 Tyrell Lane Boise, ID 83701 | | | | | | | |

__53__  continuation sheets attached

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    S/N:29819-090220    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                              ,   Case No.   **09-30938**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing:** **A. S.** | | **A. S.** c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | | |
| Account No. **C. F.** | - | | | | | | X | X | 0.00 |
| Account No. **Representing:** **C. F.** | | **C. F.** c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | | |
| Account No. **D. Sk.** | - | | | | | | X | X | Unknown |
| Account No. **Representing:** **D. Sk.** | | **D. Sk.** c/o Andrew Chasan, Esq. 1459 Tyrell Lane Boise, ID 83701 | | | | | | | |

Sheet no. __1__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Representing: D. Sk. | | D. Sk. c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | |
| Account No.  F. V. | | - | | | | X | X | 0.00 |
| Account No.  Representing: F. V. | | F. V. c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | |
| Account No.  G. V. | | - | | | | X | X | 0.00 |
| Account No.  Representing: G. V. | | G. V. c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | | | |

Sheet no. __**2**___ of __**53**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Society of Jesus, Oregon Province**_____,    Case No. ___**09-30938**_____
                                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J. B.**<br>**c/o Blaine Tamaki, Esq.**<br>**1340 N. 16th Ave, Ste C**<br>**Yakima, WA 98902** | | - | **Tort Claim** | | X | X | 5,000,000.00 |
| Account No.<br><br>**J. E.** | | - | | | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**J. E.** | | | **J. E.**<br>**c/o Michael Pfau, Esq.**<br>**701 5th Ave Ste 4750**<br>**Seattle, WA 98104** | | | | |
| Account No.<br><br>**J. M.** | | - | | | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**J. M.** | | | **J. M.**<br>**c/o Michael Pfau, Esq.**<br>**701 5th Ave Ste 4750**<br>**Seattle, WA 98104** | | | | |

Sheet no. __**3**___ of __**53**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,000,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                    ,      Case No.   **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J. Mc.** | - | | | | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**J. Mc.** | | | **J. Mc.**<br>**c/o Michael Pfau, Esq.**<br>**701 5th Ave Ste 4750**<br>**Seattle, WA 98104** | | | | |
| Account No.<br><br>**J. V.** | - | | | | X | X | 0.00 |
| Account No.<br><br>**Representing:**<br>**J. V.** | | | **J. V.**<br>**c/o Michael Pfau, Esq.**<br>**701 5th Ave Ste 4750**<br>**Seattle, WA 98104** | | | | |
| Account No.<br><br>**Jack Doe 10**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | | X | X | Unknown |

Sheet no. __**4**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　__Society of Jesus, Oregon Province_____,　Case No.　__09-30938_____
　　　　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Jack Doe 10** | | | | | **Jack Doe 10**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jack Doe 11**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jack Doe 11** | | | | | **Jack Doe 11**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jack Doe 12**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jack Doe 12** | | | | | **Jack Doe 12**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __5___ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　**0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                    ,   Case No.   **09-30938**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| Jackie Doe 3 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Jackie Doe 3 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: Jackie Doe 3 | | | | | | | |
| Account No. | | | Tort Claim | | | | |
| Jackson Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Jackson Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: Jackson Doe 1 | | | | | | | |
| Account No. | | | Tort Claim | | | | |
| James Doe 59 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | X | X | |
| | | | | | | | Unknown |

