M. Vivienne Popperl, OSB #85305
Office of the United States Trustee
620 S.W. Main Street, Suite 213
Portland, Oregon 97205
503-326-7656

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In Re: | ) | Case No. 09-30938-elp11 |
| --- | --- | --- |
| SOCIETY OF JESUS, OREGON PROVINCE, | ) ) ) | APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | ) ) | |

Pursuant to sections 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

| | |
| --- | --- |
| Florence Kenney<br>c/o Christopher R. Cooke, Esq.<br>Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK 99502<br>    Co-Chair | PH:    (907) 276-2744<br>FAX:   (907) 276-2746<br>E-MAIL:  crcooke@cookeroosa.com |
| Anthony Lionel Atkinson<br>c/o Michael T. Pfau, Esq.<br>Pfau Cochran Vertetis Kosnoff<br>701 Fifth Avenue, Ste. 4730<br>Seattle, WA 98104<br>    Co-Chair | PH:    (206) 462-4334<br>FAX:   (206) 623-3624<br>E-MAIL:   mike@pcvklaw.com |
| Katherine M. Mendez<br>c/o Bryan G. Smith, Esq.<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Ste. C<br>Yakima, WA 98902 | PH:    (509) 248-8338<br>FAX:   (509) 452-4228<br>E-MAIL:   bsmith@tamakilaw.com |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

| Dorothea DeRose Skalicky<br>c/o Leander L. James, Esq.<br>James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 | PH: (208) 667-0685<br>FAX: (208) 664-1684<br>E-MAIL: ljames@jvwlaw.net |
|---|---|
| Charlene Rae Sam<br>c/o John D. Allison, Esq.<br>Eymann Allison Hunter Jones P.S.<br>2208 West Second Avenue<br>Spokane, WA 99201 | PH: (509) 747-0101<br>FAX: (509) 458-5977<br>E-MAIL: jdallison@eahjlaw.com |
| Eric Olson<br>c/o Christopher R. Cooke, Esq.<br>Cooke, Roosa, LLC<br>3700 Jewel Lake Road<br>Anchorage, AK 99502 | PH: (907) 276-2744<br>FAX: (907) 276-2746<br>E-MAIL: crcooke@cookeroosa.com |
| Delores Kilongak<br>c/o Jim Valcarce, Esq.<br>Valcarce Law Office<br>P.O. Box 409<br>Bethel, AK 99559 | PH: (907) 543-2744<br>FAX: (907) 543-2746<br>E-MAIL: jim@bushlawyers.com |

DATED this 12th day of March, 2009.

    Respectfully submitted,

    ROBERT D. MILLER JR.
    United States Trustee

    /s/ M. Vivienne Popperl
    M. VIVIENNE POPPERL, OSB# 85305
    Trial Attorney

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 12, 2009, I served a copy of the foregoing |
| 3 | APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS by mailing a copy |
| 4 | of this document, by United States first class mail, postage prepaid, addressed to the |
| 5 | following: |

Society of Jesus, Oregon Province
P.O. Box 86010
Portland, OR 97286-0010

Florence Kenney
c/o Christopher R. Cooke, Esq.
Cooke, Roosa, LLC
3700 Jewel Lake Road
Anchorage, AK 99502

Anthony Lionel Atkinson
c/o Michael T. Pfau, Esq.
Pfau Cochran Vertetis Kosnoff
701 Fifth Avenue, Ste. 4730
Seattle, WA 98104

Katherine M. Mendez
c/o Bryan G. Smith, Esq.
Tamaki Law Offices
1340 N. 16th Avenue, Ste. C
Yakima, WA 98902

Dorothea DeRose Skalicky
c/o Leander L. James, Esq.
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814

Charlene Rae Sam
c/o John D. Allison, Esq.
Eymann Allison Hunter Jones P.S.
2208 West Second Avenue
Spokane, WA 99201

| | |
|---|---|
| 1 | Eric Olson |
| | c/o Christopher R. Cooke, Esq. |
| 2 | Cooke, Roosa, LLC |
| 3 | 3700 Jewel Lake Road |
| | Anchorage, AK 99502 |
| 4 | |
| | Delores Kilongak |
| 5 | c/o Jim Valcarce, Esq. |
| 6 | Valcarce Law Office |
| | P.O. Box 409 |
| 7 | Bethel, AK 99559 |
| 8 | |
| | John Manly |
| 9 | Manly & Stewart |
| | 4220 Von Karman Avenue |
| 10 | Suite 200 |
| 11 | Newport Beach, CA 92660 |
| 12 | Rebecca L Rhoades |
| | Manly & Stewart |
| 13 | 4220 Von Karman Ave #200 |
| 14 | Newport Beach, CA 92660 |
| 15 | |
| 16 | I further certify that based on the Bankruptcy Court's electronic case filing |
| 17 | records, the following persons will be served electronically when the foregoing |
| 18 | document is filed with the Court: |
| 19 | \* SUSAN G BOSWELL    susan.boswell@quarles.com |
| | \* HOWARD M LEVINE    howard@sussmanshank.com, janine@sussmanshank.com |
| 20 | \* DOUGLAS R PAHL    dpahl@perkinscoie.com,etherrien@perkinscoie.com; docketpor@perkinscoie.com |
| 21 | \* ALEX I POUST    apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com |
| 22 | \* PAMELA EGAN SINGER    psinger@pszjlaw.com, pjeffries@pszjlaw.com; ksuk@pszjlaw.com |
| 23 | \* BRYAN G SMITH    bsmith@tamakilaw.com, btamaki@tamakilaw.com; bonnilee@tamakilaw.com;dward@tamakilaw.com |
| 24 | \* THOMAS W STILLEY    tom@sussmanshank.com, janine@sussmanshank.com |
| 25 | \* BLAINE L TAMAKI    btamaki@tamakilaw.com, dward@tamakilaw.com |
| 26 | |

| | |
|---|---|
| 1 | ROBERT D. MILLER JR.<br>Acting United States Trustee |
| 2 | |
| 3 | /s/ M. Vivienne Popperl<br>M. VIVIENNE POPPERL OSB # 85305 |
| 4 | Trial Attorney |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |