US BANKRUPTCY COURT
District of Oregon

In re    )
  Society of Jesus, Oregon Province    )    Case Number: 09-30938-elp11
    )
    )
Debtor(s).    )

This event has been docketed to allow for the electronic payment of the required filing fee for docket # 135, Notice of Amendment of Schedule F (Confidential), which was filed under seal in accordance with the Order Granting Motion for Authority to File Documents Under Seal, dated March 3, 2009 (docket #39).