Below is an Order of the Court.

                                                  _____
                                                  ELIZABETH PERRIS
                                                  U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,

        Debtor.

Case No. 09-30938-elp11

ORDER GRANTING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY ATTORNEYS (Hughes Pfiffner Gorski Seedorf & Odsen, LLC)

        The matter came before the Court on the Application of Debtor for Authority to Employ Attorneys (Hughes Pfiffner Gorski Seedorf & Odsen, LLC) dated March 26, 2009 (the "Application") as special counsel to the Debtor. A hearing on that Application was held on April 9, 2009 at 11:00 a.m. There were no objections to the Application.

        The United States Trustee and the Anchorage, Alaska law firm of Hughes Pfiffner Gorski Seedorf & Odsen, LLC (the "Hughes Pfiffner Law Firm") noted on the record that in addition to the terms and provisions set forth in the Application that the employment of the Hughes Pfiffner Law Firm is subject to the following conditions (the "Additional Oregon Conditions"): (a) all of the Hughes Pfiffner Law Firm's recoverable costs shall

**Page 1 of 2 –** ORDER GRANTING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY ATTORNEYS (Hughes Pfiffner Gorski Seedorf & Odsen, LLC)

1  be as set forth in Local Rule 2016-1(b) of the Local Rules of the U.S. Bankuptcy Court
2  for the District of Oregon, and the terms of that Local Rule will supersede the provisions
3  of the pertinent engagement letter, and (b) notwithstanding the terms of the
4  engagement letter, the Hughes Pfiffner law firm may not charge any interest on unpaid
5  attorneys' fees or costs.

6  The Court being duly advised, it is:

7  ORDERED

8  The Application is GRANTED on the terms set forth therein, and the Hughes
9  Pfiffner Law Firm is hereby appointed as special counsel on the terms set forth in the
10 Application as supplemented by the Additional Oregon Conditions set forth above, and
11 compensation will be in accordance with 11 USC § 330.

12                                    ###

13 PRESENTED BY:

14 SUSSMAN SHANK LLP

15 */s/ Thomas W. Stilley*

16 _____
   Thomas W. Stilley, OSB No. 88316
   Howard M. Levine, OSB No. 80073
17 Susan S. Ford, OSB No. 84220
   Attorneys for Debtor and Debtor-In-Possession
18

19 c: ECF Participants
      Parties on Attached List
20

21

22

23 F:\CLIENTS\19620\004\PLEADINGS\P-ORDER APPROVING EMPLOYMENT (ALASKA COUNSEL).DOC

24

25

26
   **Page 2 of 2 –** ORDER GRANTING APPLICATION OF DEBTOR FOR AUTHORITY
   TO EMPLOY ATTORNEYS (Hughes Pfiffner Gorski Seedorf & Odsen, LLC)

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK  99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Michelle Menely, Esq.
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA  98101-4185

Andrew Chasan, Esq.
Timothy Walton, Esq.
1459 Tyrell Lane
Boise, ID  83701

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA  98837

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK  99559

James L. Leander, Esq.
James, Veron & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID  83814

John D. Allison, Esq.
Eymann, Allison Hunter Jones P.S.
2208 W. 2nd Avenue
Spokane, WA  99201

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

And: ECF Participants