1

2

3

4

5

6

7

8

9

10 IN THE UNITED STATES BANKRUPTCY COURT

11 DISTRICT OF OREGON

12

13 In re:

    Case No.  09-30938-elp11

14 Society Of Jesus, Oregon Province, an
Oregon domestic nonprofit religious
corporation,

    ORDER (1) SETTING A BAR DATE FOR
FILING PROOFS OF CLAIM, AND
(2) APPROVING PROOF OF CLAIM
FORMS, BAR DATE NOTICES, ACTUAL
NOTICE PROCEDURE, AND MEDIA
NOTICE PROGRAM

15

16           Debtor.

17

18      This matter came before the Court upon the Motion (the "***Motion***") of Society of

Jesus, Oregon Province (the "***Debtor***"), as Debtor and Debtor-in-Possession, for an

19 order pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the

20 "***Bankruptcy Rules***") (i) Setting a Bar Date for Filing Proofs of Claim and (ii) Approving

21 Proof of Claim Forms, Bar Date Notices, Actual Notice Procedure, and Mailing and

22 Media Notice Program, all as more fully set forth in the Motion; and the Court having

23 jurisdiction over this matter; and it appearing that establishing a Claims Bar Date by

24 which holders of Claims must assert claims against the Debtor is necessary for the

25

26 **Page 1 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1    prompt and efficient administration of the Debtor's Chapter 11 case and to protect the

2    interests of the Debtor, its creditors and other parties in interest herein; and due notice

3    of the Motion having been provided to the Official Committee of Unsecured Creditors,

4    the Office of the United States Trustee, and all parties requesting special notice, and it

5    appearing that no other or further notice of the Motion need be provided; and it

6    appearing that it is appropriate to set the Claims Bar Date and to implement the

7    procedures more fully set forth in the Motion; and the Court having determined that the

8    relief requested in the Motion is in the best interests of the Debtor, its creditors and all

9    parties in interest; and a hearing (the "*Hearing*") having been held with respect to the

10   Motion on _____, 2009; and the Court having determined that the notice

11   procedures described in the Motion, including, without limitation, the Mailing and Media

12   Notice Program, are reasonably calculated under the circumstances to apprise the

13   holders of Claims, or their legal representatives, of the Claims Bar Date and of the

14   procedures, deadlines, and requirements applicable thereto; and upon the record of the

15   Hearing and all of the proceedings had before the Court; and after due deliberation and

16   sufficient cause appearing therefor, it is

17   ORDERED:

18   1.    In accordance with Bankruptcy Rule 3003(c)(3), the last date and time by

19   which holders of Claims must file Proofs of Claim against the Debtor is established as

20   October 15, 2005 at 5:00 p.m. (Prevailing Pacific Time) (the "***Claims Bar Date***").

21   2.    The Tort Proof of Claim form attached hereto as Exhibit 1 is approved in

22   all respects for filing Tort Claims in this case.

23   3.    The Non-Tort Proof of Claim form attached hereto as Exhibit 2 is approved

24   in all respects for filing all Claims other than Tort Claims in this case.

25

26   **Page 2 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
     CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
     ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1    4.    Any Proof of Claim filed with respect to a Claim shall be delivered in

2    person, by courier service, overnight delivery (e.g. FedEx), facsimile, or by first-class

3    mail so as to be *actually received* by BMC Group, Inc. (the "***Claims Agent***") on or

4    before the Claims Bar Date.  If delivered by facsimile, the claimant will be required to

5    thereafter provide the proof of claim form with original signature to the Claims Agent by

6    mail.

7    5.    Nothing contained in this Order, nor the filing of a Proof of Claim by the

8    holder of a Claim, shall prejudice the Debtor's or any other party's right to seek further

9    information from the holder of a Claim through appropriate discovery.

10    6.    Notice of the entry of this Order, the Claims Bar Date, and of the

11    procedures and requirements in connection therewith, in forms substantially similar to

12    the notices attached hereto as Exhibit 3 (in both English and Spanish) (the "***Tort Claims***

13    ***Bar Date Notice***") and Exhibit 4 (the "***Non-Tort Claims Bar Date Notice***"), which

14    notices are collectively hereinafter referred to as the "***Claims Bar Date Notices***", and

15    which are hereby approved in all respects, shall be served by the Claims Agent,

16    together with a single copy of both the Tort Proof of Claim Form (in both English and

17    Spanish) and Non-Tort Proof of Claim Form, on or before June 15, 2009, upon the

18    following:

19    a. all Creditors listed in the Debtor's schedules and any amendments thereto;

20    b. the Office of the United States Trustee for the District of Oregon;

21    c. the attorneys for the Official Committee of Unsecured Creditors;

22    d. the attorneys for all known Creditors holding Tort Claims against the Debtor,

23    and the attorneys who have notified the Debtor that they represent clients who may

24    assert Tort Claims against the Debtor (collectively, the "Attorneys"), together with an

25    Exhibit "A" listing all of the Attorney's clients that the Debtor is aware of, with service

26    **Page 3 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1  upon the Attorneys constituting sufficient service under subparagraph 7.a. above

2  without the need for additional service upon their clients; and

3  e. the Future Claimants Representative (the "FCR") promptly upon the FCR's

4  appointment.

5  7.   If an Attorney does not represent, or no longer represents, any of the

6  claimants listed on Exhibit A to the Claims Bar Date Notices furnished to such Attorney,

7  such Attorney is required, within fifteen (15) business days after his or her receipt of the

8  Claims Bar Date Notices, to provide the Claims Agent with the names (and addresses, if

9  such Attorney has been authorized to disclose such information) of such claimants so

10  that actual notice of the Claims Bar Date may be provided to such claimants.  If no

11  address is provided, and the Claims Agent is unable to obtain an address through

12  reasonable investigation, actual notice of the Claims Bar Date to such claimants shall

13  not be required.

14  8.   Subject to the confidentiality provisions of paragraph 10 below, the Claims

15  Agent shall electronically file with the Court via ECF a copy of the Claims Bar Date

16  Notices and Proof of Claim Forms together with a certificate of service showing the date

17  of service and the names and addresses of all persons, including the Attorneys, served

18  with the Claims Bar Date Notices and Proof of Claim Forms.

19  9.   The Claims Agent shall utilize the following procedures, among others as

20  may be implemented by the Clerk's Office, in order to keep certain information

21  contained in those Claims Bar Date Notices to Tort Claimants and their Attorneys, and

22  Proofs of Claim asserting a Claim based on child abuse, confidential:

23  a. The Claims Agent will fully scan and electronically file with the Court

24  via ECF under seal a copy of the Claims Bar Date Notices and any Exhibit "A" thereto

25  served on each of the Tort Claimants, or their Attorneys, together with all

26  **Page 4 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
   CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
   ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1  correspondence between the Claims Agent and the Tort Claimants or their Attorneys.

2  These documents will be filed kept under seal to maintain confidentiality until further

3  order of the Court;

4      b.  All Proofs of Claim received by the Claims Agent which <u>do not</u> assert a

5  Claim based on child abuse, <u>will be fully scanned</u> by the Debtor's Claims Agent and

6  electronically filed with the court via ECF.  The scanned documents will be attached to

7  the claims filing event per instructions provided to the Claims Agent by the Clerk's

8  Office.  The Claims Agent will place the claim number assigned during electronic filing in

9  the lower right hand corner of the first page of the paper document.  These Proofs of

10  Claim will be stored by the Claims Agent in claim number order;

11      c.  All Proofs of Claim received by the Claims Agent which <u>do</u> assert a

12  Claim based on sexual abuse or sexual misconduct <u>will be fully scanned</u> by the Debtor's

13  Claims Agent and electronically filed with the court via ECF <u>under seal</u>.  The Claims

14  Agent will retain the original paper Proofs of Claim and will place the claim number

15  assigned by the system in the bottom right hand corner of the first page of the paper

16  Proof of Claim.  These Proofs of Claim will be segregated by the Claims Agent and kept

17  under seal to maintain confidentiality until further order of the Court.  Absent further

18  Court order, access to such Proofs of Claim will be restricted to the Debtor, the Debtor's

19  insurers, the claimant, the FCR, and their respective attorneys, and counsel for the

20  Official Committee of Unsecured Creditors (but not the individual committee members

21  or their counsel).  Although such Proofs of Claim shall remain confidential, the Debtor

22  and the Debtor's insurers will be authorized to utilize the information contained in such

23  Proofs of Claim, including the claimant's name, in conducting their respective

24  investigations into the facts and circumstances surrounding the claim.  The committee's

25  counsel may utilize the information contained therein to prepare summaries of the claim

26  **Page 5 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1  information for the committee, without disclosing the name of the claimants or any

2  personal information, to aid the committee in carrying out its duties in this case; and,

3         d.  The Claims Agent will retain all paper copies of all Proofs of Claim until

4  otherwise instructed by the Court.

5         10.  The Mailing and Media Notice Program described in Exhibit 5 attached

6  hereto (the "**Mailing and Media Notice Program**") is approved.

7         11.  The Debtor and its professionals, including the Claims Agent, are

8  authorized to take any and all actions reasonable or necessary to the full

9  implementation of the Mailing and Media Notice Program, including, but not limited to,

10  the making of expenditures necessary to implement the Mailing and Media Notice

11  Program, the placement of advertising contemplated by the Mailing and Media Notice

12  Program, and the payment for mailing and advertisements.

13         12.  Pursuant to Bankruptcy Rule 2002(l), the Debtor shall cause to be

14  published a Publication Notice in substantially the form attached hereto as Exhibit 6 (the

15  "**Publication Notice**"), which Publication Notice is approved in all respects, in the

16  publications listed, and within the times listed, in the Mailing and Media Notice Program,

17  which publications are hereby approved in all respects.

18         13.  The Debtor is authorized to take such steps and perform such acts as may

19  be reasonable or necessary to implement and effectuate the terms of this Order.

20         14.  Pursuant to 28 USC § 1411, the filing of a proof of claim shall not result in

21  the waiver of the rights that a person holding a personal injury or wrongful death tort

22  claim against the Debtor has under applicable nonbankruptcy law to a trial by jury of

23  such claim and all such rights are preserved.

24         15.  All capitalized terms used but not defined in this Order shall have the

25  meaning ascribed to them in the Motion.

26  **Page 6 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1    16.  The Court retains jurisdiction over any dispute regarding this Order.

