Thomas W. Stilley, OSB No. 88316
Howard M. Levine, OSB No. 80073
Susan S. Ford, OSB No. 84220
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: tom@sussmanshank.com
　　　　howard@sussmanshank.com
　　　　susan@sussmanshank.com

Attorneys for Debtor and Debtor-In-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,<br><br>　　　　Debtor. | Case No. 09-30938-elp11<br><br>DECLARATION OF<br>MICHAEL A. TYRRELL |

I, Michael A. Tyrrell, declare as follows:

1.　　Since June 2000, the Debtor has been involved in litigation and claims brought by more than 394 persons alleging sexual abuse, said to have occurred primarily between 1950 and 1980, by clergy and others for which the Debtor was claimed to have some responsibility.  Since June 2000, total payments made directly by the Debtor to claimants and their attorneys on account of these claims have totaled approximately $28.4 million, and payments by the Debtor's insurers have totaled more than $50 million.  In late 2007, the Debtor settled 113 claims for damages arising from

1  sexual abuse alleged to have occurred in Alaska, with the Debtor paying $5 million and
2  its insurers $45 million to settle those claims.

3      2.    On February 17, 2009 (the "Petition Date"), there were approximately 153
4  tort claims pending against the Debtor which were in various stages of litigation and
5  discovery. The Debtor had been advised by a number of attorneys that they had
6  additional clients with claims that had not been asserted. The Debtor also believes
7  there may be other claims that are beyond the knowledge of anyone currently involved
8  in this Chapter 11 proceeding.

9      3.    One of the principal reasons for seeking relief under Chapter 11 was to
10 enable the Debtor to use the Chapter 11 process to address in a comprehensive
11 manner, and in one forum, all tort claims asserted against it, determine the extent of the
12 Debtor's liability with respect thereto, and address such claims, and all other claims
13 against the Debtor, in a fair and equitable manner.

14     4.    The Debtor has developed a comprehensive notice program intended to
15 give notice of the claims bar date to both known and unknown creditors. In addition to
16 actual notice to known creditors, and publication notice to unknown creditors throughout
17 Alaska, Idaho, Montana, Oregon, and Washington (the "Oregon Province Territory"), the
18 Debtor also intends to provide publication notice in locations outside the Oregon
19 Province Territory where Oregon Province Jesuits, against whom allegations of child
20 sex abuse have been made, were working or studying. The Debtor has reviewed its
21 internal catalogues to determine where those Jesuits were located between 1950 and
22 the present. These locations have all been targeted for notice in a local newspaper of
23 general circulation. Finally, the Debtor intends to accomplish nationwide notice of the
24 Claims Bar Date by publication in *USA Today*, and by the media's nationwide
25 dissemination of one or more press releases to be issued by the Debtor.
26

**Page 2 of 3** – DECLARATION OF MICHAEL A. TYRRELL

1      5.      Of the more than 394 claims asserted against the Debtor since June 2000, approximately 99% of the claimants lived or resided in the five states encompassing the Oregon Province Territory.  The Debtor believes that any presently unknown potential claimants are more likely than not to reside in these same states.  Of the remaining 1%, the claimants lived in California, New York, and Virginia.

I declare under penalty of perjury under the laws of the United States of America and the state of Oregon that the foregoing is true and correct.

Dated this 13th day of May, 2009.

                                                  */s/ Michael A. Tyrrell*
                                                 _____
                                                 Michael A. Tyrrell

**F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-DECLARATION OF FR. TYRRELL (FINAL FORM).DOC**

**Page 3 of 3** – DECLARATION OF MICHAEL A. TYRRELL

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I, Janine E. Hume declare as follows: |
| 3 | I am employed in the County of Multnomah, State of Oregon; I am over the age |
| 4 | of eighteen years and am not a party to this action; my business address is 1000 SW |
| 5 | Broadway, Suite 1400, Portland, Oregon 97205-3089, in said County and State. |
| 6 | I certify that on May 13, 2009, I served, via first class mail, a full and correct copy |
| 7 | of the foregoing **DECLARATION OF MICHAEL A. TYRRELL,** on the parties of record, |
| 8 | addressed as follows: |
| 9 | **See attached service list.** |
| 10 | I also certify that on May 13, 2009, I served the above-referenced document(s) |
| 11 | on all ECF participants as indicated on the Court's Cm/ECF system. |
| 12 | I swear under penalty of perjury that the foregoing is true and correct to the best |
| 13 | of my knowledge, information, and belief. |
| 14 | Dated:  May 13, 2009 |
| 15 | |
| 16 | */s/ Janine E. Hume* |
| 17 | _____<br>Janine E. Hume, Legal Assistant |
| 18 | |
| 19 | |
| 20 | |
| 21 | F:\CLIENTS\19620\004\CERTIFICATE OF SERVICE AND RELATED INFORMATION\CERTMASTER (JANINE).DOC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK  99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Michelle Menely, Esq.
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA  98101-4185

Andrew Chasan, Esq.
Timothy Walton, Esq.
1459 Tyrell Lane
Boise, ID  83701

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA  98837

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK  99559

James L. Leander, Esq.
James, Veron & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID  83814

John D. Allison, Esq.
Eymann, Allison Hunter Jones P.S.
2208 W. 2nd Avenue
Spokane, WA  99201

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

F. Michael Shaffer
Gordon Thomas Honeywell
1201 Pacific Avenue, No. 2200
Tacoma, WA  98401

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA  99201

Raymond F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg #210
618 West Riverside
Spokane, WA 99201

Colleen Kinerk
Lawrence R. Cock
Cable Langenback Kinerk & Bauer
1000 Second Ave., Suite 3500
Seattle, WA 98104

James B. King
Evans Craven & Lackie, P.S.
818 W Riverside Ave #250
Spokane, WA 99201-0994

And: ECF Participants