Thomas W. Stilley, OSB No. 88316
Howard M. Levine, OSB No. 80073
Susan S. Ford, OSB No. 84220
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: tom@sussmanshank.com
      howard@sussmanshank.com
      susan@sussmanshank.com

Attorneys for Debtor and Debtor-In-Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,<br><br>    Debtor. | Case No. 09-30938-elp11<br><br>DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE |

Society of Jesus, Oregon Province (the "Debtor") moves the Court for an order appointing David A. Foraker ("Foraker") as the legal representative in this case (the "Future Claimants Representative" or "FCR") for the following described persons holding Claims[1] against the Debtor:

---

[1] Initially capitalized terms not defined herein have the meaning ascribed to such terms in the United States Bankruptcy Code at 11 USC § 101 *et seq.*, or if not defined therein in the Debtor's Motion for an Order (1) Setting a Claims Bar Date for Filing Proofs of Claim, and (2) Approving Proof of Claim Forms, Bar Date Notices, Actual Notice Procedure, and Media Notice Program (the "Claims Bar Date Motion") filed May 13, 2009.]

**Page 1 of 6** - DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 09-30938-elp11    Doc 207    Filed 05/13/09

Persons holding Claims against the Debtor based on sexual, mental, or physical abuse or misconduct, who meet one or more of the following criteria, and who will neither timely file, nor be deemed to have timely filed (e.g., due to excusable neglect), a proof of claim on or before the Claims Bar Date[2]:

    a. Persons who are under 18 years of age as of the 30th day immediately preceding the Claims Bar Date; and,

    b. Persons for whom the applicable state law statute of limitations, as it existed on the Petition Date, has not expired as of the 30th day immediately preceding the Claims Bar Date, as determined under applicable state or federal law, but without regard to federal bankruptcy law.

For the purposes hereof, such persons are referred to herein as "Future Claimants" and their claims as "Future Claims". Notwithstanding such definitions, the Future Claimants should not include a person who knows he or she has a claim and chooses not to file it, or inexcusably neglects to file it, by the Claims Bar Date, for reasons such as, but not limited to, shame, protection of privacy, or fear of ramifications.

1. Since June 2000, the Debtor has been involved in litigation and claims brought by more than 394 persons alleging sexual abuse, said to have occurred primarily between 1950 and 1980, by clergy and others for which the Debtor was claimed to have some responsibility. Since June 2000, total payments made directly by the Debtor to claimants and their attorneys on account of these claims have totaled approximately $28.4 million, and payments by the Debtor's insurers have totaled more than $50 million. In late 2007, the Debtor settled 113 claims for damages arising from sexual abuse alleged to have occurred in Alaska, with the Debtor paying $5 million and its insurers $45 million to settle those claims.

---

[2] "Claims Bar Date" means the date anticipated to be established by the Court as the deadline for filing proofs of claim against the Debtor in this case.

**Page 2 of 6** - DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 09-30938-elp11    Doc 207    Filed 05/13/09

2. On February 17, 2009 (the "Petition Date"), there were approximately 153 tort claims pending against the Debtor which were in various stages of litigation and discovery. The Debtor had been advised by a number of attorneys that they had additional clients with claims that had not been asserted. The Debtor also believes there may be other claims that are beyond the knowledge of anyone currently involved in this Chapter 11 proceeding. Tyrrell Declaration, ¶ 2. For the purposes hereof, all personal injury tort claims related to pre-petition acts of sexual, mental, or physical abuse or misconduct are referred to as "Abuse Claims" and the persons asserting such claims are referred to as the "Abuse Claimants".

3. On May 13, 2009, Debtor filed its Motion for an Order (1) Setting a Claims Bar Date for Filing Proofs of Claim, and (2) Approving Proof of Claim Forms, Bar Date Notices, Actual Notice Procedure, and Media Notice Program (the "Claims Bar Date Motion").

4. One of the principal reasons for seeking relief under Chapter 11 was to enable the Debtor to use the Chapter 11 process to address in a comprehensive manner, and in one forum, all tort claims asserted against it, determine the extent of the Debtor's liability with respect thereto, and address such claims, and all other claims against the Debtor, in a fair and equitable manner. Tyrrell Declaration, ¶ 3. This cannot be accomplished without addressing the issue of claims that may be asserted against the Debtor in the future based on alleged acts of sexual, mental, or physical abuse committed prior to confirmation of a plan in this case.

5. The courts have recognized the necessity for a future claimants representative in cases involving clergy sex abuse claims. *See In re Roman Catholic Archbishop of Portland in Oregon,* Case No. 04-37154-elp11(Bankr D Or 2004) [Docket No. 723]*; The Roman Catholic Church of the Diocese of Tucson,* Case No. 4-04-bk-

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 09-30938-elp11    Doc 207    Filed 05/13/09

04721-JMM (Bankr D Az 2004); *In re Catholic Bishop of Spokane,* Case No. 04-08822-PCW-11 (Bankr ED Wash 2004) [Docket No. 499]; *In re Roman Catholic Diocese of Davenport,* Case No. 06-02229 (Bankr SD Ia 2006) [Docket No. 198]; *In re The Roman Catholic Bishop of San Diego,* Case No. 07-00939-LA11 (Bankr SD Ca 2007) [Docket No. 753]; *and In re Catholic Bishop of Northern Alaska,* Case No.08-00110-DMD (Bankr D Ak 2008) [Docket No. 341]. Consistent with all prior clergy sex abuse Chapter 11 cases, appointment of a future claimants representative in this case will serve to protect the interests of the Future Claimants, will assure that they are permitted to appear and be heard on any issue that may affect their interests, will facilitate the administration of this case, and will allow the parties to move forward with negotiations toward the formulation of a consensual plan of reorganization that includes provisions for the resolution and payment of the Future Claims.

