5/19/2009       TUESDAY       Judge Elizabeth L Perris

11:00 AM    ■ 09-30938  11    Society of Jesus, Oregon Province
CR 1

m/m

1.) Continued Status Hearing Re Bar Date - Notice Procedure Insurance Claims - Mediation
2.) Continued Status Hearing On Appointment Of Future Claims Representative

Society of Jesus, Oregon Province - db     FREDERICK J ODSEN
                                                                      HOWARD M LEVINE
                                                                      THOMAS V DULCICH
                                                                      ALEX I POUST
                                                                      THOMAS W STILLEY

#1 & #2 - Cont to 5/29/09 1:30pm. (2 hr). Notice given

_____to prepare order.

DOCKET ENTRY:

In Re:  )
Society of Jesus )  Case No. 09-30938
 )
 )
Debtor. )

List of Persons Attending

5/19, 20 09

ATTENTION: FAILURE TO INCLUDE COMPLETE ADDRESS WILL RELIEVE THE COURT OF THE RESPONSIBILITY TO NOTIFY YOU OF ANY CONTINUED HEARING IN THIS MATTER!!

| PRINT YOUR NAME | NAME OF BUSINESS OR PERSON YOU REPRESENT | MAILING ADDRESS |
|---|---|---|
| Michael Tyrrell | SJOP | 3220 SE 43r Ave. |
| Tom Stilley | Debtor | 1000 SW Broadway PDX |
| William Loomyear | SJOP | 3215 SE 45th Ave PDX |
| Pam Griffin | UST | 620 SW Main #213 |
| Jannette Hume, LA to TWS | Debtor | 1000 SW Broadway PDX |
| James Stang | | |
| Tony Atkinson | | |
| J. Allison | | |
| R. Milner | | |