1

2    Below is an Order of the Court.

3

4

5

6

7    *[signature]*
ELIZABETH PERRIS
8    U.S. Bankruptcy Judge

9

10    UNITED STATES BANKRUPTCY COURT

11    FOR THE DISTRICT OF OREGON

12

13    In re:                                    )    Case No. 09-30938-ELP
                                              )
14    Society of Jesus, Oregon Province, an Oregon    )    Chapter 11
      domestic nonprofit religious corporation,      )
15                                            )    **ORDER (1) SETTING A BAR DATE**
                                              )    **FOR FILING PROOFS OF CLAIM,**
16                            Debtor.          )    **AND (2) APPROVING PROOF OF**
                                              )    **CLAIM FORMS, BAR DATE**
17                                            )    **NOTICES, ACTUAL NOTICE**
                                              )    **PROCEDURE, AND MEDIA NOTICE**
18                                            )    **PROGRAM**
                                              )
19                                            )

20        This matter came before the Court upon the Motion (the "***Motion***") of Society of

21    Jesus, Oregon Province (the "***Debtor***"), as Debtor and Debtor-in-Possession, for an

22    order pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the

23    "***Bankruptcy Rules***") (i) Setting a Bar Date for Filing Proofs of Claim and (ii) Approving

24    Proof of Claim Forms, Bar Date Notices, Actual Notice Procedure, and Mailing and

25    Media Notice Program, all as more fully set forth in the Motion; and the Court having

26    **Page 1 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
      CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
      ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1    jurisdiction over this matter; and it appearing that establishing a Claims Bar Date by

2    which holders of Claims must assert claims against the Debtor is necessary for the

3    prompt and efficient administration of the Debtor's Chapter 11 case and to protect the

4    interests of the Debtor, its creditors and other parties in interest herein; and due notice

5    of the Motion having been provided to the Official Committee of Unsecured Creditors,

6    the Office of the United States Trustee, and all parties requesting special notice, and it

7    appearing that no other or further notice of the Motion need be provided; and it

8    appearing that it is appropriate to set the Claims Bar Date and to implement the

9    procedures more fully set forth in the Motion; and the Court having determined that the

10   relief requested in the Motion is in the best interests of the Debtor, its creditors and all

11   parties in interest; and hearings (the "*Hearings*") having been held with respect to the

12   Motion on May 29, 2009 and June 4, 2009; and the Court having determined that the

13   notice procedures described in the Motion, including, without limitation, the Mailing and

14   Media Notice Program, are reasonably calculated under the circumstances to apprise

15   the holders of Claims, or their legal representatives, of the Claims Bar Date and of the

16   procedures, deadlines, and requirements applicable thereto; and upon the record of the

17   Hearings and all of the proceedings had before the Court; and after due deliberation

18   and sufficient cause appearing therefor, it is

19   ORDERED:

20       1.    In accordance with Bankruptcy Rule 3003(c)(3), the last date and time by

21   which holders of Claims must file Proofs of Claim against the Debtor is established as

22   November 30, 2009 at 3:00 p.m. (Prevailing Pacific Time) (the "*Claims Bar Date*").

23       2.    The "Confidential Proof of Claim For Physical, Mental, or Sexual Abuse or

24   Misconduct, or Other Injury" attached hereto as Exhibit 1 (the "*Tort Proof of Claim*

25   *Form*") is approved in all respects for filing Tort Claims (as defined in the Tort Claims

26   **Page 2 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
     CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
     ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1   Bar Date Notice attached hereto as Exhibit 3) in this case, including without limitation,

2   claims related to physical, mental, or sexual abuse or misconduct, or other injury.

3       3.    The "Proof of Claim" form attached hereto as Exhibit 2 (the "**Non-Tort**

4   ***Proof of Claim Form***") is approved in all respects for filing all Claims other than Tort

5   Claims in this case.

6       4.    Any Proof of Claim filed with respect to a Claim shall be delivered in

7   person, by courier service, overnight delivery (e.g. FedEx), facsimile, or by first-class

8   mail so as to be actually received by BMC Group, Inc. (the "***Claims Agent***") on or

9   before the Claims Bar Date.  If delivered by facsimile, the claimant will be required to

10  thereafter provide the proof of claim form with original signature to the Claims Agent by

11  mail postmarked on or before December 10, 2009.

12      5.    Nothing contained in this Order, nor the filing of a Proof of Claim by the

13  holder of a Claim, shall prejudice the Debtor's or any other party's right to seek further

14  information from the holder of a Claim through appropriate discovery.

15      6.    Notice of the entry of this Order, this Order, the Claims Bar Date, and of

16  the procedures and requirements in connection therewith, in forms substantially similar

17  to the notices attached hereto as Exhibit 3 (in both English and Spanish) (the "***Tort***

18  ***Claims Bar Date Notice***") and Exhibit 4 (the "***Non-Tort Claims Bar Date Notice***"),

19  which notices are collectively hereinafter referred to as the "***Claims Bar Date Notices***",

20  and which are hereby approved in all respects, shall be mailed by the Claims Agent,

21  together with a single copy of both the Tort Proof of Claim Form (in both English and

22  Spanish) and Non-Tort Proof of Claim Form, on or before June 15, 2009, to the

23  following:

24      a.  all Creditors listed in the Debtor's schedules and any amendments

25  thereto, except as provided in 6.d. below;

26  **Page 3 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1        b.  the Office of the United States Trustee for the District of Oregon;

2        c.  the attorneys for the Official Committee of Unsecured Creditors;

3        d.  the attorneys for all known Creditors holding Tort Claims against the

4    Debtor, and the attorneys who have notified the Debtor that they represent clients who

5    may assert Tort Claims against the Debtor (collectively, the "Attorneys"), together with

6    an Exhibit "A" listing all of the Attorney's clients that the Debtor is aware of, with service

7    upon the Attorneys constituting sufficient service under subparagraph 6.a. above

8    without the need for additional service upon their clients;

9        e.  the Future Claimants Representative (the "FCR") promptly upon the

10   FCR's appointment; and,

11       f.  all parties requesting special notice.

12       7.    If an Attorney does not represent, or no longer represents, any of the

13   claimants listed on Exhibit A to the Claims Bar Date Notices furnished to such Attorney,

14   such Attorney is required within fifteen (15) business days after his or her receipt of the

15   Claims Bar Date Notices, to provide the Claims Agent with the names (and addresses, if

16   such Attorney has been authorized to disclose such information) of such claimants so

17   that actual notice of the Claims Bar Date may be provided to such claimants.

18   Notwithstanding the foregoing, any Attorney's obligations hereunder are subject to

19   applicable laws/rules of professional conduct.  If no address is provided, and the Claims

20   Agent is unable to obtain an address through reasonable investigation (which

21   reasonable investigation shall include inquiry of the Debtor), actual notice of the Claims

22   Bar Date to such claimants shall not be required.

23       8.    Subject to the provisions of paragraphs 9 and 10 below (including the

24   provisions relating to the periodic filing of certificates of service), the Claims Agent shall

25   electronically file with the Court via ECF a copy of the Claims Bar Date Notices and

26   **Page 4 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1    Proof of Claim Forms together with a certificate of service showing the date of service

2    and the names and addresses of all persons, including the Attorneys, served with the

3    Claims Bar Date Notices and Proof of Claim forms.

4        9.      The Claims Agent shall utilize the following procedures, among others as

5    may be implemented by the Clerk's Office, in order to keep certain information

6    contained in those Claims Bar Date Notices to tort claimants and their Attorneys, and

7    filed "Confidential Proof(s) of Claim For Physical, Mental, or Sexual Abuse or

8    Misconduct, or Other Injury", confidential:

9            a.  All Claims Bar Date Notices and any Exhibit "A" thereto served on

10   each of the tort claimants, or their Attorneys, and a certificate of service showing the

11   date each was served, together with all correspondence between the Claims Agent and

12   the tort claimants or their Attorneys, will be fully scanned and maintained on a secure

13   website by the Claims Agent, with access available only to the Authorized Persons

14   described in paragraphs 11 and 13 herein.  Such Claims Bar Date Notices and other

15   documents will not be filed with the Court;

16           b.  All Proofs of Claim received by the Claims Agent which <u>do not</u> assert a

17   Claim based on physical, mental, or sexual abuse or misconduct,  or other tortious

18   conduct, <u>will be fully scanned</u> and maintained by the Debtor's Claims Agent on a

19   publicly accessible website.  Such Proofs of Claim will not be filed with the Court.  The

20   Claims Agent will assign a claim number to each claim (which is not duplicative of any

21   other claim number including the numbers assigned to the confidential claims described

22   in paragraph 9. c. below), will place that claim number on the first page of the original

23   paper Proof of Claim, and will retain the original paper Proofs of Claim pending further

24   order of this Court;

25

26   **Page 5 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
     CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
     ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1      c.  All Proofs of Claim received by the Claims Agent which <u>do</u> assert a

2   Claim based on physical, mental, or sexual abuse or misconduct, or other injury <u>will be</u>

3   <u>fully scanned</u> and maintained on a secure website by the Claims Agent, with access

4   available only to the Debtor, Debtor's counsel, and the Authorized Persons described in

5   paragraphs 11 and 13 herein.  Such proofs of claim will not be filed with the Court.  The

6   Claims Agent will assign a claim number to each claim (which is not duplicative of any

7   other claim number including the numbers assigned to the claims described in

8   paragraph 9. b. above), will place that claim number on the first page of the original

9   paper Proof of Claim, and will retain the original paper Proofs of Claim pending further

10  order of this Court.  These confidential paper Proofs of Claim will be segregated by the

11  Claims Agent from the non-confidential paper Proofs of Claim to maintain confidentiality.

12      d.     The Claims Agent will periodically file with the Court a complete

13  Claims Register accessible by PACER, including both the non-confidential Proofs of

14  Claim (with the claimant's name, address, and the claim amount if provided on the proof

15  of claim) and the confidential Proofs of Claim (labeled "confidential" without any of the

16  claimant's identifying information).

17      10.    The Claims Agent will make available on a secure website, true and

18  complete copies of each Confidential Tort Proof of Claim, <u>only</u> to those persons

19  identified in paragraphs 11 and 13 herein.  Before granting access to the website to any

20  such person, the Claims Agent shall obtain from such person a written Compliance

21  Declaration in the form attached hereto as Appendix A.  The Claims Agent shall

22  maintain and safeguard the original of each executed Compliance Declaration and shall

23  provide copies thereof upon request to the Court, counsel for the Debtor, the Official

24  Committee of Unsecured Creditors ("Committee"), and the Future Claimants

25  Representative ("FCR").

26  **Page 6 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
    CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
    ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1    11.    The Claims Agent is authorized to provide access to the secure website to

2    the following persons and those described in Paragraph 13 (collectively, the "Authorized

3    Persons" and, individually, an "Authorized Person") provided such Authorized Persons

4    have delivered to the Claims Agent an executed Compliance Declaration:

5        a.  The Debtor;

6        b.  Counsel for the Debtor;

7        c.  Counsel for the Committee;

8        d.  The FCR and his/her counsel;

9        e.  The Court and the United States Trustee, without necessity of

10          obtaining a Compliance Declaration;

11       f.  Any mediator appointed in the Case or its associated Adversary

12          Proceedings;

13       g.  A third party appointed by the Court to evaluate the Tort Claims.

14   In addition, such Authorized Persons may disclose the Confidential Tort Proofs of Claim

15   to associated lawyers, paralegal employees, and clerical employees of the Authorized

16   Person who are assisting the Authorized Person in the Case and any associated

17   Adversary Proceedings; and to consultants or experts retained by counsel for an

18   Authorized Person to consult or testify in the Chapter 11 case or related adversary

19   proceedings and who counsel in good faith concludes needs to know the identity of a

20   claimant or the claimants who filed Confidential Tort Proofs of Claim.

