Below is an Order of the Court.

**IT IS FURTHER ORDERED that "on the terms set forth therein" is striken from the order.  The court is not approving employment nunc pro tunc to the date of the petition.  Employment is effective on the date the application was filed with the court.  Employment nunc pro tunc to an earlier date requires additional notice and an opportunity to object.  In addition, the court is not appproving the hourly rates specified in the application.**

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,<br><br>Debtor. | Case No. 09-30938-elp11<br><br>ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTOR<br>(Rothgerber Johnson & Lyons LLP) |

This matter was considered by the Court upon the Application (the "Application") of Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation ("Debtor"), for Authority to Employ Special Counsel (Rothgerber Johnson & Lyons LLP), and based upon the Rule 2014 Verified Statement of Proposed Professional filed herein, indicating that Rothgerber Johnson & Lyons LLP ("Rothgerber Johnson") represents no interest adverse to the Debtor or to the estate on the matters upon which the firm is to be engaged, and that the firm's employment is necessary and would be in the best interest of the estate, it is

**Page 1 of 2 –** ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTOR (Rothgerber Johnson & Lyons LLP)

1  **ORDERED**:

2  The Application is granted on the terms set forth therein, and the Rothgerber

3  Johnson firm is hereby appointed as special counsel on the terms set forth in the

4  Application, and compensation will be in accordance with 11 USC § 330.

5  # # #

6

7  PRESENTED BY:

   SUSSMAN SHANK LLP

8

   */s/ Thomas W. Stilley*

9  _____
   Thomas W. Stilley, OSB No. 88316
10 Howard M. Levine, OSB No. 80073
   Susan S. Ford, OSB No. 84220
11 Attorneys for Debtor and Debtor-In-Possession

12

   c: ECF Participants
13    Parties on Attached List

14

15

16

   F:\CLIENTS\19620\004\PLEADINGS\P-ORDER APPROVING EMPLOYMENT (ROTHGERBER).DOC
17

18

19

20

21

22

23

24

25

26

**Page 2 of 2 –** ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR DEBTOR (Rothgerber Johnson & Lyons LLP)

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK  99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK  99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA  98837

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

Michelle Menely, Esq.
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA  98101-4185

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA  99201

Raymond F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg #210
618 West Riverside
Spokane, WA 99201

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK  99559

James R. Murray
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006-5403

And:
ECF Participants