1  James I. Stang (CA Bar No. 94435)
   Hamid R. Rafatjoo (CA Bar No. 181564)
2  Pamela E. Singer (OSB 89423)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: (310) 277-6910
   Facsimile: (310) 201-0760
5
6  Attorneys for the Official Committee of Unsecured
   Creditors

7              IN THE UNITED STATES BANKRUPTCY COURT

8                         DISTRICT OF OREGON

9  In re:                                  Case No.: 09-30938-elp11

10 SOCIETY OF JESUS, OREGON PROVINCE, an
   Oregon domestic nonprofit religious corporation,

11                                         **NOTICE OF FILING OF FEE
                                           STATEMENT OF LECG, LLC FOR
12                    Debtor               THE PERIOD JUNE 1, 2009 THROUGH
                                           JUNE 30, 2009**
13

14

15     **PLEASE TAKE NOTICE,** that pursuant to the Order Establishing procedures for

16 Payment Of Interim Professional Fees and Expenses On A Monthly Basis [Docket No. 193] (the

17 "Fee Procedures Order"), LECG, LLC ("LECG"), financial advisors for the Official Committee

18 of Unsecured Creditors (the "Creditors Committee"), attaches its fee statement which covers the

19 period June 1, 2009 through June 30, 2009 (the "Fee Statement").

20     Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is

21 as follows:

22     1.     On or before the 15th day of each month, any of the professionals seeking payment

23 from the bankruptcy estate may submit to the Debtor a statement for fees and expenses incurred

24 in the previous month or earlier.

25     2.     Any party-in-interest who objects to payment of a particular statement shall, on or

26 before the last day of the month in which the statement was filed and served, file with the Court,

27 and serve on the professional requesting payment and (a) the attorneys for the Debtor (except for

28 any special counsel to the Debtor); (b) the attorneys and chairperson of the Committee; (c) the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

United States Trustee; and (d) all parties requesting special notice (collectively, the "Notice Parties"), a written objection to all or part of the fees or expenses requested in the statement.  In the event an objection is filed, the Debtor shall not pay such statement without further order the Court.

3.    If a timely objection is not filed, either (a) the Debtor shall, pursuant to its normal accounts payable procedures for its monthly statements, pay or (b) the professional shall apply any unexhausted retainer in its possession to pay, 80% of the fees and 100% of the expenses requested in such statement.  If applicable, fees and expenses shall first be paid from a retainer balance before they are paid by the Debtor.

4.    Neither the failure to object to nor the payment or nonpayment of any portion of the requested monthly interim compensation and expenses shall bind any creditor, party-in-interest, or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses.

5.    In this fee statement covering the period June 1, 2009 through June 30, 2009, the time expended on this matter by LECG resulted in $65,209.00 in fees and $422.41 in expenses, for a total of $65,631.41.  See Exhibit A hereto for the itemized detail of the time expended and expenses incurred.  If a timely objection is not filed, the Debtors shall pay LECG the sum of $52,589.61 (which is 80% of the fees expended, plus 100% of the expenses incurred) or such other sum as is authorized under the Fee Procedures Order.

NOTICE OF FILING FEE STATEMENT OF LECG

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.      The balance of $13,041.80 (or such higher amounts as may be applicable due to the Debtor's inability to pay the fees and expenses requested herein) represents the "hold-back" for which LECG will seek payment in its final fee application, or at such other time as may be authorized by the Court.

Dated:      January 15, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Hamid R. Rafatjoo
_____
James I. Stang (CA Bar No. 94435)
Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for Official Committee of Unsecured
Creditors

NOTICE OF FILING FEE STATEMENT OF LECG

46352-002\DOCS_LA:214270.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT "A"

EXHIBIT "A"

James Stang, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th FL
Los Angeles, CA 90067-4100

January 14, 2010

socje-26194
Invoice # 113683

Via email:

---

**Re:    In re: Society of Jesus, Oregon Province, Debtor**

Services Rendered From June 1, 2009 Through June 30, 2009

| | | | |
|---|---|---|---|
| Professional Services | | $ | 65,209.00 |
| Expenses Incurred | | | 422.41 |
| Current Charges | | | 65,631.41 |
| Balance Forward: | | | |
| Invoice #  113679 | - dated  01/14/10 | | 8,056.50 |
| Invoice #  113680 | - dated  01/14/10 | | 6,078.00 |
| **Balance Due** | | $ | **79,765.91** |

AMOUNTS ARE STATED IN U.S. DOLLARS

**PAYMENT IS DUE BY FEBRUARY 13, 2010**

Please direct questions regarding this invoice to Evelyn Perry at (801) 364-6233.  For a copy of our W9 please go to www.lecg.com/W9.

