James I. Stang (CA Bar No. 94435)
Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760

Attorneys for the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation,<br><br>Debtor | Case No.: 09-30938-elp11<br><br>**NOTICE OF FILING OF FEE STATEMENT OF LECG, LLC FOR THE PERIOD JULY 1, 2009 THROUGH JULY 31, 2009** |

**PLEASE TAKE NOTICE,** that pursuant to the Order Establishing procedures for Payment Of Interim Professional Fees and Expenses On A Monthly Basis [Docket No. 193] (the "Fee Procedures Order"), LECG, LLC ("LECG"), financial advisors for the Official Committee of Unsecured Creditors (the "Creditors Committee"), attaches its fee statement which covers the period July 1, 2009 through July 31, 2009 (the "Fee Statement").

Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is as follows:

1.    On or before the 15th day of each month, any of the professionals seeking payment from the bankruptcy estate may submit to the Debtor a statement for fees and expenses incurred in the previous month or earlier.

2.    Any party-in-interest who objects to payment of a particular statement shall, on or before the last day of the month in which the statement was filed and served, file with the Court, and serve on the professional requesting payment and (a) the attorneys for the Debtor (except for any special counsel to the Debtor); (b) the attorneys and chairperson of the Committee; (c) the

United States Trustee; and (d) all parties requesting special notice (collectively, the "Notice Parties"), a written objection to all or part of the fees or expenses requested in the statement. In the event an objection is filed, the Debtor shall not pay such statement without further order the Court.

3. If a timely objection is not filed, either (a) the Debtor shall, pursuant to its normal accounts payable procedures for its monthly statements, pay or (b) the professional shall apply any unexhausted retainer in its possession to pay, 80% of the fees and 100% of the expenses requested in such statement. If applicable, fees and expenses shall first be paid from a retainer balance before they are paid by the Debtor.

4. Neither the failure to object to nor the payment or nonpayment of any portion of the requested monthly interim compensation and expenses shall bind any creditor, party-in-interest, or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses.

5. In this fee statement covering the period July 1, 2009 through July 31, 2009, the time expended on this matter by LECG resulted in $7,433.50 in fees and $903.34 in expenses, for a total of $8,336.84. See Exhibit A hereto for the itemized detail of the time expended and expenses incurred. If a timely objection is not filed, the Debtors shall pay LECG the sum of $6,850.14 (which is 80% of the fees expended, plus 100% of the expenses incurred) or such other sum as is authorized under the Fee Procedures Order.

6. The balance of $1,486.70 (or such higher amounts as may be applicable due to the Debtor's inability to pay the fees and expenses requested herein) represents the "hold-back" for which LECG will seek payment in its final fee application, or at such other time as may be authorized by the Court.

Dated: January 15, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Hamid R. Rafatjoo*
James I. Stang (CA Bar No. 94435)
Hamid R. Rafatjoo (CA Bar No. 181564)
Pamela E. Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for Official Committee of Unsecured Creditors

# EXHIBIT "A"

EXHIBIT "A"

James Stang, Esq.  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd., 11th FL  
Los Angeles, CA 90067-4100  

January 14, 2010

socje-26194  
Invoice # 113686

Via email:

**Re:   In re: Society of Jesus, Oregon Province, Debtor**

Services Rendered From July 1, 2009 Through July 31, 2009

|  |  |
|---|---:|
| Professional Services | $   7,433.50 |
| Expenses Incurred | 903.34 |
| Current Charges | 8,336.84 |

Balance Forward:

| Invoice #  113679 | - dated  01/14/10 | 8,056.50 |
| Invoice #  113680 | - dated  01/14/10 | 6,078.00 |
| Invoice #  113683 | - dated  01/14/10 | 65,631.41 |

James Stang, Esq.  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd., 11th FL  
Los Angeles, CA 90067-4100  

Via email:

January 14, 2010

socje-26194  
Invoice # 113686

---

                **Balance Due**                                                              $     **88,102.75**

AMOUNTS ARE STATED IN U.S. DOLLARS

**PAYMENT IS DUE BY FEBRUARY 13, 2010**

Please direct questions regarding this invoice to Evelyn Perry at (801) 364-6233. For a copy of our W9 please go to www.lecg.com/W9.

