1  James I. Stang (CA Bar No. 94435)
   Hamid R. Rafatjoo (CA Bar No. 181564)
2  Pamela E. Singer (OSB 89423)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone:  (310) 277-6910
   Facsimile:  (310) 201-0760
5
6  Attorneys for the Official Committee of Unsecured
   Creditors

7              IN THE UNITED STATES BANKRUPTCY COURT

8                      DISTRICT OF OREGON

9  In re:                                    Case No.: 09-30938-elp11

10 SOCIETY OF JESUS, OREGON PROVINCE, an
   Oregon domestic nonprofit religious corporation,
11                                           **NOTICE OF FILING OF FEE
                                             STATEMENT OF LECG, LLC FOR
12                Debtor                      THE PERIOD OCTOBER 1, 2009
                                             THROUGH OCTOBER 31, 2009**
13

14

15         **PLEASE TAKE NOTICE,** that pursuant to the Order Establishing procedures for

16 Payment Of Interim Professional Fees and Expenses On A Monthly Basis [Docket No. 193] (the

17 "Fee Procedures Order"), LECG, LLC ("LECG"), financial advisors for the Official Committee

18 of Unsecured Creditors (the "Creditors Committee"), attaches its fee statement which covers the

19 period October 1, 2009 through October 31, 2009 (the "Fee Statement").

20         Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is

21 as follows:

22         1.       On or before the 15th day of each month, any of the professionals seeking payment

23 from the bankruptcy estate may submit to the Debtor a statement for fees and expenses incurred

24 in the previous month or earlier.

25         2.       Any party-in-interest who objects to payment of a particular statement shall, on or

26 before the last day of the month in which the statement was filed and served, file with the Court,

27 and serve on the professional requesting payment and (a) the attorneys for the Debtor (except for

28 any special counsel to the Debtor); (b) the attorneys and chairperson of the Committee; (c) the

46352-002\DOCS_LA:214275.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

United States Trustee; and (d) all parties requesting special notice (collectively, the "Notice Parties"), a written objection to all or part of the fees or expenses requested in the statement.  In the event an objection is filed, the Debtor shall not pay such statement without further order the Court.

3.      If a timely objection is not filed, either (a) the Debtor shall, pursuant to its normal accounts payable procedures for its monthly statements, pay or (b) the professional shall apply any unexhausted retainer in its possession to pay, 80% of the fees and 100% of the expenses requested in such statement.  If applicable, fees and expenses shall first be paid from a retainer balance before they are paid by the Debtor.

4.      Neither the failure to object to nor the payment or nonpayment of any portion of the requested monthly interim compensation and expenses shall bind any creditor, party-in-interest, or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses.

5.      In this fee statement covering the period October 1, 2009 through October 31, 2009, the time expended on this matter by LECG resulted in $31,286.50 in fees and $4,318.95 in expenses, for a total of $35,605.45.  See Exhibit A hereto for the itemized detail of the time expended and expenses incurred.  If a timely objection is not filed, the Debtors shall pay LECG the sum of $29,348.15 (which is 80% of the fees expended, plus 100% of the expenses incurred) or such other sum as is authorized under the Fee Procedures Order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

NOTICE OF FILING FEE STATEMENT OF LECG

46352-002\DOCS_LA:214275.1

1    6.    The balance of $6,257.30 (or such higher amounts as may be applicable due to the

2  Debtor's inability to pay the fees and expenses requested herein) represents the "hold-back" for

3  which LECG will seek payment in its final fee application, or at such other time as may be

4  authorized by the Court.

