DISTRICT OF OREGON
**FILED**
March 31, 2010
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

ELIZABETH PERRIS
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

Society Of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,

Debtor.

Case No. 09-30938-elp11

STIPULATED ORDER APPROVING APPLICATION TO EMPLOY GROUP ONE REAL ESTATE (Kalinn Dishion, Realtor) AS REAL ESTATE BROKER FOR DEBTOR-IN-POSSESSION

[Docket No. 707, filed 3/25/2010]

This matter came before the Court on the Debtor's Application to Employ Group One Real Estate (Kalinn Dishion, Realtor) as Real Estate Broker for Debtor-in-Possession, to provide assistance on the sale of property located in Boise, Idaho [Docket No. 707, filed 3/25/2010]. The Court having considered the Application and the stipulation of the Debtor and the Official Committee of Unsecured Creditors to the form and entry of this order, it is:

ORDERED:

1. The application for employment is approved; and,



Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

2. Group One Real Estate will be entitled to receive a commission of 8% of the sales price of the property as compensation for its services pursuant to the RE-16 Seller Representation Agreement executed March 19, 2010 attached as Exhibit 1 to the application, with such commission to be paid out of the sales proceeds at closing.

# # #

IT IS SO STIPULATED:

SUSSMAN SHANK LLP

*/s/ Thomas W. Stilley*

Thomas W. Stilley, OSB No. 88316
Attorneys for Debtor and Debtor-In-Possession

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James I. Stang

James I. Stang (Admitted Pro Hac Vice)
Attorneys for Official Committee of Unsecured Creditors

c: ECF Participants
Parties on Attached List

**F:\CLIENTS\19620\004\PLEADINGS\P-STIPULATED ORDER APPROVING EMPLOY (IDAHO REALTOR).DOC**



Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Florence Kenney, Co-Chair
c/o Christopher R. Cook
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

Anthony Lionel Atkinson, Co-Chair
c/o Michael T. Pfau Esq.
Pfau, Cochran, Vertetis & Kosnoff PLLC
701 Fifth Avenue, Ste. 4750
Seattle, WA 98104

Frederick J. Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503

David Henderson, Esq.
PO Box 2441
135 Ridgecrest
Bethel, AK 99559

William A. Gilbert, Esq.
100 E. Broadway
PO Box 2149
Moses Lake, WA 98837

Jim Valcarce
Valcarce Law Office, LLC
900 3rd Avenue
PO Box 409
Bethel, AK 99559

Michelle Menely, Esq.
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA 98101-4185

Andrew Chasan
PO Box 1069
Boise, ID 83701

Raymond F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg #210
618 West Riverside
Spokane, WA 99201

Gary A. Zipkin
510 L St #700
Anchorage, AK 99501

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Daniel Gatti
Gatti Gatti Maier et al
1781 Liberty St SE
Salem OR 97302

Daniel T Quinn
360 K St #200
Anchorage, AK 99501

Jospeh A. Blumel
4407 N Division St #900
Spokane, WA 99207

Cynthia L. Ducey
1007 W 3rd Ave #400
Anchorage, AK 99501

Steven F. Kerr
1000 2nd Ave #3500
Seattle, WA 98104-1048

Jack Lovejoy
1000 2nd Ave #3500
Seattle, WA 98104

Timothy M. Lynch
425 G St #320
Anchorage, AK 99501

David W. Oesting
701 W 8th Ave #800
Anchorage, AK 99501

Jonathan Lee Riches
Federal Medical Center
#40948018
POB 14500
Lexington, KY 40512

Renea I. Saade
1420 5th Ave #3010
Seattle, WA 98101-2393

Gregory G. Silvey
510 L St #700
Anchorage, AK 99501

Mackenzie E. Whatcott
800 Park Blvd #790
Washington Group Plaza #4
Boise, ID 83712

William C. Tharp
950 W Bannock St #900
Boise, ID 83702

Thomas G. Walker
POB 9518
Boise, ID 83707-9518

Stanley W. Welsh
800 Park Blvd #790
Washington Group Plaza #4
Boise, ID 83712

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802

Breck Barton
PO Box 100
Rexburg, ID 83440

Karen O'Kasey
Hoffman Hart & Wagner LLP
1000 SW Broadway Ste 2000
Portland OR 97205

**c: ECF Participants**