James I. Stang (CA Bar No. 94435)
Pamela Egan Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for the Official Committee of Unsecured
Creditors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation,<br><br>Debtor | Case No.: 09-30938-elp11<br><br>**NOTICE OF FILING OF FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010** |

**PLEASE TAKE NOTICE,** that pursuant to the *Order Establishing Procedures for Payment of Interim Professional Fees and Expenses on a Monthly Basis* [Docket No. 193] (the "Fee Procedures Order"), Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee"), attaches its fee statement which covers the period June 1, 2010 through June 30, 2010 (the "Fifteenth Fee Statement").[1]  Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Fee Procedures Order.

Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is as follows:

1.       On or before the 15th day of each month, any of the Professionals seeking payment from the bankruptcy estate may submit to the Debtor a statement for fees and expenses incurred in the previous month or earlier.

---

[1] Pursuant to the Fee Procedure Order, PSZJ reserves its right to seek compensation at an hourly rate higher than that reflected in this Fifteenth Fee Statement.  The submission of this Fifteenth Fee Statement should not be deemed a waiver of any rights by PSZJ under any applicable law or local bankruptcy rule, including LBR 2016-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Oregon.

NOTICE OF FILING FEE STATEMENT OF PSZJ

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2.       Any party-in-interest who objects to payment of a particular statement shall, within fifteen days from the date of the filing of the Fee Statement, object to the Fee Statement. Any party in interest who objects to a Fee Statement shall file with the Court and serve on the professional requesting payment and (a) the attorneys for the Debtor (except for any special counsel to the Debtor); (b) the attorneys and chairperson of the Committee; (c) the United States Trustee; and (d) all parties requesting special notice (collectively, the "Notice Parties"), a written objection to all or part of the fees or expenses requested in the statement.  In the event an objection is filed, the Debtor shall only pay that portion of the fees and expenses which are not the subject of the objection.  The Debtor shall not pay the remainder of such Fee Statement without further order of the Court.  The Professional to whose fees an objection was filed may set the matter for a hearing.

3.       If a timely objection is not filed, either (a) the Debtor shall, pursuant to its normal accounts payable procedures for its monthly statements, pay or (b) the professional shall apply any unexhausted retainer in its possession to pay, 80% of the fees and 100% of the expenses requested in such statement.  If applicable, fees and expenses shall first be paid from a retainer balance before they are paid by the Debtor.

4.       Neither the failure to object to nor the payment or nonpayment of any portion of the requested monthly interim compensation and expenses shall bind any creditor, party-in-interest, or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses.

5.       In this fee statement covering the period June 1, 2010 through June 30, 2010, the time expended on this matter by PSZJ resulted in $52,564.50 in fees and $8,568.70 in expenses, for a total of $61,133.20.  *See* **Exhibit A** hereto for the itemized detail of the time expended and expenses incurred.  If a timely objection is not filed, the Debtor shall pay PSZJ the sum of $50,620.30 (which is 80% of the fees expended, plus 100% of the expenses incurred) or such other sum as is authorized under the Fee Procedures Order.

6.       The balance of $10,512.90 (or such higher amounts as may be applicable due to the Debtor's inability to pay the fees and expenses requested herein) represents the "hold-back"

for which PSZJ will seek payment in its final fee application, or at such other time as may be

authorized by the Court.

Dated:    July 15, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Pamela Egan Singer*

James I. Stang (CA Bar No. 94435)
Pamela Egan Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for Official Committee of Unsecured
Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

46352-002\DOCS_LA:222528.1

# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2010

Invoice Number **90050**      **46352  00002**      **HRR**

JIS

| | |
|---|---:|
| Balance forward as of last invoice, dated:  May 31, 2010 | $731,676.83 |
| Net balance forward | $731,676.83 |

