DISTRICT OF OREGON
**F I L E D**
August 06, 2010
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Society of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation,<br><br>    Debtor | ) Case No. 09-30938-elp11<br>)<br>) **ORDER GRANTING APPLICATION**<br>) **FOR ORDER AUTHORIZING AND**<br>) **APPROVING THE EMPLOYMENT OF**<br>) **BUSINESS MANAGEMENT**<br>) **INTERNATIONAL AS A CONSULTANT**<br>) **TO THE OFFICIAL COMMITTEE OF**<br>) **UNSECURED CREDITORS NUNC PRO**<br>) **TUNC TO JULY 12, 2010** |

Based upon the Official Committee of Unsecured Creditors' *Application for Order Authorizing and Approving the Employment of Business Management International as a Consultant to the Official Committee of Unsecured Creditors Nunc Pro Tunc to July 12, 2010* (the "Application") [Docket No. 831] and the *Rule 2014 Verified Statement for Proposed Professional* filed contemporaneously therewith, and that Business Management International's ("BMI") employment as consultant to the Official Committee of Unsecured Creditors (the "Committee") hereunder is necessary, and the Court being fully advised with regard to the Application, it is hereby

**ORDERED** that the Committee is authorized to employ BMI as a consultant, effective *nunc pro tunc* to July 12, 2010, on the terms stated in the Application, except as set forth herein;

**IT IS FURTHER ORDERED** that the retention agreement between BMI and the Committee shall provide that it is subject to the Bankruptcy Code;

46352-002\DOCS_SF:73146.2

**IT IS FURTHER ORDERED** that BMI shall be compensated in accordance with the Court's entered order on interim compensation or such other subsequent order on interim or final compensation and that payment to BMI shall, otherwise, be made pursuant to the provisions of the Bankruptcy Code.

# # #

PRESENTED BY:

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Pamela Egan Singer*
─────────────────────────
By: Pamela Egan Singer (OSB 89423)
10100 Santa Monica Blvd., Ste. 1100
Los Angeles, CA 90067
Tel: 415-263-7000
Fax: 415-263-7010
Email: psinger@pszjlaw.com
Attorneys for the Official Committee of Unsecured Creditors

cc: ECF Participants

Parties on Attached List

APPROVED AS TO FORM:

OFFICE OF THE UNITED STATES TRUSTEE

*/s/ Vivienne Popperl*
─────────────────────────
Vivienne Popperl
Office of the United States Trustee
620 SW Main St #213
Portland, OR 97205

SUSSMAN SHANK LLP

*/s/ Thomas Stilley*
─────────────────────────
Thomas Stilley
Howard Levine
1000 SW Broadway #1400
Portland, OR 97205
Attorneys for the Debtor

**SERVICE LIST**

**Parties To Be Served Through ECF**

- JOHN D ALLISON    jdallison@eahjlaw.com, lhansen@eahjlaw.com
- SUSAN G BOSWELL    susan.boswell@quarles.com
- JAMES S BRUCE    james@jordancaplan.com
- JEANNE M CHAMBERLAIN    jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com
- LAWRENCE R COCK    lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com
- THOMAS V DULCICH    tdulcich@schwabe.com, sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com
- FORD ELSAESSER    felsaesser@ejame.com, james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com
- DANIEL T FASY    daniel@pcvklaw.com, Linnea@pcvklaw.com
- JOSEPH A FIELD    joe@fieldjerger.com, koren@fieldjerger.com
- SCOTT N GODES    godess@dicksteinshapiro.com
- RICHARD D HALTON    rhalton@earthlink.net
- LEANDER L JAMES    ljames@jvwlaw.net, bonte@jvwlaw.net
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
- COLLEEN KINERK    ckinerk@cablelang.com, joanie@cablelang.com
- JAMES B KING    KSchulman@ecl-law.com
- TIMOTHY D KOSNOFF    timothy@pcvklaw.com, bernadette@pcvklaw.com
- HOWARD M LEVINE    howard@sussmanshank.com, janine@sussmanshank.com
- PATRICK C MAXCY
- JOSEPH M MEIER    jmeier@cosholaw.com, jbean@cosholaw.com
- ROBERT B MILLNER    rmillner@sonnenschein.com
- JOHNSTON A MITCHELL    johnstonlaw@comcast.net, coers@comcast.net
- JOHN D MUNDING    munding@crumb-munding.com
- JAMES R MURRAY    murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com
- DANIEL J NEPPL    dneppl@sidley.com, efilingnotice@sidley.com
- L MARTIN NUSSBAUM    mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- TERESA H PEARSON    teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com
- MICHAEL T PFAU    michael@pcvklaw.com, Bernadette@pcvklaw.com
- HAMID R RAFATJOO    hrafatjoo@venable.com, jnassiri@venable.com;ataylor@venable.com;bclark@venable.com;revey@venable.com
- KENNETH P ROOSA    info@cookeroosa.com
- TARA J SCHLEICHER    tschleicher@fwwlaw.com, dfallon@fwwlaw.com;ldemeter@fwwlaw.com
- DALE H SCHOFIELD    hschofield@msn.com
- F MIKE SHAFFER    fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com
- PAUL J SIEVERS    psievers@manlystewart.com, djohnson@manlystewart.com
- PAMELA EGAN SINGER    psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com
- BRYAN G SMITH    bsmith@tamakilaw.com, btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com
- JAN D SOKOL    jdsokol@lawssg.com
- JAMES I STANG    jstang@pszjlaw.com, dhinojosa@pszjlaw.com
- THOMAS W STILLEY    tom@sussmanshank.com, janine@sussmanshank.com
- SUSAN A STONE    sstone@sidley.com, efilingnotice@sidley.com
- BRAD T SUMMERS    tsummers@balljanik.com, akimmel@balljanik.com

- BLAINE L TAMAKI    btamaki@tamakilaw.com, dward@tamakilaw.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- TIMOTHY C WALTON    timwalton2000@hotmail.com
- JOHN W WEIL    bmail@hooplaw.com, tgranados@hooplaw.com
- JOHN W ^WEIL2    bmail@hooplaw.com, tgranados@hooplaw.com

**Parties Served via US Mail**

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

Nathan W. Henry
114-A Vista Way
Kennewick, WA 99336

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors,
including FV, GV and JV
Joseph A Blumel
4407 N Division St #900
Spokane, WA 99207

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802

Charlene Rae Sam
c/o John D. Allison
Eymann Allison Hunter Jones
2208 West Second Ave.
Spokane, WA 99201

Counsel for Certain State Court Plaintiffs,
Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

SOJ – Wisconsin Province
Ray F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg. #210
618 West Riverside
Spokane, WA 99201

Roger Hotrum
Doc #923581
POB 2049
Airway Heights, WA 99001

Jerome Darrell Akles
213 SE 192nd Ave. #104
Portland, OR 97233

Mr. Cormac Brissett
P.O. Box 98
St. Crois Falls, WI 54024