Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No.: 09-30938-elp |
| Society of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation, | Chapter 11 |
| Debtor | **ORDER APPROVING STIPULATION WITH RESPECT TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INCREASE LIMIT OF COMPENSATION WITH RESPECT TO LECG, LLC** |

This matter came before the Court upon the *Motion of the Official Committee of Unsecured Creditors to Increase Limit of Compensation With Respect to LECG, LLC,* (the "Second LECG Cap Motion"), filed on July 28 ,2010 [Docket No. 857] and the *Stipulation With Respect to Motion of the Official Committee of Unsecured Creditors to Increase Limit of Compensation With Respect to LECG, LLC* (the "Stipulation") [Docket No. 885]. Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Second LECG Cap Motion or the Stipulation. The Court having reviewed the Stipulation, and good cause appearing therefore,

IT IS ORDERED as follows:

1. The Stipulation is approved and the Second LECG Cap Motion is granted.

46352-002\DOCS_SF:73530.1

2. The LECG CAP is hereby increased by $100,000 to a total of $300,000 retroactive to the date at which LECG's fees and expenses reached $200,000.

####

IT IS SO STIPULATED::

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Pamela E. Singer*
James I. Stang (CA Bar No. 94435) )
Pamela Egan Singer (OR Bar No. 89423)
Attorneys for Official Committee of
Unsecured Creditors

SUSSMAN SHANK LLP

*/s/ Thomas W. Stilley*
Howard M. Levine (OSB No. 8073)
Thomas W. Stilley (OSB No. 88316)
Attorneys for Society of Jesus, Oregon
Province, the Debtor and Debtor in
Possession

cc:   ECF Participants
      Attached List

# SERVICE LIST

| | | |
|---|---|---|
| Michel Yves Horton<br>Paul A. Richler<br>David Sean Cox<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132 | Securities and Exchange Commission<br>SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549 | Michelle Menely<br>Gordon Thomas Honeywell Malanca Peterson<br>600 University Street, Suite 2100<br>Seattle, WA 98101-4185 |
| Various unsecured tort claimant creditors<br>ANDREW M CHASAN<br>Chasan & Walton<br>POB 1069<br>Boise, ID 83701 | Cormac Brissett<br>PO Box 98<br>St. Crois Falls, WI 54024 | Society of Jesus, Rome<br>c/o Robert E. Ganja<br>The Northern Trust Co of Illinois<br>50 S. LaSalle Street<br>Chicago, IL 60675 |
| Jesuit Conference, Inc.<br>Rev. Thomas P. Gaunt, S.J.<br>1016 – 16th St. NW, Suite 400<br>Washington, DC 20036 | Frederick J Odsen<br>James M. Gorski<br>Hughes Pfiffner Gorski Seedorf & Odsen<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503 | John C. Manly<br>Rebecca L. Rhoades<br>Manly & Stewart<br>4220 Von Karman Avenue, Suite 200<br>Newport Beach, CA 92660 |
| David Henderson<br>P.O. Box 2441<br>135 Ridgecrest<br>Bethel, AK 99559 | Florence Kenney, Eric Olson<br>Ken Roosa<br>Cooke Roosa LLC<br>3700 Jewel Lake Road<br>Anchorage, AK 99502 | Sean E. Brown<br>Power and Brown, LLC<br>PO Box 1809<br>Bethel, AK 99559 |
| Delores Kilongak<br>Jim Valcarce<br>Valcarce Law Office, LLC<br>P.O. Box 409<br>900 3rd Avenue<br>Bethel, AK 99559 | H. Douglas Spruance III<br>Feltman, Gebhardt Greer & Zeimantz<br>1400 Paulsen Center<br>421 West Riverside Avenue<br>Spokane, WA 99201 | Julio K. Morales<br>Morales Law Office<br>212 W. Spruce Street<br>Missoula, MT 59802 |
| Various Unsecured Tort Claimant Creditors, including FV, GV and JV<br>Joseph A Blumel<br>4407 N Division St #900<br>Spokane, WA 99207 | Kasey C. Nye<br>Quarles & Brady LLP<br>One S. Church Street, Suite 1700<br>Tucson, Arizona 85701 | SOJ – Wisconsin Province<br>Ray F. Clary<br>Etter McMahon Lamberson Clary<br>Bank of Whitman Bldg. #210<br>618 West Riverside<br>Spokane, WA 99201 |
| Charlene Rae Sam<br>c/o John D. Allison<br>Eymann Allison Hunter Jones<br>2208 West Second Ave.<br>Spokane, WA 99201 | Counsel for Certain State Court Plaintiffs, Creditors of the Debtors<br>Breck Barton<br>Breck Barton & Associates P.A.<br>P.O. Box 100<br>Rexburg, ID 83440 | Mr. Cormac Brissett<br>P.O. Box 98<br>St. Crois Falls, WI 54024 |
| Roger Hotrum<br>Doc #923581<br>POB 2049<br>Airway Heights, WA 99001 | Jerome Darrell Akles<br>213 SE 192nd Ave. #104<br>Portland, OR 97233 | LECG, LLC<br>R. Todd Neilson<br>2049 Century Park East - Suite 2300<br>Los Angeles, California 90067 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA