James I. Stang (CA Bar No. 94435)
Pamela Egan Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Attorneys for the Official Committee of Unsecured
Creditors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

SOCIETY OF JESUS, OREGON PROVINCE, an Oregon domestic nonprofit religious corporation,

Debtor

Case No.: 09-30938-elp11

**NOTICE OF FILING OF FEE STATEMENT OF BUSINESS MANAGEMENT INTERNATIONAL, INC. FOR THE PERIOD JULY 1, 2010 THROUGH JULY 31, 2010**

**PLEASE TAKE NOTICE** that pursuant to the *Order Establishing Procedures for Payment of Interim Professional Fees and Expenses on a Monthly Basis* [Docket No. 193] (the "Fee Procedures Order"), Business Management International, Inc. ("BMI"), computer software consultants for the Official Committee of Unsecured Creditors (the "Creditors Committee"), attaches its fee statement which covers the period July 1, 2010 through July 31, 2010 (the "Fee Statement").[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Fee Procedures Order.

Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is as follows:

1. On or before the 15th day of each month, any of the Professionals seeking payment from the bankruptcy estate may submit to the Debtor a statement for fees and expenses incurred in the previous month or earlier.

---

[1] Pursuant to the Fee Procedure Order, LECG reserves its right to seek compensation at an hourly rate higher than that reflected in this Fee Statement. The submission of this Fee Statement should not be deemed a waiver of any rights by LECG under any applicable law or local bankruptcy rule, including LBR 2016-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Oregon.

NOTICE OF FILING FEE STATEMENT OF LECG

-1-

46352-002\DOCS_SF:75114.1

2.  Any party-in-interest who objects to payment of a particular statement shall, within fifteen days from the date of the filing of the Fee Statement, object to the Fee Statement. Any party in interest who objects to a Fee Statement shall file with the Court and serve on the professional requesting payment and (a) the attorneys for the Debtor (except for any special counsel to the Debtor); (b) the attorneys and chairperson of the Committee; (c) the United States Trustee; and (d) all parties requesting special notice (collectively, the "Notice Parties"), a written objection to all or part of the fees or expenses requested in the statement. In the event an objection is filed, the Debtor shall only pay that portion of the fees and expenses which are not the subject of the objection. The Debtor shall not pay the remainder of such Fee Statement without further order of the Court. The Professional to whose fees an objection was filed may set the matter for a hearing.

3.  If a timely objection is not filed, either (a) the Debtor shall, pursuant to its normal accounts payable procedures for its monthly statements, pay or (b) the professional shall apply any unexhausted retainer in its possession to pay, 80% of the fees and 100% of the expenses requested in such statement. If applicable, fees and expenses shall first be paid from a retainer balance before they are paid by the Debtor.

4.  Neither the failure to object to nor the payment or nonpayment of any portion of the requested monthly interim compensation and expenses shall bind any creditor, party-in-interest, or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses.

5.  In this fee statement covering the period July 1, 2010 through July 31, 2010, the time expended on this matter by BMI resulted in $1,560.00 in fees and $0.00 in expenses, for a total of $1,560.00. *See* **Exhibit A** hereto for the itemized detail of the time expended and expenses incurred. If a timely objection is not filed, the Debtor shall pay LECG the sum of $1,248.00 (which is 80% of the fees expended, plus 100% of the expenses incurred) or such other sum as is authorized under the Fee Procedures Order.

6.  The balance of $312.00 (or such higher amounts as may be applicable due to the Debtor's inability to pay the fees and expenses requested herein) represents the "hold-back" for

which LECG will seek payment in its final fee application, or at such other time as may be authorized by the Court.

Dated:  December 14, 2010        PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ *Pamela Egan Singer*
James I. Stang (CA Bar No. 94435)
Pamela Egan Singer (OSB 89423)
PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for Official Committee of Unsecured Creditors

# Exhibit A



**Business Management International, Inc.**
529 W. 42 St., 4th Floor, Suite L
New York, NY 10036
(888) 580 8382
www.bmiusa.com

 **46201**

| | |
|---|---|
| Invoice Date: | 08/31/10 |
| Terms: | |
| Due Date: | 08/31/10 |
| Customer PO No.: | |
| Job No.: | |
| Memo: | SOJOP Matter - Data Analysis |
| Page: | 1 |