Sheet no. **6** of **53** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,  Case No. ___09-30938_____
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**James Doe 59** | | | | | **James Doe 59**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 60**<br>**c/o Manly and Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 60** | | | | | **James Doe 60**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewell Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 61**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 61** | | | | | **James Doe 61**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __7___ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                      ,    Case No.    **09-30938**
                                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **James Doe 62** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br> **Representing:** <br> **James Doe 62** | | | | **James Doe 62** <br> **c/o Cooke Roosa, Esq.** <br> **3700 Jewel Lake Rd** <br> **Anchorage, AK 99502** | | | | |
| Account No. <br><br> **James Doe 63** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br> **Representing:** <br> **James Doe 63** | | | | **James Doe 63** <br> **c/o Cooke Roosa, Esq.** <br> **3700 Jewel Lake Rd** <br> **Anchorage, AK 99502** | | | | |
| Account No. <br><br> **James Doe 64** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __**8**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,     Case No. ___**09-30938**___
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**James Doe 64** | | | **James Doe 64**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 65**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 65** | | | **James Doe 65**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 66**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 66** | | | **James Doe 66**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __**9**___ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. ____09-30938_____
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| James Doe 67 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | | X | X | Unknown |
| Account No. Representing: James Doe 67 | | | | | James Doe 67 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | Tort Claim | | | | |
| James Doe 68 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | | X | X | Unknown |
| Account No. Representing: James Doe 68 | | | | | James Doe 68 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | Tort Claim | | | | |
| James Doe 69 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | | X | X | Unknown |

Sheet no. __10__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                              ,    Case No.    **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: James Doe 69** | | | James Doe 69 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **James Doe 70 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: James Doe 70** | | | James Doe 70 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **James Doe 71 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: James Doe 71** | | | James Doe 71 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __11__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                    ,   Case No.   **09-30938**
                                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tort Claim | | | | |
| James Doe 73 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | James Doe 73 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: James Doe 73 | | | | | | | | |
| Account No. | | | | Tort Claim | | | | |
| James Doe 74 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | James Doe 74 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: James Doe 74 | | | | | | | | |
| Account No. | | | | Tort Claim | | | | |
| James Doe 75 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**12**__ of __**53**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province__ ,   Case No. __09-30938__

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Representing: James Doe 75 | | | | | James Doe 75 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. James Doe 76 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | Tort Claim | | X | X | Unknown |
| Account No. Representing: James Doe 76 | | | | | James Doe 76 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. James Doe 77 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | Tort Claim | | X | X | Unknown |
| Account No. Representing: James Doe 77 | | | | | James Doe 77 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __13__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,    Case No.   **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Tort Claim | | | | |
| James Doe 78 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | Unknown |
| Account No. | | | | James Doe 78 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: James Doe 78 | | | | | | | | |
| Account No. | | | | Tort Claim | | | | |
| James Doe 79 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | Unknown |
| Account No. | | | | James Doe 79 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: James Doe 79 | | | | | | | | |
| Account No. | | | | Tort Claim | | | | |
| James Doe 80 c/o Manly & Stewart 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | Unknown |

Sheet no. __14__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                    ,     Case No.    **09-30938**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Representing: James Doe 80** | | | | James Doe 80 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **James Doe 81 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: James Doe 81** | | | | James Doe 81 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **James Doe 82 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: James Doe 82** | | | | James Doe 82 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. **15** of **53** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                              ,     Case No.    **09-30938**
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **James Doe 83 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | **James Doe 83 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| **Representing: James Doe 83** | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **James Doe 84 c/o Manly & Stewart 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | **Unknown** |
| Account No. | | | | | **James Doe 84 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| **Representing: James Doe 84** | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **James Doe 85 c/o Manly & Stewart 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | **Unknown** |

Sheet no. __**16**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. ____09-30938_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Representing:<br>James Doe 85 | | | | James Doe 85<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |
| Account No.<br><br>James Doe 86<br>c/o Manly & Stewart, Esq.<br>4220 Von Karman Ave #200<br>Newport Beach, CA 92660 | - | | | Tort Claim | | X | X | **Unknown** |
| Account No.<br><br>Representing:<br>James Doe 86 | | | | James Doe 86<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |
| Account No.<br><br>James Doe 87<br>c/o Manly & Stewart, Esq.<br>4220 Von Karman Ave #200<br>Newport Beach, CA 92660 | - | | | Tort Claim | | X | X | **Unknown** |
| Account No.<br><br>Representing:<br>James Doe 87 | | | | James Doe 87<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |

Sheet no. __17__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,        Case No.    **09-30938**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| James Doe 88 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: James Doe 88 | | | | | James Doe 88 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| James Doe 89 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: James Doe 89 | | | | | James Doe 89 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| James Doe 90 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __18__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**James Doe 90** | | | | | **James Doe 90**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 91**<br>**c/o Manly & Stewart**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 91** | | | | | **James Doe 91**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**James Doe 92**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**James Doe 92** | | | | | **James Doe 92**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. **19** of **53** sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No. ___**09-30938**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| James Doe 93 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | X | X | Unknown |
| Account No. Representing: James Doe 93 | | | James Doe 93 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | Tort Claim | | | | |
| James Doe 94 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | X | X | Unknown |
| Account No. Representing: James Doe 94 | | | James Doe 94 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | Tort Claim | | | | |
| Jane Doe  8 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | X | X | Unknown |

Sheet no. __**20**__ of __**53**__ sheets attached to Schedule of        Subtotal                          
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                          ,   Case No.   **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Jane Doe  8** | | | **Jane Doe 8**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jane Doe  9**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jane Doe  9** | | | **Jane Doe 9**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jane Doe 10**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jane Doe 10** | | | **Jane Doe 10**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Newport Beach, CA 92660** | | | | |

Sheet no. __**21**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. ____09-30938_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| Jane Doe 11 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: Jane Doe 11 | | | | | Jane Doe 11 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| Jane Doe 12 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: Jane Doe 12 | | | | | Jane Doe 12 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| Jane Doe 13 c/o Manly & Stewart 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |

Sheet no. __22__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                      ,   Case No.   **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Jane Doe 13** | | | | | Jane Doe 13 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Jane Doe 14 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: Jane Doe 14** | | | | | Jane Doe 14 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Jane Doe 5 c/o Valcarce Law Office, LLC P O Box 409 Bethel, AK 99559** | - | | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Jane Doe 6 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559** | - | | | | Tort Claim | | X | X | **Unknown** |

Sheet no. __23__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| Jane Doe 7 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | | | | | | | X | X | Unknown |
| Account No. | | | - | | Tort Claim | | | | |
| Jane G. Doe c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: Jane G. Doe | | | | | Jane G. Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| Jane H. Doe c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | | | | | | X | X | Unknown |
| Account No. Representing: Jane H. Doe | | | | | Jane H. Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __24__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | - | | | Tort Claim | | | | |
| **Jane I. Doe c/o Manly & Stewart 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | | X | X | **Unknown** |
| Account No. Representing: Jane I. Doe | | | | | | James I. Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | | Tort Claim | | | | |
| **Janet Doe 4 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | | X | X | **Unknown** |
| Account No. Representing: Janet Doe 4 | | | | | | Janet Doe 4 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | - | | | Tort Claim | | | | |
| **Janet Doe 5 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | | X | X | **Unknown** |

Sheet no. __**25**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                ,    Case No. ___**09-30938**___
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Janet Doe 5** | | | | | Janet Doe 5 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Janet Doe 6 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: Janet Doe 6** | | | | | Janet Doe 6 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Janet Doe 7 c/p Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: Janet Doe 7** | | | | | Janet Doe 7 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __**26**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**Society of Jesus, Oregon Province**_____ ,    Case No. ____**09-30938**_____
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jasmine Doe 1**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jasmine Doe 1** | | | | **Jasmine Doe 1**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jasmine Doe 2**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jasmine Doe 2** | | | | **Jasmine Doe 2**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jason Doe 1**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __**27**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                      ,   Case No. ___**09-30938**___
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Jason Doe 1** | | | | **Jason Doe 1**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jean Doe 3**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jean Doe 3** | | | | **Jean Doe 3**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jean Doe 4**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Jean Doe 4** | | | | **Jean Doe 4**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __**28**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,    Case No.  **09-30938**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  | | - | Tort Claim | | X | X | |
| **Jean Doe 5 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | **Unknown** |
| Account No.  Representing: Jean Doe 5 | | | Jean Doe 5 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No.  | | - | Tort Claim | | X | X | |
| **Jean Doe 6 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | **Unknown** |
| Account No.  Representing: Jean Doe 6 | | | Jean Doe 6 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No.  | | - | Tort Claim | | X | X | |
| **Jemima Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman #200 Newport Beach, CA 92660** | | | | | | | **Unknown** |