2              ###

3 PRESENTED BY:

4 SUSSMAN SHANK LLP

5

6 _____
 Thomas W. Stilley, OSB No. 88316
 Howard M. Levine, OSB No. 80073
7 Susan S. Ford, OSB No. 84220
 Attorneys for Debtor and Debtor-In-Possession

8

9

10

11

12

13

14 F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-ORDER BAR DATE (EXHIBIT 1 TO BAR DATE MOTION).DOC

15

16

17

18

19

20

21

22

23

24

25

26 **Page 7 of 7** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
 CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
 ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

**FORM B10** (Official Form 10) (12/07)

## DO **NOT** USE THIS FORM IF YOUR CLAIM IS BASED ON SEXUAL ABUSE BY CLERGY, WORKERS OR OTHER PERSONS OR ENTITIES ASSOCIATED WITH THE SOCIETY OF JESUS, OREGON PROVINCE OR OTHER TORTIOUS CONDUCT

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF OREGON | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor: SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation | Case Number: 09-30938-elp11 |

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim.. |
| Name and address where notices should be sent:<br><br><br>Telephone number: | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**          $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>   **3a. Debtor may have scheduled account as:** _____<br>      (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>   **Describe:**<br><br>   **Value of Property:** $_____   **Annual Interest Rate** ____%<br><br>   **Amount of arrearage and other charges as of time case filed included in secured claim, if any:**<br>   $_____   **Bases for perfection:** _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach related copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain. | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM
### (SEE ALSO THE NOTICE OF CLAIMS BAR DATE ACCOMPANYING THIS PROOF OF CLAIM FORM)

## DO **NOT** USE THIS FORM IF YOUR CLAIM IS BASED ON SEXUAL ABUSE BY CLERGY, WORKERS OR OTHER PERSONS OR ENTITIES ASSOCIATED WITH THE SOCIETY OF JESUS, OREGON PROVINCE OR OTHER TORTIOUS CONDUCT
## USE THIS FORM IF YOUR CLAIM IS **NOT** BASED ON SEXUAL ABUSE OR OTHER TORTIOUS CONDUCT

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy case not filed voluntarily by a debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

**Unsecured Claim**
If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority* claims.

---

F:\CLIENTS\19620\004\ASHLEY\P-PROOF OF CLAIM (NON-TORT).DOC

- 2 -

THIS SPACE IS FOR COURT USE ONLY

**[Both English and Spanish Versions Will be Provided]**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| In Re: | Case No. 09-30938-elp11 |
| SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation, | (Chapter 11) |
|  | **CONFIDENTIAL TORT PROOF OF CLAIM** |
| Debtor. | |

## IMPORTANT THIS FORM MUST BE *RECEIVED* NO LATER THAN OCTOBER 15, 2009

Carefully read the instructions included with this CONFIDENTIAL PROOF OF CLAIM and complete ALL applicable questions.  Send *together with one copy* to: **Society of Jesus Oregon Province Case, c/o BMC Group, Inc., PO Box 2011, Chanhassen, MN  55317-2011 (by first class mail); 18750 Lake Drive East, Chanhassen, MN  55317 (by courier or overnight delivery).**

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER, AND YOU MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING TOLL FREE AT _____.**

**YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL AND OUTSIDE THE PUBLIC RECORD BY THE UNITED STATES BANKRUPTCY COURT. INFORMATION IN THIS CLAIM WILL BE PROVIDED PURSUANT TO COURT-APPROVED GUIDELINES TO THE DEBTOR AND TO SUCH OTHER PERSONS AS THE BANKRUPTCY COURT DETERMINES NEED THE INFORMATION IN ORDER TO EVALUATE THE CLAIM.**

TO BE VALID, THIS CONFIDENTIAL PROOF OF CLAIM MUST BE SIGNED BY THE CLAIMANT OR MUST BE SIGNED BY THE CLAIMANT'S ATTORNEY.

**Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§152 and 3571.**

Please print clearly and use blue or black ink.

### PART 1:  IDENTIFYING INFORMATION

**A.  Claimant**

_____

First Name          Middle Initial          Last Name          Jr/Sr/III

_____

Street Address:  (If party is incapacitated, provide the address of the party submitting the claim).

_____

City          State/Prov.          Zip Code (Postal Code)          Country (if other than U.S.A.)

Telephone No.

Home: _____  Work: _____  Cell: _____

Birth Date ☐☐-☐☐-☐☐☐☐        ☐ Male    ☐ Female
Month   Day    Year

Any other name or names by which Claimant has been known: _____

---

**B.  Claimant's Attorney (if any):**

_____

Law Firm Name

_____

Attorney's First Name          Middle Initial              Last Name

_____

Street Address

_____

City                    State/Prov.      Zip Code (Postal Code)   Country (if other than U.S.A.)

_____

Telephone No.              Fax No.                    E-mail address

---

### PART 2:  NATURE OF COMPLAINT
**(Attach additional separate sheets if necessary)**

**NOTE:  IF YOU HAVE PREVIOUSLY FILED A COMPLAINT AGAINST THE DEBTOR IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT AND THE QUESTIONNAIRE YOU FILLED OUT IN LIEU OF PROVIDING THE INFORMATION BELOW.  IF YOU DID NOT FILE A COMPLAINT OR IF THE COMPLAINT DOES NOT CONTAIN THE INFORMATION REQUESTED BELOW, YOU MUST PROVIDE THE INFORMATION BELOW**

1.    Who committed the acts of sexual abuse or other tortious conduct?

_____

2.    Position, Title or Relationship to You (if known) (*e.g.*, Parish Priest, Teacher, Coach, etc.)

_____

3.    Where did the sexual abuse or other tortious conduct take place?  Please be specific and complete all relevant information that you know, including the City and State, name of the University, Parish, Mission or School (if applicable) and/or the name of any other location.

_____

_____

4.    When did the sexual abuse or other tortious conduct take place?

a.    If the sexual abuse or other tortious conduct took place over a period of time (months or years) please state when it started, when it stopped, and if it happened all during that time.

_____

_____

      b.     Please also state your age(s )and your grade(s) in school at the time the sexual abuse or other tortious conduct took place.

_____

_____

5.    <u>What</u> happened (describe what happened):

_____

_____

_____

_____

_____

_____

6.    Did you tell anyone about the sexual abuse or other tortious conduct and, if so, who did you tell and when (this would include parents; relatives; friends; the Society of Jesus, Oregon Province; attorneys; counselors; and law enforcement authorities).

_____

_____

**PART 3: IMPACT OF COMPLAINT**
**(Attach additional separate sheets if necessary)**

*(If you are uncertain how to respond to this Part 3, you presently may leave this Part 3 blank, but you will be required to complete this Part 3 within thirty (30) days after a written request is made for the information requested in this Part 3)*

1.    What injuries have occurred to you because of the act or acts of sexual abuse or other tortious conduct that resulted in the claim (for example, the effect on your education, employment, personal relationships, health, and any physical injuries)?

_____

_____

_____

2.    Have you sought counseling or treatment?  If so, with whom and when? _____

_____

3.    Are you interested in being contacted by the Society of Jesus, Oregon Province's Victim Assistance Coordinator about receiving counseling?    ☐ Yes ☐ No

**PART 4.  Additional Information**

1.  Settlements:  Regardless of whether a complaint was ever filed against any party because of the sexual abuse or other tortious conduct, have you settled any claim relating to the sexual abuse or other tortious conduct described in this claim? ☐ Yes ☐ No  If "Yes", please describe including parties to the settlement, and attach a copy of any settlement agreement.

_____

_____

2.  Bankruptcy.  Have you ever filed bankruptcy? ☐ Yes ☐ No  If "Yes", please provide the following information:

Name of Case:_____       Court:_____

Date filed:_____       Case No. _____

Chapter: ☐ 7 ☐ 11 ☐ 12 ☐ 13                              Name of Trustee:_____

**Date:  _____**

Sign and print the name and title, if any, of the Claimant or other person authorized to file this claim.

Under penalty of perjury, I declare the foregoing statements to be true and correct.

Signature_____

Print Name: _____

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-PROOF OF CLAIM (TORT).DOC

Exhibit 3, Page 4 of 4

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | Case No. 09-30938-elp11 |
| ) | |
| Society of Jesus, Oregon Province, an ) Oregon non-profit religious corporation, ) | |
| ) | **NOTICE OF LAST DAY TO FILE** |
| Debtor. ) | **CLAIMS (Non-Tort)** |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

# <u>NOTICE OF CLAIMS BAR DATE</u>

## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED

## <u>NOTE</u>: October 15, 2009 AT 5:00 P.M. PREVAILING PACIFIC TIME

### <u>IS THE LAST DATE TO FILE PROOFS OF CLAIM</u>

TO: ANY CREDITORS OF THE DEBTOR IN THE ABOVE-CAPTIONED CASE WHO ARE <u>NOT</u> ASSERTING CLAIMS FOR SEXUAL ABUSE OR SEXUAL MISCONDUCT OR OTHER TORTIOUS CONDUCT

PLEASE TAKE NOTICE THAT on _____, 2009, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Society of Jesus, Oregon Province (the "***Debtor***" or the **"*Oregon Province*"**) must file such claim by October 15, 2009, at 5:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***"). The Claims Bar Date applies to all Entities (as defined below) including Governmental Units (as defined below).

For the purpose of this Notice, a "**Claim**" is defined as:

    (a)    Any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

    (b)    Any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to

-1-

an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

"**Entity**" has the meaning given to it in 11 USC § 101(15) and includes all persons, estates, trusts, Governmental Units and the United States Trustee.

"**Governmental Unit**" has the meaning given to it in 11 USC § 101(27) and includes the United States; states; commonwealths; districts; territories; municipalities; foreign states; or departments, agencies or instrumentalities of the foregoing (but not including the United States Trustee while serving as a trustee under the Bankruptcy Code).

IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.

### PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

- File the claim on the Court-ordered **Non-Tort Proof of Claim Form**

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than October 15, 2009 at 5:00 p.m., Prevailing Pacific Time**.  Proof of claim forms will be deemed filed only when **actually received** by BMC Group, Inc.  Proof of claim forms submitted by facsimile will be accepted and will be deemed filed, subject the claimant later providing the proof of claim form with an original signature to BMC Group, Inc. by mail.  If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before October 15, 2009, at 5:00 p.m., Prevailing Pacific Time.  Except for proof of claim forms filed by facsimile, proof of claim forms that are postmarked on or before October 15, 2009, but are received after that date, will be considered late.

  - If a claimant files in person, by courier service, or by overnight delivery (e.g. FedEx), the proof of claim form(s) should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Society of Jesus Oregon Province Case**
    **c/o BMC Group, Inc.**
    **18750 Lake Drive East**
    **Chanhassen, MN  55317**

- If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

  **Society of Jesus Oregon Province Case**
  **c/o BMC Group, Inc.**
  **PO Box 2011**
  **Chanhassen, MN  55317-2011**

- If a claimant files by facsimile, the proof of claim form should be faxed to the following with sufficient lead time that the proof of claim form(s) will be received at the following facsimile number on or before October 15, 2009 at 5:00 p.m., Prevailing Pacific Time:

  **BMC Group, Inc.**
  **Facsimile No. 1-888-316-2354**

- If you wish to receive acknowledgement of receipt of your proof of claim, include with your original proof of claim, (a) an additional copy of your original proof of claim and (b) a self-addressed, stamped return envelope.  Proofs of claim must include all documentation, if any, that you have to support your claim.