6. The Future Claimants Representative's responsibilities and duties should include the following:

- Undertaking an investigation and analysis to assist the Court in determining the estimated number of Claims and Claim amounts held by the Future Claimants;
- Filing Proofs of Claim on behalf of all Future Claimants by the Claims Bar Date, or any Court ordered extension thereof[3];
- Negotiating on behalf of the Future Claimants their treatment in any proposed plan of reorganization and voting on behalf of the Future Claimants to accept or reject the plan;

---

[3] Such a filing by the FCR, should not, however, relieve any person (except a minor) who knows they have a claim from the obligation to file his or her own proof of claim by the Claims Bar Date, whether or not the applicable state law statute of limitations regarding such claim has expired.

**Page 4 of 6** - DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

- Advocating the legal position of the Future Claimants in any proceeding before this Court or in any appellate court;
- Filing pleadings and presenting evidence, as necessary, on any issue affecting the Future Claimants;
- Taking all other actions as are reasonably necessary and appropriate to represent the interests of the Future Claimants.

7. The Debtor believes that David A. Foraker is well suited to perform the duties of the Future Claimants Representative because of his extensive experience and knowledge in Chapter 11 bankruptcy proceedings and because he has previously served as a future claimants representative in the only other clergy sex-abuse related Chapter 11 case filed in this district. *In re Roman Catholic Archbishop of Portland in Oregon,* Case No. 04-37154-elp11(Bankr D Or 2004).

8. The Debtor believes that Mr. Foraker's prior experience as a future claimants representative and his extensive knowledge of the Bankruptcy Code and Chapter 11 in particular will be invaluable in representing the Future Claimants in this case. In concluding that Mr. Foraker should be appointed the Future Claimants Representative, the Debtor considered the possible appointment of another person proposed by the Unsecured Creditors Committee (the "Committee"), however, the Debtor came to the conclusion that the appointment of that person would not add any perceived benefit and would likely only increase the cost to the estate. The person proposed by the Committee, although being a highly qualified bankruptcy trustee and restructuring professional, is located in Boston, does not have previous experience in cases involving future claims, is not a bankruptcy attorney and would need to retain counsel (including local counsel if an out-of-state attorney is retained), and whose

**Page 5 of 6** - DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 09-30938-elp11    Doc 207    Filed 05/13/09

regular hourly rate ($625 per hour) exceeds that of Mr. Foraker by approximately $200 per hour.

9. Mr. Foraker has indicated his willingness to serve as the Future Claimants Representative, and to receive compensation for services rendered at his customary hourly rates (currently $415 per hour subject to periodic adjustment) on the same basis as a trustee, examiner, or other professional person, subject to application and approval of the Court pursuant to 11 USC §§ 327–331 and Bankruptcy Rules 2014–2017.

WHEREFORE, the Debtor requests that the Court appoint David A. Foraker as the Future Claimants Representative in this case.

Dated this 13th day of May, 2009.

SUSSMAN SHANK LLP

*/s/ Thomas W. Stilley*
_____
Thomas W. Stilley, OSB No. 88316
Howard M. Levine, OSB No. 80073
Susan S. Ford, OSB No. 84220
Attorneys for Debtor and Debtor-In-Possession

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\P-MOTION FOR APPOINTMENT OF FCR.DOC

**Page 6 of 6** - DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS REPRESENTATIVE

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 09-30938-elp11    Doc 207    Filed 05/13/09

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I, Janine E. Hume declare as follows: |
| 3 | I am employed in the County of Multnomah, State of Oregon; I am over the age |
| 4 | of eighteen years and am not a party to this action; my business address is 1000 SW |
| 5 | Broadway, Suite 1400, Portland, Oregon 97205-3089, in said County and State. |
| 6 | I certify that on May 13, 2009, I served, via first class mail, a full and correct copy |
| 7 | of the foregoing **DEBTOR'S MOTION FOR APPOINTMENT OF FUTURE CLAIMANTS** |
| 8 | **REPRESENTATIVE,** on the parties of record, addressed as follows: |
| 9 | **See attached service list.** |
| 10 | I also certify that on May 13, 2009, I served the above-referenced document(s) |
| 11 | on all ECF participants as indicated on the Court's Cm/ECF system. |
| 12 | I swear under penalty of perjury that the foregoing is true and correct to the best |
| 13 | of my knowledge, information, and belief. |
| 14 | Dated: May 13, 2009 |
| 15 | |
| 16 | */s/ Janine E. Hume* |
| 17 | Janine E. Hume, Legal Assistant |
| 18 | |
| 19 | |
| 20 | |
| 21 | F:\CLIENTS\19620\004\CERTIFICATE OF SERVICE AND RELATED INFORMATION\CERTMASTER (JANINE).DOC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

Case 09-30938-elp11    Doc 207    Filed 05/13/09

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Michelle Menely, Esq.
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA 98101-4185

Andrew Chasan, Esq.
Timothy Walton, Esq.
1459 Tyrell Lane
Boise, ID 83701

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA 98837

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK 99559

James L. Leander, Esq.
James, Veron & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID 83814

John D. Allison, Esq.
Eymann, Allison Hunter Jones P.S.
2208 W. 2nd Avenue
Spokane, WA 99201

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

F. Michael Shaffer
Gordon Thomas Honeywell
1201 Pacific Avenue, No. 2200
Tacoma, WA 98401

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Raymond F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg #210
618 West Riverside
Spokane, WA 99201

Colleen Kinerk
Lawrence R. Cock
Cable Langenback Kinerk & Bauer
1000 Second Ave., Suite 3500
Seattle, WA 98104

James B. King
Evans Craven & Lackie, P.S.
818 W Riverside Ave #250
Spokane, WA 99201-0994

And: ECF Participants