21       12.    An Authorized Person may provide redacted copies of each Confidential

22   Tort Proof of Claim on which the claimant's name, address, telephone number,

23   signature and the name of the person who filed or signed the Confidential Tort Proof of

24   Claim, if the person is not an attorney and is different than the claimant's name, have

25   been fully and completely removed and eliminated (the "Redacted Copies") to the

26   **Page 7 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1  following persons regardless of whether the following persons have signed Compliance

2  Declarations:

3      a.  The clients, or the clients' personal counsel, represented by the

4  Authorized Person in the Case and any associated Adversary Proceedings; including

5  without any limitation, the members of the Committee and their counsel; and

6      b.  Any person whose factual testimony is or may be taken in the Case or

7  its associated Adversary Proceedings, provided  that such person may be shown the

8  Redacted Copies only during his or her testimony and in preparation therefor and only

9  to the extent necessary for such preparation and testimony.

10     13.    For each of the insurance companies that is a party to an insurance

11 contract under which the Debtor is an insured (collectively, the "Carrier Parties" and,

12 individually, a "Carrier Party") or reinsurers of such insurance companies, any counsel

13 for a Carrier Party, and those people described in subparagraphs (a)-(d) hereof, shall be

14 an "Authorized Person" provided that a Compliance Declaration has been executed and

15 delivered by the Carrier Party to the Claims Agent:

16     a.  Any Carrier Party's executive officers, claims manager, adjustor or

17 investigator assisting counsel for a Carrier Party and any of such person's or counsel's

18 paralegals or clerical employees;

19     b.  Any reinsurer or auditor of a Carrier Party;

20     c.  Any actual or potential fact witness in the Chapter 11 case or related

21 adversary proceedings who counsel for a Carrier Party in good faith concludes needs to

22 know the identity of a claimant or the claimants who filed Confidential Tort Proofs of

23 Claim, provided that such witness be shown the Confidential Tort Proofs of Claim only

24 during his or her testimony and preparation therefor and only to the extent necessary for

25 such preparation and testimony;

26 **Page 8 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1        d.  Any consultant or expert retained by counsel for a Carrier Party to

2  consult or testify in the Chapter 11 case or related adversary proceedings and who

3  counsel in good faith concludes needs to know the identity of a claimant or the

4  claimants who filed Confidential Proofs of Claim.

5        14.    Except as provided in: (a) this Order, any amendments thereto, or any

6  other order or ruling made by the Court; (b) any written waiver by a claimant of the

7  confidentiality of his or her identity; or (c) any unrestricted disclosure by a claimant of his

8  or her identity to an Authorized Person before the Authorized Person received the

9  claimant's Confidential Tort Proof of Claim pursuant to this Order, each Authorized

10  Person shall hold in confidence and not disclose the claimant's name, address,

11  telephone number, signature and the name of the person who filed or signed the

12  Confidential Tort Proof of Claim if it is different than the claimant's name identified on

13  each Confidential Tort Proof of Claim, unless such person is counsel for the claimant.

14        15.    The obligations of an Authorized Person under this Order shall survive any

15  dismissal or closing of the Case, the confirmation of any plan of reorganization or

16  liquidation, any disbanding of the Committee, or any discharge of the FCR.

17        16.    The Mailing and Media Notice Program described in Exhibit 5 attached

18  hereto (the "**Mailing and Media Notice Program**") is approved.  This Order is without

19  prejudice to any party in interest's right to seek modifications/additions to the Mailing

20  and Media Notice Program and to a modification of the Claims Bar Date if the Mailing

21  and Media Notice Program is not fully implemented according to its terms and

22  timetables.

23        17.    The Debtor and its professionals, including the Claims Agent, are

24  authorized to take any and all actions reasonable or necessary to the full

25  implementation of the Mailing and Media Notice Program, including, but not limited to,

26  **Page 9 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1    the making of expenditures necessary to implement the Mailing and Media Notice

2    Program, the placement of advertising contemplated by the Mailing and Media Notice

3    Program, and the payment for mailing and advertisements.  The costs noted on the

4    Mailing and Media Notice Program are estimates only and are not limits on the Debtor's

5    ability to spend additional funds to accomplish the purposes of the Mailing and Media

6    Notice Program.

7    18.    Pursuant to Bankruptcy Rule 2002(l), the Debtor shall cause to be

8    published a Publication Notice in substantially the form attached hereto as Exhibit 6 (the

9    "**Publication Notice**"), which Publication Notice is approved in all respects, in the

10    publications listed, and within the times listed, in the Mailing and Media Notice Program,

11    which publications are hereby approved in all respects.

12    19.    The Debtor is authorized to take such steps and perform such acts as may

13    be reasonable or necessary to implement and effectuate the terms of this Order.

14    20.    The filing of a proof of claim shall not result in the waiver of the rights that

15    a person holding a personal injury or wrongful death tort claim against the Debtor has

16    under applicable nonbankruptcy law to a trial by jury of such claim and all such rights

17    are preserved.

18    21.    All capitalized terms used but not defined in this Order shall have the

19    meaning ascribed to them in the Motion.

20    //

21    //

22    //

23    //

24    //

25    //

26    **Page 10 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1    22.    The Court retains jurisdiction over any dispute regarding this Order.

2                                        # # #

3    PRESENTED BY:

4    SUSSMAN SHANK LLP

5    */s/ Thomas W. Stilley*

6    _____
     Thomas W. Stilley, OSB No. 88316
     Howard M. Levine, OSB No. 80073
7    Susan S. Ford, OSB No. 84220
     Attorneys for Debtor and Debtor-In-Possession
8
     C: ECF Participants
9      See Attached List

10

11

12

13

14

15

16   F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\FINAL FORM DOCUMENTS\P-ORDER BAR DATE (FINAL FORM 2).DOC

17

18

19

20

21

22

23

24

25

26   **Page 11 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
     CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
     ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

1

2              **APPENDIX A**

3     **Declaration Of Compliance With Order For Handling Confidential Tort
      Proofs Of Claim For Physical, Mental Or Sexual Misconduct Or Other
4                              Injury**

5          The undersigned declares:

6          I have read the Order (1) Setting A Bar Date For Filing Proofs Of Claim, and

7     (2) Approving Proof Of Claim Forms, Bar Date Notices, Actual Notice Procedure, and

8     Mailing and Media Notice Program (the "Order") that is incorporated by reference

9     herein.

10         I certify that I am one of the persons contemplated by the Order as authorized to

11    receive true and complete copies of Confidential Tort Proofs of Claim.

12         I agree to comply with and be bound by the Order.

13         I am aware that contempt sanctions may be entered for my violation of the Order.

14         I agree to submit to the personal jurisdiction of the United States Bankruptcy

15    Court for the District of Oregon for the enforcement of the Order.

16         I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

17    TRUE AND CORRECT.

18         Dated this _____ day of _____, 2009.

19

20    _____
      Printed Name: _____

21    Firm: _____

22    Title or Position: _____
      Address: _____

23    _____

24    Telephone Number:_____

25

26    **Page 12 of 12** - ORDER (1) SETTING A BAR DATE FOR FILING PROOFS OF
      CLAIM, AND (2) APPROVING PROOF OF CLAIM FORMS, BAR DATE NOTICES,
      ACTUAL NOTICE PROCEDURE, AND MEDIA NOTICE PROGRAM

THIS SPACE IS FOR COURT USE ONLY

**[Both English and Spanish Versions Will be Provided]**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 09-30938-elp11 |
|  | ) |  |
| SOCIETY OF JESUS, OREGON | ) | (Chapter 11) |
| PROVINCE, an Oregon domestic nonprofit | ) |  |
| religious corporation, | ) | **CONFIDENTIAL** |
|  | ) | **PROOF OF CLAIM FOR** |
| Debtor. | ) | **PHYSICAL, MENTAL, OR** |
|  | ) | **SEXUAL ABUSE OR** |
|  |  | **MISCONDUCT, OR OTHER** |
|  |  | **INJURY** |

## IMPORTANT THIS COMPLETED FORM MUST BE *RECEIVED* NO LATER THAN NOVEMBER 30, 2009

Carefully read the instructions included with this CONFIDENTIAL PROOF OF CLAIM and complete ALL applicable questions. Send *together with one copy* to:

**FIRST CLASS MAIL:** **Society of Jesus Oregon Province Case, c/o BMC Group, Inc., PO Box 3020, Chanhassen, MN 55317-2011.**

**BY MESSENGER OR OVERNIGHT DELIVERY:** **Society of Jesus Oregon Province Case, c/o BMC Group, Inc. 18750 Lake Drive East, Chanhassen, MN 55317.**

**BY FAX (One copy only):** **BMC Group, Inc., fax no. 1-888-316-2354. If you send by fax, you must mail the original and a copy to: Society of Jesus Oregon Province Case, c/o BMC Group, Inc., PO Box 3020, Chanhassen, MN 55317-2011. The mailed original and copy must be postmarked on or before December 10, 2009.**

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER, AND YOU MAY ALSO OBTAIN INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING TOLL FREE AT 888-570-5295.**

**YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL AND OUTSIDE THE PUBLIC RECORD BY THE UNITED STATES BANKRUPTCY COURT. INFORMATION IN THIS CLAIM WILL BE PROVIDED PURSUANT TO COURT-APPROVED GUIDELINES TO THE DEBTOR AND TO SUCH OTHER PERSONS AS THE BANKRUPTCY COURT DETERMINES NEED THE INFORMATION IN ORDER TO EVALUATE THE CLAIM.**

TO BE VALID, THIS CONFIDENTIAL PROOF OF CLAIM MUST BE SIGNED BY THE CLAIMANT OR MUST BE SIGNED BY THE CLAIMANT'S ATTORNEY.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

Please print clearly and use blue or black ink.

## PART 1:  IDENTIFYING INFORMATION

**A.  Claimant**

_____

First Name          Middle Initial          Last Name                    Jr/Sr/III

_____

Street Address:  (If party is incapacitated, provide the address of the party submitting the claim).

_____

City                          State/Prov.      Zip Code (Postal Code)   Country (if other than U.S.A.)

Telephone No.
Home: _____   Work: _____   Cell: _____

Birth Date  [  ][  ]-[  ][  ]-[  ][  ][  ][  ]          ☐ Male          ☐ Female
           Month   Day      Year

Social Security Number: _____

Any other name or names by which Claimant has been known: _____

**B.  Claimant's Attorney (if any):**

_____

Law Firm Name

_____

Attorney's First Name          Middle Initial                    Last Name

_____

Street Address

_____

City                          State/Prov.      Zip Code (Postal Code)   Country (if other than U.S.A.)

_____

Telephone No.                  Fax No.                        E-mail address

## PART 2:  NATURE OF COMPLAINT
### (Attach additional separate sheets if necessary)

<u>**NOTE:  IF YOU HAVE PREVIOUSLY FILED A COMPLAINT AGAINST THE DEBTOR IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT IN LIEU OF PROVIDING THE INFORMATION BELOW.  IF THE COMPLAINT DOES NOT CONTAIN THE INFORMATION REQUESTED BELOW OR IF YOU DID NOT FILE A COMPLAINT, PROVIDE THE INFORMATION BELOW**</u>

1. Who committed the acts of physical, mental, or sexual abuse or misconduct, or other injurious acts? Position, Title or Relationship to You (if known) (*e.g.*, Parish Priest, Teacher, Coach, etc.)

_____

2.   <u>Where</u> did the physical, mental, or sexual abuse or misconduct, or other injurious acts, take place?  Please be as specific as possible and complete all relevant information that you know, including the City and State, name of the University, Parish, Mission or School (if applicable) and/or the name of any other location.

_____

_____

3.   <u>When</u> did the physical, mental, or sexual abuse or misconduct, or other injurious acts, take place?

     a.   If the physical, mental, or sexual misconduct or abuse, or other injurious acts, took place over a period of time (months or years) please state when it started, when it stopped, and if it happened all during that time.

       _____

       _____

     b.   Please also state your age(s )and your grade(s) in school at the time the physical, mental, or sexual abuse or misconduct, or other injurious acts, took place.

       _____

       _____

4.   <u>What</u> happened (describe what happened):

_____

_____

_____

_____

_____

_____

5.   Did you tell anyone about the physical, mental, or sexual abuse or misconduct, or other injurious acts, and if so, who did you tell and when (this would include parents; relatives; friends; the Society of Jesus, Oregon Province; attorneys; counselors; and law enforcement authorities).