**Please remit payments by check to:**

LECG, LLC
P.O. Box 952423
St. Louis, MO 63195-2423

**Please remit payments by wire to:**

U.S. Bank
Account Name:  LECG, LLC
ABA#: 123000848
Acct#: 1539-1001-1995
1-866-422-1076
Remittance advices are to be sent to **remit@lecg.com**

LECG, LLC
Corporate Address  2000 Powell St., Ste. 600  Emeryville, CA 94608
Do not remit payments to this address.  Please see above for payment remit to address.
Corporate Main  (510) 985-6700
Tax I.D.  #94-3370415



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

## PROFESSIONAL SERVICES

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Director** |  |  |  |
| Todd Neilson | 600.00 | 11.20 | 6,720.00 |
| Wayne Elggren | 600.00 | 1.80 | 1,080.00 |
| David Judd | 540.00 | 1.10 | 594.00 |
| Paul Shields | 470.00 | 30.60 | 14,382.00 |
| Todd Neilson | 300.00 | 4.40 | 1,320.00 |
| Paul Shields | 235.00 | 1.80 | 423.00 |
|  |  |  |  |
| **Sr. Managing Consultant** |  |  |  |
| Matt Babcock | 340.00 | 44.60 | 15,164.00 |
|  |  |  |  |
| **Trustee Admin.** |  |  |  |
| Victoria Doran | 200.00 | 0.30 | 60.00 |
|  |  |  |  |
| **Consultant** |  |  |  |
| Daniel Noble | 295.00 | 34.40 | 10,148.00 |
|  |  |  |  |
| **Associate** |  |  |  |
| Garrit Dahl | 215.00 | 31.80 | 6,837.00 |
|  |  |  |  |
| **Research Analyst** |  |  |  |
| Travis Reeves | 185.00 | 27.70 | 5,124.50 |
|  |  |  |  |
| **Case Assistant** |  |  |  |
| Connie Allred | 155.00 | 6.60 | 1,023.00 |
|  |  |  |  |
| **Case Analyst** |  |  |  |
| Adrienne Versteeg | 145.00 | 11.70 | 1,696.50 |
|  |  |  |  |
| **Case Assistant** |  |  |  |
| Evelyn Perry | 120.00 | 0.30 | 36.00 |
|  |  |  |  |
| **Case Analyst** |  |  |  |
| Rowen Dizon | 120.00 | 4.30 | 516.00 |
|  |  |  |  |
| **Case Assistant** |  |  |  |
| Katherine McKee | 85.00 | 1.00 | 85.00 |
| **Total Professional Services** |  | **213.60** | **65,209.00** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

**TASK CODE SUMMARY**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01.0 | Prepare Analysis of Assets | 33.00 | $9,050.50 |
| 01.1 | Prepare Analysis of Real Property | 134.20 | $37,620.50 |
| 02.0 | Prepare Work Plans and Procedures | 2.20 | $764.50 |
| 06.0 | Prepare for and Meet with Attorneys | 0.40 | $240.00 |
| 07.0 | General Reading and Analysis of Documents | 3.80 | $628.00 |
| 09.0 | Attendance at Creditor Committee Meetings | 14.30 | $7,605.00 |
| 22.0 | Analysis of Province Financial Information | 18.60 | $7,497.50 |
| 32.0 | Employment and Fee Application Matters | 0.60 | $96.00 |
| 33.0 | General Case Administration | 0.70 | $84.00 |
| 41.0 | Billable Travel | 5.80 | $1,623.00 |
| | **Total Professional Services** | **213.60** | **$65,209.00** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