**Please remit payments by check to:**      **Please remit payments by wire to:**

LECG, LLC                                        U.S. Bank  
P.O. Box 952423                           Account Name: LECG, LLC  
St. Louis, MO 63195-2423          ABA#: 123000848  
                                                         Acct#: 1539-1001-1995  
                                                         1-866-422-1076  
                                                         Remittance advices are to be sent to **remit@lecg.com**

LECG, LLC  
Corporate Address 2000 Powell St., Ste. 600 Emeryville, CA 94608  
Do not remit payments to this address. Please see above for payment remit to address.  
Corporate Main (510) 985-6700  
Tax I.D. #94-3370415



Pachulski Stang Ziehl & Jones LLP  
Re: In re: Society of Jesus, Oregon Province, Debtor  
Services Rendered July 1, 2009 Through July 31, 2009

Invoice # 113686  
socje-26194

## PROFESSIONAL SERVICES

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Director |  |  |  |
| Todd Neilson | 600.00 | 0.20 | 120.00 |
| Paul Shields | 470.00 | 1.80 | 846.00 |
|  |  |  |  |
| Sr. Managing Consultant |  |  |  |
| Matt Babcock | 340.00 | 7.20 | 2,448.00 |
|  |  |  |  |
| Associate |  |  |  |
| Garrit Dahl | 215.00 | 5.30 | 1,139.50 |
|  |  |  |  |
| Research Analyst |  |  |  |
| Travis Reeves | 185.00 | 14.00 | 2,590.00 |
|  |  |  |  |
| Case Analyst |  |  |  |
| Adrienne Versteeg | 145.00 | 2.00 | 290.00 |
| **Total Professional Services** |  | **30.50** | **7,433.50** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered July 1, 2009 Through July 31, 2009

Invoice # 113686
socje-26194

## TASK CODE SUMMARY

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01.1 | Prepare Analysis of Real Property | 28.00 | $6,882.50 |
| 07.0 | General Reading and Analysis of Documents | 0.30 | $141.00 |
| 10.0 | Subpoena Review and Preparation | 0.20 | $120.00 |
| 22.0 | Analysis of Province Financial Information | 2.00 | $290.00 |
| | **Total Professional Services** | **30.50** | **$7,433.50** |

LECG

Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered July 1, 2009 Through July 31, 2009

Invoice # 113686
socje-26194

**Task Code: 01.1**  **Prepare Analysis of Real Property**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01/09 | Shields, Paul | Met with staff regarding follow up items on ▓▓▓ | 1.20 | 470.00 | 564.00 |
| 07/01/09 | Babcock, Matt | Analyzed ▓▓▓ | 0.60 | 340.00 | 204.00 |
| 07/01/09 | Dahl, Garrit | Analyzed ▓▓▓ | 2.70 | 215.00 | 580.50 |
| 07/02/09 | Shields, Paul | Evaluated ▓▓▓ | 0.10 | 470.00 | 47.00 |
| 07/02/09 | Babcock, Matt | Examined ▓▓▓ | 0.40 | 340.00 | 136.00 |
| 07/02/09 | Dahl, Garrit | Analyzed ▓▓▓ | 2.60 | 215.00 | 559.00 |
| 07/07/09 | Babcock, Matt | Updated and revised real property analysis related to Schedule A properties. | 1.80 | 340.00 | 612.00 |
| 07/07/09 | Babcock, Matt | Updated and revised ▓▓▓ | 0.80 | 340.00 | 272.00 |
| 07/07/09 | Babcock, Matt | Updated and revised ▓▓▓ | 1.40 | 340.00 | 476.00 |
| 07/07/09 | Babcock, Matt | Updated and revised ▓▓▓ | 0.70 | 340.00 | 238.00 |
| 07/07/09 | Babcock, Matt | Updated and revised ▓▓▓ | 0.60 | 340.00 | 204.00 |

5



Pachulski Stang Ziehl & Jones LLP  
Re: In re: Society of Jesus, Oregon Province, Debtor  
Services Rendered July 1, 2009 Through July 31, 2009

Invoice # 113686  
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/07/09 | Babcock, Matt | Examined ████ | 0.40 | 340.00 | 136.00 |
| 07/10/09 | Babcock, Matt | Analyzed ████ | 0.50 | 340.00 | 170.00 |
| 07/30/09 | Shields, Paul | Contacted staff regarding ████ | 0.20 | 470.00 | 94.00 |
| 07/30/09 | Reeves, Travis | Analyzed ████ | 8.00 | 185.00 | 1,480.00 |
| 07/31/09 | Reeves, Travis | Analyzed ████ | 6.00 | 185.00 | 1,110.00 |
| | | | **28.00** | | **6,882.50** |