5

6  Dated:    January 15, 2010

PACHULSKI STANG ZIEHL & JONES LLP

7                                                        By    /s/ Hamid R. Rafatjoo

8                                                              James I. Stang (CA Bar No. 94435)
                                                              Hamid R. Rafatjoo (CA Bar No. 181564)
9                                                              Pamela E. Singer (OSB 89423)
                                                              PACHULSKI STANG ZIEHL & JONES LLP
10                                                             Attorneys for Official Committee of Unsecured
                                                              Creditors

NOTICE OF FILING FEE STATEMENT OF LECG

46352-002\DOCS_LA:214275.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT "A"

EXHIBIT "A"

James Stang, Esq.                                    January 14, 2010
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th FL                   socje-26194
Los Angeles, CA 90067-4100                          Invoice # 113690

Via email:

---

**Re:    In re: Society of Jesus, Oregon Province, Debtor**

Services Rendered From October 1, 2009 Through October 31, 2009

|  |  |  |
|---|---|---|
| Professional Services | $ | 31,286.50 |
| Expenses Incurred | | 4,318.95 |
| Current Charges | | 35,605.45 |

Balance Forward:

| Invoice # 113679 | - dated 01/14/10 | 8,056.50 |
|---|---|---|
| Invoice # 113680 | - dated 01/14/10 | 6,078.00 |
| Invoice # 113683 | - dated 01/14/10 | 65,631.41 |
| Invoice # 113686 | - dated 01/14/10 | 8,336.84 |
| Invoice # 113687 | - dated 01/14/10 | 5,175.00 |
| Invoice # 113688 | - dated 01/14/10 | 3,322.86 |

James Stang, Esq.                                   January 14, 2010
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th FL                   socje-26194
Los Angeles, CA 90067-4100                          Invoice # 113690

Via email:

---

**Balance Due**                          **$**        **132,206.06**

AMOUNTS ARE STATED IN U.S. DOLLARS

**PAYMENT IS DUE BY FEBRUARY 13, 2010**

Please direct questions regarding this invoice to Evelyn Perry at (801) 364-6233.  For a copy of our W9 please go
to www.lecg.com/W9.

**Please remit payments by check to:**        **Please remit payments by wire to:**

LECG, LLC                                      U.S. Bank
P.O. Box 952423                                Account Name:  LECG, LLC
St. Louis, MO 63195-2423                       ABA#: 123000848
                                               Acct#: 1539-1001-1995
                                               1-866-422-1076
                                               Remittance advices are to be sent to **remit@lecg.com**

LECG, LLC
Corporate Address  2000 Powell St., Ste. 600  Emeryville, CA 94608
Do not remit payments to this address.  Please see above for payment remit to address.
Corporate Main  (510) 985-6700
Tax I.D.  #94-3370415



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

## PROFESSIONAL SERVICES

|  | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Director** | | | |
| Todd Neilson | 600.00 | 0.80 | 480.00 |
| Paul Shields | 470.00 | 2.10 | 987.00 |
| **Sr. Managing Consultant** | | | |
| Matt Babcock | 340.00 | 42.10 | 14,314.00 |
| **Managing Consultant** | | | |
| Nihal Sequeira | 315.00 | 6.00 | 1,890.00 |
| **Associate** | | | |
| Shaun Hanson | 195.00 | 66.00 | 12,870.00 |
| **Case Assistant** | | | |
| Evelyn Perry | 120.00 | 0.30 | 36.00 |
| **Case Associate** | | | |
| Amanda Belloff | 95.00 | 7.20 | 684.00 |
| **Case Assistant** | | | |
| Katherine McKee | 85.00 | 0.30 | 25.50 |
| **Total Professional Services** | | **124.80** | **31,286.50** |

## TASK CODE SUMMARY

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01.0 | Prepare Analysis of Assets | 50.70 | $13,308.50 |
| 02.0 | Prepare Work Plans and Procedures | 2.50 | $1,062.00 |
| 07.0 | General Reading and Analysis of Documents | 67.60 | $15,698.50 |
| 32.0 | Employment and Fee Application Matters | 1.10 | $308.00 |
| 33.0 | General Case Administration | 1.10 | $297.50 |
| 42.0 | Preparation of Reports | 1.80 | $612.00 |
| | **Total Professional Services** | **124.80** | **$31,286.50** |