Re:  Committee Representation

**Statement of Professional Services Rendered Through**      **06/30/2010**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | |
| 06/01/10 | JFB | Review indices re Articles of Incorporation. | 1.20 | 160.00 | $192.00 |
| 06/01/10 | JIS | Review jurisdictional issues related to SOJ. | 0.20 | 640.00 | $128.00 |
| 06/01/10 | JIS | Review intervention order and email to SCC. | 0.40 | 640.00 | $256.00 |
| 06/02/10 | JIS | Review emails and response re service of process in SOJ matter. | 0.20 | 640.00 | $128.00 |
| 06/02/10 | JER | Review documents produced and pull references to the articles of incorporation. | 0.80 | 205.00 | $164.00 |
| 06/04/10 | JFB | Review and categorize documents re Joint trial exhibits | 3.70 | 160.00 | $592.00 |
| 06/07/10 | JIS | Email exchange with P. Singer regarding jurisdictional issues. | 1.00 | 640.00 | $640.00 |
| 06/09/10 | GNB | Email with John F. Bass with regard to search of property photographs (.1); Track recently produced documents on litigation chart (.1). | 0.20 | 515.00 | $103.00 |
| 06/09/10 | JFB | Review indices for photos of properties re Mediation | 0.80 | 160.00 | $128.00 |
| 06/10/10 | GNB | Email with John F. Bass regarding SJOP documents produced, deeds, and photographs of properties. | 0.30 | 515.00 | $154.50 |
| 06/10/10 | JFB | Review indices for photos of properties re Mediation | 4.20 | 160.00 | $672.00 |
| 06/10/10 | JER | Review and analysis of deeds regarding use restrictions. | 2.80 | 205.00 | $574.00 |
| 06/11/10 | GNB | Email with Jorge E. Rojas regarding deed analysis. | 0.10 | 515.00 | $51.50 |
| 06/16/10 | GNB | Telephone conference with James I. Stang regarding Great Plains issues. | 0.10 | 515.00 | $51.50 |
| 06/18/10 | GNB | Telephone conference with Matt Babcock regarding Great Plains analysis (.4); Draft email to Tom Stilley regarding same (.1). | 0.50 | 515.00 | $257.50 |
| 06/18/10 | JFB | Review indices re Brokerage and bank statements. | 0.80 | 160.00 | $128.00 |
| 06/21/10 | PES | Email exchange re Great Plains with G. Brown. | 0.10 | 515.00 | $51.50 |
| 06/22/10 | PES | Review emails re obtaining Great Plains information from the debtor. | 0.20 | 515.00 | $103.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/22/10 | PES | Prepare reply to Seattle U's objections. | 0.40 | 515.00 | $206.00 |
| 06/22/10 | PES | Email flow re obtaining Great Plains info from the debtor. | 0.30 | 515.00 | $154.50 |
| 06/22/10 | PES | Telephone conference with Matt Babcock re discovery needed from debtor. | 0.20 | 515.00 | $103.00 |
| 06/22/10 | PES | Telephone conference with Tom Stilley re discovery. | 0.20 | 515.00 | $103.00 |
| 06/22/10 | PES | Draft confirming email to Tom Stilley re discovery. | 0.20 | 515.00 | $103.00 |
| 06/22/10 | PES | Multiple telephone conferences with Matt Babcock re Great Plains information. | 0.40 | 515.00 | $206.00 |
| 06/22/10 | PES | Email exchange with JIS re Great Plains information. | 0.10 | 515.00 | $51.50 |
| 06/22/10 | PES | Additional emails with Tom Stilley re Great Plaints info. | 0.20 | 515.00 | $103.00 |
| 06/23/10 | GNB | Handle Matt Babcock request for data (.1); Email with Pamela E. Singer regarding same (.2). | 0.30 | 515.00 | $154.50 |
| 06/23/10 | PES | Email exchanges re production of CD by Debtor. | 0.20 | 515.00 | $103.00 |
| 06/23/10 | PES | Telephone conference with Tom Stilley re database and send email re same. | 0.20 | 515.00 | $103.00 |
| 06/23/10 | PES | Telephone conference with JIS re access to debtor's books and records. | 0.10 | 515.00 | $51.50 |
| 06/23/10 | PES | Review operating orders and draft email to debtor re its obligation to provide access to all books and records in order to obtain Great Plains data. | 0.30 | 515.00 | $154.50 |
| 06/24/10 | GNB | Email with Pamela E. Singer regarding Great Plains issues. | 0.20 | 515.00 | $103.00 |
| 06/25/10 | PES | Review Gonzaga U's joinder in Seattle's motion to strike. | 0.10 | 515.00 | $51.50 |
| 06/28/10 | PES | Telephone call with M. Babcock re discovery (.2) and review related documents (.1). | 0.30 | 515.00 | $154.50 |
| 06/28/10 | PES | Email to team re status of document production by debtor. | 0.20 | 515.00 | $103.00 |
| 06/28/10 | PES | Telephone call with M. Babcock re document production. | 0.40 | 515.00 | $206.00 |
| 06/29/10 | GNB | Review Pamela E. Singer email to Tom Stilley regarding Great Plains data. | 0.10 | 515.00 | $51.50 |
| 06/29/10 | PES | Listen to lengthy voicemail from M. Babcock re discovery and review related documents. | 0.10 | 515.00 | $51.50 |
| 06/29/10 | PES | Send email to team re voicemail from M. Babcock and status. | 0.10 | 515.00 | $51.50 |
| 06/29/10 | PES | Emails with T. Stilley re production of documents. | 0.20 | 515.00 | $103.00 |
| 06/29/10 | PES | Draft email to T. Stilley re production. | 0.30 | 515.00 | $154.50 |
| 06/29/10 | PES | Email exchange with J. Stang re production. | 0.10 | 515.00 | $51.50 |
| 06/30/10 | GNB | Review Tom Stilley email regarding SJOP information to be produced (.1); Review emails from James I. Stang, Pamela E. Singer and Matt Babcock regarding same (.1). | 0.20 | 515.00 | $103.00 |
| 06/30/10 | PES | Email exchange with Stilley re document production. | 0.20 | 515.00 | $103.00 |
| 06/30/10 | PES | Email exchanges with team re document production. | 0.20 | 515.00 | $103.00 |
| | | **Task Code Total** | **23.40** | | **$7,361.50** |

**Avoidance Actions**

| | | | | | |
|---|---|---|---|---|---|
| 06/10/10 | PES | Review memo  on trusts written by J. Stang. | 0.90 | 515.00 | $463.50 |
| 06/10/10 | PES | Analyze and insert comments into brief written by Jim | 2.50 | 515.00 | $1,287.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Stang. | | | |
| 06/16/10 | PES | Review final memo and executive summary of trust by Jim Stang. | 0.50 | 515.00 | $257.50 |
| 06/21/10 | KHB | Review memo on enforceability of Trusts. | 1.20 | 640.00 | $768.00 |
| 06/23/10 | JIS | Telephone conference with Pamela E. Singer regarding operating order and request for production of documents. | 0.10 | 640.00 | $64.00 |

|  | | | | |
|---|---|---|---|---|
| **Task Code Total** | | **5.20** | | **$2,840.50** |