Pachulski S Z & J LLP
James I. Stang, Esquire
10100 Santa Monica Blvd
11th FL
Los Angeles, CA  90067

| Consultant | Description | Date of Service | Reference No. | Hours | Rate | Extension |
|---|---|---|---|---|---|---|
| LL | Implementation Consulting<br>    Reviewing and editing court documents. | 07/12/10 | | 0.50 | 200.00 | 100.00 |
| SADAMS | Implementation Consulting<br>    Restore SQL database backup of Great Plains accounting data.  Verify that necessary data is included. | 07/12/10 | | 1.00 | 200.00 | 200.00 |
| SADAMS | Implementation Consulting<br>    Begin analysis of Great Plains data. Create Excel spreadsheets of Chart of Accounts and General Ledger activity. | 07/13/10 | | 4.00 | 200.00 | 800.00 |
| SADAMS | Implementation Consulting<br>    Create Excel spreadsheets of Check Register data, AP transactions with distributions and AR transactions with distributions | 07/14/10 | | 0.80 | 200.00 | 160.00 |
| SADAMS | Implementation Consulting<br>    Create Excel spreadsheets of Check Register data, AP transactions with distributions and AR transactions with distributions | 07/15/10 | | 1.00 | 200.00 | 200.00 |
| SADAMS | Implementation Consulting<br>    Provide customer data, review Accounts Receivable transaction data. | 07/19/10 | | 0.50 | 200.00 | 100.00 |

| | |
|---|---:|
| Subtotal: | 1,560.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **1,560.00** |

If you have any questions regarding this invoice, please contact Accounts Receivable within 15 days. Phone: (888) 580-8382

## CERTIFICATE OF SERVICE

I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California, 94111.

On December 14, 2010, I caused to be served in this action the

**NOTICE OF FILING OF FEE STATEMENT OF LECG, LLC FOR THE PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010**

by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on December 14, 2010, at San Francisco, California.

                                                 */s/ Kati L. Suk*
                                                    Kati L. Suk

**Parties Served Through ECF**

- **09-30938-elp11 Notice will be electronically mailed via ECF to:**

  JOHN D ALLISON    jdallison@eahjlaw.com, lhansen@eahjlaw.com
- SUSAN G BOSWELL    susan.boswell@quarles.com
- JAMES S BRUCE    james@jordancaplan.com
- JEANNE M CHAMBERLAIN    jeanne.chamberlain@tonkon.com, leslie.hurd@tonkon.com
- LAWRENCE R COCK    lrc@cablelang.com, jschiewe@cablelang.com;joanie@cablelang.com
- THOMAS V DULCICH    tdulcich@schwabe.com, sslattery@schwabe.com;cbryan@schwabe.com;docket@schwabe.com;cgray@schwabe.com
- FORD ELSAESSER    felsaesser@ejame.com, james@ejame.com;brucea@ejame.com;hscott@ejame.com;darla@ejame.com;ford@ejame.com
- DANIEL T FASY    daniel@pcvklaw.com, Linnea@pcvklaw.com
- JOSEPH A FIELD    joe@fieldjerger.com, koren@fieldjerger.com
- SCOTT N GODES    godess@dicksteinshapiro.com
- RICHARD D HALTON    rhalton@earthlink.net
- LEANDER L JAMES    ljames@jvwlaw.net, bonte@jvwlaw.net
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;larissa.stec@tonkon.com
- COLLEEN KINERK    ckinerk@cablelang.com, joanie@cablelang.com
- JAMES B KING    KSchulman@ecl-law.com
- TIMOTHY D KOSNOFF    timothy@pcvklaw.com, bernadette@pcvklaw.com
- HOWARD M LEVINE    howard@sussmanshank.com, janine@sussmanshank.com
- PATRICK C MAXCY
- JOSEPH M MEIER    jmeier@cosholaw.com, jbean@cosholaw.com
- ROBERT B MILLNER    robert.millner@snrdenton.com
- JOHNSTON A MITCHELL    johnstonlaw@comcast.net, coers@comcast.net
- JOHN D MUNDING    munding@crumb-munding.com
- JAMES R MURRAY    murrayj@dicksteinshapiro.com, priceb@dicksteinshapiro.com
- DANIEL J NEPPL    dneppl@sidley.com, efilingnotice@sidley.com
- L MARTIN NUSSBAUM    mnussbaum@rothgerber.com, klutterschmidt@rothgerber.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- TERESA H PEARSON    teresa.pearson@millernash.com, lisa.conrad@millernash.com
- MICHAEL T PFAU    michael@pcvklaw.com, Bernadette@pcvklaw.com
- ALEX I POUST    apoust@schwabe.com, docket@schwabe.com
- HAMID R RAFATJOO    hrafatjoo@venable.com, jnassiri@venable.com;ataylor@venable.com;bclark@venable.com;revey@venable.com
- KENNETH P ROOSA    info@cookeroosa.com
- DALE H SCHOFIELD    hschofield@msn.com
- F MIKE SHAFFER    fshaffer@gth-law.com, klarkin@gth-law.com;ksnyder@gth-law.com
- PAUL J SIEVERS    psievers@manlystewart.com, djohnson@manlystewart.com
- PAMELA EGAN SINGER    psinger@pszjlaw.com, pjeffries@pszjlaw.com;ksuk@pszjlaw.com
- BRYAN G SMITH    bsmith@tamakilaw.com, btamaki@tamakilaw.com;bonnilee@tamakilaw.com;dward@tamakilaw.com;tschleicher@fwwlaw.com
- JAN D SOKOL    jdsokol@lawssg.com
- H DOUGLAS SPRUANCE    hds@fggzlaw.com, carol@spruancelaw.com
- JAMES I STANG    jstang@pszjlaw.com, dhinojosa@pszjlaw.com
- THOMAS W STILLEY    tom@sussmanshank.com, janine@sussmanshank.com
- SUSAN A STONE    sstone@sidley.com, efilingnotice@sidley.com
- BRAD T SUMMERS    tsummers@balljanik.com, akimmel@balljanik.com
- BLAINE L TAMAKI    btamaki@tamakilaw.com, dward@tamakilaw.com

- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- TIMOTHY C WALTON    timwalton2000@hotmail.com
- JOHN W WEIL    bmail@hooplaw.com, tgranados@hooplaw.com
- JOHN W ^WEIL2    bmail@hooplaw.com, tgranados@hooplaw.com

**Parties Served via US Mail**

| | | |
|---|---|---|
| Michel Yves Horton<br>Paul A. Richler<br>David Sean Cox<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Ave, 22nd Fl.<br>Los Angeles, CA 90071-3132 | Securities and Exchange Commission<br>SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549 | Michelle Menely<br>Gordon Thomas Honeywell Malanca Peterson<br>600 University Street, Suite 2100<br>Seattle, WA 98101-4185 |
| Various unsecured tort claimant creditors<br>ANDREW M CHASAN<br>Chasan & Walton<br>POB 1069<br>Boise, ID 83701 | Cormac Brissett<br>PO Box 98<br>St. Crois Falls, WI 54024 | Society of Jesus, Rome<br>c/o Robert E. Ganja<br>The Northern Trust Co of Illinois<br>50 S. LaSalle Street<br>Chicago, IL 60675 |
| Jesuit Conference, Inc.<br>Rev. Thomas P. Gaunt, S.J.<br>1016 – 16th St. NW, Suite 400<br>Washington, DC 20036 | Frederick J Odsen<br>James M. Gorski<br>Hughes Pfiffner Gorski Seedorf & Odsen<br>3900 C Street, Suite 1001<br>Anchorage, AK 99503 | John C. Manly<br>Rebecca L. Rhoades<br>Manly & Stewart<br>4220 Von Karman Avenue, Suite 200<br>Newport Beach, CA 92660 |
| David Henderson<br>P.O. Box 2441<br>135 Ridgecrest<br>Bethel, AK 99559 | Florence Kenney, Eric Olson<br>Ken Roosa<br>Cooke Roosa LLC<br>3700 Jewel Lake Road<br>Anchorage, AK 99502 | Sean E. Brown<br>Power and Brown, LLC<br>PO Box 1809<br>Bethel, AK 99559 |
| Delores Kilongak<br>Jim Valcarce<br>Valcarce Law Office, LLC<br>P.O. Box 409<br>900 3rd Avenue<br>Bethel, AK 99559 | H. Douglas Spruance III<br>Feltman, Gebhardt Greer & Zeimantz<br>1400 Paulsen Center<br>421 West Riverside Avenue<br>Spokane, WA 99201 | Julio K. Morales<br>Morales Law Office<br>212 W. Spruce Street<br>Missoula, MT 59802 |
| Various Unsecured Tort Claimant Creditors, including FV, GV and JV<br>Joseph A Blumel<br>4407 N Division St #900<br>Spokane, WA 99207 | Kasey C. Nye<br>Quarles & Brady LLP<br>One S. Church Street, Suite 1700<br>Tucson, Arizona 85701 | SOJ – Wisconsin Province<br>Ray F. Clary<br>Etter McMahon Lamberson Clary<br>Bank of Whitman Bldg. #210<br>618 West Riverside<br>Spokane, WA 99201 |
| Charlene Rae Sam<br>c/o John D. Allison<br>Eymann Allison Hunter Jones<br>2208 West Second Ave.<br>Spokane, WA 99201 | Counsel for Certain State Court Plaintiffs, Creditors of the Debtors<br>Breck Barton<br>Breck Barton & Associates P.A.<br>P.O. Box 100<br>Rexburg, ID 83440 | Mr. Cormac Brissett<br>P.O. Box 98<br>St. Crois Falls, WI 54024 |
| Roger Hotrum<br>Doc #923581<br>POB 2049<br>Airway Heights, WA 99001 | Jerome Darrell Akles<br>213 SE 192nd Ave. #104<br>Portland, OR 97233 | |