Sheet no. __29__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                      ,   Case No.   **09-30938**
                                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Jemima Doe 1** | | | | Jemima Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Jenny Doe 5 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | X | X | | **Unknown** |
| Account No. **Representing: Jenny Doe 5** | | | | Jenny Doe 5 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Newport Beach, CA 92660 | | | | |
| Account No. **Jerry Doe c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | X | X | | **Unknown** |
| Account No. **Representing: Jerry Doe** | | | | Jerry Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __**30**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                              ,    Case No. _____**09-30938**_____
                                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tort Claim | | | | |
| **Jesse Doe 1** c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. **Representing: Jesse Doe 1** | | | | Jesse Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | Tort Claim | | | | |
| **Jesse Doe 2** c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. **Representing: Jesse Doe 2** | | | | Jesse Doe 2 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | Tort Claim | | | | |
| **Jessica Doe 1** c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**31**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                    ,      Case No.   **09-30938**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: Jessica Doe 1** | | | | Jessica Doe 1 c/o Cooke Roosa, Esq 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Jessica Doe 2 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: Jessica Doe 2** | | | | Jessica Doe 2 c/o Cooke Roosa, Esq. 2700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Jessica Doe 3 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | Tort Claim | | X | X | **Unknown** |
| Account No. **Representing: Jessica Doe 3** | | | | Jessica Doe 3 c/o Cooke Roosa, Esq. 3700 Jewel lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __32__ of __53__ sheets attached to Schedule of       Subtotal       **0.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,    Case No.  **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.                                                  | | | | | Tort Claim | | | | |
| Jillian Doe c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Jillian Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: Jillian Doe | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| Jimmy Doe 3 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Jimmy Doe 3 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Representing: Jimmy Doe 3 | | | | | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| John Doe 1 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | | - | | | | | X | X | |
| | | | | | | | | | Unknown |

Sheet no. __33__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                              ,   Case No.   **09-30938**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tort Claim | | | | |
| John Doe 11-2 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | - | | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| John Doe 18 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | - | | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| John Doe 19 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | - | | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| John Doe 2 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | - | | | | X | X | Unknown |
| Account No. | | | Tort Claim | | | | |
| John Doe 20 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | - | | | | X | X | Unknown |

Sheet no. **34** of **53** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                              ,    Case No. ___**09-30938**___
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tort Claim | | | | |
| John Doe 21 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | | - | | | | X | X | Unknown |
| Account No. | | | | Tort Claim | | | | |
| John Doe 22 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | | - | | | | X | X | Unknown |
| Account No. | | | | Tort Claim | | | | |
| John Doe 23 c/o Valcarce Law Office LLC P O Box 490 Bethel, AK 99559 | | - | | | | X | X | Unknown |
| Account No. | | | | Tort Claim | | | | |
| John Doe 24 c/o Valcarce Law Office LLC P O Box 409 Bethel, AK 99559 | | - | | | | X | X | Unknown |
| Account No. | | | | Tort Claim | | | | |
| John Doe 28 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | | - | | | | X | X | Unknown |