### EFFECT OF NOT FILING A CLAIM

**_The deadline for filing Proofs of Claim is October 15, 2009, at 5:00 p.m., Prevailing Pacific Time._**  _If you have a Claim and you do not file a Proof of Claim by that date you will not be treated as a creditor for voting or distribution under any plan of reorganization and your Claim may be subject to discharge.  Failure to file a Claim will prevent you from voting on any plan of reorganization in this Chapter 11 case.  In addition, if your Claim is discharged, you will be forever prevented from asserting your claim against the Debtor or its property and you will not receive any payment or distribution on your Claim._

### QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the _Proof of Claim Form_ or any part of the filing process, call the Debtor's attorneys, Sussman Shank LLP at 503-227-1111, or the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop. You may also wish to contact your attorney.  If you do not have an attorney you have the right to  retain one at your own expense.

The Official Committee of Unsecured Creditors has been appointed to represent the general interests of those persons with unsecured Claims.  This committee does not represent any specific individual regarding his or her Claim.   The committee is represented by Pachulski Stang Ziehl & Jones LLP and can be contacted at _____.

Dated this _____ day of _____, 2009.

SUSSMAN SHANK LLP

By:_____
   Thomas W. Stilley, OSB No. 88316
   Howard M. Levine, OSB No. 80
   Susan S. Ford, OSB No. 85
   Attorneys for Debtor

# EXHIBIT A TO NOTICE

# (Intentionally left blank)

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-NOTICE OF BAR DATE (TRADE CREDITOR).DOC

**[Both English and Spanish Versions Will be Provided]**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society of Jesus, Oregon Province, an<br>Oregon non-profit religious corporation,<br><br>        Debtor. | Case No. 09-30938-elp11<br><br>**NOTICE OF LAST DAY TO FILE CLAIMS FOR SEXUAL, MENTAL, OR PHYSICAL ABUSE OR MISCONDUCT OR OTHER TORTIOUS CONDUCT** |

# <u>NOTICE OF CLAIMS BAR DATE</u>

**THIS IS AN IMPORTANT NOTICE REGARDING ALL SEXUAL, MENTAL, OR PHYSICAL ABUSE OR MISCONDUCT CLAIMS, OR CLAIMS FOR OTHER TORTIOUS CONDUCT – YOUR RIGHTS MAY BE AFFECTED**

<u>*NOTE*</u>: **October 15, 2009 AT 5:00 P.M. PREVAILING PACIFIC TIME**

## <u>IS THE LAST DATE TO FILE PROOFS OF CLAIM</u>

TO: ANY CREDITORS OF THE DEBTOR IN THE ABOVE-CAPTIONED CASE WHO ARE ASSERTING CLAIMS FOR SEXUAL, MENTAL, OR PHYSICAL ABUSE OR MISCONDUCT, OR OTHER TORTIOUS CONDUCT

PLEASE TAKE NOTICE THAT on _____, 2009, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Society of Jesus, Oregon Province (the "***Debtor***") must file such claim by October 15, 2009, at 5:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***").

-1-

**SEXUAL, MENTAL, OR PHYSICAL ABUSE OR MISCONDUCT CLAIMS AND OTHER TORT CLAIMS
AGAINST THE DEBTOR**

You may have a *Claim*:

    (a)    If, while you were under the age of 18, you had sexual contact with or were sexually touched by:

        1) a Jesuit priest assigned to the Oregon Province of the Society of Jesus while working at a Jesuit associated university, church, parish, or school within the states of Alaska, Idaho, Montana, Oregon, or Washington (the "Oregon Province Territory"), see the list below of Jesuit associated entities;

        2) a Jesuit priest assigned to the Oregon Province of the Society of Jesus while working or studying outside of the Oregon Province Territory; or,

        3) a Catholic priest, member of the clergy, employee, volunteer, or other person working at a university, parish, church, school, or other ministry or institution, for which you claim the Debtor has some responsibility; or

    (b)    If your were injured by any other tortious conduct and you claim the Debtor has some responsibility for such injury; or

    (c)    If the Debtor has an obligation to provide you with counseling; or

    (d)    If you believe the Debtor is responsible for any tortious conduct that caused you injury or harm <u>at any age</u>; or

    (e)    If the Debtor owes you any money; or

    (f)    If you assert a <u>right to payment</u> from the Debtor, whether or not the amount owed is known, and whether or not your asserted right to payment is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event; or

    (g)    If you assert a <u>right to an equitable remedy</u> (e.g., the right to require the Debtor to either do or not do something), whether or not such right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event, which would result in the Debtor owing you money for its failure to do as required.

A "**Claim**" is defined as:

    (a)    right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

    (b)    right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Included within the definition of a *"Claim"* are *"Tort Claims"* which are defined for the purposes of this notice as any claim, demand, suit, cause of action, proceeding, or any other rights or asserted right to payment asserted against the Debtor, based upon or in any manner arising in or related to any act or acts, including but not limited to personal injury, wrongful death, assault, negligence, intentional infliction of emotional distress, defamation, conversion, child abuse, or any sexual contact with a person which is, or is alleged to be, inappropriate or nonconsensual, all such tortious acts being collectively referred to as ("Tortious Misconduct"), including, without limitation, (a) the processing, adjustment, defense, settlement, payment, negotiation, or handling of any claims, demands, suits, proceedings or causes of action based upon or relating in any way to such act or acts of Tortious Misconduct; (b) the failure to warn, disclose, or provide information concerning the risk that any person or persons might, or have the propensity to, engage in Tortious Misconduct; (c) the failure to take remedial action with respect to alleged, suspected or known Tortious Misconduct; and (d) the actions or inactions of any person or entity involving Tortious Misconduct, including, without limitation, (i) claims for negligence, wrongful death, or personal injuries, including emotional distress; (ii) claims for vicarious liability; (iii) claims for damages, including but not limited to, punitive or exemplary damages; (iv) claims for attorneys' fees and other expenses, fees, or costs; (v) claims for any possible economic loss or loss of consortium; (vi) claims for damage to reputation; (vii) claims for any legal or equitable remedy; and (viii) claims of any person or entity against whom any claim, demand, proceeding, suit or cause of action based upon or in any manner arising from or relating to any of the matters enumerated or described in (a), (b), (c), or (d) above has been, is, or may be asserted.

If you settled a Claim with the Debtor before February 17, 2009, but you have not been paid or been fully paid, you must still file a Claim for the unpaid amount.  If you have been fully paid, you do not need to file a Claim.

IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER AND MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING TOLL FREE _____**

**THE *CLAIMS* REFERRED IN THIS NOTICE SPECIFICALLY MAY INCLUDE, BUT ARE NOT LIMITED TO:**

**CLAIMS BASED ON <u>SEXUAL CONTACT OR TOUCHING</u> BY PRIESTS, TEACHERS, COACHES, VOLUNTEERS, OR OTHERS WORKING AT ONE OF THE UNIVERSITIES, CHURCHES, PARISHES, MISSIONS, OR SCHOOLS LISTED BELOW FOR WHICH YOU CLAIM THE DEBTOR IS RESPONSIBLE:**

| Institution | city | state |
| --- | --- | --- |
| Monroe High School | Fairbanks | AK |
| Copper Valley School | Glenallen | AK |
| St Mary's School | St Mary | AK |
| St Mary's Mission | Akulurak | AK |
| St Anthony's Church | Anchorage | AK |
| St Mary's Mission | Andreafski | AK |

-3-

| | | |
|---|---|---|
| St Patrick's Mission | Barrow | AK |
| Immaculate Conception Church | Bethel | AK |
| St Catherine's Church | Chefornak | AK |
| Sacred Heart Church | Chevak | AK |
| St Joseph's Church | Cordova | AK |
| Our Lady of Sorrows Church | Delta Junction | AK |
| Holy Rosary Mission | Dillingham | AK |
| St Andrew's Church | Eagle River | AK |
| Sacred Heart Church | Emmonak | AK |
| Immaculate Conception Church | Fairbanks | AK |
| Catholic Church | Galena | AK |
| St Marjorie's Mission | Hamilton | AK |
| Holy Cross Mission | Holy Cross | AK |
| Little Flower Mission | Hooper Bay | AK |
| Church of the Nativity | Juneau | AK |
| Catholic Church | Kaltag | AK |
| Holy Name Church | Ketchikan | AK |
| Christ the King Mission | King Island | AK |
| St Mary's Church | Kodiak | AK |
| St Joseph's Church | Kotlik | AK |
| St Francis Xavier Church | Kotzebue | AK |
| St Jude's Church | Little Diomede | AK |
| Immaculate Heart of Mary Church | Marshall | AK |
| St Michael's Church | McGrath | AK |
| St Lawrence Mission | Mountain Village | AK |
| St Theresa Church | Nenana | AK |
| Holy Family Church | Newtok | AK |
| Our Lady of Perpetual Help Church | Nightmute | AK |
| St Joseph's Church | Nome | AK |
| St Peter Claver Mission | Nulato | AK |
| St Charles Spinola Church | Pilot Station | AK |
| Our Lady of Guadalupe Church | Russian Mission | AK |
| Blessed Sacrament Church | Scammon Bay | AK |
| Sacred Heart Church | Seward | AK |
| St Peter Church | Sheldon Point (Nunam Iqua) | AK |
| St Gregory's Church | Sitka | AK |
| St Mary's Mission | St Mary | AK |
| St Michael's Mission | St Michael | AK |
| St Bernard's Church | Stebbins | AK |
| Catholic Church | Tanana | AK |
| St Ann's Church | Teller | AK |
| Holy Rosary Mission | Tok Junction | AK |
| St Peter the Fisherman Church | Toksook Bay | AK |
| St Joseph's Mission | Tununak | AK |

| | | |
|---|---|---|
| Holy Angels' Church | Unalakleet | AK |
| Immaculate Heart of Mary Church | Wrangell | AK |
| Holy Spirit Retreat Center | Anchorage | AK |
| St Joseph's Mission | Culdesac | ID |
| Sacred Heart Mission | Desmet | ID |
| Sacred Heart Church | Lapwai | ID |
| St Stanislaus Church | Lewiston | ID |
| Loyola High School | Missoula | MT |
| St Margaret Mary's Church | Big Sandy | MT |
| St Joseph's Church | Harden | MT |
| St Thomas Church | Harlem | MT |
| St Jude's Church | Havre | MT |
| St Paul's Mission | Hays | MT |
| St Anne's Church | Heart Butte | MT |
| Our Lady of Loretto Church | Lodge Grass | MT |
| St Francis Xavier Church | Missoula | MT |
| St Charles Mission | Pryor | MT |
| St Ignatius Mission | St Ignatius | MT |
| St Xavier Mission | St Xavier | MT |
| Jesuit High School | Portland | OR |
| St Andrew's Mission | Pendleton | OR |
| St Mary's Church | Pendleton | OR |
| Loyola Retreat House | Portland | OR |
| St Ignatius Church | Portland | OR |
| St Michael's Church | Portland | OR |
| Good Shepherd Church | Sheridan | OR |
| St Luke's Church | Woodburn | OR |
| Seattle University | Seattle | WA |
| Gonzaga University | Spokane | WA |
| Seattle Preparatory School | Seattle | WA |
| Gonzaga Preparatory School | Spokane | WA |
| Bellarmine Preparatory School | Tacoma | WA |
| Marquette High School | Yakima | WA |
| St Philip Benizi | Ford | WA |
| St Michael's Mission | Inchelium | WA |
| St Rose of Lima | Keller | WA |
| St Paul Mission | LaConner | WA |
| Sacred Heart Mission | Nespelem | WA |
| Pure Heart of Mary Church | Northport | WA |
| St Mary's Mission | Omak | WA |
| Immaculate Conception Church | Republic | WA |
| Mount Virgin Church | Seattle | WA |
| St Joseph's Church | Seattle | WA |
| St Aloysius Church | Spokane | WA |

| | | |
|---|---|---|
| St Patrick's Church | Spokane | WA |
| St Leo's Church | Tacoma | WA |
| St Rita's Church | Tacoma | WA |
| Sacred Heart Church | Wellpinit | WA |
| Our Lady of Lourdes | West End | WA |
| St Joseph's Church | Yakima | WA |
| Bethleham Farm | Chehalis | WA |