_____

_____

## PART 3:  IMPACT OF COMPLAINT
### (Attach additional separate sheets if necessary)

*(If you are uncertain how to respond to any portion of  this Part 3, you presently may leave such portion of this Part 3 blank, but you will be required to complete such portion of Part 3 within thirty (30) days after a written request is made for the information requested in such portion of  Part 3)*

1.   What injuries have occurred to you because of the act or acts of physical, mental, or sexual abuse or misconduct, or other injurious acts, that resulted in the claim (for example, the effect on your education, employment, personal relationships, health, and any physical injuries)?

_____

_____

2.  Have you sought counseling or treatment for the physical, mental, or sexual abuse or misconduct, or other injurious acts, that resulted in the claim?  If so, with whom and when?_____

_____

3.  Are you interested in being contacted by the Society of Jesus, Oregon Province's Victim Assistance Coordinator about receiving counseling?  (Note:  Receiving counseling WILL NOT affect your rights to seek other compensation)  ☐ Yes  ☐ No

### PART 4.  Additional Information

1.  Settlements:  Regardless of whether a complaint was ever filed against any party because of the physical, mental, or sexual abuse or misconduct, or other injurious acts, have you settled any claim relating to the physical, mental, or sexual abuse or misconduct, or other acts, described in this claim? ☐ Yes  ☐ No  If "Yes", please describe including parties to the settlement, and attach a copy of any settlement agreement.  (Note:  If the settlement agreement is confidential, state that it is confidential instead of attaching the settlement agreement).

_____

_____

2.  Bankruptcy.  Have you ever filed bankruptcy? ☐ Yes  ☐ No  If "Yes", please provide the following information:

Name of Case:_____     Court:_____

Date filed:_____     Case No. _____

Chapter: ☐ 7 ☐ 11 ☐ 12 ☐ 13                              Name of Trustee:_____

**Date: _____**

Sign and print the name and title, if any, of the Claimant or other person authorized to file this claim.

Under penalty of perjury, I declare the foregoing statements to be true and correct.

Signature_____

Print Name: _____

**F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\FINAL FORM DOCUMENTS\PROOF OF CLAIM (TORT)(FINAL FORM).DOC**

**DO NOT USE THIS FORM IF YOUR CLAIM IS BASED ON PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT BY CLERGY, WORKERS OR OTHER PERSONS OR ENTITIES ASSOCIATED WITH THE SOCIETY OF JESUS, OREGON PROVINCE OR ANY OTHER TORTIOUS CONDUCT**

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF OREGON | PROOF OF CLAIM |
|---|---|---|

| | |
|---|---|
| Name of Debtor: SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation | Case Number: 09-30938-elp11 |

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim.. |
| Name and address where notices should be sent:<br><br><br>Telephone number: | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:   $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: _____<br>(See instruction #2 on reverse side.)<br><br>3. Last four digits of any number by which creditor identifies debtor: _____<br><br>  3a. Debtor may have scheduled account as: _____<br>  (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>  Value of Property: $_____  Annual Interest Rate ____%<br><br>  Amount of arrearage and other charges as of time case filed included in secured claim, if any:<br>  $_____  Bases for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach related copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain. | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

INSTRUCTIONS FOR PROOF OF CLAIM FORM
(SEE ALSO THE NOTICE OF CLAIMS BAR DATE ACCOMPANYING THIS PROOF OF CLAIM FORM)

## DO **NOT** USE THIS FORM IF YOUR CLAIM IS BASED ON PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT BY CLERGY, WORKERS OR OTHER PERSONS OR ENTITIES ASSOCIATED WITH THE SOCIETY OF JESUS, OREGON PROVINCE OR ANY OTHER TORTIOUS CONDUCT

## USE THIS FORM IF YOUR CLAIM IS **NOT** BASED ON PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT, OR OTHER TORTIOUS CONDUCT

*The instructions and definitions below are general explanations of the law.  In certain  circumstances, such as bankruptcy case  not filed voluntarily by a debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number.  If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case.  A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address.  See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1.    Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing.  Follow the instructions concerning whether to complete items 4 and 5.  Check the box if interest or other charges are included in the claim.

**2.    Basis for Claim:**
State the type of debt or how it was incurred.  Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3.    Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**4.    Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured.  Skip this section if the claim is entirely unsecured.  (See DEFINITIONS, below.)  State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.  You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.

**5.    Amount of Claim  Entitled to Priority Under 11 U.S.C. § 507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority.  (See DEFINITIONS, below.)  A claim may be partly priority and partly non-priority.  For example, in some of the categories, the law limits the amount entitled to priority.

**6.    Credits:**
An authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7.    Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt.  You may also attach a summary.  You must also attach copies of documents that evidence perfection of any security interest.  You may also attach a summary.  FRBP 3001(c) and (d).  Do not send original documents, as attachments may be destroyed after scanning.

**8.    Date and Signature:**
The person filing this proof of claim must sign and date it.  FRBP 9011.  If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature.  Print the name and title, if any, of the creditor or other person authorized to file this claim.  State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices.  Attach a complete copy of any power of attorney.  Criminal penalties apply for making a false statement on a proof of claim.

**Redacted**
A document has been redacted when the person filing it has masked, edited  out, or otherwise deleted, certain information.  A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim).  This form must be filed with BMC Group, Inc., at the addresses and pursuant to the instructions stated in the accompanying Notice of Claims Bar Date (Non-Tort Claims).

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property.  A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.  In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim.  (See also *Unsecured Claim.*)

**Unsecured Claim**
If a claim is not a secured claim it is an unsecured claim.  A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims).  The most common types of priority claims are listed on the proof of claim form.  Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority* claims.

**[Both English and Spanish Versions Will be Provided]**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society of Jesus, Oregon Province, an Oregon non-profit religious corporation,<br><br>                    Debtor. | Case No. 09-30938-elp11<br><br>**NOTICE OF LAST DAY TO FILE CLAIMS FOR PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT, OR OTHER INJURY** |

# IMPORTANT NOTICE OF DEADLINE FOR FILING CLAIMS FOR PHYSICAL, MENTAL, OR SEXUAL <u>ABUSE OR MISCONDUCT, OR OTHER INJURY</u>

## YOUR RIGHTS MAY BE AFFECTED

## NOVEMBER 30, 2009 AT 3:00 P.M. Prevailing Pacific TIME

### <u>IS THE DEADLINE TO FILE PROOFS OF CLAIM</u>

TO ANYONE WHO IS ASSERTING A CLAIM FOR PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT, OR OTHER INJURY, AGAINST THE SOCIETY OF JESUS, OREGON PROVINCE:

PLEASE TAKE NOTICE THAT on _____, 2009, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Society of Jesus, Oregon Province (the "***Debtor***") must file a completed claim form by November 30, 2009, at 3:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***").

-1-

**PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT CLAIMS, OR OTHER INJURY CLAIMS, AGAINST THE SOCIETY OF JESUS, OREGON PROVINCE**

You may have a ***Claim***:

(a)    If, while you were under the age of 18, you had sexual contact with or were sexually touched by:

1)    a Jesuit priest assigned to the Oregon Province of the Society of Jesus while the Jesuit priest was located in the states of Alaska, Idaho, Montana, Oregon, or Washington.

2)    a Jesuit priest assigned to the Oregon Province of the Society of Jesus while the Jesuit priest was located outside of Alaska, Idaho, Montana, Oregon, or Washington;

3)    a Catholic priest, member of the clergy, employee, volunteer, or other person for which you claim the Society of Jesus, Oregon Province has some responsibility; or

(b)    If you were injured by any other tortious conduct and you claim the Society of Jesus, Oregon Province has some responsibility for such injury; or

(c)    If the Society of Jesus, Oregon Province has an obligation to provide you with counseling; or

(d)    If you believe the Society of Jesus, Oregon Province is responsible for any conduct that caused you injury or harm <u>at any age</u>; or

(e)    If the Society of Jesus, Oregon Province owes you any money for physical, mental, or sexual abuse or misconduct, or any other conduct, that caused you injury or harm at any age; or

(f)    If you assert a <u>right to payment</u> from the Society of Jesus, Oregon Province, whether or not the amount owed is known, and whether or not your asserted right to payment is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event; or

(g)    If you assert a <u>right to an equitable remedy</u> (e.g., the right to require the Society of Jesus, Oregon Province to either do or not do something), whether or not such right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event, which would result in the Debtor owing you money for its failure to do as required.

This notice includes a list of Jesuit-associated universities, churches, parishes, or schools within the states of Alaska, Idaho, Montana, Oregon, or Washington. You may have a claim against the Society of Jesus, Oregon Province although your claim did not arise at any of these locations.

### LIST OF PERSONS ALLEGED TO HAVE ENGAGED IN PHYSICAL, MENTAL OR SEXUAL MISCONDUCT

A Claimant may obtain a list of individuals who have been named in publicly filed lawsuits against the Society of Jesus, Oregon Province as having engaged in physical, mental, or sexual abuse or misconduct. This list will be provided to you by the Official Committee of Unsecured Creditors upon your written request addressed to: Official Committee of Unsecured Creditors for Society of Jesus, Oregon Province, c/o Pachulski, Stang, Ziehl & Jones LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067, Attn: James I. Stang, Esq.

To the best of the Committee's knowledge, none of the individuals identified on the list have been convicted of any crime relating to physical, mental, or sexual abuse or misconduct and none have been found liable by any court for any physical, mental, or sexual abuse or misconduct. The Society of Jesus, Oregon Province does not admit that anyone on this list has ever engaged in physical, mental, or sexual abuse or misconduct or that it would be responsible for such abuse or misconduct. The Bankruptcy Court HAS NOT made any order regarding the credibility of any allegations against anyone named on the list.

A "**Claim**" is defined as:

(a)     right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(b)     right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Included within the definition of a *"Claim"* are *"Tort Claims"* which are defined for the purposes of this notice as any claim, demand, suit, cause of action, proceeding, or any other rights or asserted right to payment against the Debtor, based upon or in any manner arising in or related to any act or acts, including but not limited to personal injury, wrongful death, assault, negligence, intentional infliction of emotional distress, defamation, conversion, child abuse, or any sexual contact with a person which is, or is alleged to be, inappropriate or nonconsensual, all such tortious acts being collectively referred to as ("Tortious Misconduct"), including, without limitation, (a) the processing, adjustment, defense, settlement, payment, negotiation, or handling of any claims, demands, suits, proceedings or causes of action based upon or relating in any way to such act or acts of Tortious Misconduct; (b) the failure to warn, disclose, or provide information concerning the risk that any person or persons might, or have the propensity to, engage in Tortious Misconduct; (c) the failure to take remedial action with respect to alleged, suspected or known Tortious Misconduct; and (d) the actions or inactions of any person or entity involving Tortious Misconduct, including, without limitation, (i) claims for negligence, wrongful death, or personal injuries, including emotional distress;

-3-

(ii) claims for vicarious liability; (iii) claims for damages, including but not limited to, punitive or exemplary damages; (iv) claims for attorneys' fees and other expenses, fees, or costs; (v) claims for any possible economic loss or loss of consortium; (vi) claims for damage to reputation; (vii) claims for any legal or equitable remedy; and (viii) claims of any person or entity against whom any claim, demand, proceeding, suit or cause of action based upon or in any manner arising from or relating to any of the matters enumerated or described in (a), (b), (c), or (d) above has been, is, or may be asserted.

If you settled a Claim with the Debtor before February 17, 2009, but you have not been paid or been fully paid, you must still file a Claim for the unpaid amount. If you have been fully paid, you do not need to file a Claim.

If you have already filed a proof of claim with the court on the court-approved form, you do not need to file another proof of claim.

**YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER**

**YOU MAY OBTAIN ADDITIONAL INFORMATION FROM THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BY CALLING TOLL FREE 888-570-5925.**

PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

File the claim on the Court-ordered **CONFIDENTIAL PROOF OF CLAIM FOR PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT, OR OTHER INJURY** form

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than November 30, 2009 at 3:00 p.m., Prevailing Pacific Time**. Proof of claim forms will be deemed filed only when *actually received* by BMC Group, Inc. If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before November 30, 2009, at 3:00 p.m., Prevailing Pacific Time. Proof of claim forms submitted by facsimile will be accepted and will be deemed filed, subject the claimant later providing the proof of claim form with an original signature to BMC Group, Inc. by mail postmarked on or before December 10, 2009. Except for proof of claim forms filed by facsimile, proof of claim forms that are postmarked on or before November 30, 2009, but are received after that date, will be considered late.

- If a claimant files in person, by courier service, or by overnight delivery (e.g. FedEx), the proof of claim form(s) should be delivered to the following address, between the hours of 7:00 a.m. and 3:00 p.m., Prevailing Pacific Time, on business days:

  **Society of Jesus Oregon Province Case**
  **c/o BMC Group, Inc.**
  **18750 Lake Drive East**
  **Chanhassen, MN  55317**

- If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 7:00 a.m. and 3:00 p.m., Prevailing Pacific Time, on business days:

  **Society of Jesus Oregon Province Case**
  **c/o BMC Group, Inc.**
  **PO Box 3020**
  **Chanhassen, MN  55317-2011**

- If a claimant files by fax, the proof of claim form should be faxed to the following with sufficient lead time that the proof of claim form(s) will be received at the following facsimile number on or before November 30, 2009 at 3:00 p.m., Prevailing Pacific Time:

  **BMC Group, Inc.**
  **Fax No. 1-888-316-2354**

- If you file your claim by fax, you must send the original and a copy by mail to BMC Group, Inc. as set forth above and the envelope must be postmarked on or before December 10, 2009.

- If you wish to receive acknowledgement of receipt of your proof of claim, include with your original proof of claim, (a) an additional copy of your original proof of claim and (b) a self-addressed, stamped return envelope.  Proofs of claim must include all documentation, if any, that you have to support your claim.

### CONFIDENTIALITY

The Bankruptcy Court has determined that Proofs of Claim filed by anyone who alleges physical, mental, or sexual abuse or misconduct, or other injury, will remain confidential. Therefore, the Proof of Claim Form you file will not be available to the general public but will be kept confidential, except that the Proof of Claim Form and the information it contains will be provided to the Debtor, its insurers, and other persons whom the Bankruptcy Court determines should have the information to evaluate your claim.

-5-

### EFFECT OF NOT FILING A CLAIM

***The deadline for filing Proofs of Claim is November 30, 2009, at 3:00 p.m., Prevailing Pacific Time.***  *If you have a Claim and you do not file a Proof of Claim by that date you will not be treated as a creditor for voting or distribution under any plan of reorganization and your Claim may be subject to discharge.  Failure to file a Claim will prevent you from voting on any plan of reorganization in this Chapter 11 case.  In addition, if your Claim is discharged, you will be forever prevented from asserting your claim against the Debtor or its property and you will not receive any payment or distribution on your Claim.*

### QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the *Proof of Claim Form* or any part of the filing process, call the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop.  You may also wish to contact your attorney.  If you do not have an attorney you have the right to  retain one at your own expense.

The Official Committee of Unsecured Creditors has been appointed to represent the general interests of those persons with unsecured Claims.  The members of the committee are all individual abuse claimants.  This committee does not represent any specific individual regarding his or her Claim.  If you would like to speak with a representative of the committee, call toll free at 888-570-5925.

### THE *CLAIMS* REFERRED IN THIS NOTICE MAY INCLUDE CLAIMS BASED ON SEXUAL CONTACT OR TOUCHING BY PRIESTS, TEACHERS, COACHES, VOLUNTEERS, OR OTHERS WORKING AT ONE OF THE UNIVERSITIES, CHURCHES, PARISHES, MISSIONS, OR SCHOOLS LISTED BELOW FOR WHICH YOU CLAIM THE SOCIETY OF JESUS, OREGON PROVINCE IS RESPONSIBLE

### YOU MAY HAVE A CLAIM AGAINST THE SOCIETY OF JESUS, OREGON PROVINCE ALTHOUGH YOUR CLAIM DID NOT ARISE AT ANY OF THESE LOCATIONS:

| Institution | city | state |
|---|---|---|
| Monroe High School | Fairbanks | AK |
| Copper Valley School | Glenallen | AK |
| St Mary's School | St Mary | AK |
| St Mary's Mission | Akulurak | AK |
| St Anthony's Church | Anchorage | AK |
| St Mary's Mission | Andreafski | AK |
| St Patrick's Mission | Barrow | AK |
| Immaculate Conception Church | Bethel | AK |
| St Catherine's Church | Chefornak | AK |

| Institution | city | state |
|---|---|---|
| Sacred Heart Church | Chevak | AK |
| St Joseph's Church | Cordova | AK |
| Our Lady of Sorrows Church | Delta Junction | AK |
| Holy Rosary Mission | Dillingham | AK |
| St Andrew's Church | Eagle River | AK |
| Sacred Heart Church | Emmonak | AK |
| Immaculate Conception Church | Fairbanks | AK |
| Catholic Church | Galena | AK |
| St Marjorie's Mission | Hamilton | AK |
| Holy Cross Mission | Holy Cross | AK |
| Little Flower Mission | Hooper Bay | AK |
| Church of the Nativity | Juneau | AK |
| Catholic Church | Kaltag | AK |
| Holy Name Church | Ketchikan | AK |
| Christ the King Mission | King Island | AK |
| St Mary's Church | Kodiak | AK |
| St Joseph's Church | Kotlik | AK |
| St Francis Xavier Church | Kotzebue | AK |
| St Jude's Church | Little Diomede | AK |
| Immaculate Heart of Mary Church | Marshall | AK |
| St Michael's Church | McGrath | AK |
| St Lawrence Mission | Mountain Village | AK |
| St Theresa Church | Nenana | AK |
| Holy Family Church | Newtok | AK |
| Our Lady of Perpetual Help Church | Nightmute | AK |
| St Joseph's Church | Nome | AK |
| St Peter Claver Mission | Nulato | AK |
| St Charles Spinola Church | Pilot Station | AK |
| Our Lady of Guadalupe Church | Russian Mission | AK |
| Blessed Sacrament Church | Scammon Bay | AK |
| Sacred Heart Church | Seward | AK |
| St Peter Church | Sheldon Point (Nunam Iqua) | AK |
| St Gregory's Church | Sitka | AK |
| St Mary's Mission | St Mary | AK |
| St Michael's Mission | St Michael | AK |
| St Bernard's Church | Stebbins | AK |
| Catholic Church | Tanana | AK |
| St Ann's Church | Teller | AK |
| Holy Rosary Mission | Tok Junction | AK |
| St Peter the Fisherman Church | Toksook Bay | AK |
| St Joseph's Mission | Tununak | AK |
| Holy Angels' Church | Unalakleet | AK |
| Immaculate Heart of Mary Church | Wrangell | AK |

| Institution | city | state |
|---|---|---|
| Holy Spirit Retreat Center | Anchorage | AK |
| St Joseph's Mission | Culdesac | ID |
| Sacred Heart Mission | Desmet | ID |
| Sacred Heart Church | Lapwai | ID |
| St Stanislaus Church | Lewiston | ID |
| Loyola High School | Missoula | MT |
| St Margaret Mary's Church | Big Sandy | MT |
| St Joseph's Church | Harden | MT |
| St Thomas Church | Harlem | MT |
| St Jude's Church | Havre | MT |
| St Paul's Mission | Hays | MT |
| St Anne's Church | Heart Butte | MT |
| Our Lady of Loretto Church | Lodge Grass | MT |
| St Francis Xavier Church | Missoula | MT |
| St Charles Mission | Pryor | MT |
| St Ignatius Mission | St Ignatius | MT |
| St Xavier Mission | St Xavier | MT |
| Jesuit High School | Portland | OR |
| St Andrew's Mission | Pendleton | OR |
| St Mary's Church | Pendleton | OR |
| Loyola Retreat House | Portland | OR |
| St. Andrew Nativity School | Portland | OR |
| St Ignatius Church | Portland | OR |
| St Michael's Church | Portland | OR |
| Good Shepherd Church | Sheridan | OR |
| St Luke's Church | Woodburn | OR |
| Seattle University | Seattle | WA |
| Gonzaga University | Spokane | WA |
| Seattle Preparatory School | Seattle | WA |
| Gonzaga Preparatory School | Spokane | WA |
| Bellarmine Preparatory School | Tacoma | WA |
| Marquette High School | Yakima | WA |
| St Philip Benizi | Ford | WA |
| St Michael's Mission | Inchelium | WA |
| St Rose of Lima | Keller | WA |
| St Paul Mission | LaConner | WA |
| Sacred Heart Mission | Nespelem | WA |
| Pure Heart of Mary Church | Northport | WA |
| St Mary's Mission | Omak | WA |
| Immaculate Conception Church | Republic | WA |
| Mount Virgin Church | Seattle | WA |
| St Joseph's Church | Seattle | WA |
| St Aloysius Church | Spokane | WA |

| Institution | city | state |
|---|---|---|
| St Patrick's Church | Spokane | WA |
| St Leo's Church | Tacoma | WA |
| St Rita's Church | Tacoma | WA |
| Sacred Heart Church | Wellpinit | WA |
| Our Lady of Lourdes | West End | WA |
| St Joseph's Church | Yakima | WA |
| Bethleham Farm | Chehalis | WA |

**If you have questions about the above list or a location not listed, please call the Debtor's Claims Agent, BMC Group, Inc. toll-free at 1-888-909-0100.**

Dated this _____ day of _____, 2009.

SUSSMAN SHANK LLP

By:_____
    Thomas W. Stilley, OSB No. 88316
    Howard M. Levine, OSB No. 80073
    Susan S. Ford, OSB No. 84220
    Attorneys for Debtor

# EXHIBIT A TO NOTICE

## (Intentionally Left Blank)

## This Exhibit will only be included on notices served on attorneys to list the names of the attorney's clients

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\FINAL FORM DOCUMENTS\NOTICE OF BAR DATE (TORT CREDITOR)(FINAL FORM).DOC

-10-

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: )<br><br>Society of Jesus, Oregon Province, an )<br>Oregon non-profit religious corporation, )<br><br>　　　　　　　　　　Debtor. )<br><br>　　　　　　　　　　　　　　　 )<br><br>_____ ) | Case No. 09-30938-elp11<br><br>**NOTICE OF LAST DAY TO FILE CLAIMS (Non-Tort Claims)** |

# NOTICE OF CLAIMS BAR DATE

## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED

## <u>NOTE</u>:  November 30, 2009 AT 3:00 P.M. Prevailing Pacific Time

## IS THE LAST DATE TO FILE PROOFS OF CLAIM

**TO: Any Creditors of the Debtor in the Above-Captioned Case Who Are <u>Not</u> Asserting Claims for Sexual Abuse or Sexual Misconduct or Other Tortious Conduct**

Please Take Notice That on _____, 2009, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Society of Jesus, Oregon Province (the "***Debtor***" or the **"*Oregon Province*"**) must file such claim by November 30, 2009, at 3:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***"). The Claims Bar Date applies to all Entities (as defined below) including Governmental Units (as defined below).

For the purpose of this Notice, a "**Claim**" is defined as:

    (a)    Any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(b) Any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

"*Entity*" has the meaning given to it in 11 USC § 101(15) and includes all persons, estates, trusts, Governmental Units and the United States Trustee.

"*Governmental Unit*" has the meaning given to it in 11 USC § 101(27) and includes the United States; states; commonwealths; districts; territories; municipalities; foreign states; or departments, agencies or instrumentalities of the foregoing (but not including the United States Trustee while serving as a trustee under the Bankruptcy Code).

IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.

### PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

- File the claim on the Court-ordered **Non-Tort Proof of Claim Form**

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 1-888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than November 30, 2009 at 3:00 p.m., Prevailing Pacific Time**. Proof of claim forms will be deemed filed only when *actually received* by BMC Group, Inc. If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before November 30, 2009, at 3:00 p.m., Prevailing Pacific Time. Proof of claim forms submitted by facsimile will be accepted and will be deemed filed, subject the claimant later providing the proof of claim form with an original signature to BMC Group, Inc. by mail postmarked on or before December 10, 2009. Except for proof of claim forms filed by facsimile, proof of claim forms that are postmarked on or before November 30, 2009, but are received after that date, will be considered late.