**Task Code: 01.0**          **Prepare Analysis of Assets**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/02/09 | Neilson, Todd | Analyzed material ▮▮▮▮▮▮ concerning assets of Province and provided same to other accountants for review and subsequent meetings. | 0.70 | 600.00 | 420.00 |
| 06/15/09 | Noble, Daniel | Reviewed and organized financial information related to annuities and audited financial reports for 2005 - 2008 and bank statements for same period. | 1.50 | 295.00 | 442.50 |
| 06/16/09 | Noble, Daniel | Reviewed and organized financial information related to annuities and audited financial reports for 2005 - 2008. | 2.50 | 295.00 | 737.50 |
| 06/17/09 | Neilson, Todd | Spoke with staff as to annuity analysis. | 0.40 | 300.00 | 120.00 |
| 06/17/09 | Noble, Daniel | Spoke with expert to discuss annuity analysis. | 0.40 | 295.00 | 118.00 |
| 06/17/09 | Noble, Daniel | Met with staff to discuss task of reviewing annuity documents provided. | 0.50 | 295.00 | 147.50 |
| 06/17/09 | Noble, Daniel | Analyzed document received regarding securities statements for Annuity Fund of the Society of Jesus Oregon Province. | 3.20 | 295.00 | 944.00 |
| 06/17/09 | Allred, Connie | Reviewed and analyzed Annuity Fund participant contracts for 14 participants. | 1.90 | 155.00 | 294.50 |
| 06/18/09 | Noble, Daniel | Analyzed documents received regarding annuities being paid by Society of Jesus Oregon Province. | 2.10 | 295.00 | 619.50 |
| 06/18/09 | Allred, Connie | Reviewed and analyzed Annuity Fund participant contracts for 54 participants. | 3.90 | 155.00 | 604.50 |
| 06/19/09 | Noble, Daniel | Analyzed and reviewed documents related to annuities and annuitant contracts. | 3.20 | 295.00 | 944.00 |
| 06/19/09 | McKee, Katherine | Review and analyzed annuity records. | 1.00 | 85.00 | 85.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/22/09 | Neilson, Todd | Discussions as to SOJ annuity and conference call to discuss continued analysis and procedures. | 0.40 | 600.00 | 240.00 |
| 06/22/09 | Noble, Daniel | Reviewed audited financial statements of Society of Jesus for 2004-2008 for information related to Annuity Fund. | 1.80 | 295.00 | 531.00 |
| 06/22/09 | Noble, Daniel | Reviewed brokerage account information related to Annuity Fund for 2004 - 2009. | 2.10 | 295.00 | 619.50 |
| 06/22/09 | Noble, Daniel | Participated in conference call with expert and counsel to discuss findings. | 0.80 | 295.00 | 236.00 |
| 06/22/09 | Noble, Daniel | Met with tax expert to discuss payments made out of annuity account for 945 payments and corresponded with counsel regarding same. | 0.30 | 295.00 | 88.50 |
| 06/23/09 | Noble, Daniel | Analyzed annuity agreements for annuitants and calculated amounts paid in and periodic payments required. | 2.40 | 295.00 | 708.00 |
| 06/23/09 | Noble, Daniel | ▉▉▉▉▉▉▉▉▉▉ | 1.10 | 295.00 | 324.50 |
| 06/23/09 | Noble, Daniel | Prepared analysis of final year account activity for annuity fund. | 2.30 | 295.00 | 678.50 |
| 06/29/09 | Noble, Daniel | Met with staff to discuss case findings and discuss further tasks to perform. | 0.50 | 295.00 | 147.50 |
| | | | **33.00** | | **9,050.50** |