**Task Code: 07.0**     **General Reading and Analysis of Documents**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/15/09 | Shields, Paul | Evaluated issues associated with production of records. | 0.30 | 470.00 | 141.00 |
| | | | **0.30** | | **141.00** |

**Task Code: 10.0**     **Subpoena Review and Preparation**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/15/09 | Neilson, Todd | Reviewed request for documents and timing for receipt. | 0.20 | 600.00 | 120.00 |
| | | | **0.20** | | **120.00** |



Pachulski Stang Ziehl & Jones LLP  
Re: In re: Society of Jesus, Oregon Province, Debtor  
Services Rendered July 1, 2009 Through July 31, 2009

Invoice # 113686  
socje-26194

**Task Code: 22.0**      **Analysis of Province Financial Information**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01/09 | Versteeg, Adrienne | Analyzed the Society of Jesus, Oregon Province budget from March to August of 2009 and compared to the budget from July to December of 2009. | 2.00 | 145.00 | 290.00 |
| | | | 2.00 | | 290.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | **30.50** | | **7,433.50** |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 07/01/2009 | Travel to Seattle for Creditor Committee Meetings | 405.20 |
| 07/03/2009 | Data Retrieval - - VENDOR: Pacer Service Center | 5.36 |
| 07/06/2009 | Data Retrieval - - VENDOR: Pacer Service Center | 5.36 |
| 07/21/2009 | Long Distance Telephone - - VENDOR: Soundpath Conferencing dba American Teleconferencing Servc. | 9.52 |
| 07/31/2009 | Online Cost Recovery Program. | 477.90 |
| **Total Expenses** | | **903.34** |
| **Total Current Charges** | | **$ 8,336.84** |

# CERTIFICATE OF SERVICE

I, Melisa DesJardien, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On January 15, 2010, I caused to be served in this action the ***NOTICE OF FILING OF FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JULY 1 THROUGH JULY 31, 2009*** by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☑ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on January 15, 2010, at Los Angeles, California.

*/s/ Melisa DesJardien*
Melisa DesJardien

# Parties Served Through ECF

1. JOHN D ALLISON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
   jdallison@eahjlaw.com, lhansen@eahjlaw.com
2. SUSAN G BOSWELL for Creditor Catholic Bishop of Northern Alaska
   susan.boswell@quarles.com
3. JAMES S BRUCE for Interested Party Society of Jesus, Wisconsin Province
   james@jordancaplan.com
4. JEANNE M CHAMBERLAIN for Interested Party Seattle University
   jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com
5. LAWRENCE R COCK for Defendant Seattle University
   lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com
6. THOMAS V DULCICH for Debtor Society of Jesus, Oregon Province
   tdulcich@schwabe.com, sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com
7. FORD ELSAESSER for Interested Party Catholic Church Communities of Northern Alaska
   felsaesser@ejame.com, james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com
8. DANIEL T FASY for Creditor Various unsecured tort claimant creditors,
   incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
   daniel@pcvklaw.com, Linnea@pcvklaw.com
9. JOSEPH A FIELD for Counter-Defendant American States Insurance Company
   joe@fieldjerger.com, koren@fieldjerger.com
10. SCOTT N GODES for Debtor Society of Jesus, Oregon Province
    godess@dicksteinshapiro.com
11. RICHARD D HALTON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
    rhalton@earthlink.net
12. LEANDER L JAMES for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
    ljames@jvwlaw.net, bonte@jvwlaw.net
13. ALBERT N KENNEDY for Interested Party Seattle University
    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
14. COLLEEN KINERK for Defendant Seattle University
    ckinerk@cablelang.com, joanie@cablelang.com
15. JAMES B KING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    KSchulman@ecl-law.com
16. TIMOTHY D KOSNOFF for Creditor Various unsecured tort claimant creditors,
    incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
    timothy@pcvklaw.com, bernadette@pcvklaw.com
17. HOWARD M LEVINE for Debtor Society of Jesus, Oregon Province
    howard@sussmanshank.com, janine@sussmanshank.com
18. PATRICK C MAXCY for Interested Party American States Insurance Company
19. JOSEPH M MEIER for Interested Party Roman Catholic Diocese of Boise
    jmeier@cosholaw.com, jbean@cosholaw.com
20. ROBERT B MILLNER for Interested Party American States Insurance Company
    rmillner@sonnenschein.com
21. JOHNSTON A MITCHELL for Creditor Catholic Bishop of Northern Alaska
    johnstonlaw@comcast.net, coers@comcast.net
22. JOHN D MUNDING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    munding@crumb-munding.com
23. JAMES R MURRAY for Debtor Society of Jesus, Oregon Province
    murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com
24. DANIEL J NEPPL for Counter-Defendant American States Insurance Company
    dneppl@sidley.com, efilingnotice@sidley.com
25. L MARTIN NUSSBAUM for Debtor Society of Jesus, Oregon Province
    mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com
26. DOUGLAS R PAHL for Interested Party Committee of Trust Beneficiaries
    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com;cdaugherty@perkinscoie.com
27. TERESA H PEARSON for Defendant Society of Jesus, Father General Adolfo Nicholas, SJ and His Predecessors
    teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com