3



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

**Task Code: 01.0**          **Prepare Analysis of Assets**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/06/09 | Babcock, Matt | Examined insurance documents provided by Debtor detailing insured assets. | 2.80 | 340.00 | 952.00 |
| 10/06/09 | Babcock, Matt | Examined financial documents provided by Debtor detailing assets. | 1.20 | 340.00 | 408.00 |
| 10/07/09 | Babcock, Matt | Examined documentation provided by Debtor in order to identify historical and current asset holdings. | 0.80 | 340.00 | 272.00 |
| 10/08/09 | Babcock, Matt | Reviewed documentation provided by Debtor in order to identify historical and current asset holdings. | 0.90 | 340.00 | 306.00 |
| 10/08/09 | Hanson, Shaun | Analyzed insurance documents detailing various assets. | 2.70 | 195.00 | 526.50 |
| 10/08/09 | Hanson, Shaun | Analyzed financial documents detailing fixed assets. | 2.20 | 195.00 | 429.00 |
| 10/13/09 | Babcock, Matt | Examined documents produced by Debtor, including insurance policies and financial statements, in order to identify assets. | 0.40 | 340.00 | 136.00 |
| 10/14/09 | Babcock, Matt | Examined insurance policies and coordinated additional analysis to be performed in order to identify assets at various points in time. | 0.50 | 340.00 | 170.00 |
| 10/14/09 | Hanson, Shaun | Analyzed assets detailed in insurance documents. | 1.20 | 195.00 | 234.00 |
| 10/15/09 | Babcock, Matt | Examined current and previous insurance policies, identified assets insured (including real property, vehicles and other) and updated related asset analysis. | 1.80 | 340.00 | 612.00 |
| 10/15/09 | Hanson, Shaun | Continued analysis of assets detailed in insurance documents. | 2.20 | 195.00 | 429.00 |
| 10/16/09 | Babcock, Matt | Coordinated asset analysis to be conducted and examined related case files and records. | 0.50 | 340.00 | 170.00 |



LECG

Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/20/09 | Babcock, Matt | Analyzed insurance policies, including supporting detailed asset schedules, coordinated additional analysis to be performed and updated status report. | 1.00 | 340.00 | 340.00 |
| 10/20/09 | Babcock, Matt | Examined financial statements, including related notes and schedules, analyzed detailed asset listings for June 30, 2008 year end, identified historical asset transfers between funds, coordinated additional analysis regarding same and updated status report. | 1.90 | 340.00 | 646.00 |
| 10/20/09 | Hanson, Shaun | Identified and analyzed financial statement documents and fixed assets listing for 2008. | 1.20 | 195.00 | 234.00 |
| 10/20/09 | Hanson, Shaun | Examined fixed asset listing for 2008, agreed to trial balance and compared to real property listing. | 2.30 | 195.00 | 448.50 |
| 10/20/09 | Hanson, Shaun | Examined and analyzed notes to financial statements for years 1999 to 2007. | 3.30 | 195.00 | 643.50 |
| 10/21/09 | Babcock, Matt | Examined chart of accounts and historical trial balances produced by Debtor, examined related financial statements and supporting documents detailing assets and related funds and updated related asset analysis. | 1.60 | 340.00 | 544.00 |
| 10/21/09 | Babcock, Matt | Reviewed case files and records and ▮▮▮▮▮▮▮▮▮▮ | 0.90 | 340.00 | 306.00 |
| 10/22/09 | Babcock, Matt | Examined chart of accounts, trial balances, annual financial statements, supporting schedules and other case files and records in conjunction with analysis of assets and related funds. | 3.80 | 340.00 | 1,292.00 |