### Bankruptcy Litigation [L430]

| | | | | | |
|---|---|---|---|---|---|
| 06/01/10 | PES | Review letter from Judge Peters and send email to J. Stang and K. Roosa re same (jurisdictional issues). | 0.50 | 515.00 | $257.50 |
| 06/01/10 | PES | Review notice of hearing on motion to pay abuser priests (.1); review motion in preparation for responding (.2). | 0.30 | 515.00 | $154.50 |
| 06/01/10 | PES | Research issues re service of a subpoena. | 1.20 | 515.00 | $618.00 |
| 06/01/10 | PES | Review Portland motion to pay fees of abuser priests and prepare opposition to motion by debtor to do the same in this case. | 1.10 | 515.00 | $566.50 |
| 06/01/10 | PES | Analyze claims related to motion to pay abuser priests. | 1.50 | 515.00 | $772.50 |
| 06/01/10 | PES | Review order denying intervention and send email to J. Stang re same. | 0.20 | 515.00 | $103.00 |
| 06/01/10 | PES | Telephone call with J. Stang re status. | 0.40 | 515.00 | $206.00 |
| 06/01/10 | PES | Review Hague Convention re service of complaint. | 0.80 | 515.00 | $412.00 |
| 06/01/10 | PES | Telephone call with T. Pearson re Rule 4(f) motion. | 0.30 | 515.00 | $154.50 |
| 06/01/10 | KLS | Draft submission of exhibit A to Supplemental Rule 4(f) Application. | 0.20 | 185.00 | $37.00 |
| 06/02/10 | JIS | Telephone conference with P. Singer re follow up on response to Stilley email regarding resolution of the motion to pay priests counsel for depositions. | 0.20 | 640.00 | $128.00 |
| 06/02/10 | PES | Telephone conference with Natalis Sakamoto re service abroad. | 0.20 | 515.00 | $103.00 |
| 06/02/10 | PES | Research re service of documents abroad. | 2.50 | 515.00 | $1,287.50 |
| 06/02/10 | PES | Consider issues raised by Judge Perris' letter to parties and draft email to Jim Stang re same. | 0.50 | 515.00 | $257.50 |
| 06/04/10 | JIS | Telephone conference with Pam Singer re motion for payment of deposition costs. | 0.10 | 640.00 | $64.00 |
| 06/04/10 | PES | Emails re attorney fees for one Jesuit to be deposed and subject to the motion to pay abuser priests. | 0.40 | 515.00 | $206.00 |
| 06/07/10 | JIS | Review emails regarding SAFECO insurance coverage stipulation and forward to SCC. | 2.00 | 640.00 | $1,280.00 |
| 06/07/10 | JIS | Telephone conference with P. Singer regarding motion for payment of priest legal fees. | 0.20 | 640.00 | $128.00 |
| 06/07/10 | PES | Telephone call with J. Stang re motion to pay abuser priests. | 0.20 | 515.00 | $103.00 |
| 06/07/10 | PES | Email exchange with T. Stilley re motion to pay fees of abuser priests. | 0.30 | 515.00 | $154.50 |
| 06/07/10 | PES | Analyze jurisdictional issues. | 1.10 | 515.00 | $566.50 |

| 06/07/10 | PES | Telephone call with Candace at the Bankruptcy Court re scheduling. | 0.20 | 515.00 | $103.00 |
|---|---|---|---|---|---|
| 06/07/10 | PES | Emails to state court counsel re jurisdiction. | 0.30 | 515.00 | $154.50 |
| 06/08/10 | PES | Review order from T. Stilley re motion to pay abuser priests. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Review emails re motion to pay abuser priests fees. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Emails to T. Stilley re settlement of motion to pay attorney fees of abuser priests. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Telephone call with D. Bridge re settlement. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Telephone call with V. Finaldi, J. Manly and K. Roosa re court's letter. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Additional telephone call with V. Finaldi re responding to Judge Perris' 6/1 letter (.2) and send email to J. Stang re same (.1). | 0.30 | 515.00 | $154.50 |
| 06/08/10 | PES | Telephone call with T. Pearson re jurisdictional issues. | 0.30 | 515.00 | $154.50 |
| 06/08/10 | PES | Review letter from SOJ in response to Judge Peters letters and send emails re same to J. Stang and Roosa. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | PES | Another telephone call with V. Finaldi re jurisdictional issues. | 0.20 | 515.00 | $103.00 |
| 06/08/10 | KLS | Review Rule 4f Amended Application, put together exhibits, and coordinate filing and service of same. | 1.60 | 185.00 | $296.00 |
| 06/09/10 | JIS | Review order re payment of priests and email with changes to same. | 0.10 | 640.00 | $64.00 |
| 06/09/10 | PES | Telephone call with D. Bridge re scheduling. | 0.20 | 515.00 | $103.00 |
| 06/09/10 | PES | Review letter from J. Manly. | 0.10 | 515.00 | $51.50 |
| 06/09/10 | PES | Email to J. Manly's team re court's letter. | 0.10 | 515.00 | $51.50 |
| 06/09/10 | PES | Telephone call with T. Pearson re scheduling. | 0.20 | 515.00 | $103.00 |
| 06/10/10 | JIS | Review email from H. Levine regarding P. Singer extension and email response re same. | 0.10 | 640.00 | $64.00 |
| 06/10/10 | PES | Telephone call with D. Bridge re scheduling. | 0.20 | 515.00 | $103.00 |
| 06/10/10 | PES | Send email to T. Pearson re briefing. | 0.20 | 515.00 | $103.00 |
| 06/11/10 | PES | Review order withdrawing motion to pay fees of abuser priests fees and send email re same. | 0.10 | 515.00 | $51.50 |
| 06/14/10 | PES | Draft email to T. Pearson re Rule 4(f) application. | 0.20 | 515.00 | $103.00 |
| 06/14/10 | PES | Email to J. Stang re plaintiffs' need to file Rule 4(f) application and to schedule pending motions. | 0.10 | 515.00 | $51.50 |
| 06/15/10 | PES | Telephone conference with Teresa Pearson re insurance policies. | 0.20 | 515.00 | $103.00 |
| 06/15/10 | PES | Telephone call with T. Pearson re Rule 4(f) application. | 0.30 | 515.00 | $154.50 |
| 06/15/10 | PES | Email to J. Stang and P. Richler re conversation with T. Pearson. | 0.10 | 515.00 | $51.50 |
| 06/15/10 | PES | Telephone call with K. Roosa re choice of law in fight with insurance company. | 0.20 | 515.00 | $103.00 |
| 06/16/10 | PES | Telephone conference with Teresa Pearson and send email to team re same. (.3) | 0.30 | 515.00 | $154.50 |
| 06/17/10 | PES | Review court's notice of hearing on rule 4(f) motion and send email to team re same. | 0.10 | 515.00 | $51.50 |
| 06/18/10 | PES | Review notice of hearing re Seattle U objections and send email to team. | 0.10 | 515.00 | $51.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/21/10 | GFB | Review emails from Gillian Brown, Pam Singer and James Stang regarding hearing and draft response regarding same. | 0.10 | 575.00 | $57.50 |
| 06/22/10 | PES | Review response by Safeco to Seattle U's objection and draft email l to JIS re smae. | 0.30 | 515.00 | $154.50 |
| 06/22/10 | PES | Review Seattle U's motion to strike its own objection and send email to JIS re same. | 0.30 | 515.00 | $154.50 |
| 06/28/10 | PES | Review and organize research on jurisdictional and service issues in preparation for upcoming briefing on same in AP versus SOJ. | 2.50 | 515.00 | $1,287.50 |
| 06/28/10 | PES | Review filings by SOJ on service and jurisdictional issues in preparation for upcoming briefing on same. | 0.50 | 515.00 | $257.50 |
| 06/28/10 | PES | Prepare for hearing on jurisdictional issues. | 0.70 | 515.00 | $360.50 |
| 06/28/10 | PES | Review pleadings and research on service and jurisdictional issues in preparation for upcoming briefing on same. | 1.00 | 515.00 | $515.00 |
| 06/29/10 | PES | Prepare for status conference in AP and base email exchange re same. | 0.80 | 515.00 | $412.00 |
| 06/29/10 | PES | Review docket for agreements re document production in preparation for discussing same with T. Stilley. | 0.20 | 515.00 | $103.00 |
| 06/29/10 | PES | Telephone call with T. Stilley re production of documents. | 0.20 | 515.00 | $103.00 |
| 06/29/10 | PES | Attend status conference in AP re Rule 4(f) motion. | 1.00 | 515.00 | $515.00 |
| 06/29/10 | PES | Telephone call with M. Babcock re production. | 0.20 | 515.00 | $103.00 |
| 06/29/10 | PES | Review/revise scheduling order. | 1.10 | 515.00 | $566.50 |
| 06/29/10 | PES | Draft email to T. Pearson re filing and servicing declaration. | 0.20 | 515.00 | $103.00 |
| 06/30/10 | PES | Review declaration of expert submitted by SOJ re service abroad. | 0.30 | 515.00 | $154.50 |
| 06/30/10 | PES | Review court's opinion re PIA in Delaware case in order to apply analysis to Jesuits case. | 0.30 | 515.00 | $154.50 |
| | **Task Code Total** | | 30.90 | | $15,663.00 |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 06/04/10 | JER | Update critical dates. | 0.80 | 205.00 | $164.00 |
| 06/11/10 | JER | Update critical dates. | 0.70 | 205.00 | $143.50 |
| 06/16/10 | JER | Update service list. | 1.00 | 205.00 | $205.00 |
| 06/18/10 | JER | Update critical dates. | 0.90 | 205.00 | $184.50 |
| 06/24/10 | JER | Update critical dates. | 0.80 | 205.00 | $164.00 |
| | **Task Code Total** | | 4.20 | | $861.00 |