Sheet no. __35__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                              ,    Case No.    **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Representing: John Doe 28 | | | | | John Doe 28 c/o Cooke Roosa, Esq. 3700 Jewell Lake Rd Anchorage, AK 99502 | | | | |
| Account No. John Doe 29 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | Tort Claim | | X | X | Unknown |
| Account No. Representing: John Doe 29 | | | | | John Doe 29 c/o Cooke, Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. John Doe 30 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | Tort Claim | | X | X | Unknown |
| Account No. Representing: John Doe 30 | | | | | John Doe 30 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __36__ of __53__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
                                                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John Doe 31**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von KarmanAve #200**<br>**Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>Representing:<br>**John Doe 31** | | | | **John Doe 31**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Jorge Doe 1**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>Representing:<br>**Jorge Doe 1** | | | | **Jorge Doe 1**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Joseph Doe 1**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | | - | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __37__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Society of Jesus, Oregon Province**_____,    Case No. ___**09-30938**_____
                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Joseph Doe 1** | | | | | **Joseph Doe 1**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Joseph Doe 2**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Joseph Doe 2** | | | | | **Joseph Doe 2**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Joseph Doe 3**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Joseph Doe 3** | | | | | **Joseph Doe 3**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __**38**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,     Case No. ___**09-30938**___
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Tort Claim | | | | |
| Joseph Doe 4 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | | | | X | X | **Unknown** |
| Account No. Representing: Joseph Doe 4 | | | | | | Joseph Doe 4 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | | Tort Claim | | | | |
| Joseph Doe 5 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | | | | X | X | **Unknown** |
| Account No. Representing: Joseph Doe 5 | | | | | | Joseph Doe 5 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | | Tort Claim | | | | |
| Josephine Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660 | - | | | | | | | X | X | **Unknown** |

Sheet no. __**39**__ of __**53**__ sheets attached to Schedule of                           Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                          ,    Case No.    **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>Josephine Doe 1 | | | Josephine Doe 1<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |
| Account No.<br><br>Josephine Doe 2<br>c/o Manly & Stewart, Esq.<br>4220 Von Karman Ave #200<br>Newport Beach, CA 92660 | - | | Tort Claim | X | X | | **Unknown** |
| Account No.<br><br>Representing:<br>Josephine Doe 2 | | | Josephine Doe 2<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |
| Account No.<br><br>Juanita Doe<br>c/o Manly & Stewart, Esq.<br>4220 Von Karman Ave #200<br>Newport Beach, CA 92660 | - | | Tort Claim | X | X | | **Unknown** |
| Account No.<br><br>Representing:<br>Juanita Doe | | | Juanita Doe<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | |

Sheet no. __40__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Society of Jesus, Oregon Province**                                    ,    Case No.    **09-30938**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Tort Claim | | | | |
| **Judy Doe c/o Manly & Stewart, Esq. 4220 Von Karman Suite 200 Newport Beach, CA 92660** | | | | | X | X | **Unknown** |
| Account No. **Representing: Judy Doe** | | | Judy Doe c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | - | Tort Claim | | | | |
| **Julia Doe  6 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | X | X | **Unknown** |
| Account No. **Representing: Julia Doe  6** | | | Julia Doe 6 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | - | Tort Claim | | | | |
| **Julia Doe  7 c/p Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | X | X | **Unknown** |

Sheet no. __**41**__ of __**53**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,     Case No.    **09-30938**
_____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Representing: Julia Doe  7** | | | | | Julia Doe 7 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Julia Doe  8 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | Tort Claim | X | X | | **Unknown** |
| Account No. **Representing: Julia Doe  8** | | | | | Julia Doe 8 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. **Julia Doe  9 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | Tort Claim | X | X | | **Unknown** |
| Account No. **Representing: Julia Doe  9** | | | | | Julia Doe 9 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |

Sheet no. __**42**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                         ,   Case No.   **09-30938**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Julia Doe 10** **c/o Manly & Stewart, Esq.** **4220 Von Karman Ave #200** **Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |
| Account No. Representing: Julia Doe 10 | | | | | Julia Doe 10 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Julia Doe 11** **c/o Manly & Stewart, Esq.** **4220 Von Karman Ave #200** **Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |
| Account No. Representing: Julia Doe 11 | | | | | Julia Doe 11 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502 | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Julia Doe 12** **c/o Manly & Stewart, Esq.** **4220 Von Karman Ave #200** **Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |

Sheet no.  **43**  of  **53**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. ___09-30938_____
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Julia Doe 12** | | | | | **Julia Doe 12**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Julia Doe 13**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Julia Doe 13** | | | | | **Julia Doe 13**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Julia Doe 14**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Julia Doe 14** | | | | | **Julia Doe 14**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __44__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,        Case No.  **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Julia Doe 15** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **Representing:** <br> **Julia Doe 15** | | | | | **Julia Doe 15** <br> **c/o Cooke Roosa, Esq.** <br> **3700 Jewel Lake Rd** <br> **Anchorage, AK 99502** | | | | |
| Account No. <br><br> **Julia Doe 16** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. <br><br> **Representing:** <br> **Julia Doe 16** | | | | | **Julia Doe 16** <br> **c/o Cooke Roosa, Esq.** <br> **3700 Jewel Lake Rd** <br> **Anchorage, AK 99502** | | | | |
| Account No. <br><br> **Julia Doe 17** <br> **c/o Manly & Stewart, Esq.** <br> **4220 Von Karman Ave #200** <br> **Newport Beach, CA 92660** | | - | | | **Tort Claim** | | X | X | **Unknown** |

Sheet no.  **45**  of  **53**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                          ,     Case No.     **09-30938**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Julia Doe 17** | | | **Julia Doe 17**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Julia Doe 18**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Julia Doe 18** | | | **Julia Doe 18**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |
| Account No.<br><br>**Julia Doe 19**<br>**c/o Manly & Stewart, Esq.**<br>**4220 Von Karman Ave #200**<br>**Newport Beach, CA 92660** | - | | **Tort Claim** | X | X | | **Unknown** |
| Account No.<br><br>**Representing:**<br>**Julia Doe 19** | | | **Julia Doe 19**<br>**c/o Cooke Roosa, Esq.**<br>**3700 Jewel Lake Rd**<br>**Anchorage, AK 99502** | | | | |

Sheet no. __**46**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                              ,  Case No.  **09-30938**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Julia Doe 20 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |
| Account No. Representing: **Julia Doe 20** | | | | | **Julia Doe 20 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Julia Doe 21 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |
| Account No. Representing: **Julia Doe 21** | | | | | **Julia Doe 21 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. | | | | | Tort Claim | | | | |
| **Juliana Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | | | X | X | Unknown |

Sheet no. __47__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Society of Jesus, Oregon Province**                                          ,   Case No. __**09-30938**__
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Juliana Doe 1** | | | | | **Juliana Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. **Juliette Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **Representing: Juliette Doe 1** | | | | | **Juliette Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. **Julius Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | - | | | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **Representing: Julius Doe 1** | | | | | **Julius Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |

Sheet no. __**48**__ of __**53**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____ ,    Case No. ___09-30938_____
　　　　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | - | | Tort Claim | | | | |
| **Justin Doe 1 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | X | X | **Unknown** |
| Account No. **Representing: Justin Doe 1** | | | | | **Justin Doe 1 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| **Justin Doe 2 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | X | X | **Unknown** |
| Account No. **Representing: Justin Doe 2** | | | | | **Justin Doe 2 c/o Cooke Roosa, Esq. 3700 Jewel Lake Rd Anchorage, AK 99502** | | | | |
| Account No. | | | - | | Tort Claim | | | | |
| **Justin Doe 3 c/o Manly & Stewart, Esq. 4220 Von Karman Ave #200 Newport Beach, CA 92660** | | | | | | | X | X | **Unknown** |