**If you have questions about the above list or a location not listed, please call the Debtor's Claims Agent, BMC Group, Inc. toll-free at 1-888-909-0100.**

### PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

- File the claim on the Court-ordered ***Tort Proof of Claim Form***

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than October 15, 2009 at 5:00 p.m., Prevailing Pacific Time**.  Proof of claim forms will be deemed filed only when ***actually received*** by BMC Group, Inc.  Proof of claim forms submitted by facsimile will be accepted and will be deemed filed, subject the claimant later providing the proof of claim form with an original signature to BMC Group, Inc. by mail.  If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before October 15, 2009, at 5:00 p.m., Prevailing Pacific Time.  Except for proof of claim forms filed by facsimile, proof of claim forms that are postmarked on or before October 15, 2009, but are received after that date, will be considered late.

  - If a claimant files in person, by courier service, or by overnight delivery (e.g. FedEx), the proof of claim form(s) should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Society of Jesus Oregon Province Case**
    **c/o BMC Group, Inc.**
    **18750 Lake Drive East**
    **Chanhassen, MN  55317**

- If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

   **Society of Jesus Oregon Province Case**
   **c/o BMC Group, Inc.**
   **PO Box 2011**
   **Chanhassen, MN  55317-2011**

- If a claimant files by facsimile, the proof of claim form should be faxed to the following with sufficient lead time that the proof of claim form(s) will be received at the following facsimile number on or before October 15, 2009 at 5:00 p.m., Prevailing Pacific Time:

   **BMC Group, Inc.**
   **Facsimile No. 1-888-316-2354**

- If you wish to receive acknowledgement of receipt of your proof of claim, include with your original proof of claim, (a) an additional copy of your original proof of claim and (b) a self-addressed, stamped return envelope.  Proofs of claim must include all documentation, if any, that you have to support your claim.

### CONFIDENTIALITY

The Bankruptcy Court has determined that Proofs of Claim filed by anyone who alleges that while under 18 years of age, he or she had sexual contact with or was sexually touched by a priest, member of the clergy, an employee, a volunteer, or other person working for the Debtor, or for a university, school, parish, or other institution associated with the Debtor will remain confidential.  Therefore, the Proof of Claim Form you file will not be available to the general public but will be kept confidential, except that the Proof of Claim Form and the information it contains will be provided to the Debtor, its insurers, and other persons whom the Bankruptcy Court determines should have the information to evaluate your claim.  Also, the Debtor and its insurers will be free to use the information contained in the Proof of Claim Form  to conduct their respective investigations into the facts and circumstances surrounding your claim.

### EFFECT OF NOT FILING A CLAIM

**_The deadline for filing Proofs of Claim is October 15, 2009, at 5:00 p.m., Prevailing Pacific Time._**  _If you have a Claim and you do not file a Proof of Claim by that date you will not be treated as a creditor for voting or distribution under any plan of reorganization and your Claim may be subject to discharge.  Failure to file a Claim will prevent you from voting on any plan of reorganization in this Chapter 11 case.  In addition, if your Claim is discharged, you will be forever prevented from asserting your claim against the Debtor or its property and you will not receive any payment or distribution on your Claim._

### QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the _Tort Proof of Claim Form_ or any part of the filing process, call the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop.   You may also wish to contact your attorney.  If you do not have an attorney you have the right to  retain one at your own expense.

The Official Committee of Unsecured Creditors has been appointed to represent the general interests of those persons with unsecured Claims.  The members of the committee are all individual tort claimants.  This committee does not represent any specific individual regarding his or her Claim.  If you have a Claim and would like to speak with someone on the committee, call the committee at _____.  A member of the committee will be pleased to talk to you.

Dated this _____ day of _____, 2009.

SUSSMAN SHANK LLP

By:_____
    Thomas W. Stilley, OSB No. 88316
    Howard M. Levine, OSB No. 80073
    Susan S. Ford, OSB No. 84220
    Attorneys for Debtor

# EXHIBIT A TO NOTICE

# (Intentionally left blank)

**F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-NOTICE OF BAR DATE (TORT CREDITOR).DOC**

Exhibit 5, Page 9 of 9



**The Ulum Group**
PUBLIC RELATIONS/PUBLIC AFFAIRS

941 Oak Street                    1328 NW Kearney Street
Eugene, OR 97401                  Portland, OR 97209
Telephone (541) 302-6620          Telephone (503) 595-8350
FAX (541) 302-6622                FAX (503) 595-8351

May 6, 2009

<u>**Society of Jesus, Oregon Province**</u>
<u>**Mailing and Media Notice Program**</u>

This Mailing and Media Notice Program is designed to inform people living in Alaska, Washington, Oregon, Idaho, and Montana (the "Oregon Province Territory"), and elsewhere about the deadline for filing claims in the Society of Jesus, Oregon Province's Chapter 11 case.

The goal is to reach as many people as possible who may have claims for sexual abuse or misconduct through print advertising, enhanced public radio public service announcements, flyers in magazines/newsletters, posting on Web sites and posting flyers in key community locations, including without limitation, rural Alaska.

In addition, nationwide notice will be effectuated through advertisement in USA Today to reach people who may have moved from the five state region, or were subject to acts of abuse committed by Oregon Province Jesuits in locations outside of the five state region.  In addition, print advertising will be targeted in locations outside of the Oregon Province Territory where Jesuits that have been accused of child sexual abuse were located.

We estimate the cost to place quarter page advertisements in the various publications and purchase a flight of enhanced public service announcements will be $534,294.87.  An additional budget will need to be determined to print, ship and, in some cases, travel to various locations to post and maintain flyers.

Following is a break down of proposed media outlets, flyer locations, and budget.

**Posting Locations**

The Society of Jesus, Oregon Province will make its best effort to post flyers in the following locations and will make its best effort to maintain the flyers.  Both English and Spanish version of the flyers will be posted:

I.
AC Value Center in the follow Alaska communities: Aniak, Barrow, Bethel, Emmonak, Hopper Bay, Kotlik, Kotzebue, McGrath, Mt. Village, St. Mary, St. Michael, and Nome

II.
United State Post Offices in the following Alaska communities: Chefornak, Chevak, Galena, Huslia, Holy Cross, Kalskag, Kaltag, Little Diomede, Marshall, Newtok, Nightmute, Nome, Nulato, Nunam Iqua, Pilot Station, Ruby, Russian Mission, Scammons Bay, Stebbins, Tananna, Teller, Toksook, Tununak, Unalakleet, Koyukuk, and McGrath.

III.
The Provincial will send a letter to each of the bishops for the Roman Catholic dioceses within the Oregon Province Territory asking that they encourage each of the parishes within their respective dioceses to participate in the posting and publication program by posting the publication notice (in both English and Spanish) at the parish and also including the notices in the parish bulletin.  These will include, without limitation, those churches and schools listed below historically served by Oregon Province Jesuits.

| | | |
|---|---|---|
| Monroe High School | Fairbanks | AK |
| Copper Valley School | Glenallen | AK |
| St Mary's School | St Mary | AK |
| St Mary's Mission | Akulurak | AK |
| St Anthony's Church | Anchorage | AK |
| St Mary's Mission | Andreafski | AK |
| St Patrick's Mission | Barrow | AK |
| Immaculate Conception Church | Bethel | AK |
| St Catherine's Church | Chefornak | AK |
| Sacred Heart Church | Chevak | AK |
| St Joseph's Church | Cordova | AK |
| Our Lady of Sorrows Church | Delta Junction | AK |
| Holy Rosary Mission | Dillingham | AK |
| St Andrew's Church | Eagle River | AK |
| Sacred Heart Church | Emmonak | AK |
| Immaculate Conception Church | Fairbanks | AK |
| Catholic Church | Galena | AK |
| St Marjorie's Mission | Hamilton | AK |
| Holy Cross Mission | Holy Cross | AK |

| | | |
|---|---|---|
| Little Flower Mission | Hooper Bay | AK |
| Church of the Nativity | Juneau | AK |
| Catholic Church | Kaltag | AK |
| Holy Name Church | Ketchikan | AK |
| Christ the King Mission | King Island | AK |
| St Mary's Church | Kodiak | AK |
| St Joseph's Church | Kotlik | AK |
| St Francis Xavier Church | Kotzebue | AK |
| St Jude's Church | Little Diomede | AK |
| Immaculate Heart of Mary Church | Marshall | AK |
| St Michael's Church | McGrath | AK |
| St Lawrence Mission | Mountain Village | AK |
| St Theresa Church | Nenana | AK |
| Holy Family Church | Newtok | AK |
| Our Lady of Perpetual Help Church | Nightmute | AK |
| St Joseph's Church | Nome | AK |
| St Peter Claver Mission | Nulato | AK |
| St Charles Spinola Church | Pilot Station | AK |
| Our Lady of Guadalupe Church | Russian Mission | AK |
| Blessed Sacrament Church | Scammon Bay | AK |
| Sacred Heart Church | Seward | AK |
| St Peter Church | Sheldon Point (Nunam Iqua) | AK |
| St Gregory's Church | Sitka | AK |
| St Mary's Mission | St Mary | AK |
| St Michael's Mission | St Michael | AK |
| St Bernard's Church | Stebbins | AK |
| Catholic Church | Tanana | AK |
| St Ann's Church | Teller | AK |
| Holy Rosary Mission | Tok Junction | AK |
| St Peter the Fisherman Church | Toksook Bay | AK |
| St Joseph's Mission | Tununak | AK |
| Holy Angels' Church | Unalakleet | AK |
| Immaculate Heart of Mary Church | Wrangell | AK |
| Holy Spirit Retreat Center | Anchorage | AK |
| St Joseph's Mission | Culdesac | ID |
| Sacred Heart Mission | Desmet | ID |
| Sacred Heart Church | Lapwai | ID |
| St Stanislaus Church | Lewiston | ID |
| Loyola High School | Missoula | MT |
| St Margaret Mary's Church | Big Sandy | MT |
| St Joseph's Church | Harden | MT |
| St Thomas Church | Harlem | MT |
| St Jude's Church | Havre | MT |