  - If a claimant files in person, by courier service, or by overnight delivery (e.g. FedEx), the proof of claim form(s) should be delivered to the following address, between the hours of 7:00 a.m. and 3:00 p.m., Prevailing Pacific Time, on business days:

**Society of Jesus Oregon Province Case**
**c/o BMC Group, Inc.**
**18750 Lake Drive East**
**Chanhassen, MN  55317**

- If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 7:00 a.m. and 3:00 p.m., Prevailing Pacific Time, on business days:

  **Society of Jesus Oregon Province Case**
  **c/o BMC Group, Inc.**
  **PO Box 3020**
  **Chanhassen, MN  55317-2011**

- If a claimant files by facsimile, the proof of claim form should be faxed to the following with sufficient lead time that the proof of claim form(s) will be received at the following facsimile number on or before November 30, 2009 at 3:00 p.m., Prevailing Pacific Time:

  **BMC Group, Inc.**
  **Facsimile No. 1-888-316-2354**

- If you file your claim by fax, you must send the original and a copy by mail to BMC Group, Inc. as set forth above and the envelope must be postmarked on or before December 10, 2009.

- If you wish to receive acknowledgement of receipt of your proof of claim, include with your original proof of claim, (a) an additional copy of your original proof of claim and (b) a self-addressed, stamped return envelope.  Proofs of claim must include all documentation, if any, that you have to support your claim.

### EFFECT OF NOT FILING A CLAIM

***The deadline for filing Proofs of Claim is November 30, 2009, at 3:00 p.m., Prevailing Pacific Time.***  *If you have a Claim and you do not file a Proof of Claim by that date you will not be treated as a creditor for voting or distribution under any plan of reorganization and your Claim may be subject to discharge.  Failure to file a Claim will prevent you from voting on any plan of reorganization in this Chapter 11 case.  In addition, if your Claim is discharged, you will be forever prevented from asserting your claim against the Debtor or its property and you will not receive any payment or distribution on your Claim.*

Exhibit 4, Page 3 of 5

**QUESTIONS OR ADDITIONAL INFORMATION**

If you have any questions about the Debtor, this Chapter 11 case, or about the *Proof of Claim Form* or any part of the filing process, call the Debtor's attorneys, Sussman Shank LLP at 503-227-1111, or the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/sjop. You may also wish to contact your attorney.  If you do not have an attorney you have the right to  retain one at your own expense.

The Official Committee of Unsecured Creditors has been appointed to represent the general interests of those persons with unsecured Claims.  This committee does not represent any specific individual regarding his or her Claim.   The committee is represented by Pachulski Stang Ziehl & Jones LLP and can be contacted at 888-570-5295.

Dated this _____ day of _____, 2009.

SUSSMAN SHANK LLP

By:_____
     Thomas W. Stilley, OSB No. 88316
     Howard M. Levine, OSB No. 80
     Susan S. Ford, OSB No. 85
     Attorneys for Debtor

**EXHIBIT A TO NOTICE**

**(Intentionally Left Blank)**

**This Exhibit will only be included on notices served on attorneys to list the names of the attorney's clients**

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\FINAL FORM DOCUMENTS\P-NOTICE OF BAR DATE (TRADE CREDITOR)(FINAL FORM).DOC



**The Ulum Group**
PUBLIC RELATIONS/PUBLIC AFFAIRS

941 Oak Street                        1328 NW Kearney Street
Eugene, OR 97401                    Portland, OR 97209
Telephone (541) 302-6620      Telephone (503) 595-8350
FAX (541) 302-6622               FAX (503) 595-8351

June 10, 2009

<u>**Society of Jesus, Oregon Province**</u>
<u>**Mailing and Media Notice Program**</u>

This Mailing and Media Notice Program is designed to inform people living in Alaska, Washington, Oregon, Idaho, and Montana (the "Oregon Province Territory"), and elsewhere about the deadline for filing claims in the Society of Jesus, Oregon Province's Chapter 11 case.

The goal is to reach as many people as possible who may have claims for physical, mental, or sexual abuse or misconduct, or for any other reason, through print advertising, enhanced public radio public service announcements, publication notice in magazines/newsletters, posting on Web sites and posting publication notice in key community locations, including without limitation, rural Alaska.

In addition, nationwide notice will be effectuated through advertisements to reach people who may have moved from the Oregon Province Territory, or were subject to acts of physical, mental or sexual abuse or misconduct committed by members of the Society of Jesus, Oregon Province in locations outside of the Oregon Province Territory, including nationwide publication in USA Today.  In addition, print advertising will be targeted in locations outside of the Oregon Province Territory where Jesuits that have been accused of physical, mental, or sexual abuse or misconduct were located.

We estimate the cost to place quarter page advertisements in the various publications and purchase a flight of enhanced public service announcements will be approximately $597,425.21.  An additional budget will need to be determined to print, ship and maintain postings of the publication notice, including any costs that are incurred in mailing notice to members of Native American tribal organizations.

Following is a break down of proposed media outlets, publication notice posting locations, and budget.

I.

## Non-Parish/Non-School Postings

The Society of Jesus, Oregon Province (the "Debtor") will make its best effort to post the publication notice in the following locations and will make its best effort to maintain the posting of the publication notice. The best efforts will include mailing the publication notice under a cover letter on the Province's official stationery and signed by the Provincial, Rev. Patrick J. Lee S.J., to the locations set forth below requesting that the publication notice be posted and maintained during the period for filing claims. The transmittal letter will be approved by the Official Committee of Unsecured Creditors or the Bankruptcy Court. A draft of the letter that has been approved by the Committee is attached hereto as Exhibit A. The transmittal letter will be sent on or before June 15, 2009 and each month thereafter until November 15, 2009. Both English and Spanish versions of the publication notice will be transmitted. Within five (5) business days after the publication notices are transmitted, the Debtor will file a certificate of service of mailing.

      A.      AC Value Center in the follow Alaska communities: Aniak, Barrow, Bethel, Emmonak, Hopper Bay, Kotlik, Kotzebue, McGrath, Mt. Village, St. Mary, St. Michael, and Nome.

      B.      United States Post Offices in the following Alaska communities: Chefornak, Chevak, Galena, Huslia, Holy Cross, Kalskag, Kaltag, Little Diomede, Marshall, Newtok, Nightmute, Nome, Nulato, Nunam Iqua, Pilot Station, Ruby, Russian Mission, Scammons Bay, Stebbins, Tananna, Teller, Toksook, Tununak, Unalakleet, Koyukuk, and McGrath.

II.

## Alaska Native Regional Corporations and Tribal Organizations
## Publication/Membership Mailing

The Society of Jesus, Oregon Province will use its best efforts to place a publication notice in publications associated with Alaska Native Regional Corporations and Tribal Organizations. The best efforts will include mailing the publication notice under cover letters on the Province's official stationery and signed by the Provincial, Rev. Patrick J. Lee S.J., requesting that the publication notice be regularly published in such publications during the period for filing claims. The transmittal letters will be approved by the Official Committee of Unsecured Creditors or the Bankruptcy Court. Drafts of the initial and subsequent letters that have been approved by the Committee are attached hereto as Exhibits B and C respectively. The initial transmittal letter will be sent on or before June 15, 2009 and the subsequent letter each month thereafter until October 30, 2009.

In addition, on or before June 15, 2009, Debtor will send a letter on the Province's official stationery and signed by the Provincial, Rev. Patrick J. Lee S.J., to Alaska Native Regional Corporations and Tribal Organizations requesting that such corporations and organizations mail a copy of the publication notice to all of the tribal members, or provide the names and addresses of the members to the Society of Jesus, Oregon Province where it can mail the notices to the tribal members.  If the Society of Jesus, Oregon Province's costs for such mailing (including reimbursement of the Alaska Native Regional Corporations and Tribal Organizations for their mailing costs as provided below) does not exceed $20,000, the Provincial will, on September 15, 2009, send a second letter to the same Alaska Native Regional Corporations and Tribal Organizations requesting that the publication notice again be mailed to the members.  The letters will be approved by the Official Committee of Unsecured Creditors or the Bankruptcy Court. Drafts of the initial and second letters that have been approved by the Committee are attached hereto as Exhibit B and D respectively.

The Society of Jesus, Oregon Province is authorized to reimburse any Alaska Native Regional Corporations and Tribal Organizations for reasonable postage and handling costs of any such mailing upon submission of a sworn certification (including a list of addressees, to be kept confidential) that such mailing was accomplished.

Within five (5) business days after the letters are sent, the Debtor will file a certificate of service of mailing.  Within five (5) business days after receipt of a response to the Provincial's letters, the Debtor shall provide counsel to the Official Committee of Unsecured Creditors a copy of any written response or the substance of any verbal response.

      A.      The best efforts will include mailings to the following Alaska Native Regional Corporations and Tribal Organizations:

      1.      <u>Alaska</u>:  Ahtna, Bering Straits, Chugach, NANA, CIRI, Arctic Slope, Doyon, Calista, and The 13th Region.

      2.      <u>Washington</u>: Chehalis Committee Council, Colville Business Community, Shoalwater Bay Tribal  Council, Skokomish Tribal Council, Spokane Business Council, Squaxin Island Tribal, Stillaquamish Board of Directors, Swinomish Indian Senate, Jamestown S'Klallam Tribal Council, Kalispell Business Committee, Lummi Business Council, Makah Tribal Council, Muckleshoot Tribal Council, Nisqually Indian Community Council, Nooksack Tribal Council, Port Gamble S'Klallam Tribal Council, Suquamish Tribal Council, Puyallup Tribal Council, Quileute Tribal council, Quinault Business Committee, Sauk-Suiattle Tribal Council, Elwha S'Klallam Business Council, Hoh Tribal Business Committee, Tulalip Board of Directors, Upper Skagit Tribal Council, Yakama Tribal Council.

      3.      <u>Oregon</u>:  Burns Paiute General Council, Confederated Tribes of Coos Lower Umpqua & Suislaw Indians,, Coquille Indian Tribe/Siletz Agency, Cow Creek Band of Umpqua Indians Community Council, Confederated Tribes of the Grande

Ronde Council, Klamath General Council, Siletz Tribal Council, Umatilla Board of
Trustees, Warm Springs Agency.

        4.     <u>Idaho</u>: Coeur D'Alene Tribal Council, Fort Hall Business Council,
Kootenai Tribal Council, Nez Perce Tribal Executive Committee, Northwestern Band of
Shoshoni Nation.

        5.     <u>Montana</u>:  Black Feet Tribal Business Council, Crow Tribal
Council, Flathead Reservation/Confederated Salish and Kootenai Tribe, Fort Belknap
Community Council, Fort Peck Tribal Council, Northern Cheyenne Tribal Council,
Chippewa-Cree Business Committee.

III.

**Parish/School Postings**

As part of the Debtor's best effort to post/publish publication notices in the following
locations, on or before June 15, 2009 and on September 15, 2009, the Provincial, Rev.
Patrick J. Lee S.J., will send a letter and publication notice (by email if the recipient has
an email address, or if not, by first class mail) to each of the bishops for the Roman
Catholic dioceses within the Oregon Province Territory sincerely asking that they
strongly encourage each of the parishes/schools within their respective dioceses to
participate in the posting and publication program by posting and maintaining the
publication notice (in both English and Spanish) at the parish/school on the board where
parish/school-related notices typically are posted and also including the publication
notice in each of the parish bulletins/school newspapers and bulletins published during
the notice period for filing claims.

A copy of such letter and publication notice will be sent with a message from the
Provincial (by email if the recipient has an email address or, if not, by first class mail) to
each member of the Society of Jesus, Oregon Province who is serving in any capacity as
a priest/pastor in any parish/school within the respective diocese stating that the request
has been made of the local bishop and urging the priest/pastor's cooperation to the extent
approved by the bishop.