**Task Code: 01.1**                **Prepare Analysis of Real Property**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/17/09 | Shields, Paul | Met with staff regarding real property▉▉▉▉▉ | 0.30 | 470.00 | 141.00 |
| 06/17/09 | Babcock, Matt | Analyzed real property holdings detailed on Schedule A▉▉▉ ▉▉▉▉▉▉▉▉ | 0.80 | 340.00 | 272.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/18/09 | Shields, Paul | Evaluated status | 0.20 | 470.00 | 94.00 |
| 06/18/09 | Shields, Paul | Evaluated issues associated with | 1.00 | 470.00 | 470.00 |
| 06/18/09 | Babcock, Matt | Analyzed real property holdings detailed on Schedule A | 4.40 | 340.00 | 1,496.00 |
| 06/18/09 | Noble, Daniel | Met with staff to discuss | 1.20 | 295.00 | 354.00 |
| 06/18/09 | Dahl, Garrit | Analyzed | 1.10 | 215.00 | 236.50 |
| 06/18/09 | Dahl, Garrit | Analyzed | 1.20 | 215.00 | 258.00 |
| 06/18/09 | Dahl, Garrit | Analyzed real property listed on Schedule A by address | 1.50 | 215.00 | 322.50 |
| 06/18/09 | Versteeg, Adrienne | Organized and compiled | 2.30 | 145.00 | 333.50 |
| 06/19/09 | Shields, Paul | Evaluated issues relating to | 0.90 | 470.00 | 423.00 |
| 06/19/09 | Babcock, Matt | Analyzed real property holdings detailed on Schedule A | 4.70 | 340.00 | 1,598.00 |
| 06/19/09 | Dahl, Garrit | Analyzed properties | 1.70 | 215.00 | 365.50 |
| 06/19/09 | Dahl, Garrit | Analyzed properties listed on Schedule A by parcel number | 2.60 | 215.00 | 559.00 |
| 06/19/09 | Dahl, Garrit | Analyzed properties | 2.00 | 215.00 | 430.00 |
| 06/19/09 | Reeves, Travis | | 1.20 | 185.00 | 222.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/19/09 | Versteeg, Adrienne | Organized and compiled | 2.10 | 145.00 | 304.50 |
| 06/19/09 | Versteeg, Adrienne | Organized and compiled | 2.20 | 145.00 | 319.00 |
| 06/20/09 | Neilson, Todd | | 0.70 | 600.00 | 420.00 |
| 06/22/09 | Shields, Paul | Analyzed | 3.90 | 470.00 | 1,833.00 |
| 06/22/09 | Babcock, Matt | Analyzed | 2.30 | 340.00 | 782.00 |
| 06/22/09 | Babcock, Matt | Analyzed | 2.10 | 340.00 | 714.00 |
| 06/22/09 | Babcock, Matt | Analyzed | 2.90 | 340.00 | 986.00 |
| 06/22/09 | Babcock, Matt | Analyzed | 2.30 | 340.00 | 782.00 |
| 06/22/09 | Dahl, Garrit | Analyzed real property listed on schedule A. | 2.40 | 215.00 | 516.00 |
| 06/22/09 | Versteeg, Adrienne | Compiled | 0.80 | 145.00 | 116.00 |
| 06/22/09 | Versteeg, Adrienne | Compiled | 0.80 | 145.00 | 116.00 |
| 06/22/09 | Versteeg, Adrienne | Compiled | 0.80 | 145.00 | 116.00 |



Pachulski Stang Ziehl & Jones LLP                    Invoice # 113683
Re: In re: Society of Jesus, Oregon Province, Debtor    socje-26194
Services Rendered June 1, 2009 Through June 30, 2009