28. MICHAEL T PFAU for Creditor Various unsecured tort claimant creditors,
    incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
    michael@pcvklaw.com, Bernadette@pcvklaw.com

29. ALEX I POUST for Debtor Society of Jesus, Oregon Province
    apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com

30. HAMID R RAFATJOO for Creditor Committee Official Committee of Unsecured Creditors
    hrafatjoo@pszjlaw.com, sploussard@pszjlaw.com

31. KENNETH P ROOSA for Plaintiff James Doe, 59
    info@cookeroosa.com

32. TARA J SCHLEICHER for Creditor Certain Alaska State Court Plaintiffs
    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;ldemeter@fwwlaw.com

33. DALE H SCHOFIELD for Creditor J. C. 2
    hschofield@msn.com

34. F MIKE SHAFFER for Creditor Plaintiffs A.A., M.A., J.E., C.F. P.K., J.M., G.V., J.V., and F.V.
    fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com

35. PAUL J SIEVERS for Creditor Committee Official Committee of Unsecured Creditors
    psievers@manlystewart.com, djohnson@manlystewart.com

36. PAMELA EGAN SINGER for Creditor Committee Official Committee of Unsecured Creditors
    psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com

37. BRYAN G SMITH for Creditor K.M. & Various Tort Claimants
    bsmith@tamakilaw.com,
    btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com

38. JAN D SOKOL for Interested Party American States Insurance Company
    jdsokol@lawssg.com

39. JAMES I STANG for Creditor Committee Official Committee of Unsecured Creditors
    jstang@pszjlaw.com, dhinojosa@pszjlaw.com

40. LISA Y STEVENS for Debtor Society of Jesus, Oregon Province
    stevensl@dicksteinshapiro.com, proulxj@dicksteinshapiro.com

41. THOMAS W STILLEY for Debtor Society of Jesus, Oregon Province
    tom@sussmanshank.com, janine@sussmanshank.com

42. SUSAN A STONE for Counter-Defendant American States Insurance Company
    sstone@sidley.com, efilingnotice@sidley.com

43. BRAD T SUMMERS for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    tsummers@balljanik.com, swylen@balljanik.com

44. BLAINE L TAMAKI for Creditor K.M. & Various Tort Claimants
    btamaki@tamakilaw.com, dward@tamakilaw.com

45. US Trustee, Portland
    USTPRegion18.PL.ECF@usdoj.gov

46. TIMOTHY C WALTON for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
    timwalton2000@hotmail.com

47. JOHN W WEIL for Debtor Society of Jesus, Oregon Province
    bmail@hooplaw.com, csayles@hooplaw.com

**Served by Federal Express**

Hon. Elizabeth L. Perris
**United States Bankruptcy Court**
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

**Parties Served via US Mail**

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors, including FV, GV and JV
JOSEPH A BLUMEL
4407 N Division St #900
Spokane, WA 99207

David A. Paige
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue,
Phoenix, AZ 85004-2391

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Counsel for Certain State Court Plaintiffs, Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Nathan W. Henry
114-A Vista Way
Kennewick, WA 99336

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802