5



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/22/09 | Hanson, Shaun | Analyzed assets, including buildings and equipment, pursuant to information detailed in notes to financial statements for years 2006 to 2007. | 1.70 | 195.00 | 331.50 |
| 10/22/09 | Hanson, Shaun | Analyzed assets, including buildings and equipment, pursuant to information detailed in notes to financial statements for years 2003 to 2005. | 2.30 | 195.00 | 448.50 |
| 10/22/09 | Hanson, Shaun | Analyzed assets, including buildings and equipment, pursuant information detailed in notes to financial statements for years 1999 to 2002. | 2.50 | 195.00 | 487.50 |
| 10/22/09 | Hanson, Shaun | Analyzed assets, including various funds (i.e. Apostolic, Seminary, Aged & Infirm, etc) using supplemental information notes in financial statements. | 1.50 | 195.00 | 292.50 |
| 10/23/09 | Babcock, Matt | Updated and revised organizational charts detailing structures, employees, funds, etc in conjunction with asset analysis. | 0.80 | 340.00 | 272.00 |
| 10/23/09 | Babcock, Matt | Examined financial statements (including notes and supporting schedules), trial balances, bankruptcy filings and other case files and records in conjunction with analysis of assets (including evaluation of funds maintained by Debtor and transfers of assets between said funds and evaluation of restricted and non-restricted assets). | 4.70 | 340.00 | 1,598.00 |
| 10/23/09 | Hanson, Shaun | Analyzed net assets pursuant to information included in notes to financial statements. | 1.80 | 195.00 | 351.00 |
| 10/23/09 | Hanson, Shaun | Analyzed investments pursuant to information included in notes to financial statements. | 2.20 | 195.00 | 429.00 |
| | | | **50.70** | | **13,308.50** |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

**Task Code: 02.0**          **Prepare Work Plans and Procedures**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/05/09 | Neilson, Todd | Met with accounting staff to review progress on data conversion and other issues related to preparation of outline and tentative report | 0.80 | 600.00 | 480.00 |
| 10/05/09 | Shields, Paul | Evaluated work to perform and management of production. | 0.50 | 470.00 | 235.00 |
| 10/05/09 | Babcock, Matt | Prepared for and met with Directors in order to discuss case issues. | 0.40 | 340.00 | 136.00 |
| 10/20/09 | Shields, Paul | Evaluated work to perform. | 0.20 | 470.00 | 94.00 |
| 10/20/09 | Hanson, Shaun | Evaluated financial statement analysis and identified additional analysis to be performed. | 0.60 | 195.00 | 117.00 |
|  |  |  | **2.50** |  | **1,062.00** |