**Claims Admin/Objections[B310]**

| | | | | | |
|---|---|---|---|---|---|
| 06/17/10 | JIS | Email exchanges regarding late filed proof of claim with counsel for creditor. | 0.50 | 640.00 | $320.00 |

| 06/18/10 | JIS | Email exchange with creditor attorney regarding late filed proof of claim and treatment of that claim under a Plan. | 0.30 | 640.00 | $192.00 |
|---|---|---|---|---|---|

|  | **Task Code Total** | | **0.80** | | **$512.00** |
|---|---|---|---|---|---|

**Compensation Prof. [B160]**

| 06/14/10 | GNB | Email Pamela E. Singer regarding filing tomorrow of monthly billing letter (.1); Coordinate preparation of monthly billing letter (.1). | 0.20 | 515.00 | $103.00 |
|---|---|---|---|---|---|
| 06/14/10 | PES | Review fee application before filing. | 0.20 | 515.00 | $103.00 |
| 06/14/10 | PES | Email re fee statements due 6/15. | 0.20 | 515.00 | $103.00 |
| 06/15/10 | PES | Review fee statement. | 0.20 | 515.00 | $103.00 |
| 06/15/10 | PES | Revise fee statement to conform fee statement to Fee Procedures Order and review fee statements/bills. | 1.00 | 515.00 | $515.00 |
| 06/15/10 | PES | Emails with G. Brown re fee statement. | 0.10 | 515.00 | $51.50 |
| 06/15/10 | JER | Review May bills and prepare fee statement. | 0.90 | 205.00 | $184.50 |
| 06/15/10 | JER | Work with Pamela Singer to edit and finalize fee statement. | 0.70 | 205.00 | $143.50 |

|  | **Task Code Total** | | **3.50** | | **$1,306.50** |
|---|---|---|---|---|---|

**Comp. of Prof./Others**

| 06/10/10 | PES | Telephone call with P. Richler re stipulation on fees. | 0.20 | 515.00 | $103.00 |
|---|---|---|---|---|---|
| 06/14/10 | PES | Telephone call with P. Richler re Morgan Lewis fee application. | 0.20 | 515.00 | $103.00 |
| 06/22/10 | PES | Telephone conference with Paul Richler re MLB fee application. | 0.20 | 515.00 | $103.00 |
| 06/24/10 | PES | Review stipulation re MLB fees and send email to P. Richler re same. | 0.30 | 515.00 | $154.50 |
| 06/24/10 | PES | Review emails re MLB fees and touch base with H. Levine re same. | 0.30 | 515.00 | $154.50 |
| 06/25/10 | PES | Emails re MLB's fees. | 0.20 | 515.00 | $103.00 |
| 06/28/10 | JIS | Telephone conference with P. Richler and P. Singer regarding MLB fee payment. | 0.30 | 640.00 | $192.00 |
| 06/28/10 | PES | Review issues and documents re MLB fees. | 1.00 | 515.00 | $515.00 |
| 06/28/10 | PES | Telephone call with H. Levine re fees (.3) and emails with team re same (.2). | 0.50 | 515.00 | $257.50 |
| 06/28/10 | PES | Telephone call with J. Stang re MLB fees and status in case. | 0.40 | 515.00 | $206.00 |
| 06/29/10 | PES | Email exchange with H. Levine re fees. | 0.10 | 515.00 | $51.50 |
| 06/29/10 | PES | Draft email to H. Levine re fees (.1). | 0.10 | 515.00 | $51.50 |
| 06/30/10 | PES | Email to Howard Levine re fees and with Paul Richler re same. | 0.30 | 515.00 | $154.50 |

|  | **Task Code Total** | | **4.10** | | **$2,149.00** |
|---|---|---|---|---|---|