Sheet no. __49__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　Subtotal　　　　　0.00
　　　　　　　　　　　　　　　　　(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Society of Jesus, Oregon Province_____,    Case No. ___09-30938_____
                                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Representing:<br>Justin Doe 3 | | Justin Doe 3<br>c/o Cooke Roosa, Esq.<br>3700 Jewel Lake Rd<br>Anchorage, AK 99502 | | | | | | | |
| Account No.<br><br>K. A.<br>c/o Blaine Tamaki, Esq.<br>1340 N. 16th Ave, Ste C<br>Yakima, WA 98902 | - | Tort Claim | | | | | X | X | 5,000,000.00 |
| Account No.<br><br>K. S. | - | | | | | | X | X | 0.00 |
| Account No.<br><br>Representing:<br>K. S. | | K. S.<br>c/o Andrew Chasan, Esq.<br>1459 Tyrell Lane<br>Boise, ID 83701 | | | | | | | |
| Account No.<br><br>Representing:<br>K. S. | | K. S.<br>c/o Michael Pfau, Esq.<br>701 Fifth Ave Ste 4750<br>Seattle, WA 98104 | | | | | | | |

Sheet no. __50__ of __53__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    5,000,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**
_____,  Case No. ____**09-30938**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **M. A.** | - | | | | X | X | **0.00** |
| Account No.  **Representing: M. A.** | | | **M. A.** c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No.  **M. P. Subject to Protective Order to be filed** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.  **P. K. 2** | - | | | | X | X | **0.00** |
| Account No.  **Representing: P. K. 2** | | | **P. K. 2** c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |

Sheet no. __**51**__ of __**53**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**
_____,      Case No.  **09-30938**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **S. P.** c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | - | | | Tort Claim | | X | X | 5,000,000.00 |
| Account No. **S. S.** c/o Blaine Tamaki, Esq. 1340 N. 16th Ave Ste C Yakima, WA 98902 | - | | | Tort Claim | | X | X | 5,000,000.00 |
| Account No. **T. J.** | - | | | | | X | X | 0.00 |
| Account No. Representing: **T. J.** | | | | T. J. c/o Michael Pfau, Esq. 701 5th Ave Ste 4750 Seattle, WA 98104 | | | | |
| Account No. **Unknown** | - | | | | | X | X | 0.00 |

Sheet no. **52** of **53** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,000,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Society of Jesus, Oregon Province**                                    ,  Case No.  **09-30938**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Unknown** | | | | | **Unknown c/o Michael Pfau, Esq. 701 Fifth Ave Ste 4750 Seattle, WA 98104** | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. **53** of **53** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **20,000,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## District of Oregon

In re    **Society of Jesus, Oregon Province**

Debtor(s)

Case No.    **09-30938**

Chapter    **11**

### CERTIFICATION PURSUANT TO LBR 1001-1.G - AMENDED

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc.

Dated:    **March 11, 2009**

**/s/ Thomas W. Stilley**
**Thomas W. Stilley 88316**
**Sussman Shank LLP**
**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205-3089**
**(503) 227-1111**

.

A. A.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


A. S.
c/o Andrew Chasan, Esq.
1459 Tyrell Lane
Boise, ID 83701


A. S.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


C. F.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


D. Sk.
c/o Andrew Chasan, Esq.
1459 Tyrell Lane
Boise, ID 83701


D. Sk.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


F. V.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


G. V.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


J. B.
c/o Blaine Tamaki, Esq.
1340 N. 16th Ave, Ste C
Yakima, WA 98902

J. E.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


J. M.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


J. Mc.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


J. V.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


Jack Doe 10
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jack Doe 11
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jack Doe 12
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jackie Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jackson Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

James Doe 59
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 60
c/o Cooke Roosa, Esq.
3700 Jewell Lake Rd
Anchorage, AK 99502


James Doe 61
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 62
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 63
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 64
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 65
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 66
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 67
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