| | | |
|---|---|---|
| St Paul's Mission | Hays | MT |
| St Anne's Church | Heart Butte | MT |
| Our Lady of Loretto Church | Lodge Grass | MT |
| St Francis Xavier Church | Missoula | MT |
| St Charles Mission | Pryor | MT |
| St Ignatius Mission | St Ignatius | MT |
| St Xavier Mission | St Xavier | MT |
| Jesuit High School | Portland | OR |
| St Andrew's Mission | Pendleton | OR |
| St Mary's Church | Pendleton | OR |
| Loyola Retreat House | Portland | OR |
| St Ignatius Church | Portland | OR |
| St Michael's Church | Portland | OR |
| Good Shepherd Church | Sheridan | OR |
| St Luke's Church | Woodburn | OR |
| Seattle University | Seattle | WA |
| Gonzaga University | Spokane | WA |
| Seattle Preparatory School | Seattle | WA |
| Gonzaga Preparatory School | Spokane | WA |
| Bellarmine Preparatory School | Tacoma | WA |
| Marquette High School | Yakima | WA |
| St Philip Benizi | Ford | WA |
| St Michael's Mission | Inchelium | WA |
| St Rose of Lima | Keller | WA |
| St Paul Mission | LaConner | WA |
| Sacred Heart Mission | Nespelem | WA |
| Pure Heart of Mary Church | Northport | WA |
| St Mary's Mission | Omak | WA |
| Immaculate Conception Church | Republic | WA |
| Mount Virgin Church | Seattle | WA |
| St Joseph's Church | Seattle | WA |
| St Aloysius Church | Spokane | WA |
| St Patrick's Church | Spokane | WA |
| St Leo's Church | Tacoma | WA |
| St Rita's Church | Tacoma | WA |
| Sacred Heart Church | Wellpinit | WA |
| Our Lady of Lourdes | West End | WA |
| St Joseph's Church | Yakima | WA |
| Bethleham Farm | Chehalis | WA |

IV.

The Society of Jesus, Oregon Province will use its best efforts to place an ad or flyer in publications associated with Alaska Native Regional Corporations and Tribal Organizations, and will request that such corporations and organizations mail a copy of the publication notice to all of the tribal members, or provide the names and addresses of the members to the Society of Jesus, Oregon Province where it can mail the notices to the tribal members:

> Alaska:  Ahtna, Bering Straits, Chugach, NANA, CIRI, Arctic Slope, Doyon, Calista, and The 13th Region

> Washington: Chehalis Committee Council, Colville Business Community, Shoalwater Bay Tribal  Council, Skokomish Tribal Council, Spokane Business Council, Squaxin Island Tribal, Stillaquamish Board of Directors, Swinomish Indian Senate, Jamestown S'Klallam Tribal Council, Kalispel Busienss Committee, Lummi Business Council, Makah Tribal Council, Muckleshoot Tribal Council, Nisqually Indian Community Council, Nooksack Tribal Council, Port Gamble S'Klallam Tribal Council, Suquamish Tribal Council, Puyallup Tribal Council, Quileute Tribal council, Quinault Business Committee, Sauk-Suiattle Tribal Council, Elwha S'Klallam Business Council, Hoh Tribal Business Committee, Tulalip Board of Directors, Upper Skagit Tribal Council, Yakama Tribal Council

> Oregon:  Burns Paiute General Council, Confederated Tribes of Coos Lower Umpqua & Suislaw Indians,, Coquille Indian Tribe/SIletz Agency, Cow Creek Band of Umpqua Indians Community Council, Confederated Tribes of the Grande Ronde Council, Klamath General Council, Siletz Tribal Council, Umatilla Board of Trustees, Warm Springs Agency

> Idaho: Coeur D'Alene Tribal Council, Fort Hall Business Council, Kootenai Tribal Council, Nez Perce Tribal Executive Committee, Northwestern Band of Shoshoni Nation

> Montana:  Black Feet Tribal Business Council, Crow Tribal Council, Flathead Reservation/Confederated Salish and Kootenai Tribe, Fort Belknap Community Council, Fort Peck Tribal Council, Northern Cheyenne Tribal Council, Chippewa-Cree Business Committee

IV.

Information will be posted on two Web sites: The Society of Jesus, Oregon Province's and BMC Group, Inc.'s, the claims agent, with the the long-form tort claims bar date notice and tort proof of claims forms available in both English and Spanish.

**Advertising**

The Society of Jesus, Oregon Province will place quarter page print advertisements and, due to its remoteness, will buy enhanced public service announcements on Alaska Public Radio Network (APRN). Attached is the proposed list of publications for advertising, including APRN.

## Oregon

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| Albany Democrat-Herald/Corvallis G-T | $ 1,245.18 | $ 1,245.18 | $ 2,490.36 | 30,000 | 29,100 |
| Ashland Daily Tidings | $ 674.47 | $ 674.47 | $ 1,348.94 | 3,700 | 3,589 |
| The Daily Astorian | $ 631.85 | $ 631.85 | $ 1,263.70 | 8,500 | 8,245 |
| Bend Bulletin | $ 1,834.41 | $ 1,834.41 | $ 3,668.82 | 35,780 | 34,707 |
| Coos Bay World | $ 478.80 | $ 478.80 | $ 957.60 | 20,000 | 19,400 |
| Eugene Register-Guard | $ 1,091.16 | $ 1,091.16 | $ 2,182.32 | 69,000 | 66,930 |
| Grants Pass Daily Courier | $ 405.72 | $ 405.72 | $ 811.44 | 16,300 | 15,811 |
| Klamath Falls Herald & News | $ 827.52 | $ 827.52 | $ 1,655.04 | 15,200 | 15,000 |
| Medford Mail Tribune | $ 1,231.84 | $ 1,231.84 | $ 2,463.68 | 34,700 | 33,659 |
| Pendelton East Oregonian | $ 778.24 | $ 778.24 | $ 1,556.48 | 36,000 | 34,920 |
| The Dalles Chronicle | $ 320.56 | $ 320.56 | $ 641.12 | 5,500 | 5,335 |
| The Oregonian - weekday | $ 5,439.49 | $ 5,439.49 | $ 10,878.98 | 325,000 | 276,250 |
| Roseburg News-Review | $ 469.91 | $ 469.91 | $ 939.82 | 21,450 | 20,807 |
| Salem Statesman-Journal | $ 1,560.55 | $ 1,560.55 | $ 3,121.10 | 53,238 | 51,641 |
| **Total Oregon Costs** | **$ 16,989.70** | **$ 16,989.70** | **$ 33,979.40** | 674,368 | 615,393 |

## Idaho

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Boise Idaho Statesman | $ 3,057.35 | $ 3,057.35 | $ 6,114.70 | 81,040 | 78,609 | |
| Coeur d'Alene Press | $ 1,325.21 | $ 1,325.21 | $ 2,650.42 | 31,000 | 30,070 | |
| Idaho Post Falls Register | $ 611.47 | $ 611.47 | $ 1,222.94 | 24,000 | 23,280 | |
| Lewiston Morning Tribune | $ 746.36 | $ 746.36 | $ 1,492.72 | 26,000 | 25,220 | |
| Moscow-Pullman Daily News | $ 520.31 | $ 520.31 | $ 1,040.62 | | 7,500 | M-Sat only |
| Nampa Idaho Press-Tribune | $ 457.31 | $ 457.31 | $ 914.62 | 23,200 | 22,504 | |
| Pocatello Idaho State Journal | $ 591.46 | $ 591.46 | $ 1,182.92 | 18,500 | 17,945 | |
| Sandpoint Bonner Co Daily Bee | $ 240.14 | $ 240.14 | $ 480.28 | | | see CDA Press |
| Twin Falls Times-News | $ 551.81 | $ 551.81 | $ 1,103.62 | 24,005 | 23,285 | |
| **Total Idaho Costs** | **$ 8,101.42** | **$ 8,101.42** | **$ 16,202.84** | 227,745 | 228,413 | |

## Montana

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| *Billings Gazette (Daily)* | | | | | |
| *Butte Montana Standard (Daily)* | | | | | |
| *Hamilton Ravalli Republic (M-F)* | | | | | |
| *Helena Independent (Daily)* | | | | | |
| *Missoula Missoulian (Daily)* | | | | | |
| ***5-Paper Group Buy*** | $ 5,490.45 | $ 5,490.45 | $ 10,980.90 | 124,973 | 121,224 |
| Bozeman Daily Chronicle | $ 558.11 | $ 558.11 | $ 1,116.22 | 18,000 | 17,500 |
| Great Falls Tribune | $ 1,599.09 | $ 1,599.09 | $ 3,198.18 | 31,700 | 30,749 |
| Kalispell Daily Inter Lake | $ 761.67 | $ 761.67 | $ 1,523.34 | 21,100 | 20,000 |
| **Total Montana Costs** | **$ 8,409.32** | **$ 8,409.32** | **$ 16,818.64** | 195,773 | 189,473 |

Prepared by: PARADISE MEDIA, INC.
  Contact: Stephanie Riess, 541-302-9600 / stephanie@paradisemediainc.com

Revised: 5/6/09

Exhibit 6, Page 7 of 11

## Washington

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Aberdeen Daily World | $ 720.79 | $ 720.79 | $ 1,441.58 | 12,600 | 12,222 | |
| Bellingham Herald | $ 1,625.40 | $ 1,625.40 | $ 3,250.80 | 27,500 | 26,675 | |
| Bremerton Sun | $ 1,707.60 | $ 1,707.60 | $ 3,415.20 | 31,950 | 30,992 | |
| Ellensburg Daily Record | $ 459.53 | $ 459.53 | $ 919.06 | | 6,000 | M-Sat only |
| Everett Herald | $ 1,938.51 | $ 1,938.51 | $ 3,877.02 | 52,226 | 50,659 | |
| Tri-City Herald (Kenn/Pasco/Richland) | $ 1,411.20 | $ 1,411.20 | $ 2,822.40 | 45,292 | 43,933 | |
| Longview Daily News | $ 1,035.72 | $ 1,035.72 | $ 2,071.44 | 21,000 | 20,370 | |
| Columbia Basin Herald (Moses Lake) | $ 551.81 | $ 551.81 | $ 1,103.62 | 8,500 | 8,245 | |
| The Olympian | $ 2,520.00 | $ 2,520.00 | $ 5,040.00 | 37,228 | 36,111 | |
| Peninsula Daily News (Port Angeles) | $ 1,037.65 | $ 1,037.65 | $ 2,075.30 | 17,572 | 17,045 | |
| Seattle Times | $ 8,221.50 | $ 8,221.50 | $ 16,443.00 | 450,000 | 436,500 | |
| Spokesman-Review | $ 1,534.98 | $ 1,534.98 | $ 3,069.96 | 110,000 | 106,700 | |
| Sunnyside Daily Sun News | $ 333.53 | $ 333.53 | $ 667.06 | | 4,000 | M-F only |
| Tacoma News Tribune | $ 4,446.54 | $ 4,446.54 | $ 8,893.08 | 126,000 | 122,220 | |
| The Columbian (Vancouver, WA) | $ 2,462.19 | $ 2,462.19 | $ 4,924.38 | 52,000 | 50,440 | |
| Walla Walla Union-Bulletin | $ 744.98 | $ 744.98 | $ 1,489.96 | 15,300 | 14,841 | |
| Wenatchee World | $ 1,127.70 | $ 1,127.70 | $ 2,255.40 | 25,201 | 24,445 | |
| Yakima Herald-Republic | $ 783.79 | $ 783.79 | $ 1,567.58 | 38,190 | 37,044 | |
| **Total Washington Costs** | **$ 32,663.42** | **$ 32,663.42** | **$ 65,326.84** | 1,070,559 | 1,048,442 | |