The letters and messages will be approved by the Official Committee of Unsecured
Creditors or the Bankruptcy Court.  Drafts of the letter to the Bishops and message to the
Society of Jesus, Oregon Province priests that have been approved by the Committee are
attached hereto as Exhibits E and F respectively.  Within five (5) business days after the
letters and messages are sent, the Debtor will file a certificate of service of
mailing/service.  Within five (5) business days after receipt of a response to the
Provincial's letters, the Debtor shall provide counsel to the Official Committee of
Unsecured Creditors a copy of any written response or the substance of any verbal
response.

A.    The parishes and schools referenced herein will include, but not be limited to, those churches and schools listed below historically served by Oregon Province Jesuits.

| | | |
|---|---|---|
| Monroe High School | Fairbanks | AK |
| Copper Valley School | Glenallen | AK |
| St Mary's School | St Mary | AK |
| St Mary's Mission | Akulurak | AK |
| St Anthony's Church | Anchorage | AK |
| St Mary's Mission | Andreafski | AK |
| St Patrick's Mission | Barrow | AK |
| Immaculate Conception Church | Bethel | AK |
| St Catherine's Church | Chefornak | AK |
| Sacred Heart Church | Chevak | AK |
| St Joseph's Church | Cordova | AK |
| Our Lady of Sorrows Church | Delta Junction | AK |
| Holy Rosary Mission | Dillingham | AK |
| St Andrew's Church | Eagle River | AK |
| Sacred Heart Church | Emmonak | AK |
| Immaculate Conception Church | Fairbanks | AK |
| Catholic Church | Galena | AK |
| St Marjorie's Mission | Hamilton | AK |
| Holy Cross Mission | Holy Cross | AK |
| Little Flower Mission | Hooper Bay | AK |
| Church of the Nativity | Juneau | AK |
| Catholic Church | Kaltag | AK |
| Holy Name Church | Ketchikan | AK |
| Christ the King Mission | King Island | AK |
| St Mary's Church | Kodiak | AK |
| St Joseph's Church | Kotlik | AK |
| St Francis Xavier Church | Kotzebue | AK |
| St Jude's Church | Little Diomede | AK |
| Immaculate Heart of Mary Church | Marshall | AK |
| St Michael's Church | McGrath | AK |
| St Lawrence Mission | Mountain Village | AK |
| St Theresa Church | Nenana | AK |
| Holy Family Church | Newtok | AK |
| Our Lady of Perpetual Help Church | Nightmute | AK |
| St Joseph's Church | Nome | AK |
| St Peter Claver Mission | Nulato | AK |
| St Charles Spinola Church | Pilot Station | AK |
| Our Lady of Guadalupe Church | Russian Mission | AK |
| Blessed Sacrament Church | Scammon Bay | AK |

| | | |
|---|---|---|
| Sacred Heart Church | Seward | AK |
| St Peter Church | Sheldon Point (Nunam Iqua) | AK |
| St Gregory's Church | Sitka | AK |
| St Mary's Mission | St Mary | AK |
| St Michael's Mission | St Michael | AK |
| St Bernard's Church | Stebbins | AK |
| Catholic Church | Tanana | AK |
| St Ann's Church | Teller | AK |
| Holy Rosary Mission | Tok Junction | AK |
| St Peter the Fisherman Church | Toksook Bay | AK |
| St Joseph's Mission | Tununak | AK |
| Holy Angels' Church | Unalakleet | AK |
| Immaculate Heart of Mary Church | Wrangell | AK |
| Holy Spirit Retreat Center | Anchorage | AK |
| St Joseph's Mission | Culdesac | ID |
| Sacred Heart Mission | Desmet | ID |
| Sacred Heart Church | Lapwai | ID |
| St Stanislaus Church | Lewiston | ID |
| Loyola High School | Missoula | MT |
| St Margaret Mary's Church | Big Sandy | MT |
| St Joseph's Church | Harden | MT |
| St Thomas Church | Harlem | MT |
| St Jude's Church | Havre | MT |
| St Paul's Mission | Hays | MT |
| St Anne's Church | Heart Butte | MT |
| Our Lady of Loretto Church | Lodge Grass | MT |
| St Francis Xavier Church | Missoula | MT |
| St Charles Mission | Pryor | MT |
| St Ignatius Mission | St Ignatius | MT |
| St Xavier Mission | St Xavier | MT |
| Jesuit High School | Portland | OR |
| St Andrew's Mission | Pendleton | OR |
| St Mary's Church | Pendleton | OR |
| Loyola Retreat House | Portland | OR |
| St Ignatius Church | Portland | OR |
| St. Andrew Nativity School | Portland | OR |
| St Michael's Church | Portland | OR |
| Good Shepherd Church | Sheridan | OR |
| St Luke's Church | Woodburn | OR |
| Seattle University | Seattle | WA |
| Gonzaga University | Spokane | WA |
| Seattle Preparatory School | Seattle | WA |
| Gonzaga Preparatory School | Spokane | WA |

| | | |
|---|---|---|
| Bellarmine Preparatory School | Tacoma | WA |
| Marquette High School | Yakima | WA |
| St Philip Benizi | Ford | WA |
| St Michael's Mission | Inchelium | WA |
| St Rose of Lima | Keller | WA |
| St Paul Mission | LaConner | WA |
| Sacred Heart Mission | Nespelem | WA |
| Pure Heart of Mary Church | Northport | WA |
| St Mary's Mission | Omak | WA |
| Immaculate Conception Church | Republic | WA |
| Mount Virgin Church | Seattle | WA |
| St Joseph's Church | Seattle | WA |
| St Aloysius Church | Spokane | WA |
| St Patrick's Church | Spokane | WA |
| St Leo's Church | Tacoma | WA |
| St Rita's Church | Tacoma | WA |
| Sacred Heart Church | Wellpinit | WA |
| Our Lady of Lourdes | West End | WA |
| St Joseph's Church | Yakima | WA |
| Bethleham Farm | Chehalis | WA |

IV.

**Website Postings**

Information will be posted on two Web sites: (i) a prominent link on the home page of the Society of Jesus, Oregon Province's Web site and (ii) BMC Group, Inc.'s Website, with downloadable versions of the long-form Tort Claims Bar Date Notice and Tort Proof of Claim form available in both English and Spanish.  The Official Committee of Unsecured Creditors may post or cause to be posted information regarding the bar date on websites of its choosing.

V.

**Advertising**

The Society of Jesus, Oregon Province will place quarter page print advertisements and, acquire enhanced public service announcements, including such announcements on Alaska Public Radio Network (APRN). Attached hereto as Exhibit G is the list of publications for advertising, including APRN.

F:\CLIENTS\19620\004\BAR DATE NOTICE PROGRAM\FINAL FORM DOCUMENTS\ULUM GROUP PUBLICATION RE MAILINGNOTICE OF CLAIMS BAR DATE (FINAL FORM 2).DOC

Exhibit 5, Page 7 of 17

**LETTER TO AC VALUE CENTERS AND POST OFFICES**

Dear Sir or Madam:

The Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case on February 17, 2009 and the Bankruptcy Court has approved a program for providing legal notice of the last day to file claims against SJOP (i.e. November 30, 2009).  I have agreed that I would ask you to post the enclosed notice on your public bulletin boards and to maintain that posting until November 30.  I request  your assistance in helping me and the SJOP to fulfill SJOP's desire to provide legal notice to those who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.

I thank you for your assistance.

Patrick Lee, S.J.

Provincial

**FIRST LETTER TO NATIVE ALASKA REGIONAL CORPORATIONS/TRIBAL ORGANIZATIONS (To be mailed on or before June 15, 2009)**


Re:  Tribal [Corporate] Member Legal Rights


Dear Sir or Madam,

On February 17, 2009, the Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case.  The Bankruptcy Court has set November 30, 2009 as the deadline for filing claims against SJOP.  Your tribal [corporate] members may have important legal rights to recovery that must be asserted in the Bankruptcy Court in Oregon before the deadline.  I request your assistance in helping SJOP fulfill its desire to provide notice of the deadline for filing claims to individuals who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.  It is important for your members and SJOP that these rights are asserted.  If your members do not assert their rights by the court-ordered deadline, their rights may be forever lost.

I request that you post the notice on as many public bulletin boards as possible and include it in your publications between now and November 30, 2009.  I also request that you send the enclosed notice to all members of your [tribe/native corporation].  If possible, please include it as an insert to one of the regular mailings to your members. If there will be no mailings to your members between now and September 15, 2009, please contact me to discuss how we might accomplish this.

If mailing the notice results in additional costs to you, the Bankruptcy Court has approved SJOP reimbursing you for reasonable handling costs and postage, provided you provide a certification of mailing (the mailing list attached to the certification will be kept confidential).  Alternatively, you could supply SJOP with the membership mailing list and it will issue the mailing and return the membership list to you.  Your cooperation will aid members of your [tribe/native corporation] who have suffered from abuse.

The Bankruptcy Court has appointed a creditors committee, including a number of Native Americans that have asserted abuse claims, and these committee members join me in this request.  You may contact the committee's attorney, James Stang, at 310.772.2354.

Patrick Lee, S.J.

Provincial

**MONTHLY FOLLOW-UP LETTER TO ALASKA NATIVE REGIONAL CORPORATIONS/TRIBAL ORGANIZATIONS (To be mailed in July, August, September, and October 2009)**


Re:  Tribal [Corporate] Member Legal Rights


Dear Sir or Madam,

On February 17, 2009, the Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case.  The Bankruptcy Court has set November 30, 2009 as the deadline for filing claims against SJOP.  Your tribal [corporate] members may have important legal rights to recovery that must be asserted in the Bankruptcy Court in Oregon before the deadline.  I request your assistance in helping SJOP fulfill its desire to provide notice of the deadline for filing claims to individuals who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.  It is important for your members and SJOP that these rights are asserted.  If your members do not assert their rights by the court-ordered deadline, their rights may be forever lost.

I request that you post the enclosed notice on as many public bulletin boards as possible and include it in any of your publications.

The Bankruptcy Court has appointed a creditors committee, including a number of Native Americans that have asserted abuse claims, and these committee members join me in this request.  You may contact the committee's attorney, James Stang, at 310.772.2354.

Patrick Lee, S.J.

Provincial

**SECOND LETTER TO NATIVE ALASKA REGIONAL CORPORATIONS/TRIBAL ORGANIZATIONS IF COSTS OF FIRST MAILING DO NOT EXCEED $20,000 (To be mailed on September 15, 2009)**

Re:  Tribal [Corporate] Member Legal Rights

Dear Sir or Madam,

On February 17, 2009, the Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case.  The Bankruptcy Court has set November 30, 2009 as the deadline for filing claims against SJOP.  Your tribal [corporate] members may have important legal rights to recovery that must be asserted in the Bankruptcy Court in Oregon before the deadline.  I request your assistance in helping SJOP fulfill its desire to provide notice of the deadline for filing claims to individuals who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.  It is important for your members and SJOP that these rights are asserted.  If your members do not assert their rights by the court-ordered deadline, their rights may be forever lost.

I request that you send the enclosed notice to all members of your [tribe/native corporation].  If possible, please include it as an insert to one of the regular mailings to your members.  If there will be no mailings to your members between now and November 1, 2009, please contact me to discuss how we might accomplish this.

If mailing the notice results in additional costs to you, the Bankruptcy Court has approved SJOP reimbursing you for reasonable handling costs and postage, provided you provide a certification of mailing (the mailing list attached to the certification will be kept confidential).  Alternatively, you could supply SJOP with the membership mailing list and it will issue the mailing and return the membership list to you.  Your cooperation will aid members of your [tribe/native corporation] who have suffered from abuse.

The Bankruptcy Court has appointed a creditors committee, including a number of Native Americans that have asserted abuse claims, and these committee members join me in this request.  You may contact the committee's attorney, James Stang, at 310.772.2354.

Patrick Lee, S.J.