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/23/09 | Shields, Paul | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.10 | 470.00 | 987.00 |
| 06/23/09 | Shields, Paul | Evaluated and updated ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.70 | 470.00 | 1,269.00 |
| 06/23/09 | Babcock, Matt | Analyzed Schedule A real property holdings, ▮▮▮▮▮▮▮▮▮▮. | 1.70 | 340.00 | 578.00 |
| 06/23/09 | Babcock, Matt | Analyzed Society Of Jesus Oregon Province real property holdings ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 2.20 | 340.00 | 748.00 |
| 06/23/09 | Babcock, Matt | Analyzed Pioneer Educational Society real property holdings ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.80 | 340.00 | 612.00 |
| 06/23/09 | Babcock, Matt | Analyzed real property holdings ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | 0.50 | 340.00 | 170.00 |
| 06/23/09 | Babcock, Matt | Evaluated real property analysis with Director and followed-up on related issues in preparation for upcoming Creditors Committee meeting. | 2.30 | 340.00 | 782.00 |
| 06/23/09 | Dahl, Garrit | Analyzed real property ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮ | 2.30 | 215.00 | 494.50 |
| 06/23/09 | Dahl, Garrit | Analyzed real property ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 2.20 | 215.00 | 473.00 |
| 06/23/09 | Dahl, Garrit | Analyzed real property ▮▮▮▮▮▮ ▮▮▮ | 2.20 | 215.00 | 473.00 |
| 06/23/09 | Reeves, Travis | Analyzed ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮ | 6.50 | 185.00 | 1,202.50 |
| 06/24/09 | Shields, Paul | Analyzed real property records ▮ ▮▮▮▮▮▮▮▮ ▮▮ | 2.20 | 470.00 | 1,034.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/24/09 | Shields, Paul | Analyzed ▆▆▆▆▆ ▆▆▆▆ and instructed staff regarding work to perform. | 1.00 | 470.00 | 470.00 |
| 06/24/09 | Babcock, Matt | Analyzed ▆▆▆▆▆▆▆▆▆ | 2.20 | 340.00 | 748.00 |
| 06/24/09 | Babcock, Matt | Analyzed ▆▆▆▆▆▆▆▆ | 2.00 | 340.00 | 680.00 |
| 06/24/09 | Babcock, Matt | Analyzed real property holdings ▆ | 1.20 | 340.00 | 408.00 |
| 06/24/09 | Babcock, Matt | Analyzed Schedule A real property ▆▆▆▆ | 2.40 | 340.00 | 816.00 |
| 06/24/09 | Dahl, Garrit | Analyzed real property ▆▆▆▆ | 2.40 | 215.00 | 516.00 |
| 06/24/09 | Dahl, Garrit | Analyzed real property ▆▆▆ | 2.30 | 215.00 | 494.50 |
| 06/24/09 | Dahl, Garrit | Analyzed real property ▆▆▆ | 2.30 | 215.00 | 494.50 |
| 06/24/09 | Reeves, Travis | Analyzed ▆▆▆▆▆ | 8.00 | 185.00 | 1,480.00 |
| 06/24/09 | Versteeg, Adrienne | Analyzed and reviewed ▆▆ | 0.90 | 145.00 | 130.50 |
| 06/24/09 | Versteeg, Adrienne | Analyzed and reviewed ▆▆ | 0.90 | 145.00 | 130.50 |
| 06/25/09 | Shields, Paul | Analyzed real property ▆▆▆ | 3.60 | 470.00 | 1,692.00 |

9



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/25/09 | Babcock, Matt | Analyzed ██████████ | 1.80 | 340.00 | 612.00 |
| 06/25/09 | Babcock, Matt | Analyzed ██████████ | 1.40 | 340.00 | 476.00 |
| 06/25/09 | Babcock, Matt | Analyzed ██████████ | 1.50 | 340.00 | 510.00 |
| 06/25/09 | Babcock, Matt | Analyzed ██████████ | 1.90 | 340.00 | 646.00 |
| 06/25/09 | Dahl, Garrit | Analyzed ██████████ | 1.90 | 215.00 | 408.50 |
| 06/25/09 | Dahl, Garrit | Analyzed ██████████ | 2.10 | 215.00 | 451.50 |
| 06/25/09 | Dahl, Garrit | Analyzed ██████████ | 0.90 | 215.00 | 193.50 |
| 06/25/09 | Reeves, Travis | Analyzed ██████████ | 8.00 | 185.00 | 1,480.00 |
| 06/25/09 | Versteeg, Adrienne | Analyzed and reviewed real property ██████████ | 0.90 | 145.00 | 130.50 |
| 06/26/09 | Reeves, Travis | Analyzed ██████████ | 4.00 | 185.00 | 740.00 |
| 06/29/09 | Babcock, Matt | Updated and revised ██████████ | 1.50 | 340.00 | 510.00 |
| | | | **134.20** | | **37,620.50** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

**Task Code: 02.0**      **Prepare Work Plans and Procedures**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/29/09 | Shields, Paul | Met with staff regarding additional work to perform. | 0.80 | 470.00 | 376.00 |
| 06/29/09 | Babcock, Matt | Participated in meeting with Director and staff in order to discuss issues raised in Creditors Committee meeting, including additional analysis to be performed. | 0.70 | 340.00 | 238.00 |
| 06/29/09 | Dahl, Garrit | Met with director and staff to discuss case issues and future work to be performed. | 0.70 | 215.00 | 150.50 |
| | | | **2.20** | | **764.50** |

**Task Code: 06.0**      **Prepare for and Meet with Attorneys**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/24/09 | Neilson, Todd | Coordinated meetings on Friday and prepared agenda. | 0.40 | 600.00 | 240.00 |
| | | | **0.40** | | **240.00** |