**Task Code: 07.0**          **General Reading and Analysis of Documents**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/01/09 | Babcock, Matt | Evaluated and resolved issues related to electronic documents produced by Debtor. | 0.30 | 340.00 | 102.00 |
| 10/02/09 | Babcock, Matt | Analyzed issues related to electronic document productions received from Debtor. | 0.80 | 340.00 | 272.00 |
| 10/02/09 | Sequeira, Nihal | Reviewed project material and summary of options regarding processing of Concordance databases. | 0.80 | 315.00 | 252.00 |
| 10/05/09 | Babcock, Matt | Examined electronic document productions, coordinated conversion into Concordance database and resolved related issues. | 1.60 | 340.00 | 544.00 |
| 10/06/09 | Shields, Paul | Reviewed issues with organization and evaluation of documents. | 0.30 | 470.00 | 141.00 |
| 10/06/09 | Babcock, Matt | Evaluated issues related to access of electronic documents provided by Debtor. | 0.70 | 340.00 | 238.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/07/09 | Sequeira, Nihal | Reviewed and analyzed electronic document productions. Evaluated creation of Concordance database from Summation deliverable. Performed quality checks of documents and database setup. | 2.30 | 315.00 | 724.50 |
| 10/07/09 | Hanson, Shaun | Evaluated document analysis. | 0.40 | 195.00 | 78.00 |
| 10/07/09 | Hanson, Shaun | Analyzed and compiled insurance documents. | 1.70 | 195.00 | 331.50 |
| 10/08/09 | Babcock, Matt | Examined hardcopy documents obtained from electronic files provided by Debtor and coordinated organization and review of same. | 0.80 | 340.00 | 272.00 |
| 10/08/09 | Sequeira, Nihal | Reviewed and analyzed electronic document productions. Evaluated creation of Concordance database from Summation deliverable. Performed quality checks of documents and database setup. | 2.20 | 315.00 | 693.00 |
| 10/08/09 | Hanson, Shaun | Analyzed and compiled financial documents. | 0.80 | 195.00 | 156.00 |
| 10/08/09 | Belloff, Amanda | Reviewed and organized document production from Debtor. | 1.50 | 95.00 | 142.50 |
| 10/09/09 | Shields, Paul | Assisted with organization and evaluation of records. | 0.20 | 470.00 | 94.00 |
| 10/09/09 | Babcock, Matt | Resolved issues related to review of electronic documents provided by Debtor. | 0.50 | 340.00 | 170.00 |
| 10/09/09 | Babcock, Matt | Examined and organized documents provided by Debtor. | 0.80 | 340.00 | 272.00 |
| 10/09/09 | Hanson, Shaun | Analyzed and compiled insurance documents for the years 2004-2008. | 2.00 | 195.00 | 390.00 |
| 10/09/09 | Hanson, Shaun | Analyzed and compiled financial documents for the years 2004-2008. | 2.10 | 195.00 | 409.50 |
| 10/09/09 | Hanson, Shaun | Analyzed and compiled detailed trial balances for the years 2004-2008. | 1.20 | 195.00 | 234.00 |
| 10/09/09 | Belloff, Amanda | Reviewed and organized document production from Debtor. | 0.40 | 95.00 | 38.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/12/09 | Shields, Paul | Evaluated and organized records. | 0.30 | 470.00 | 141.00 |
| 10/12/09 | Babcock, Matt | Prepared for and participated in conference call with Counsel and Debtor's counsel in order to discuss and coordinate issues related to electronic document production. | 0.50 | 340.00 | 170.00 |
| 10/12/09 | Babcock, Matt | Evaluated issues related to Debtor's pending production of Great Plains accounting system data and other electronic documents. | 1.00 | 340.00 | 340.00 |
| 10/12/09 | Babcock, Matt | Examined documents produced by Debtor, including insurance policies and financial statements, in order to identify assets. | 1.20 | 340.00 | 408.00 |
| 10/12/09 | Sequeira, Nihal | Reviewed and analyzed document production and evaluated deliverable formats. | 0.70 | 315.00 | 220.50 |
| 10/12/09 | Hanson, Shaun | Examined Debtor's document productions and compiled financial records (Binders 1 - 24). | 2.60 | 195.00 | 507.00 |
| 10/12/09 | Hanson, Shaun | Examined Debtor's document productions and compiled financial records (Binders 25 - 57). | 2.50 | 195.00 | 487.50 |
| 10/12/09 | Hanson, Shaun | Examined Debtor's document productions and compiled insurance records (Binders 1 - 13). | 1.80 | 195.00 | 351.00 |
| 10/12/09 | Hanson, Shaun | Compiled master insurance binder for years 2004-2008. | 1.60 | 195.00 | 312.00 |
| 10/12/09 | Belloff, Amanda | Reviewed and organized document production from Debtor. | 5.30 | 95.00 | 503.50 |
| 10/13/09 | Babcock, Matt | Followed-up on pending issues related to electronic document productions from Debtor. | 0.40 | 340.00 | 136.00 |
| 10/13/09 | Hanson, Shaun | Examined and compiled financial statements and records from 2004 to 2008. | 1.60 | 195.00 | 312.00 |
| 10/13/09 | Hanson, Shaun | Examined and compiled insurance documents from 2004 to 2008. | 1.70 | 195.00 | 331.50 |
| 10/14/09 | Shields, Paul | Evaluated production and organization of records. | 0.30 | 470.00 | 141.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/14/09 | Babcock, Matt | Identified initial reports to request from Debtor from Debtor's Great Plains accounting system, evaluated issues related to electronic document productions and followed-up on related matters. | 0.60 | 340.00 | 204.00 |
| 10/14/09 | Hanson, Shaun | Continued examination and compilation of insurance documents from 2004 to 2008. | 1.20 | 195.00 | 234.00 |
| 10/14/09 | Hanson, Shaun | Examined and compiled financial statements and records from 2004 to 2008. | 1.20 | 195.00 | 234.00 |
| 10/14/09 | Hanson, Shaun | Prepared for and attended meeting to discuss issues related to Debtor's electronic document productions. | 1.20 | 195.00 | 234.00 |
| 10/14/09 | Hanson, Shaun | Analyzed and organized insurance documents. | 1.10 | 195.00 | 214.50 |
| 10/15/09 | Babcock, Matt | Examined documents produced by Debtor in order to identify historical financial statements and updated related analysis. | 0.90 | 340.00 | 306.00 |
| 10/16/09 | Hanson, Shaun | Compiled master binders for real property and financial statements. | 1.10 | 195.00 | 214.50 |
| 10/19/09 | Hanson, Shaun | Examined and compiled financial statements and records for the years 1999 to 2007. | 2.50 | 195.00 | 487.50 |
| 10/20/09 | Babcock, Matt | Examined case files and records, including recently produced records from Debtor's Great Plains accounting system. | 0.50 | 340.00 | 170.00 |
| 10/21/09 | Babcock, Matt | Analyzed 341(a) hearing transcript dated March 17, 2009 and updated related asset analysis. | 2.30 | 340.00 | 782.00 |
| 10/21/09 | Babcock, Matt | Evaluated status of electronic document production (including pending production of Great Plains accounting data and an additional 56,000 electronic records), communicated issues to Director and followed-up with counsel on related matters. | 0.80 | 340.00 | 272.00 |