**General Creditors Comm. [B150]**

| 06/02/10 | JIS | Conference call with SCC re mediation, discovery and pending litigation matters. | 0.90 | 640.00 | $576.00 |
|---|---|---|---|---|---|
| 06/02/10 | JIS | Conference call with committee re mediation and planning meeting. | 0.70 | 640.00 | $448.00 |
| 06/07/10 | JIS | Emails regarding meetings and mediation related meetings. | 0.40 | 640.00 | $256.00 |
| 06/08/10 | JIS | Email regarding format of committee calls. | 0.30 | 640.00 | $192.00 |
| 06/11/10 | PES | Review CDM. | 0.10 | 515.00 | $51.50 |
| 06/15/10 | PES | Review letter from creditor. | 0.10 | 515.00 | $51.50 |
| 06/28/10 | PES | Telephone call with deponent re Safeco depositions. | 0.20 | 515.00 | $103.00 |
| 06/28/10 | PES | Email to J. Stang re insurance depositions and call from survivor. | 0.20 | 515.00 | $103.00 |

|  | **Task Code Total** | | **2.90** | | **$1,781.00** |
|---|---|---|---|---|---|

**Insurance Coverage**

| 06/08/10 | JIS | Review compromise issues in coverage litigation. | 0.50 | 640.00 | $320.00 |
|---|---|---|---|---|---|

|  | **Task Code Total** | | **0.50** | | **$320.00** |
|---|---|---|---|---|---|

**Plan & Disclosure Stmt. [B320]**

| 01/13/10 | JIS | Review and analysis of email re insurance rights and follow up re separate classification. | 0.10 | 640.00 | $64.00 |
|---|---|---|---|---|---|
| 01/13/10 | JIS | Conference call with state court counsel re mediation strategy. | 0.80 | 640.00 | $512.00 |
| 06/01/10 | JIS | Continued work on mediation brief. | 3.20 | 640.00 | $2,048.00 |
| 06/02/10 | JIS | Telephone conference with Stilley regarding deeds, signage, school records, personnel records. | 0.40 | 640.00 | $256.00 |
| 06/02/10 | JIS | Continued work on mediation memo. | 3.30 | 640.00 | $2,112.00 |
| 06/03/10 | JIS | Telephone conference with Richler regarding managerial depositions and insurance coverage. | 0.10 | 640.00 | $64.00 |
| 06/03/10 | PES | Review order re disbursing agent (.2); review additional draft of joint motion to vacate plan settlement and order (.3); draft and email to comments (.1). | 0.60 | 515.00 | $309.00 |
| 06/04/10 | GNB | Telephone conference with James I. Stang regarding mediation theories. | 0.20 | 515.00 | $103.00 |
| 06/04/10 | JIS | Telephone conference with Richler regarding issues arising from managerial depositions and review of umbrella policies. | 0.40 | 640.00 | $256.00 |
| 06/06/10 | JIS | Continued research re trust avoidance for memo and continue memo edits. | 3.90 | 640.00 | $2,496.00 |
| 06/07/10 | JIS | Telephone conference with T. Atkinson (Committee co-chair) regarding mediation issues. | 0.60 | 640.00 | $384.00 |

| 06/07/10 | JIS | Telephone conference with K. Roosa regarding mediation issues. | 0.20 | 640.00 | $128.00 |
| 06/07/10 | JIS | Telephone conference with P. Richler re Case and Lee depositions. | 0.20 | 640.00 | $128.00 |
| 06/08/10 | JIS | Telephone conference with SCC regarding mediation issues. | 0.60 | 640.00 | $384.00 |
| 06/08/10 | JIS | Correspondence to committee regarding upcoming meetings re mediation and scope. | 0.40 | 640.00 | $256.00 |
| 06/08/10 | JIS | Final edits to mediation memo. | 1.50 | 640.00 | $960.00 |
| 06/08/10 | JIS | Completion of mediation memo and circulate for comment. | 1.80 | 640.00 | $1,152.00 |
| 06/10/10 | JIS | Review and revise non-monetary demands for plan and mediation. | 1.10 | 640.00 | $704.00 |
| 06/13/10 | JIS | Continue final edits to the mediation memorandum and draft executive summary. | 4.20 | 640.00 | $2,688.00 |
| 06/14/10 | JIS | Revise executive summary. | 1.30 | 640.00 | $832.00 |
| 06/15/10 | JIS | Final edits to mediation memos. | 4.20 | 640.00 | $2,688.00 |
| 06/17/10 | GNB | Email with James I. Stang regarding issues for mediation. | 0.10 | 515.00 | $51.50 |
| 06/18/10 | JIS | Review production of signage photos and compare to production to date. | 0.30 | 640.00 | $192.00 |
| 06/22/10 | JIS | Review Pamela E. Singer email regarding accounting system and response. | 0.10 | 640.00 | $64.00 |
| 06/23/10 | JIS | Conference call with State Court Counsel regarding mediation meeting. | 0.50 | 640.00 | $320.00 |
| 06/23/10 | JIS | Telephone conference with State court counsel regarding mediation issues. | 0.50 | 640.00 | $320.00 |
| 06/23/10 | PES | Email exchange with JIS re mediators and information owing from Debtor. | 0.10 | 515.00 | $51.50 |

|  | **Task Code Total** | | **30.70** | | **$19,523.00** |

**Retention of Prof. [B160]**

| 06/15/10 | MAM | Docket research regarding Order Establishing Procedures for Payment of Interim Professional Fees and Expenses. | 0.20 | 205.00 | $41.00 |

|  | **Task Code Total** | | **0.20** | | **$41.00** |

**Ret. of Prof./Other**

| 06/30/10 | GNB | Email with Matt Babcock regarding retention of Great Plains consultant. | 0.10 | 515.00 | $51.50 |

|  | **Task Code Total** | | **0.10** | | **$51.50** |

**Stay Litigation [B140]**

| 06/18/10 | PES | Review Rule 4(f) motion filed by Plaintiffs. | 0.30 | 515.00 | $154.50 |