James Doe 68
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 69
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 70
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 71
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 73
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 74
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 75
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 76
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 77
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

James Doe 78
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 79
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 80
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 81
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 82
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 83
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 84
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 85
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 86
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

James Doe 87
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 88
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 89
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 90
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 91
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 92
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 93
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James Doe 94
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


James I. Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Jane Doe 8
c/o Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660


Jane Doe 9
c/o Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660


Jane Doe 10
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Newport Beach, CA 92660


Jane Doe 11
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane Doe 12
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane Doe 13
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane Doe 14
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane Doe 5
c/o Valcarce Law Office, LLC
P O Box 409
Bethel, AK 99559


Jane Doe 6
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559

Jane Doe 7
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


Jane Doe 8
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane Doe 9
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane G. Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane H. Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jane I. Doe
c/o Manly & Stewart
4220 Von Karman Ave #200
Newport Beach, CA 92660


Janet Doe 4
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Janet Doe 5
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Janet Doe 6
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Janet Doe 7
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jasmine Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jasmine Doe 2
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jason Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jean Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jean Doe 4
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jean Doe 5
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jean Doe 6
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jemima Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Jenny Doe 5
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Newport Beach, CA 92660


Jerry Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jesse Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jesse Doe 2
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jessica Doe 1
c/o Cooke Roosa, Esq
3700 Jewel Lake Rd
Anchorage, AK 99502


Jessica Doe 2
c/o Cooke Roosa, Esq.
2700 Jewel Lake Rd
Anchorage, AK 99502


Jessica Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel lake Rd
Anchorage, AK 99502


Jillian Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jimmy Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

John Doe 1
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 11-2
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 18
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 19
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 2
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 20
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 21
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 22
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 23
c/o Valcarce Law Office LLC
P O Box 490
Bethel, AK 99559

John Doe 24
c/o Valcarce Law Office LLC
P O Box 409
Bethel, AK 99559


John Doe 28
c/o Cooke Roosa, Esq.
3700 Jewell Lake Rd
Anchorage, AK 99502


John Doe 29
c/o Cooke, Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


John Doe 30
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


John Doe 31
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Jorge Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Joseph Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Joseph Doe 2
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Joseph Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Joseph Doe 4
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Joseph Doe 5
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Josephine Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Josephine Doe 2
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Juanita Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Judy Doe
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe  6
c/o Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660


Julia Doe  7
c/p Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660


Julia Doe  8
c/o Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660

Julia Doe  9
c/o Manly & Stewart, Esq.
4220 Von Karman Ave #200
Newport Beach, CA 92660


Julia Doe 10
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 11
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 12
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 13
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 14
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 15
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 16
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 17
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Julia Doe 18
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 19
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 20
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 21
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 6
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 7
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 8
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julia Doe 9
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Juliana Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502

Juliette Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Julius Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Justin Doe 1
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Justin Doe 2
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


Justin Doe 3
c/o Cooke Roosa, Esq.
3700 Jewel Lake Rd
Anchorage, AK 99502


K. A.
c/o Blaine Tamaki, Esq.
1340 N. 16th Ave, Ste C
Yakima, WA 98902


K. S.
c/o Andrew Chasan, Esq.
1459 Tyrell Lane
Boise, ID 83701


K. S.
c/o Michael Pfau, Esq.
701 Fifth Ave Ste 4750
Seattle, WA 98104


M. A.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104

M. P.
Subject to Protective Order to
be filed


P. K. 2
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


S. P.
c/o Blaine Tamaki, Esq.
1340 N. 16th Ave Ste C
Yakima, WA 98902


S. S.
c/o Blaine Tamaki, Esq.
1340 N. 16th Ave Ste C
Yakima, WA 98902


T. J.
c/o Michael Pfau, Esq.
701 5th Ave Ste 4750
Seattle, WA 98104


Unknown
c/o Michael Pfau, Esq.
701 Fifth Ave Ste 4750
Seattle, WA 98104