## Alaska

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Anchorage Daily News | $ 4,417.88 | $ 4,417.88 | $ 8,835.76 | 89,423 | 86,740 | |
| Fairbanks Daily News-Miner | $ 815.22 | $ 815.22 | $ 1,630.44 | 30,000 | 18,000 | |
| Kenai Peninsula Clarion (Mon-Sat only) | $ 634.73 | $ 634.73 | $ 1,269.46 | | 5,980 | |
| Ketchikan Daily News | $ 497.70 | $ 497.70 | $ 995.40 | 4,600 | 4,462 | |
| Kodiak Daily Mirror | $ 401.63 | $ 401.63 | $ 803.26 | 3,300 | 3,201 | |
| Sitka Daily Sentinel | $ 396.90 | $ 396.90 | $ 793.80 | 3,025 | 2,934 | |
| Tundra Drums (Bethel area) - Weekly-Thurs | $ 588.24 | $ 588.24 | $ 1,176.48 | | 2,030 | (2 col.x10") |
| **Total Alaska Costs** | **$ 7,752.30** | **$ 7,752.30** | **$ 15,504.60** | 130,348 | 124,343 | |

Prepared by: PARADISE MEDIA, INC.
Contact: Stephanie Riess, 541-302-9600 / stephanie@paradisemediainc.com

Revised: 5/6/09

PDF created with pdfFactory trial version www.pdffactory.com

**Jesuit Education Center Cities**

| Publication | 1st Insertion Mon, 6/15/09 | | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| Boston Globe | $ 17,136.00 | $ - | $ 17,136.00 | 503,660 | 323,980 |
| Chicago Tribune | $ 14,971.76 | $ - | $ 14,971.76 | 858,250 | 501,200 |
| Columbus Dispatch (OH) | $ 10,058.27 | $ - | $ 10,058.27 | 334,422 | 209,232 |
| Dallas Morning News (TX) | $ 20,475.00 | $ - | $ 20,475.00 | 483,840 | 338,930 |
| Denver Post (CO) | $ 19,158.30 | $ - | $ 19,158.30 | 520,000 | 390,000 |
| Evansville Courier & Press (IN) | $ 4,228.88 | $ - | $ 4,228.88 | 94,320 | 74,770 |
| Milwakee Journal Sentinel (WI) | $ 10,930.50 | $ - | $ 10,930.50 | 360,000 | 200,000 |
| New York Times (NYC only) | $ 47,628.00 | $ - | $ 47,628.00 | 761,732 | 542,238 |
| Omaha World-Herald (NE) | $ 5,103.00 | $ - | $ 5,103.00 | 209,000 | 160,000 |
| Rapid City Journal (SD) | $ 2,616.08 | $ - | $ 2,616.08 | 33,233 | 29,388 |
| Reno Gazette-Journal | $ 3,809.93 | $ - | $ 3,809.93 | 65,000 | 55,000 |
| St. Louis Post-Dispatch | $ 18,547.83 | $ - | $ 18,547.83 | 418,974 | 298,864 |
| San Francisco Chronicle | $ 19,309.50 | $ - | $ 19,309.50 | 425,000 | 375,000 |
| Toledo Blade (OH) | $ 4,248.72 | $ - | $ 4,248.72 | 145,000 | 130,000 |
| Washington Post (DC) | $ 26,964.00 | $ - | $ 26,964.00 | 912,433 | 666,434 |
| Toronto Star (Canada) converted to US Dollars | $ 15,687.00 | $ - | $ 15,687.00 | 335,700 | 361,900 |
| **Total JECC Costs** | **$ 240,872.77** | **$ -** | **$ 240,872.77** | 6,460,564 | 4,656,936 |

**Native American Publications**

| Publication | 1st Insertion Various | | 2nd Insertion Various | | Total Cost | Circulation | |
|---|---|---|---|---|---|---|---|
| Alaska Star (Weekly - Thursday) AK | $ 776.47 | $ | 776.47 | $ | 1,552.94 | 8,000 | Eagle River & Chugiak |
| The Nome Nugget (Weekly - Thursday) AK | $ 635.29 | $ | 635.29 | $ | 1,270.58 | 6,000 | |
| Char-Koosta News (Weekly - Thursday) MT | $ 142.50 | $ | 142.50 | $ | 285.00 | 4,000 | Salish & Kootenai Tribes |
| Confederated Umatilla Journal (monthly) OR | $ 95.00 | $ | 95.00 | $ | 190.00 | 7,000 | Pendleton area |
| Indian Country Today (Weekly) National | $ 917.65 | $ | 917.65 | $ | 1,835.30 | 7,900 | MT, ID, OR, WA & AK |
| **Total Native American Pub Costs** | **$ 2,566.91** | **$** | **2,566.91** | **$** | **5,133.82** | 32,900 | |

**National Publications**

| Publication | 1st Insertion Fri, 6/19/09 | | 2nd Insertion Fri, 9/11/09 | | Total Cost | Circulation | |
|---|---|---|---|---|---|---|---|
| USA Today (Fri-Sun edition) | $ 58,400.00 | $ | 58,400.00 | $ | 116,800.00 | 2,560,531 | Fri-Sun Edition |
| **Total National Pub Costs** | **$ 58,400.00** | **$** | **58,400.00** | **$ 116,800.00** | 2,560,531 | |

Exhibit 6, Page 9 of 11

Prepared by: PARADISE MEDIA, INC.
Contact: Stephanie Riess, 541-302-9600 / stephanie@paradisemediainc.com

Revised: 5/6/09

PDF created with pdfFactory trial version www.pdffactory.com

## Catholic Newspapers

| Publication | 1st Insertion June or July | 2nd Insertion September | Total Cost | Circulation | Distribution |
|---|---|---|---|---|---|
| Catholic Sentinel (Portland, OR) | $ 606.38 | $ 606.38 | $ 1,212.76 | 7,500 | 148 parishes in Oregon |
| The Catholic Progress (Seattle) | $ 907.93 | $ 907.93 | $ 1,815.86 | 11,000 | |
| Inland Register (Spokane, WA) | $ 638.40 | $ 638.40 | $ 1,276.80 | 12,000 | Eastern Washington State |
| Catholic Anchor (Anchorage, AK) | $ 592.94 | $ 592.94 | $ 1,185.88 | 12,000 | mailed, plus hospitals,UofAK,biz |
| Idaho Catholic Register (Boise, ID) | $ 376.43 | $ 376.43 | $ 752.86 | 16,500 | ID, Eastern OR & Eastern WA |
| The Montana Catholic (Helena, MT) | $ 370.40 | $ 370.40 | $ 740.80 | 8,500 | No.Central & Western Montana |
| The Harvest (Great Falls/Billings, MT) | $ 618.00 | $ 618.00 | $ 1,236.00 | 17,500 | half-page = 75 inches |
| **Total Catholic Newspaper Costs** | **$ 4,110.48** | **$ 4,110.48** | **$ 8,220.96** | 85,000 | |

| Public Radio - Alaska | Proposed Air Dates 6/22-6/28/09 | Proposed Air Dates 9/8-9/20/09 | Rate | Total Cost | |
|---|---|---|---|---|---|
| Alaska Public Radio Network | 15 | 30 | $ 236.00 | $ 10,620.00 | Recommend 3 times/day dates shown |
| KNOM Public Radio (Western Alaska)* | 15 | 30 | $ 85.00 | $ 3,825.00 | Recommend 3 times/day dates shown |
| KYUK Public Radio (Bethel) | 15 | 30 | $ 22.00 | $ 990.00 | Recommend 3 times/day dates shown |
| **Total Public Announcements** | **45** | **90** | | **$ 15,435.00** | |

*KNOM requires a $225 production fee for each script used, not calculated into total cost.

| Recap: | Total Cost | Est Circulation | |
|---|---|---|---|
| Oregon | $ 33,979.40 | 674,368 | 615,393 |
| Idaho | $ 16,202.84 | 227,745 | 228,413 |
| Montana | $ 16,818.64 | 195,773 | 189,473 |
| Washington | $ 65,326.84 | 1,070,559 | 1,048,442 |
| Alaska | $ 15,504.60 | 130,348 | 130,348 |
| Jesuit Education Center Cities | $ 240,872.77 | 6,460,564 | 4,656,936 |
| Catholic Newspapers | $ 8,220.96 | 85,000 | 85,000 |
| Native American Pubs | $ 5,133.82 | 32,900 | 32,900 |
| National Pubs - USA Today | $ 116,800.00 | 2,560,531 | 2,560,531 |
| Public Radio - Alaska | $ 15,435.00 | | |
| **Grand Total Media Cost** | **$ 534,294.87** | **11,437,788** | **9,547,436** |
| | | Sunday | Weekday |

Exhibit 6, Page 10 of 11

PDF created with pdfFactory trial version www.pdffactory.com

### - SOCIETY OF JESUS, OREGON PROVINCE BANKRUPTCY -

# NOTICE OF DEADLINE TO FILE CLAIMS

**IF YOU WERE ABUSED OR SUFFERED INJURY BY A JESUIT PRIEST OR OTHER PERSON FOR WHICH YOU CLAIM THE SOCIETY OF JESUS, OREGON PROVINCE HAS SOME RESPONSIBILITY, OR IF YOU HAVE ANY OTHER REASON TO ASSERT A CLAIM YOU MUST ACT NOW TO FILE YOUR CLAIM**

## THE LAST DAY TO FILE CLAIMS IS OCTOBER 15, 2009

**SOCIETY OF JESUS, OREGON PROVINCE (the 'Debtor") filed for Chapter 11 bankruptcy protection on February 17, 2009 (United States Bankruptcy Court for the District of Oregon, Case No. 09-30938-elp11). The Bankruptcy Court has ordered that all persons with a claim for damages against the Debtor for injuries resulting from sexual, mental, or physical abuse or misconduct, or for any other reason, must file a claim <u>on or before October 15, 2009</u>.**

You must complete and file a proof of claim if you contend that the Debtor is responsible for any injury or other damages to you because you claim that you were sexually, mentally, or physically abused, whether by (1) a priest, other clergy, a worker, a volunteer, an employee or other person or entity within the states of Alaska, Idaho, Montana, Oregon, and Washington (the "Oregon Province Territory") for which you claim the Debtor has some responsibility; or (2) through acts that occurred outside the Oregon Province Territory for which you claim the Debtor has some responsibility; or (3) if you have a claim against the Debtor for any other reason.