Provincial

**LETTER TO BISHOPS**

Dear Bishop_____:

As you may recall, the Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case on February 17, 2009 and the Bankruptcy Court has approved a program for providing legal notice of the last day to file claims against SJOP (i.e. November 30, 2009).  I have agreed in the bankruptcy proceeding that I would sincerely ask you to have your pastors, parish administrators and school officials post the enclosed notice on the public bulletin boards of your parishes and schools and to maintain that posting until November 30.  I sincerely request  your assistance in helping me and SJOP to fulfill SJOP's desire to provide legal notice to those who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.    I also sincerely request that you have the legal notice published in parish newsletters and bulletins and school newspapers throughout the notice period, which ends on November 30.

I will be reporting back on the responses I have received to this request so I would appreciate hearing from you on whether you will assist me and SJOP in its commitment to the Court and to those who may have claims for abuse.

I thank you for your assistance. Keep us in your prayers.

Patrick Lee, S.J.

Provincial

**MESSAGE TO JESUIT PRIESTS IN DIOCESAN MINISTRIES**

Dear Fr. _____:

As you may recall, the Society of Jesus, Oregon Province ("SJOP") filed a Chapter 11 bankruptcy case on February 17, 2009 and the Bankruptcy Court has approved a program for providing legal notice of the last day to file claims against SJOP (i.e. November 30, 2009).   As part of that noticing program,  I have sincerely asked the bishop in the diocese where you are assigned to have the pastors,  parish administrators and school officials post the enclosed notice on the public bulletin boards of the parishes and schools and to maintain that posting until November 30.  I also sincerely requested that the bishop have the legal notice published in parish newsletters and bulletins and school newspapers throughout the notice period, which ends on November 30.

I sincerely request  your assistance in helping me and SJOP fulfill SJOP's desire to provide legal notice to those who may have suffered physical, mental or sexual abuse for which SJOP may have some legal responsibility.    If you have not heard from your bishop, please contact him to ascertain whether you may post and publish the notices as I have requested.

I thank you for your assistance. Keep us in your prayers.

Patrick Lee, S.J.

Provincial

## Oregon

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| Albany Democrat-Herald/Corvallis G-T | $ 1,245.18 | $ 1,245.18 | $ 2,490.36 | 30,000 | 29,100 |
| Ashland Daily Tidings | $ 674.47 | $ 674.47 | $ 1,348.94 | 3,700 | 3,589 |
| The Daily Astorian | $ 631.85 | $ 631.85 | $ 1,263.70 | 8,500 | 8,245 |
| Bend Bulletin | $ 1,834.41 | $ 1,834.41 | $ 3,668.82 | 35,780 | 34,707 |
| Coos Bay World | $ 478.80 | $ 478.80 | $ 957.60 | 20,000 | 19,400 |
| Eugene Register-Guard | $ 1,091.16 | $ 1,091.16 | $ 2,182.32 | 69,000 | 66,930 |
| Grants Pass Daily Courier | $ 405.72 | $ 405.72 | $ 811.44 | 16,300 | 15,811 |
| Klamath Falls Herald & News | $ 827.52 | $ 827.52 | $ 1,655.04 | 15,200 | 15,000 |
| Medford Mail Tribune | $ 1,231.84 | $ 1,231.84 | $ 2,463.68 | 34,700 | 33,659 |
| Pendelton East Oregonian | $ 778.24 | $ 778.24 | $ 1,556.48 | 36,000 | 34,920 |
| The Dalles Chronicle | $ 320.56 | $ 320.56 | $ 641.12 | 5,500 | 5,335 |
| The Oregonian - weekday | $ 5,439.49 | $ 5,439.49 | $ 10,878.98 | 325,000 | 276,250 |
| Roseburg News-Review | $ 469.91 | $ 469.91 | $ 939.82 | 21,450 | 20,807 |
| Salem Statesman-Journal | $ 1,560.55 | $ 1,560.55 | $ 3,121.10 | 53,238 | 51,641 |
| **Total Oregon Costs** | **$ 16,989.70** | **$ 16,989.70** | **$ 33,979.40** | 674,368 | 615,393 |

## Idaho

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Boise Idaho Statesman | $ 3,057.35 | $ 3,057.35 | $ 6,114.70 | 81,040 | 78,609 | |
| Coeur d'Alene Press | $ 1,325.21 | $ 1,325.21 | $ 2,650.42 | 31,000 | 30,070 | |
| Idaho Post Falls Register | $ 611.47 | $ 611.47 | $ 1,222.94 | 24,000 | 23,280 | |
| Lewiston Morning Tribune | $ 746.36 | $ 746.36 | $ 1,492.72 | 26,000 | 25,220 | |
| Moscow-Pullman Daily News | $ 520.31 | $ 520.31 | $ 1,040.62 | | 7,500 | M-Sat only |
| Nampa Idaho Press-Tribune | $ 457.31 | $ 457.31 | $ 914.62 | 23,200 | 22,504 | |
| Pocatello Idaho State Journal | $ 591.46 | $ 591.46 | $ 1,182.92 | 18,500 | 17,945 | |
| Sandpoint Bonner Co Daily Bee | $ 240.14 | $ 240.14 | $ 480.28 | | | see CDA Press |
| Twin Falls Times-News | $ 551.81 | $ 551.81 | $ 1,103.62 | 24,005 | 23,285 | |
| **Total Idaho Costs** | **$ 8,101.42** | **$ 8,101.42** | **$ 16,202.84** | 227,745 | 228,413 | |

## Montana

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| *Billings Gazette (Daily)* | | | | | |
| *Butte Montana Standard (Daily)* | | | | | |
| *Hamilton Ravalli Republic (M-F)* | | | | | |
| *Helena Independent (Daily)* | | | | | |
| *Missoula Missoulian (Daily)* | | | | | |
| *5-Paper Group Buy* | $ 5,490.45 | $ 5,490.45 | $ 10,980.90 | 124,973 | 121,224 |
| Bozeman Daily Chronicle | $ 558.11 | $ 558.11 | $ 1,116.22 | 18,000 | 17,500 |
| Great Falls Tribune | $ 1,599.09 | $ 1,599.09 | $ 3,198.18 | 31,700 | 30,749 |
| Kalispell Daily Inter Lake | $ 761.67 | $ 761.67 | $ 1,523.34 | 21,100 | 20,000 |
| **Total Montana Costs** | **$ 8,409.32** | **$ 8,409.32** | **$ 16,818.64** | 195,773 | 189,473 |

Prepared by: PARADISE MEDIA, INC.
Contact: Stephanie Riess, 541-302-9600 / stephanie@paradisemediainc.com

Exhibit 5, Page 14 of 17

1

Revised: 6/9/09

PDF created with pdfFactory trial version www.pdffactory.com

## Washington

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Aberdeen Daily World | $ 720.79 | $ 720.79 | $ 1,441.58 | 12,600 | 12,222 | |
| Bellingham Herald | $ 1,625.40 | $ 1,625.40 | $ 3,250.80 | 27,500 | 26,675 | |
| Bremerton Sun | $ 1,707.60 | $ 1,707.60 | $ 3,415.20 | 31,950 | 30,992 | |
| Ellensburg Daily Record | $ 459.53 | $ 459.53 | $ 919.06 | | 6,000 | M-Sat only |
| Everett Herald | $ 1,938.51 | $ 1,938.51 | $ 3,877.02 | 52,226 | 50,659 | |
| Tri-City Herald (Kenn/Pasco/Richland) | $ 1,411.20 | $ 1,411.20 | $ 2,822.40 | 45,292 | 43,933 | |
| Longview Daily News | $ 1,035.72 | $ 1,035.72 | $ 2,071.44 | 21,000 | 20,370 | |
| Columbia Basin Herald (Moses Lake) | $ 551.81 | $ 551.81 | $ 1,103.62 | 8,500 | 8,245 | |
| The Olympian | $ 2,520.00 | $ 2,520.00 | $ 5,040.00 | 37,228 | 36,111 | |
| Peninsula Daily News (Port Angeles) | $ 1,037.65 | $ 1,037.65 | $ 2,075.30 | 17,572 | 17,045 | |
| Seattle Times | $ 8,221.50 | $ 8,221.50 | $ 16,443.00 | 450,000 | 436,500 | |
| Spokesman-Review | $ 1,534.98 | $ 1,534.98 | $ 3,069.96 | 110,000 | 106,700 | |
| Sunnyside Daily Sun News | $ 333.53 | $ 333.53 | $ 667.06 | | 4,000 | M-F only |
| Tacoma News Tribune | $ 4,446.54 | $ 4,446.54 | $ 8,893.08 | 126,000 | 122,220 | |
| The Columbian (Vancouver, WA) | $ 2,462.19 | $ 2,462.19 | $ 4,924.38 | 52,000 | 50,440 | |
| Walla Walla Union-Bulletin | $ 744.98 | $ 744.98 | $ 1,489.96 | 15,300 | 14,841 | |
| Wenatchee World | $ 1,127.70 | $ 1,127.70 | $ 2,255.40 | 25,201 | 24,445 | |
| Yakima Herald-Republic | $ 783.79 | $ 783.79 | $ 1,567.58 | 38,190 | 37,044 | |
| **Total Washington Costs** | **$ 32,663.42** | **$ 32,663.42** | **$ 65,326.84** | 1,070,559 | 1,048,442 | |

## Alaska

| Publication | 1st Insertion Mon, 6/15/09 | 2nd Insertion Wed, 9/9/09 | Total Cost | Sunday Circulation | Wkday Circulation | |
|---|---|---|---|---|---|---|
| Anchorage Daily News | $ 4,417.88 | $ 4,417.88 | $ 8,835.76 | 89,423 | 86,740 | |
| Fairbanks Daily News-Miner | $ 815.22 | $ 815.22 | $ 1,630.44 | 30,000 | 18,000 | |
| Juneau Empire (Sun-Fri only) | $ 814.28 | $ 814.28 | $ 1,628.56 | 6,500 | 5,500 | |
| Kenai Peninsula Clarion (Mon-Sat only) | $ 634.73 | $ 634.73 | $ 1,269.46 | | 5,980 | |
| Ketchikan Daily News | $ 497.70 | $ 497.70 | $ 995.40 | 4,600 | 4,462 | |
| Kodiak Daily Mirror | $ 401.63 | $ 401.63 | $ 803.26 | 3,300 | 3,201 | |
| Sitka Daily Sentinel | $ 396.90 | $ 396.90 | $ 793.80 | 3,025 | 2,934 | |
| Tundra Drums (Bethel area) - Weekly-Thurs | $ 588.24 | $ 588.24 | $ 1,176.48 | | 2,030 | (2 col.x10") |
| **Total Alaska Costs** | **$ 8,566.58** | **$ 8,566.58** | **$ 17,133.16** | 136,848 | 128,848 | |

PDF created with pdfFactory trial version www.pdffactory.com

## Jesuit Education Center Cities

| Publication | 1st Insertion Mon, 6/15/00 | | Total Cost | Sunday Circulation | Wkday Circulation |
|---|---|---|---|---|---|
| Boston Globe | $ 17,136.00 | $ - | $ 17,136.00 | 503,660 | 323,980 |
| Chicago Tribune | $ 14,971.76 | $ - | $ 14,971.76 | 858,250 | 501,200 |
| Columbus Dispatch (OH) | $ 10,058.27 | $ - | $ 10,058.27 | 334,422 | 209,232 |
| Dallas Morning News (TX) | $ 20,475.00 | $ - | $ 20,475.00 | 483,840 | 338,930 |
| Denver Post (CO) | $ 19,158.30 | $ - | $ 19,158.30 | 520,000 | 390,000 |
| Evansville Courier & Press (IN) | $ 4,228.88 | $ - | $ 4,228.88 | 94,320 | 74,770 |
| Milwakee Journal Sentinel (WI) | $ 10,930.50 | $ - | $ 10,930.50 | 360,000 | 200,000 |
| New Orleans Times-Picayune | $ 7,820.40 | $ - | $ 7,820.40 | 190,684 | 210,643 |
| New York Times (NYC only) | $ 47,628.00 | $ - | $ 47,628.00 | 761,732 | 542,238 |
| Omaha World-Herald (NE) | $ 5,103.00 | $ - | $ 5,103.00 | 209,000 | 160,000 |
| Rapid City Journal (SD) | $ 2,616.08 | $ - | $ 2,616.08 | 33,233 | 29,388 |
| Reno Gazette-Journal | $ 3,809.93 | $ - | $ 3,809.93 | 65,000 | 55,000 |
| St. Louis Post-Dispatch | $ 18,547.83 | $ - | $ 18,547.83 | 418,974 | 298,864 |
| San Francisco Chronicle | $ 19,309.50 | $ - | $ 19,309.50 | 425,000 | 375,000 |
| St. Petersburg Times (FL) | $ 20,160.00 | $ - | $ 20,160.00 | 408,600 | 307,900 |
| Tampa Tribune (FL) | $ 13,702.50 | $ - | $ 13,702.50 | 277,400 | 208,800 |
| Toledo Blade (OH) | $ 4,248.72 | $ - | $ 4,248.72 | 145,000 | 130,000 |
| Washington Post (DC) | $ 26,964.00 | $ - | $ 26,964.00 | 912,433 | 666,434 |
| Toronto Star (Canada) converted to US Dollars | $ 15,687.00 | $ - | $ 15,687.00 | 335,700 | 361,900 |
| **Total JECC Costs** | **$ 282,555.67** | **$ -** | **$ 282,555.67** | 7,337,248 | 5,384,279 |