**Task Code: 07.0**      **General Reading and Analysis of Documents**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/03/09 | Elggren, Wayne | Reviewed additional documents on matter. | 0.30 | 600.00 | 180.00 |
| 06/17/09 | Dizon, Rowen | Compiled documents and prepared binders. | 2.10 | 120.00 | 252.00 |
| 06/25/09 | Allred, Connie | Organized and compiled documentation for analysis. | 0.30 | 155.00 | 46.50 |
| 06/29/09 | Dizon, Rowen | Reviewed and compiled working documents for case files. | 0.60 | 120.00 | 72.00 |
| 06/30/09 | Allred, Connie | Researched requested information and documentation on Pacer. | 0.50 | 155.00 | 77.50 |
| | | | **3.80** | | **628.00** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

**Task Code: 09.0**            **Attendance at Creditor Committee Meetings**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/25/09 | Neilson, Todd | Reviewed ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ in preparation for meeting tomorrow in Seattle. | 0.80 | 600.00 | 480.00 |
| 06/26/09 | Neilson, Todd | Attended meetings in Seattle with Committee members and Attorneys to discuss ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 6.00 | 600.00 | 3,600.00 |
| 06/26/09 | Shields, Paul | Analyzed work performed and updated outline in preparation for creditor's committee meeting. | 2.10 | 470.00 | 987.00 |
| 06/26/09 | Shields, Paul | Attended creditor's committee meeting and reported on ▓▓ ▓▓▓▓▓▓▓ | 5.40 | 470.00 | 2,538.00 |
|  |  |  | **14.30** |  | **7,605.00** |

**Task Code: 22.0**            **Analysis of Province Financial Information**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/01/09 | Elggren, Wayne | Reviewed financial statements and other information on matter. | 1.50 | 600.00 | 900.00 |
| 06/05/09 | Neilson, Todd | Spoke with Wayne Elggren and Dave Judd concerning analysis of Province financial data. | 0.50 | 600.00 | 300.00 |
| 06/05/09 | Neilson, Todd | Analyzed Province financial information and audited financial statements. | 0.60 | 600.00 | 360.00 |
| 06/05/09 | Judd, David | Reviewed financial information and participated in conference call to discuss additional information required to perform analysis. | 1.10 | 540.00 | 594.00 |
| 06/15/09 | Dizon, Rowen | Printed and compiled monthly operating reports for Todd Neilson. | 0.90 | 120.00 | 108.00 |
| 06/29/09 | Neilson, Todd | Reviewed court filed documents. Transmittal and directions as to further review. | 0.40 | 600.00 | 240.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/29/09 | Noble, Daniel | Reviewed operating orders and budgets provided by counsel for Society for March - August 2009 and July - December 2009. | 2.30 | 295.00 | 678.50 |
| 06/30/09 | Shields, Paul | Analyzed budgets and monthly operating reports prior to hearing regarding approval of budgets. | 0.40 | 470.00 | 188.00 |
| 06/30/09 | Shields, Paul | Analyzed budgets and monthly operating reports prior to hearing regarding approval of budgets. | 4.00 | 470.00 | 1,880.00 |
| 06/30/09 | Neilson, Todd | Reviewed analysis of Budgetary comparison and SOJ operating reports. | 0.70 | 600.00 | 420.00 |
| 06/30/09 | Noble, Daniel | Prepared comparison of budgets for Society of Jesus, Oregon Province for March - August v. July - December 2009 for the province. | 2.30 | 295.00 | 678.50 |
| 06/30/09 | Noble, Daniel | Prepared comparison of budgets for Society of Jesus, Oregon Province for March - August v. July - December 2009 for the communities. | 2.00 | 295.00 | 590.00 |
| 06/30/09 | Noble, Daniel | Prepared analysis of budgets and comparative per instruction of counsel. | 1.90 | 295.00 | 560.50 |
| | | | **18.60** | | **7,497.50** |

**Task Code: 32.0**      **Employment and Fee Application Matters**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/11/09 | Doran, Victoria | Reviewed email from counsel, requested time and costs and forwarded information to counsel as requested. | 0.30 | 200.00 | 60.00 |
| 06/11/09 | Perry, Evelyn | Researched and prepared schedule of fees for April 8, 2009 through May 8, 2009 requested by administrator. | 0.30 | 120.00 | 36.00 |
| | | | **0.60** | | **96.00** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered June 1, 2009 Through June 30, 2009