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/21/09 | Hanson, Shaun | Examined 341(a) hearing transcript for discussion of funds. | 2.50 | 195.00 | 487.50 |
| 10/21/09 | Hanson, Shaun | Examined and organized supplemental information section of financial statements for years 1999 to 2003. | 1.60 | 195.00 | 312.00 |
| 10/21/09 | Hanson, Shaun | Examined and organized supplemental information section of financial statements for years 2004 to 2007. | 1.70 | 195.00 | 331.50 |
| 10/23/09 | Shields, Paul | Evaluated discovery issues. | 0.30 | 470.00 | 141.00 |
| 10/27/09 | Hanson, Shaun | Compiled master binders for financial statement and real property. | 1.00 | 195.00 | 195.00 |
| 10/29/09 | Babcock, Matt | Examined document production recently received from Debtor and followed-up on related issues. | 1.00 | 340.00 | 340.00 |
| 10/30/09 | Hanson, Shaun | Analyzed and compiled recently received electronic documents (Discs 1-4). | 1.40 | 195.00 | 273.00 |
| 10/30/09 | Hanson, Shaun | Analyzed and compiled recently received electronic documents (Discs 5-8). | 1.80 | 195.00 | 351.00 |
| | | | **67.60** | | **15,698.50** |

**Task Code: 32.0**    **Employment and Fee Application Matters**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/29/09 | Babcock, Matt | Reviewed and updated time descriptions for September 2009 and evaluated total fees and expenses from inception of case through current date. | 0.80 | 340.00 | 272.00 |
| 10/30/09 | Perry, Evelyn | Updated fee and cost schedules through September 2009. | 0.30 | 120.00 | 36.00 |
| | | | **1.10** | | **308.00** |

**Task Code: 33.0**    **General Case Administration**



Pachulski Stang Ziehl & Jones LLP
Re: In re: Society of Jesus, Oregon Province, Debtor
Services Rendered October 1, 2009 Through October 31, 2009

Invoice # 113690
socje-26194

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/07/09 | McKee, Katherine | Compiled documents and created case binders. | 0.30 | 85.00 | 25.50 |
| 10/26/09 | Babcock, Matt | Evaluated case issues, including current fees, and followed-up on related matters. | 0.80 | 340.00 | 272.00 |
| | | | **1.10** | | **297.50** |