| | Task Code Total | | 0.30 | | $154.50 |

| | **Total professional services:** | | 106.80 | | **$52,564.50** |

### Costs Advanced:

| 02/09/2010 | OS | UC Regents/Boalt Express, LAF | $50.00 |
|---|---|---|---|
| 05/05/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $31.43 |
| 05/05/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $10.74 |
| 05/12/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $28.94 |
| 05/19/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $3.29 |
| 05/26/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $14.30 |
| 05/26/2010 | CC | Conference Call [E105] AT&T Conference Call, JIS | $11.58 |
| 06/01/2010 | LN | 46352.00002 Lexis Charges for 06-01-10 | $492.07 |
| 06/01/2010 | PAC | 46352.00002 PACER Charges for 06-01-10 | $12.88 |
| 06/01/2010 | WL | 46352.00002 Westlaw Charges for 06-01-10 | $222.17 |
| 06/01/2010 | WL | 46352.00002 Westlaw Charges for 06-01-10 | $127.34 |
| 06/02/2010 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $30.91 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $10.19 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $10.19 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $7.01 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $10.19 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $10.19 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $7.01 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $12.21 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $7.01 |
| 06/03/2010 | FE | 46352.00002 FedEx Charges for 06-03-10 | $11.64 |
| 06/03/2010 | RE | (CORR 4 @0.20 PER PG) | $0.80 |
| 06/03/2010 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 06/03/2010 | WL | 46352.00002 Westlaw Charges for 06-03-10 | $554.17 |
| 06/03/2010 | WL | 46352.00002 Westlaw Charges for 06-03-10 | $187.96 |
| 06/04/2010 | LN | 46352.00002 Lexis Charges for 06-04-10 | $694.40 |
| 06/06/2010 | WL | 46352.00002 Westlaw Charges for 06-06-10 | $169.53 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $10.33 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $10.33 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $10.33 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $7.11 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $10.33 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $7.11 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $12.38 |

| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $7.11 |
|---|---|---|---|
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $11.80 |
| 06/07/2010 | FE | 46352.00002 FedEx Charges for 06-07-10 | $31.34 |
| 06/07/2010 | LN | 46352.00002 Lexis Charges for 06-07-10 | $1,935.09 |
| 06/07/2010 | PAC | 46352.00002 PACER Charges for 06-07-10 | $2.72 |
| 06/07/2010 | RE | Reproduction Expense. [E101] Disk reproduction project, D. Hinojosa | $42.00 |
| 06/07/2010 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 06/08/2010 | PAC | 46352.00002 PACER Charges for 06-08-10 | $6.16 |
| 06/08/2010 | PO | Postage [E108] | $10.88 |
| 06/08/2010 | PO | Postage [E108] | $39.79 |
| 06/08/2010 | PO | Postage [E108] | $2.58 |
| 06/08/2010 | RE | (CORR 1708 @0.20 PER PG) | $341.60 |
| 06/09/2010 | PAC | 46352.00002 PACER Charges for 06-09-10 | $4.96 |
| 06/09/2010 | WL | 46352.00002 Westlaw Charges for 06-09-10 | $377.59 |
| 06/10/2010 | LN | 46352.00002 Lexis Charges for 06-10-10 | $986.58 |
| 06/10/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/10/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/10/2010 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 06/10/2010 | RS | Research [E106] GKL Corporate Search Inc, Inv. 0676810-IN, JER | $70.00 |
| 06/11/2010 | LN | 46352.00002 Lexis Charges for 06-11-10 | $40.46 |
| 06/11/2010 | PAC | 46352.00002 PACER Charges for 06-11-10 | $2.40 |
| 06/12/2010 | WL | 46352.00002 Westlaw Charges for 06-12-10 | $182.17 |
| 06/13/2010 | WL | 46352.00002 Westlaw Charges for 06-13-10 | $92.76 |
| 06/14/2010 | FE | 46352.00002 FedEx Charges for 06-14-10 | $10.33 |
| 06/14/2010 | PAC | 46352.00002 PACER Charges for 06-14-10 | $4.80 |
| 06/14/2010 | PO | Postage [E108] | $14.03 |
| 06/14/2010 | PO | Postage [E108] | $1.56 |
| 06/14/2010 | RE | (CORR 391 @0.20 PER PG) | $78.20 |
| 06/14/2010 | RE | (DOC 275 @0.20 PER PG) | $55.00 |
| 06/14/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/14/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 06/14/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 06/14/2010 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | $1.30 |
| 06/14/2010 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | $5.50 |
| 06/14/2010 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | $5.50 |
| 06/14/2010 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | $6.00 |
| 06/15/2010 | FE | 46352.00002 FedEx Charges for 06-15-10 | $9.38 |
| 06/15/2010 | PAC | 46352.00002 PACER Charges for 06-15-10 | $13.04 |
| 06/15/2010 | PO | 46352.00002 :Postage Charges for 06-15-10 | $9.24 |
| 06/15/2010 | PO | 46352.00002 :Postage Charges for 06-15-10 | $12.81 |
| 06/15/2010 | RE | (DOC 168 @0.20 PER PG) | $33.60 |