For more information, or to receive a long form Notice of Claims Bar Date and Proof of Claim Form write to: Society of Jesus Oregon Province Case, c/o BMC Group, Inc., PO Box 2011, Chanhassen, MN 55317-2011, call the toll free number listed below, or visit the website set forth below. The universities, churches, and schools historically served by the Debtor are listed on the long form Notice of Claims Bar Date. You should obtain a copy of that form for additional information.

### 1-888-909-0100
### www.bmcgroup.com/sjop

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\PUBLICATION NOTICE.DOC



**TO ALL SURVIVORS OF SEXUAL OR PHYSICAL ABUSE
BY JESUIT PRIESTS, BROTHERS, OR VOLUNTEERS**

A bankruptcy court has set deadlines for abuse survivors to submit claims, and you must act soon to protect your rights.

In the 1950s, 1960s, and 1970s, Jesuit priests and brothers around the Northwest physically and sexually abused children and teens at Jesuit-run schools and missions. The abuse perpetrated on victims ranged from inappropriate touching to rape.



The perpetrators of the abuse worked for the Society of Jesus, Oregon Province, a religious order based in Portland, Oregon. The Province operated schools, missions, and churches throughout Washington, Oregon, Idaho, Montana, and Alaska for decades, going back to the 1940's. Many of these schools, missions, and churches were on Indian reservations, and many of the victims were Native Americans. However, the race, age, and gender of the victims varied greatly.

The number of children and teens abused is estimated to be in the hundreds, perhaps thousands, over several decades. The abuse perpetrated by these Jesuits was pervasive and damaged many lives. The evidence revealed to date indicates that the Province failed to monitor sexual perpetrators and in some cases knowingly transferred the perpetrators to other locations, allowing them to abuse again.

**If you are a victim of abuse at a Jesuit institution, please contact us.**

**Jesuit Missions - Montana/Washington/Idaho/Oregon Reservations:**

> **Montana State: excluding the Rocky Boy Reservation**
>
> **Flathead Reservation**
>
> - St. Ignatius Mission School (1854-1962)
> - St. John Berchman Mission (1889-Present)
> - Sacred Heart Mission, Ronan, Mt.(1911-Present)
> - Immaculate Conception Mission (1910-Present)
> - St. Joseph Mission (1940-Present)
> - Sacred Heart Mission, Arlee, Mt. (1941-Present)

*Prepared by: Ken Bear Chief, April 2, 2009* [?]



Coming forward with your story of abuse is difficult and takes courage, but you are not alone. Many people who were victimized at Jesuit institutions have told their stories and made the perpetrators, and the institution that allowed the abuse to occur, accountable for their wrongful actions. While some of the survivors of abuse have reached a settlement with the Province, it is estimated that many more survivors have yet to come forward.

Keep in mind that survivors of abuse at the hands of Jesuits must come forward quickly to preserve their claim. If you or someone you know was a victim of abuse by a priest, brother, volunteer, or employee of a Jesuit institution, please call us and make your voice heard. Holding the Province accountable for the abuse that occurred at its schools and missions helps stop the cycle of abuse against children. By standing together, you can help other victims and yourself.

Abuse survivors often feel isolated and alone with the secret of abuse. We are here to listen and help you find a voice to speak out against what happened and begin the healing process. By standing together, the survivors of abuse can make a difference. You can speak to us in confidence and with the assurance that we will listen and assess your claim. Because time is running out for legal action, please contact us immediately. We are here to help.

**To confidentially talk with counsel representing survivors of abuse,
please CLICK HERE or call 800-801-9564.**

Exhibit 7, Page 2 of 4

**About Us**

- <u>Overview</u>
- <u>Our Attorneys</u>
- <u>Our Staff</u>
- News



**<u>Blaine Tamaki</u>**
Attorney at law



**<u>Bryan G. Smith</u>**
Attorney at law



**<u>Richard L. Gierth</u>**
Attorney at law



**<u>Megan L. Chang</u>**
Attorney at law

© 2009 Tamaki Law. All rights reserved.

Exhibit 7, Page 3 of 4

Case 09-30938-elp11    Doc 205-1    Filed 05/13/09

**Yakamas part of lawsuit over alleged Jesuit abuse**
Tuesday, April 28 2009

Yakamas part of lawsuit over alleged Jesuit abuse
by MARK MOREY
Yakima Herald-Republic

YAKIMA, Wash. -- Yakama tribal members are among those suing a Northwest order of Catholic Jesuits over allegations that they were abused at an Indian boarding school in Okanogan County.

The claims were originally raised in a lawsuit filed last year in U.S. District Court by 18 anonymous plaintiffs, represented by the Tamaki Law Firm of Yakima.

That case was dismissed because the Oregon Province of the Society of Jesus in February filed for bankruptcy because it is facing hundreds of similar claims.

Attorney Blaine Tamaki said he now represents close to 30 claimants who will be submitting requests as creditors in the bankruptcy case. Some of those are members of the Yakama tribe, he said.

The original plaintiffs are not named in the federal lawsuit, a move which defense attorneys objected, and Tamaki would not name any of the Yakama claimants.

The Oregon Province covers Washington, Oregon, Idaho, Montana and Alaska. Society of Jesus priests, known as Jesuits, staff and manage a variety of schools around the Northwest.

The lawsuit filed by Tamaki alleges that priests in the order who were assigned to St. Mary's Mission near Omak, Wash., were responsible for abuse against the claimants. Most of the alleged activity took place in the 1960s.

Tamaki said in a news release that the order had a history of sending pedophile priests to isolated Indian reservations, where they were able to continue their abuses. The St. Mary's school is on the Colville reservation.

In public statements, the province has emphasized that the abuse allegations involve only a small percentage of the order's priests. Most of the suspects are dead or elderly.

Because the province has paid millions to cover legal claims by alleged victims, bankruptcy reorganization is the only way to keep the organization viable, according to statements on the provincial Web site.

Tamaki urged any other victims to come forward if they want to join the bankruptcy process.

The Oregon court handling the matter is expected to soon establish a deadline for any claims against the province.

© 2009 Tamaki Law. All rights reserved.

Exhibit 7, Page 4 of 4



# Bankruptcy Court sets deadline for victims to file claims for compensation.

Click here for confidential inquiries to
Northwest Attorneys for Justice regarding claims of abuse.

*Victims of Jesuit Sex Abuse*

*Bankruptcy and Court Deadline*

*Confidentiality*

*About Us*

*Frequently Asked Questions*

**If you or someone you know was sexually molested or sexually abused by a Jesuit Priest, you are not alone.**

Jesuit Priests sexually molested hundreds of children and teenagers during the last several decades. Sexual molestation or sexual abuse by Jesuit priests or other religious leaders is very damaging, and the terrible effects can last a lifetime. New laws give survivors of priest sex abuse the power to make claims, seek justice, and protect today's children. But a recent bankruptcy filing by the Jesuits means deadlines in the near future.

There are many forms of sexual abuse, sexual molestation, or physical abuse by priests. It can range from any type of sexual touching or fondling up to rape.

By adding your voice to those other survivors who are coming forward, you support the vital effort of protecting today's children. You help give all victims the help and healing they need.

Survivors who come forward may take measures to protect their identity or they may choose to speak out. It takes courage to come forward, but it is important that victims of priest abuse know that time for legal action is running out. Failing to take action before a court-imposed deadline could bar your claim forever. To learn more about the process, and establish a confidential connection with counsel representing victims, contact us.

Survivors of priest sex abuse, and physical abuse, are both Native American and Non-Native American. Many known pedophile priests were assigned to Indian Reservations, parishes and schools outside reservations in Montana, Oregon, Idaho, Washington and Alaska, where they committed abusive sexual acts, including rape. Often, the same offender would abuse children in several different locations over many years.

Rev. John J. Morse, Jesuit missionary priest, was assigned to St. Mary's Missio and St. Joseph Church in Omak, Washington (Colville Reservation) in the 1960's and 1970's.

Pedophile Jesuit priests targeted victims in city parishes and on college, university, and high school campuses in Spokane, Seattle, and Portland. Oversight of the abusers by Church leaders was poor, or worse, sexual offenders were knowingly transferred to new locations where they abused more young victims.

Boys pray before bedtime at St. Mary's Mission School (Colville Reservation), Omak, Washington. Online source

Victims — children and teenagers — naturally felt isolated... not only by the vast geography of the reservations and schools, but also isolated by deep and dark secrets they shouldn't have been forced to keep. Now, as adults, many survivors are realizing they were not alone, that it wasn't their fault, and that now is the time for accountability and for the protection of today's children.

**About the Jesuit Priests and the Oregon Province**

Jesuits form the largest order of priests and brothers in the Catholic Church. Today, nearly twenty-thousand Jesuits are active in 112 nations on 6 continents.

Characterized by their missionary work, the Jesuit's legacy remains controversial.

Their stated mission of "service to the poor" made the Oregon Province a place for too many



Jesuit priests who were sent to reservations and remote areas with little oversight. Some of these priests were pedophiles who brought great harm to the people they were supposed to serve. Priests served in large cities and small towns throughout Washington, Idaho, Montana, Oregon, and Alaska.

### Jesuit Priest Abuse

Many victims of Jesuit sex abuse in the Northwest have already come forward to take action for themselves, and also for today's children. Through their courage, the truth is finally being told.

The Jesuits have already settled numerous claims involving Father John Morse, a Jesuit Priest who was assigned to St. Mary's Mission boarding school on the Colville Indian Reservation near Omak, Washington. Another Jesuit

*Children from St. Mary's Mission, Colville Reservation.*

named in some of these claims is Brother Jim Gates, or "Brother Jim" as he was known by the young boys and girls at St. Mary's Mission. This abuse occurred primarily in the 1960's and 1970's, but new evidence indicates sexual abuse by Jesuit priests has been a problem at St. Mary's Mission for decades, perhaps to the 1940's and even earlier.

Other victims are coming forward in north Idaho, where claims have been filed against Father Ferretti, or "Father Freddy" as he was known on the Nez Perce reservation near Lapwai, and the Coeur d'Alene Reservation in DeSmet. Father Freddy violated little girls, and several survivors have recently spoken out for justice.

Jesuit Father Toulouse was assigned to universities in the Pacific Northwest. Toulouse accosted young men who were alter boys, students, or the children of parents in the parish whom he befriended in order to have access to their children.

Father John Leary was the President of Gonzaga University in Spokane who, amid accusations of molesting several boys, was part of a secret deal between Jesuit leaders and police to leave town and avoid criminal charges.

Once a priest was suspected of physical or sexual abuse, the Church often transferred the offender to another location, where the pedophile abused again.

The sex molesters "groomed" their child and teenage victims to establish control over them; powerless children were instructed to keep the abuse secret. As authority figures, priests made it clear that children would not be believed. Victims are able to come forward now, as adults, because the conspiracy of power and secrecy has been exposed and the law changed to recognize their rights.