## Native American Publications

| Publication | 1st Insertion July | 2nd Insertion September | 3rd Insertion October | Total Cost | Circulation | |
|---|---|---|---|---|---|---|
| Alaska Star (Weekly - Thursday) AK | $ 776.47 | $ 776.47 | $ 776.47 | $ 2,329.41 | 8,000 | Eagle River & Chugiak |
| The Nome Nugget (Weekly - Thursday) AK | $ 635.29 | $ 635.29 | $ 635.29 | $ 1,905.87 | 6,000 | |
| Char-Koosta News (Weekly - Thursday) MT | $ 142.50 | $ 142.50 | $ 142.50 | $ 427.50 | 4,000 | Salish & Kootenai Tribes |
| Confederated Umatilla Journal (monthly) OR | $ 95.00 | $ 95.00 | $ 95.00 | $ 285.00 | 7,000 | Pendleton area |
| Indian Country Today (Weekly) National | $ 917.65 | $ 917.65 | $ 917.65 | $ 2,752.95 | 7,900 | MT, ID, OR, WA & AK |
| The Chronicle (Omak, WA) | $ 448.50 | $ 448.50 | $ 448.50 | $ 1,345.50 | 17,000 | published weekly; deadline ea Fri, 3pm |
| Council Fires (Coeur d'Alene, ID) | $ 246.75 | $ 246.75 | $ 246.75 | $ 740.25 | 1,500 | published monthly; deadline 20th mo prior |
| Tribal Tribune (Colville, WA) | $ 237.83 | $ 237.83 | $ 237.83 | $ 713.49 | 4,800 | published monthly; deadline 21st mo prior |
| Nez Perce Paper (Ta'c Tito'oqan) - ID | $ 195.00 | $ 195.00 | $ 195.00 | $ 585.00 | 1,800 | published weekly; deadline 20th mo prior |
| Havre Daily News (Ft. Belknap, MT) | $ 372.00 | $ 372.00 | $ 372.00 | $ 1,116.00 | 4,400 | published daily; deadline 5 days prior |
| Montana Standard, SW Montana | $ 1,039.50 | $ 1,039.50 | $ 1,039.50 | $ 3,118.50 | 14,500 | published daily; deadline 5 days prior |
| Fort Peck Journal, Poplar, MT | $ 252.00 | $ 252.00 | $ 252.00 | $ 756.00 | 1,950 | published weekly; deadline ea Tues, noon |
| Glacier Reporter, NW MT | $ 526.50 | $ 526.50 | $ 526.50 | $ 1,579.50 | 6,675 | published Wed; deadline ea Mon, 9am |
| See-Yaht-Sub, Tulalip Tribe, Western WA | $ 150.00 | $ 150.00 | $ 150.00 | $ 450.00 | 4,000 | published weekly; deadline ea Fri prior |
| Big Horn County News, Hardin MT | $ 186.00 | $ 186.00 | $ 186.00 | $ 558.00 | 2,300 | published Wed; deadline ea Friday, 4pm |
| Sho-Ban News, ID | $ 427.50 | $ 427.50 | $ 427.50 | $ 1,282.50 | 1,800 | published weekly; deadline ea Friday, 4pm |
| Fort Belknap News, MT | $ 118.13 | $ 118.13 | $ 118.13 | $ 354.39 | 1,000 | next issue is June 19; deadline June 15 |
| Delta Discovery, Alaska Delta area | $ 625.28 | $ 625.28 | $ 625.28 | $ 1,875.84 | 5,000 | published Wed; deadline ea Friday, noon |
| Native Sun News, Rapid City , SD | $ 567.00 | $ 567.00 | $ 567.00 | $ 1,701.00 | 8,000 | published weekly; deadline ea Friday, noon |
| **Total Native American Pub Costs** | **$ 7,958.90** | **$ 7,958.90** | **$ 7,958.90** | **$ 23,876.70** | 107,625 | |

Prepared by: PARADISE MEDIA, INC.
Contact: Stephanie Riess, 541-302-9600 / stephanie@paradisemediainc.com

3

Revised: 6/9/09

PDF created with pdfFactory trial version www.pdffactory.com

## Catholic Newspapers

| Publication | 1st Insertion June or July | 2nd Insertion September | Total Cost | | Circulation | Distribution |
|---|---|---|---|---|---|---|
| Catholic Sentinel (Portland, OR) | $ 606.38 | $ 606.38 | $ 1,212.76 | | 7,500 | 148 parishes in Oregon |
| The Catholic Progress (Seattle) | $ 907.93 | $ 907.93 | $ 1,815.86 | | 11,000 | |
| Inland Register (Spokane, WA) | $ 638.40 | $ 638.40 | $ 1,276.80 | | 12,000 | Eastern Washington State |
| Catholic Anchor (Anchorage, AK) | $ 592.94 | $ 592.94 | $ 1,185.88 | | 12,000 | mailed, plus hospitals,UofAK,biz |
| Idaho Catholic Register (Boise, ID) | $ 376.43 | $ 376.43 | $ 752.86 | | 16,500 | ID, Eastern OR & Eastern WA |
| The Montana Catholic (Helena, MT) | $ 370.40 | $ 370.40 | $ 740.80 | | 8,500 | No.Central & Western Montana |
| The Harvest (Great Falls/Billings, MT) | $ 618.00 | $ 618.00 | $ 1,236.00 | | 17,500 | half-page = 75 inches |
| **Catholic University Newspapers** | | | | | | |
| Gonzaga Bulletin (WA) | | $ 396.00 | $ 396.00 | | 3,000 | 5,000 students/900 faculty & staff |
| Seattle University Spectator (WA) | | $ 680.00 | $ 680.00 | | 2,000 | 7,500 students/1,500 faculty & staff |
| **Total Catholic Newspaper Costs** | **$ 4,110.48** | **$ 5,186.48** | **$ 9,296.96** | | 90,000 | |

## National Publications

| Publication | 1st Insertion Fri, 6/19/09 | 2nd Insertion Fri, 9/11/09 | Total Cost | | Circulation | |
|---|---|---|---|---|---|---|
| USA Today (Fri-Sun edition) | $ 58,400.00 | $ 58,400.00 | $ 116,800.00 | | 2,560,531 | Fri-Sun Edition |
| **Total National Pub Costs** | **$ 58,400.00** | **$ 58,400.00** | **$ 116,800.00** | | 2,560,531 | |

| Public Radio - Alaska | Proposed Air Dates 6/22-6/28/09 | Proposed Air Dates 9/8-9/20/09 | Rate | Total Cost | | |
|---|---|---|---|---|---|---|
| Alaska Public Radio Network | 15 | 30 | $ 236.00 | $ 10,620.00 | Recommend 3 times/day dates shown |
| KNOM Public Radio (Western Alaska)* | 15 | 30 | $ 85.00 | $ 3,825.00 | Recommend 3 times/day dates shown |
| KYUK Public Radio (Bethel) | 15 | 30 | $ 22.00 | $ 990.00 | Recommend 3 times/day dates shown |
| **Total Public Announcements** | **45** | **90** | | **$ 15,435.00** | |

*KNOM requires a $225 production fee for each script used, not calculated into total cost.

| Recap: | Total Cost | Est Circulation | |
|---|---|---|---|
| Oregon | $ 33,979.40 | 674,368 | 615,393 |
| Idaho | $ 16,202.84 | 227,745 | 228,413 |
| Montana | $ 16,818.64 | 195,773 | 189,473 |
| Washington | $ 65,326.84 | 1,070,559 | 1,048,442 |
| Alaska | $ 17,133.16 | 136,848 | 128,848 |
| Jesuit Education Center Cities | $ 282,555.67 | 7,337,248 | 5,384,279 |
| Native American Pubs | $ 23,876.70 | 107,625 | 107,625 |
| Catholic Newspapers & Univ Pubs | $ 9,296.96 | 90,000 | 90,000 |
| National Pubs - USA Today | $ 116,800.00 | 2,560,531 | 2,560,531 |
| Public Radio - Alaska | $ 15,435.00 | | |
| Public Radio - WA, OR, ID, MT | $ - | | |
| **Grand Total Media Cost** | **$ 597,425.21** | **12,400,697** | **10,353,004** |
| | | Sunday | Weekday |

Prepared by: PARADISE MEDIA, INC.
Contact: Stephanie Riess 541-302-9600 • stephanie@paradisemediainc.com

Revised: 6/9/09

PDF created with pdfFactory trial version www.pdffactory.com

LEGAL NOTICE

## - SOCIETY OF JESUS, OREGON PROVINCE BANKRUPTCY -

# NOTICE OF DEADLINE TO FILE CLAIMS

IF YOU SUFFERED INJURY BY PHYSICAL, MENTAL, OR SEXUAL ABUSE OR MISCONDUCT BY A JESUIT PRIEST OR OTHER PERSON FOR WHICH YOU CLAIM THE SOCIETY OF JESUS, OREGON PROVINCE HAS SOME RESPONSIBILITY, OR IF YOU HAVE ANY OTHER REASON TO ASSERT A CLAIM AGAINST THE SOCIETY OF JESUS, OREGON PROVINCE, YOU MUST ACT NOW TO FILE YOUR CLAIM

**THE LAST DAY TO FILE CLAIMS IS NOVEMBER 30, 2009**

**SOCIETY OF JESUS, OREGON PROVINCE (the 'Debtor") has filed for Chapter 11 bankruptcy protection (United States Bankruptcy Court for the District of Oregon, Case No. 09-30938-elp11). The Bankruptcy Court has ordered that all persons with a claim for damages against the SOCIETY OF JESUS, OREGON PROVINCE for injuries resulting from sexual, mental, or physical misconduct or abuse, or for any other reason, must file a claim <u>on or before November 30, 2009</u>.**

You must complete and file a proof of claim if: (1) you contend that the Debtor is responsible for any injury or other damages to you because you claim that you were injured by physical, mental, or sexual abuse or misconduct, whether by a priest, other clergy, a worker, a volunteer, an employee or other person or entity within the states of Alaska, Idaho, Montana, Oregon, and Washington (the "Oregon Province Territory") for which you claim the Debtor has some responsibility; or through such acts that occurred outside the Oregon Province Territory for which you claim the Debtor has some responsibility; or (2) if you have a claim against the Debtor for any other reason.

For more information, or to receive a long form Notice of Claims Bar Date and Proof of Claim Form write to: Society of Jesus Oregon Province Case, c/o BMC Group, Inc.,  PO Box 3020, Chanhassen, MN 55317-2011, call the toll free number listed below, or visit the website set forth below.

## 1-888-909-0100
## www.bmcgroup.com/sjop

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK  99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK  99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA  98837

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

Michelle Menely, Esq.
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA  98101-4185

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA  99201

Raymond F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg #210
618 West Riverside
Spokane, WA 99201

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK  99559

And: ECF Participants