Invoice # 113683
socje-26194

**Task Code: 33.0**          **General Case Administration**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/04/09 | Dizon, Rowen | Printed and compiled correspondence for Todd Neilson. | 0.70 | 120.00 | 84.00 |
| | | | **0.70** | | **84.00** |

**Task Code: 41.0**          **Billable Travel**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 06/25/09 | Neilson, Todd | Billable travel from LA to Seattle. | 2.00 | 300.00 | 600.00 |
| 06/26/09 | Neilson, Todd | Travel to LA from Seattle after meeting. | 2.00 | 300.00 | 600.00 |
| 06/26/09 | Shields, Paul | Travel between SLC and Seattle for creditor committee meeting. | 1.80 | 235.00 | 423.00 |
| | | | **5.80** | | **1,623.00** |

| | | **Total Professional Services** | **213.60** | | **65,209.00** |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 06/21/2009 | Long Distance Telephone - - VENDOR: Soundpath Conferencing dba American Teleconferencing Servc. | 5.24 |
| 06/22/2009 | Photocopies | 1.40 |
| 06/25/2009 | Photocopies | 3.00 |
| 06/26/2009 | Seattle airfare for meeting with committee. | 361.20 |
| 06/30/2009 | Express Messenger COURIER SHIPMENT #797727155761 TO Paul Shield, LECG LLC - SLC, SALT LAKE CITY, UT, US, INVOICE #925808101 | 12.37 |
| 06/30/2009 | Data Retrieval - - VENDOR: Pacer Service Center | 39.20 |

| | **Total Expenses** | **422.41** |

| | **Total Current Charges** | $ | **65,631.41** |

**CERTIFICATE OF SERVICE**

I, Melisa DesJardien, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On January 15, 2010, I caused to be served in this action the ***NOTICE OF FILING OF FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JUNE 1 THROUGH JUNE 30, 2009*** by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☑ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on January 15, 2010, at Los Angeles, California.

*/s/ Melisa DesJardien*
Melisa DesJardien

## **Parties Served Through ECF**

1. JOHN D ALLISON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
   jdallison@eahjlaw.com, lhansen@eahjlaw.com

2. SUSAN G BOSWELL for Creditor Catholic Bishop of Northern Alaska
   susan.boswell@quarles.com

3. JAMES S BRUCE for Interested Party Society of Jesus, Wisconsin Province
   james@jordancaplan.com

4. JEANNE M CHAMBERLAIN for Interested Party Seattle University
   jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com

5. LAWRENCE R COCK for Defendant Seattle University
   lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com

6. THOMAS V DULCICH for Debtor Society of Jesus, Oregon Province
   tdulcich@schwabe.com, sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com

7. FORD ELSAESSER for Interested Party Catholic Church Communities of Northern Alaska
   felsaesser@ejame.com, james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com

8. DANIEL T FASY for Creditor Various unsecured tort claimant creditors,
   incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
   daniel@pcvklaw.com, Linnea@pcvklaw.com

9. JOSEPH A FIELD for Counter-Defendant American States Insurance Company
   joe@fieldjerger.com, koren@fieldjerger.com

10. SCOTT N GODES for Debtor Society of Jesus, Oregon Province
    godess@dicksteinshapiro.com

11. RICHARD D HALTON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
    rhalton@earthlink.net

12. LEANDER L JAMES for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
    ljames@jvwlaw.net, bonte@jvwlaw.net

13. ALBERT N KENNEDY for Interested Party Seattle University
    al.kennedy@tonkon.com, leslie.hurd@tonkon.com

14. COLLEEN KINERK for Defendant Seattle University
    ckinerk@cablelang.com, joanie@cablelang.com

15. JAMES B KING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    KSchulman@ecl-law.com

16. TIMOTHY D KOSNOFF for Creditor Various unsecured tort claimant creditors,
    incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
    timothy@pcvklaw.com, bernadette@pcvklaw.com