**Task Code: 42.0**          **Preparation of Reports**

| DATE | NAME | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/19/09 | Babcock, Matt | Prepared status report, including evaluation of status of case, asset analysis and review / coordination of electronic document production. | 1.10 | 340.00 | 374.00 |
| 10/23/09 | Babcock, Matt | Revised preliminary status report and provided same to Director. | 0.70 | 340.00 | 238.00 |
| | | | **1.80** | | **612.00** |

| **Total Professional Services** | | | **124.80** | | **31,286.50** |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 10/07/2009 | Supplies - - VENDOR: OfficeMax Contract Inc. | 496.64 |
| 10/07/2009 | Supplies - - VENDOR: OfficeMax Contract Inc. | 620.81 |
| 10/09/2009 | Photocopy and Reproduction, Outside Services - - VENDOR: Salt Lake Legal, LLC | 3,200.50 |
| 10/20/2009 | Photocopies | 1.00 |

**Total Expenses          4,318.95**

| **Total Current Charges** | **$** | **35,605.45** |

**CERTIFICATE OF SERVICE**

I, Melisa DesJardien, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On January 15, 2010, I caused to be served in this action the ***NOTICE OF FILING OF FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD OCTOBER 1 THROUGH OCTOBER 31, 2009*** by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☑ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on January 15, 2010, at Los Angeles, California.

*/s/ Melisa DesJardien*
Melisa DesJardien

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## **Parties Served Through ECF**

1. JOHN D ALLISON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
jdallison@eahjlaw.com, lhansen@eahjlaw.com
2. SUSAN G BOSWELL for Creditor Catholic Bishop of Northern Alaska
susan.boswell@quarles.com
3. JAMES S BRUCE for Interested Party Society of Jesus, Wisconsin Province
james@jordancaplan.com
4. JEANNE M CHAMBERLAIN for Interested Party Seattle University
jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com
5. LAWRENCE R COCK for Defendant Seattle University
lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com
6. THOMAS V DULCICH for Debtor Society of Jesus, Oregon Province
tdulcich@schwabe.com, sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com
7. FORD ELSAESSER for Interested Party Catholic Church Communities of Northern Alaska
felsaesser@ejame.com, james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com
8. DANIEL T FASY for Creditor Various unsecured tort claimant creditors,
incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
daniel@pcvklaw.com, Linnea@pcvklaw.com
9. JOSEPH A FIELD for Counter-Defendant American States Insurance Company
joe@fieldjerger.com, koren@fieldjerger.com
10. SCOTT N GODES for Debtor Society of Jesus, Oregon Province
godess@dicksteinshapiro.com
11. RICHARD D HALTON for Creditor Various unsecured tort claimant creditors incl. FV, GV and JV
rhalton@earthlink.net
12. LEANDER L JAMES for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
ljames@jvwlaw.net, bonte@jvwlaw.net
13. ALBERT N KENNEDY for Interested Party Seattle University
al.kennedy@tonkon.com, leslie.hurd@tonkon.com
14. COLLEEN KINERK for Defendant Seattle University
ckinerk@cablelang.com, joanie@cablelang.com
15. JAMES B KING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
KSchulman@ecl-law.com
16. TIMOTHY D KOSNOFF for Creditor Various unsecured tort claimant creditors,
incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
timothy@pcvklaw.com, bernadette@pcvklaw.com
17. HOWARD M LEVINE for Debtor Society of Jesus, Oregon Province
howard@sussmanshank.com, janine@sussmanshank.com
18. PATRICK C MAXCY for Interested Party American States Insurance Company
19. JOSEPH M MEIER for Interested Party Roman Catholic Diocese of Boise
jmeier@cosholaw.com, jbean@cosholaw.com
20. ROBERT B MILLNER for Interested Party American States Insurance Company
rmillner@sonnenschein.com
21. JOHNSTON A MITCHELL for Creditor Catholic Bishop of Northern Alaska
johnstonlaw@comcast.net, coers@comcast.net
22. JOHN D MUNDING for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
munding@crumb-munding.com
23. JAMES R MURRAY for Debtor Society of Jesus, Oregon Province
murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com
24. DANIEL J NEPPL for Counter-Defendant American States Insurance Company
dneppl@sidley.com, efilingnotice@sidley.com
25. L MARTIN NUSSBAUM for Debtor Society of Jesus, Oregon Province
mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com
26. DOUGLAS R PAHL for Interested Party Committee of Trust Beneficiaries
dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com;cdaugherty@perkinscoie.com
27. TERESA H PEARSON for Defendant Society of Jesus, Father General Adolfo Nicholas, SJ and His Predecessors
teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com