| | | | |
|---|---|---|---:|
| 06/15/2010 | RE | (NOTC 31 @0.20 PER PG) | $6.20 |
| 06/15/2010 | RE | (NOTC 462 @0.20 PER PG) | $92.40 |
| 06/15/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/15/2010 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 06/15/2010 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 06/15/2010 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 06/16/2010 | FE | 46352.00002 FedEx Charges for 06-16-10 | $16.10 |
| 06/16/2010 | FE | 46352.00002 FedEx Charges for 06-16-10 | $13.08 |
| 06/16/2010 | PO | 46352.00002 :Postage Charges for 06-16-10 | $92.50 |
| 06/16/2010 | RE | (DOC 1015 @0.20 PER PG) | $203.00 |
| 06/16/2010 | RE | (DOC 22 @0.20 PER PG) | $4.40 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 06/16/2010 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | $1.30 |
| 06/16/2010 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 06/16/2010 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | $5.60 |
| 06/16/2010 | WL | 46352.00002 Westlaw Charges for 06-16-10 | $8.53 |
| 06/18/2010 | PAC | 46352.00002 PACER Charges for 06-18-10 | $12.88 |
| 06/19/2010 | WL | 46352.00002 Westlaw Charges for 06-19-10 | $367.08 |
| 06/21/2010 | PAC | 46352.00002 PACER Charges for 06-21-10 | $6.32 |
| 06/22/2010 | PAC | 46352.00002 PACER Charges for 06-22-10 | $11.60 |
| 06/22/2010 | PO | Postage [E108] | $1.39 |
| 06/22/2010 | RE | (CORR 184 @0.20 PER PG) | $36.80 |
| 06/23/2010 | FE | 46352.00002 FedEx Charges for 06-23-10 | $9.78 |
| 06/23/2010 | PAC | 46352.00002 PACER Charges for 06-23-10 | $6.24 |
| 06/23/2010 | PO | Postage [E108] | $1.39 |
| 06/23/2010 | TE | Travel Expense [E110] JIS Travel Exp. | $250.00 |
| 06/25/2010 | PAC | 46352.00002 PACER Charges for 06-25-10 | $2.72 |
| 06/25/2010 | RE | (CORR 288 @0.20 PER PG) | $57.60 |

| 06/25/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/25/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/28/2010 | PAC | 46352.00002 PACER Charges for 06-28-10 | $20.96 |
| 06/29/2010 | PAC | 46352.00002 PACER Charges for 06-29-10 | $19.44 |
| 06/29/2010 | PO | Postage [E108] | $10.56 |
| 06/29/2010 | RE | (CORR 216 @0.20 PER PG) | $43.20 |
| 06/30/2010 | PAC | 46352.00002 PACER Charges for 06-30-10 | $2.48 |

Total Expenses:                                    <strong>$8,568.70</strong>

## *Summary:*

| Total professional services | $52,564.50 |
| Total expenses | $8,568.70 |
| **Net current charges** | $61,133.20 |
| | |
| Net balance forward | $731,676.83 |
| **Total balance now due** | $792,810.03 |

| GFB | Brandt, Gina F. | 0.10 | 575.00 | $57.50 |
| GNB | Brown, Gillian N. | 2.60 | 515.00 | $1,339.00 |
| JER | Rojas, Jorge E. | 9.40 | 205.00 | $1,927.00 |
| JFB | Bass, John F. | 10.70 | 160.00 | $1,712.00 |
| JIS | Stang, James I. | 38.20 | 640.00 | $24,448.00 |
| KHB | Brown, Kenneth H. | 1.20 | 640.00 | $768.00 |
| KLS | Suk, Kati L. | 1.80 | 185.00 | $333.00 |
| MAM | Matteo, Mike A. | 0.20 | 205.00 | $41.00 |
| PES | Singer, Pamela | 42.60 | 515.00 | $21,939.00 |
| | | 106.80 | | $52,564.50 |

## Task Code Summary

|     |     | Hours | Amount |
|-----|-----|------:|-------:|
| AA | Asset Analysis/Recovery[B120] | 23.40 | $7,361.50 |
| AC | Avoidance Actions | 5.20 | $2,840.50 |
| BL | Bankruptcy Litigation [L430] | 30.90 | $15,663.00 |
| CA | Case Administration [B110] | 4.20 | $861.00 |
| CO | Claims Admin/Objections[B310] | 0.80 | $512.00 |
| CP | Compensation Prof. [B160] | 3.50 | $1,306.50 |
| CPO | Comp. of Prof./Others | 4.10 | $2,149.00 |
| GC | General Creditors Comm. [B150] | 2.90 | $1,781.00 |
| IC | Insurance Coverage | 0.50 | $320.00 |
| PD | Plan & Disclosure Stmt. [B320] | 30.70 | $19,523.00 |
| RP | Retention of Prof. [B160] | 0.20 | $41.00 |
| RPO | Ret. of Prof./Other | 0.10 | $51.50 |
| SL | Stay Litigation [B140] | 0.30 | $154.50 |
|     |     | 106.80 | $52,564.50 |

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $100.28 |
| Federal Express [E108] | $293.39 |
| Lexis/Nexis- Legal Research [E | $4,148.60 |
| Outside Services | $50.00 |
| Pacer - Court Research | $129.60 |
| Postage [E108] | $196.73 |
| Reproduction Expense [E101] | $994.80 |
| Reproduction/ Scan Copy | $46.00 |
| Research [E106] | $70.00 |
| Travel Expense [E110] | $250.00 |
| Westlaw - Legal Research [E106 | $2,289.30 |
| | $8,568.70 |

## CERTIFICATE OF SERVICE

I, Patricia Caprilli, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California  90067-4100.

On July 15, 2010, I caused to be served in this action the **NOTICE OF FILING OF FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD JUNE 1, 2010 THROUGH JUNE 30, 2010** by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☑ (BY OVERNIGHT DELIVERY) By sending by Federal Express to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on July 15, 2010, at Los Angeles, California.

_____/s/ Patricia Caprilli_____
Patricia Caprilli

**09-30938-elp11 Notice will be electronically mailed via ECF to:**

JOHN D ALLISON on behalf of Creditor Various unsecured tort claimant creditors including FV, GV and JV
jdallison@eahjlaw.com, lhansen@eahjlaw.com

SUSAN G BOSWELL on behalf of Creditor Catholic Bishop of Northern Alaska
susan.boswell@quarles.com

JAMES S BRUCE on behalf of Interested Party Society of Jesus, Wisconsin Province
james@jordancaplan.com

JEANNE M CHAMBERLAIN on behalf of Interested Party Seattle University
jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com

LAWRENCE R COCK on behalf of Defendant Seattle University
lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com

THOMAS V DULCICH on behalf of Debtor Society of Jesus, Oregon Province
tdulcich@schwabe.com,
sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com

FORD ELSAESSER on behalf of Interested Party Catholic Church Communities of Northern Alaska
felsaesser@ejame.com,
james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com

DANIEL T FASY on behalf of Creditor Various unsecured tort claimant creditors, including J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
daniel@pcvklaw.com, Linnea@pcvklaw.com

JOSEPH A FIELD on behalf of Counter-Defendant American States Insurance Company
joe@fieldjerger.com, koren@fieldjerger.com