Jesuit Father Ferretti (also known as Father Freddie) was assigned to the Nez Perce Reservation near Lapwai, and to the Coeur d'Alene Reservation near Desmet.

© 2009 Northwest Attorneys for Justice. All Rights Reserved.

Exhibit 8, Page 3 of 8

## Bankruptcy filing affects victims of Jesuit priest sex abuse in Washington, Idaho, Montana, Oregon, Alaska, and other locations.

*Victims of Jesuit Sex Abuse*

*Bankruptcy and Court Deadline*

*Confidentiality*

*About Us*

*Frequently Asked Questions*

VICTIM NOTICE:
Protect your rights to file a claim against the Northwest Jesuits (Society of Jesus, Oregon Province). Contact us or call toll-free **1-888-667-0683**. We help restore abuse survivors through empowerment, justice and compensation. Through your efforts – and ours – we can bring institutional change and protect this generation's children.

On February 18, 2009, the Northwest Jesuits (Society of Jesus, Oregon Province) filed for Chapter 11, bankruptcy protection in Federal Court. That action could directly affect your legal rights.

The Jesuits are considered the wealthiest Order of the Catholic Church, but their legal maneuverings to avoid responsibility and protect this wealth directly implicate victims' legal rights.

The Federal Bankruptcy Court is starting the process of consolidating all claims of sexual or physical abuse against the Northwest Jesuits (Society of Jesus, Oregon Province). A filing deadline will be determined by the Judge, meaning that all victims' claims must be filed before that deadline. That deadline has not yet been set, but is expected to be announced very soon. To receive information about the process, click here to <u>Contact Us</u>.

Rev. John J. Morse, Jesuit missionary priest, was assigned to St. Mary's Mission and St. Joseph Church in Omak, Washington (Colville Reservation) in the 1960's and 1970's.



Jesuit Universities:
The chapel at Seattle University; Gonzaga University, Spokane

Victims of Jesuit Sexual Abuse │ Bankruptcy and Court Deadline │ Confidentiality │ About Us │ Frequently Asked Questions │ Home

© 2009 Northwest Attorneys for Justice. All Rights Reserved.

# tell us
# your story

*Victims of Jesuit Sex Abuse*

*Bankruptcy and Court Deadline*

*Confidentiality*

*About Us*

*Frequently Asked Questions*

**Confidentiality**

Victims of abuse may find it uncomfortable to come forward with their story. In most circumstances, your identity can be fully protected. In most situations, the Court will not allow a victim's identity to be disclosed to the public without their permission.

**The importance of making a connection with us**

We realize that coming forward takes courage. We also want you to know that the abuse inflicted upon you by your perpetrator was not your fault.

After you fill out the Contact Us Form, we will contact you to confidentially discuss what this process means to you.

## Contact Us

An asterisk (*) indicates REQUIRED information.

| | |
|---|---|
| *NAME: | |
| STREET ADDRESS: | |
| CITY: | |
| STATE: | |
| ZIP: | |
| PHONE: | |
| FAX: | |
| *EMAIL ADDRESS: | |

Rev. John J. Morse, Jesuit missionary priest, was assigned to St. Mary's Mission and St. Joseph Church in Omak, Washington (Colville Reservation) in the 1960's and 1970's.

**How would you like to be contacted?**

EMAIL ☐   PHONE ☐   FAX ☐   POSTAL MAIL ☐

**Brief description of your legal issue:**

[Submit]  [Reset]

Victims of Jesuit Sexual Abuse │ Bankruptcy and Court Deadline │ Confidentiality │ About Us │ Frequently Asked Questions │ Home

© 2009 Northwest Attorneys for Justice. All Rights Reserved.

Exhibit 8, Page 5 of 8

# *about us*

*Victims of Jesuit Sex Abuse*
*Bankruptcy and Court Deadline*
*Confidentiality*
*About Us*
*Frequently Asked Questions*

We are Northwest attorneys skilled in helping victims of Priest sex abuse seek justice and heal. We have extensive experience with tribal members and non-Natives, and have handled hundreds of sex-abuse and physical abuse claims.

When you contact us, you will be treated with care, respect, and given information about the Jesuit bankruptcy claims process. All of your questions will be answered, and your concerns will be addressed compassionately and accurately.

If you prefer, call the toll free number, **1-888-667-0683**, and you will be connected with a member of the victim rights legal team.

## Northwest Attorneys for Justice

### *Helping Survivors Heal*

**John Allison**
Eymann Allison Hunter Jones, PS
2208 West 2nd Avenue
Spokane, WA 99201

(509) 747-0101

**Timothy Kosnoff** and **Michael Pfau**
Pfau Kosnoff Vertetis & Kosnoff, PLLC
Columbia Center
701 5th Avenue, Suite 4750
Seattle, WA 98104

(206) 462-4334

**Leander (Lee) James**
James Vernon & Weeks, PA
1626 Lincoln Way
Coeur d'Alene, ID 83814

(208) 667-0683

**Andrew Chasan** and **Timothy Walton**
Chasan & Walton, LLC
1459 Tyrell Lane
Boise, ID 83701

(208) 345-3760

St. Joseph's Mission Church
Nez Perce Reservation

Victims of Jesuit Sexual Abuse | Bankruptcy and Court Deadline | Confidentiality | About Us | Frequently Asked Questions | Home

© 2009 Northwest Attorneys for Justice. All Rights Reserved.

Exhibit 8, Page 6 of 8

*frequently
asked
questions*

*Victims of Jesuit Sex Abuse*

*Bankruptcy and Court Deadline*

*Confidentiality*

*About Us*

*Frequently Asked Questions*



**QUESTION**

**Why should I consider taking legal action for something that happened to me
many years ago?**

**ANSWER**

The effects of child sexual abuse continue into adulthood. Many abuse victims do not connect
the emotional and psychological difficulties that they encounter as adults with the abuse they
suffered as a child.

First, it is important that you realize the abuse you experienced was not your fault. Coming
forward is the first step in demanding accountability from the entity that inflicted the abuse.

Many abuse victims cannot afford the medical and psychological help that they need as adults.
Even if the abuse you encountered was decades ago, the feelings of guilt, grief and despair can
be overwhelming.

Filing a legal claim or a lawsuit against those who were responsible, could allow you to receive
the help you need as an adult. In this case, even though the Jesuit priest who abused you may
be deceased, the church that protected them must be held accountable to their victims.

**QUESTION**

**Is it too late for Justice for me?**

**ANSWER**

Because the Society of Jesus Oregon Province asked to have all legal claims consolidated in
Federal Bankruptcy Court, it is important for victims to come forward now — or perhaps lose
their right to file a claim later. Different states have different rules. In some states, your right
to file a claim may be time-barred. It is important that you allow legal counsel to evaluate your
claim, so that you may receive accurate and timely advice.

It costs nothing to fill out the contact us form. Your memories of the abuse, any details you
remember, are all important elements in evaluating your claim. Remember, having the
courage to step forward is empowering and healing.

**QUESTION**

**Must my name be used publicly?**

**ANSWER**

In order to protect your privacy, most courts allow abuse survivors to use your initials or even
the more obscure titles "John Doe" and "Jane Doe." This allows the court to know the details
of the abuse without identifying you publicly. Some survivors prefer to come forward with
their own names, as a statement that the dark secret will be a secret no longer.

Both men and women have been victims of child sex abuse. Men and women, as adults, may
suffer in different ways.  Some may turn to alcohol, drugs, and violence. Others may be unable
to function in marriages or in jobs. The effects of child sex abuse are deeply felt by victims.
Sometimes guilt and distrust may discourage victims from having the courage to come
forward. If you feel this way, we want to say this clearly: It was not your fault. We will listen to
you.

**QUESTION**

**If I call the toll free number, how do I begin the conversation?**

ANSWER

Conversations that you have with the person at the other end of the toll free number will be private. Tell the person answering the phone that you wish to talk with someone about Jesuit sexual abuse when you were a child. The person you speak with will ask you some questions and begin a dialogue with you. You will find us to be respectful, empathetic, and supportive. In other words, you can feel safe to talk with us. We will be your advocate.

Victims of Jesuit Sexual Abuse | Bankruptcy and Court Deadline | Confidentiality | About Us | Frequently Asked Questions | Home

© 2009 Northwest Attorneys for Justice. All Rights Reserved.



# Victims of Priest Abuse

If you were a victim of physical or sexual abuse by a Jesuit priest, brother or volunteer -
YOU MUST ACT NOW TO PRESERVE YOUR RIGHT TO FILE A CLAIM.

The Society of Jesus, Oregon Province, which operated churches, missions and schools on Indian reservations throughout Washington, Oregon, Alaska, Idaho and Montana in the '50s, '60s, and '70s has filed for bankruptcy, due to HUNDREDS OF VICTIMS' claims of physical or sexual abuse during that time.

The Court will soon set a DEADLINE for all claims to be filed. If you were abused by a Jesuit, you may be entitled to compensation. Do not delay. Please call us for a free, confidential interview.

## TAMAKI LAW

**800-801-9564**

Turning Wrongs Into Rights™

# www.priestabuselaw.com

*The Attorneys at Tamaki Law are admitted to practice in the State of Washington, and by association with local counsel in the United States Bankruptcy Court, District of Oregon, where the litigation involving the Society of Jesus, Oregon Province, is taking place.

CONFEDERATED UMATILLA JOURNAL 5/11/09

Exhibit 9
Page 1 of 1

# VICTIMS OF JESUIT PRIEST ABUSE HAVE LIMITED TIME TO MAKE CLAIMS

*Survivors of sexual abuse on Reservations, in parishes or private schools run by Jesuits in the Pacific Northwest have the right to make a claim for damages.*

# Deadlines for filing of claims of abuse are approaching.

The Jesuits (Society of Jesus, Oregon Province) have filed for bankruptcy.

If you or someone you know was abused by a Jesuit Priest or Jesuit Brother, you may have information important to those seeking justice.

Northwest Attorneys for Justice would like to speak with you confidentially regarding any information you are willing to share.

**1-888-667-0683** (Toll Free)

or visit our website at **www.jesuitabuse.com**

## Northwest Attorneys for Justice*
*"Helping Survivors Heal"*

**John Allison**
Eymann, Allison, Hunter, Jones, P.S.
2208 West 2nd Avenue
Spokane, WA 99201
**Tel: 509-747-0101**

**Timothy D. Kosnoff and Michael Pfau**
Pfau Cochran Vertetis Kosnoff, PLLC
Columbia Center
701 Fifth Avenue, Ste 4750
Seattle, WA 98104
**Tel: 206-462-4334**

**Leander James**
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
**Tel: 208- 667-0683**

**Andrew Chasan and Timothy Walton**
Chasan & Walton, LLC
1459 Tyrell Lane
Boise, ID 83701
**Tel: 208-345-3760**

*Northwest Attorneys for Justice is a group of Northwest attorneys and law firms committed to preventing childhood abuse and empowering those who have been abused. Our firms and attorneys are located throughout the Northwest and have extensive experience representing victims and their families.

Exhibit 10, Page 1 of 1