17. HOWARD M LEVINE for Debtor Society of Jesus, Oregon Province
    howard@sussmanshank.com, janine@sussmanshank.com

18. PATRICK C MAXCY for Interested Party American States Insurance Company

19. JOSEPH M MEIER for Interested Party Roman Catholic Diocese of Boise
    jmeier@cosholaw.com, jbean@cosholaw.com

20. ROBERT B MILLNER for Interested Party American States Insurance Company
    rmillner@sonnenschein.com

21. JOHNSTON A MITCHELL for Creditor Catholic Bishop of Northern Alaska
    johnstonlaw@comcast.net, coers@comcast.net

22. JOHN D MUNDING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    munding@crumb-munding.com

23. JAMES R MURRAY for Debtor Society of Jesus, Oregon Province
    murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com

24. DANIEL J NEPPL for Counter-Defendant American States Insurance Company
    dneppl@sidley.com, efilingnotice@sidley.com

25. L MARTIN NUSSBAUM for Debtor Society of Jesus, Oregon Province
    mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com

26. DOUGLAS R PAHL for Interested Party Committee of Trust Beneficiaries
    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com;cdaugherty@perkinscoie.com

27. TERESA H PEARSON for Defendant Society of Jesus, Father General Adolfo Nicholas, SJ and His Predecessors
    teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com

28. MICHAEL T PFAU for Creditor Various unsecured tort claimant creditors,
    incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
    michael@pcvklaw.com, Bernadette@pcvklaw.com

29. ALEX I POUST for Debtor Society of Jesus, Oregon Province
    apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com

30. HAMID R RAFATJOO for Creditor Committee Official Committee of Unsecured Creditors
    hrafatjoo@pszjlaw.com, sploussard@pszjlaw.com

31. KENNETH P ROOSA for Plaintiff James Doe, 59
    info@cookeroosa.com

32. TARA J SCHLEICHER for Creditor Certain Alaska State Court Plaintiffs
    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;ldemeter@fwwlaw.com

33. DALE H SCHOFIELD for Creditor J. C. 2
    hschofield@msn.com

34. F MIKE SHAFFER for Creditor Plaintiffs A.A., M.A., J.E., C.F. P.K., J.M., G.V., J.V., and F.V.
    fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com

35. PAUL J SIEVERS for Creditor Committee Official Committee of Unsecured Creditors
    psievers@manlystewart.com, djohnson@manlystewart.com

36. PAMELA EGAN SINGER for Creditor Committee Official Committee of Unsecured Creditors
    psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com

37. BRYAN G SMITH for Creditor K.M. & Various Tort Claimants
    bsmith@tamakilaw.com,
    btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com

38. JAN D SOKOL for Interested Party American States Insurance Company
    jdsokol@lawssg.com

39. JAMES I STANG for Creditor Committee Official Committee of Unsecured Creditors
    jstang@pszjlaw.com, dhinojosa@pszjlaw.com

40. LISA Y STEVENS for Debtor Society of Jesus, Oregon Province
    stevensl@dicksteinshapiro.com, proulxj@dicksteinshapiro.com

41. THOMAS W STILLEY for Debtor Society of Jesus, Oregon Province
    tom@sussmanshank.com, janine@sussmanshank.com

42. SUSAN A STONE for Counter-Defendant American States Insurance Company
    sstone@sidley.com, efilingnotice@sidley.com

43. BRAD T SUMMERS for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    tsummers@balljanik.com, swylen@balljanik.com

44. BLAINE L TAMAKI for Creditor K.M. & Various Tort Claimants
    btamaki@tamakilaw.com, dward@tamakilaw.com

45. US Trustee, Portland
    USTPRegion18.PL.ECF@usdoj.gov

46. TIMOTHY C WALTON for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
    timwalton2000@hotmail.com

47. JOHN W WEIL for Debtor Society of Jesus, Oregon Province
    bmail@hooplaw.com, csayles@hooplaw.com

## **Served by Federal Express**

Hon. Elizabeth L. Perris
**United States Bankruptcy Court**
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

## Parties Served via US Mail

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors,
including FV, GV and JV
JOSEPH A BLUMEL
4407 N Division St #900
Spokane, WA 99207

David A. Paige
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue,
Phoenix, AZ 85004-2391

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Counsel for Certain State Court Plaintiffs,
Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Nathan W. Henry
114-A Vista Way
Kennewick, WA 99336

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802