28. MICHAEL T PFAU for Creditor Various unsecured tort claimant creditors,
    incl. J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
    michael@pcvklaw.com, Bernadette@pcvklaw.com

29. ALEX I POUST for Debtor Society of Jesus, Oregon Province
    apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com

30. HAMID R RAFATJOO for Creditor Committee Official Committee of Unsecured Creditors
    hrafatjoo@pszjlaw.com, sploussard@pszjlaw.com

31. KENNETH P ROOSA for Plaintiff James Doe, 59
    info@cookeroosa.com

32. TARA J SCHLEICHER for Creditor Certain Alaska State Court Plaintiffs
    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;ldemeter@fwwlaw.com

33. DALE H SCHOFIELD for Creditor J. C. 2
    hschofield@msn.com

34. F MIKE SHAFFER for Creditor Plaintiffs A.A., M.A., J.E., C.F. P.K., J.M., G.V., J.V., and F.V.
    fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com

35. PAUL J SIEVERS for Creditor Committee Official Committee of Unsecured Creditors
    psievers@manlystewart.com, djohnson@manlystewart.com

36. PAMELA EGAN SINGER for Creditor Committee Official Committee of Unsecured Creditors
    psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com

37. BRYAN G SMITH for Creditor K.M. & Various Tort Claimants
    bsmith@tamakilaw.com,
    btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com

38. JAN D SOKOL for Interested Party American States Insurance Company
    jdsokol@lawssg.com

39. JAMES I STANG for Creditor Committee Official Committee of Unsecured Creditors
    jstang@pszjlaw.com, dhinojosa@pszjlaw.com

40. LISA Y STEVENS for Debtor Society of Jesus, Oregon Province
    stevensl@dicksteinshapiro.com, proulxj@dicksteinshapiro.com

41. THOMAS W STILLEY for Debtor Society of Jesus, Oregon Province
    tom@sussmanshank.com, janine@sussmanshank.com

42. SUSAN A STONE for Counter-Defendant American States Insurance Company
    sstone@sidley.com, efilingnotice@sidley.com

43. BRAD T SUMMERS for Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
    tsummers@balljanik.com, swylen@balljanik.com

44. BLAINE L TAMAKI for Creditor K.M. & Various Tort Claimants
    btamaki@tamakilaw.com, dward@tamakilaw.com

45. US Trustee, Portland
    USTPRegion18.PL.ECF@usdoj.gov

46. TIMOTHY C WALTON for Creditor Various unsecured tort claimant creditors, incl. M.S., A.S., and D.S.
    timwalton2000@hotmail.com

47. JOHN W WEIL for Debtor Society of Jesus, Oregon Province
    bmail@hooplaw.com, csayles@hooplaw.com

## Served by Federal Express

Hon. Elizabeth L. Perris
**United States Bankruptcy Court**
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

## Parties Served via US Mail

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors,
including FV, GV and JV
JOSEPH A BLUMEL
4407 N Division St #900
Spokane, WA 99207

David A. Paige
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue,
Phoenix, AZ 85004-2391

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Counsel for Certain State Court Plaintiffs,
Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Nathan W. Henry
114-A Vista Way
Kennewick, WA 99336

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802