SCOTT N GODES on behalf of Counter-Claimant Society of Jesus, Oregon Province
godess@dicksteinshapiro.com

RICHARD D HALTON on behalf of Creditor Two unsecured tort claim creds nos. 568 & 572
rhalton@earthlink.net

LEANDER L JAMES on behalf of Creditor Various unsecured tort claimant creditors, including M.S., A.S., and D.S.
ljames@jvwlaw.net, bonte@jvwlaw.net

ALBERT N KENNEDY on behalf of Interested Party Seattle University
al.kennedy@tonkon.com, leslie.hurd@tonkon.com

COLLEEN KINERK on behalf of Defendant Seattle University
ckinerk@cablelang.com, joanie@cablelang.com

JAMES B KING on behalf of Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
KSchulman@ecl-law.com

TIMOTHY D KOSNOFF on behalf of Creditor Various unsecured tort claimant creditors, including J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
timothy@pcvklaw.com, bernadette@pcvklaw.com

HOWARD M LEVINE on behalf of Debtor Society of Jesus, Oregon Province
howard@sussmanshank.com, janine@sussmanshank.com

PATRICK C MAXCY on behalf of Interested Party American States Insurance Company

JOSEPH M MEIER on behalf of Defendant Roman Catholic Diocese of Boise
jmeier@cosholaw.com, jbean@cosholaw.com

ROBERT B MILLNER on behalf of Interested Party American States Insurance Company
rmillner@sonnenschein.com

JOHNSTON A MITCHELL on behalf of Creditor Catholic Bishop of Northern Alaska
johnstonlaw@comcast.net, coers@comcast.net

JOHN D MUNDING on behalf of Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
munding@crumb-munding.com

JAMES R MURRAY on behalf of Debtor Society of Jesus, Oregon Province
murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com

DANIEL J NEPPL on behalf of Counter-Defendant American States Insurance Company
dneppl@sidley.com, efilingnotice@sidley.com

L MARTIN NUSSBAUM on behalf of Debtor Society of Jesus, Oregon Province
mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com

DOUGLAS R PAHL on behalf of Interested Party Committee of Trust Beneficiaries
dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com

TERESA H PEARSON on behalf of Blank General Curia of the Society of Jesus
teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com

MICHAEL T PFAU on behalf of Creditor Various unsecured tort claimant creditors, including J.E., A.A., M.A., P.K. C.F., J.M., F.V., G.V., and J.V.
michael@pcvklaw.com, Bernadette@pcvklaw.com

ALEX I POUST on behalf of Debtor Society of Jesus, Oregon Province
apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com

HAMID R RAFATJOO on behalf of Creditor Committee Official Committee of Unsecured Creditors
hrafatjoo@venable.com,
jnassiri@venable.com;ataylor@venable.com;bclark@venable.com;revey@venable.com

KENNETH P ROOSA on behalf of Attorney Kenneth Roosa
info@cookeroosa.com

TARA J SCHLEICHER on behalf of Creditor Certain Alaska State Court Plaintiffs
tschleicher@fwwlaw.com, dfallon@fwwlaw.com;ldemeter@fwwlaw.com

DALE H SCHOFIELD on behalf of Creditor J. C. 2
hschofield@msn.com

F MIKE SHAFFER on behalf of Creditor Plaintiffs A.A., M.A., J.E., C.F. P.K., J.M., G.V., J.V., and F.V.
fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com

PAUL J SIEVERS on behalf of Creditor Committee Official Committee of Unsecured Creditors
psievers@manlystewart.com, djohnson@manlystewart.com

PAMELA EGAN SINGER on behalf of Creditor Committee Official Committee of Unsecured Creditors
psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com

BRYAN G SMITH on behalf of Creditor K.M. & Various Tort Claimants
bsmith@tamakilaw.com,
btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com

JAN D SOKOL on behalf of Interested Party American States Insurance Company
jdsokol@lawssg.com

JAMES I STANG on behalf of Creditor Committee Official Committee of Unsecured Creditors
jstang@pszjlaw.com, dhinojosa@pszjlaw.com

THOMAS W STILLEY on behalf of Debtor Society of Jesus, Oregon Province
tom@sussmanshank.com, janine@sussmanshank.com

SUSAN A STONE on behalf of Counter-Defendant American States Insurance Company
sstone@sidley.com, efilingnotice@sidley.com

BRAD T SUMMERS on behalf of Interested Party The Corporation of Gonzaga University, a Washington nonprofit corporation
tsummers@balljanik.com, akimmel@balljanik.com

BLAINE L TAMAKI on behalf of Creditor K.M. & Various Tort Claimants
btamaki@tamakilaw.com, dward@tamakilaw.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

TIMOTHY C WALTON on behalf of Creditor Various unsecured tort claimant creditors, including M.S., A.S., and D.S.
timwalton2000@hotmail.com

JOHN W WEIL on behalf of Debtor Society of Jesus, Oregon Province
bmail@hooplaw.com, tgranados@hooplaw.com

JOHN W WEIL2 on behalf of Defendant Society of Jesus, Oregon Province
bmail@hooplaw.com, tgranados@hooplaw.com


**Served by Federal Express**
Hon. Elizabeth L. Perris
United States Bankruptcy Court
District of Oregon
1001 SW 5th Ave #700
Portland, OR 97204

## Served by Mail

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

Nathan W. Henry
114-A Vista Way
Kennewick, WA 99336

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors,
including FV, GV and JV
Joseph A Blumel
4407 N Division St #900
Spokane, WA 99207

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802

Charlene Rae Sam
c/o John D. Allison
Eymann Allison Hunter Jones
2208 West Second Ave.
Spokane, WA 99201

Counsel for Certain State Court Plaintiffs,
Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

SOJ – Wisconsin Province
Ray F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg. #210
618 West Riverside
Spokane, WA 99201

Roger Hotrum
Doc #923581
POB 2049
Airway Heights, WA 99001

Jerome Darrell Akles
213 SE 192nd Ave. #104
Portland, OR 97233

Mr. Cormac Brissett
P.O. Box 98
St. Crois Falls, WI 54024