UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                   )
                                        )  Case No. _____
                                        )
                                        )
                                        )  APPLICATION FOR
                                        )      INTERIM    FINAL (**Mark ONE**)
                                        )  PROFESSIONAL COMPENSATION
Debtor(s)                               )

    The applicant, _____, has performed professional services as a(n) _____ for the period from _____ to _____. Pursuant to 11 USC §§330 or 331, and LBR 2016-1, the applicant, by and through the undersigned, applies for compensation as marked above, and certifies the following is true and correct:

    1. The applicant has received the following pre-filing compensation (indicate date, amount, payor, payor's relation to case, and description of all monies and any other consideration received):

    2. Applicant requests allowance of compensation for:  Professional Services of $_____; Expenses of $_____; for a Total of $_____.

    3. [If applicable] Applicant was appointed by court order entered on _____, per an Application for Employment filed on _____. The employment order did not specify a rate of compensation except as follows:

    4. Applicant's prior requests for compensation in this case are as follows:

| Date of Application | Amount Requested | | Amount Allowed | | Amount Received | | Payment Source |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |

TOTALS:  $_____  $_____   $_____ $_____  $_____  $_____

345 (10/15/08) **Page 1 of 2**

5. The applicant has not shared or agreed to share any compensation received or to be received for services rendered in connection with this case, except with a regular member, partner, or associate of Applicant's firm.

6. The rate of compensation, number of hours and requested fee for each person included in this application are summarized as follows:

| Timekeeper (name & initials) | Title | Hourly Rate | Number Of Hours | Requested Fee |
|---|---|---|---|---|
| | | | | |

7. [Schedules A, B & C apply only if compensation is sought under 11 USC §§330 or 331] Attached and incorporated herein by reference are the following schedules (check those that apply):

Schedule A - A narrative summary of services provided including total hours and resulting benefits to the estate of each activity category. [Preferred, but only mandatory if application exceeds $3,000.]

Schedule B - [If this is the First Application for Compensation] A brief narrative and itemization detailing all case-related PRE-PETITION fees. [Itemization mandatory; narrative mandatory if compensation requested exceeds $3,000.]

Schedule C - An itemized billing setting forth a description of each event, including the date, amount of time spent, and name of the person performing each event. [**Mandatory**]

8. Applicant requests the following expense reimbursement: a. A total of $_____ for expenses that fall within the limits set forth in LBR 2016-1 (no itemization required); AND b. Other (describe each in detail):

9. ADDITIONAL REQUIREMENTS for INTERIM compensation application: (a) a current Interim Report, on LBF #753 for Chapter 7 cases or LBF #1153 for Chapter 11 cases, must be filed with the court before this Application is filed; AND (b) a completed and served Notice of Intent to Compensate Professional(s) using LBF #753.40 must be filed, and linked to each pertinent Application if filed electronically, before the Application will be considered by the court.

DATED: _____

_____
Signature

_____
Signer's Name, Relation to Applicant, and Phone #

_____
Address

345 (10/15/08) **Page 2 of 2**

_____

# SCHEDULE A

FINAL APPLICATION FOR CH. 11 PROFESSIONAL COMPENSATION
*In re Society of Jesus, Oregon Province, and Oregon domestic nonprofit religious corporation,*
U.S. Bankruptcy Court
District of Oregon

Case No. 09-30938-elp11

During the Application Period, the Future Claimants Representative ("FCR") and other CRG Partners Group LLC ("CRG") professionals expended a total of 1,769.50 hours for which approval is being sought.

The following summary of services rendered during the Application Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in the monthly statements filed with this Court. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered, as well as to identify some of the issues that the FCR and CRG were required to address

   A. <u>Application to Employ</u>

   Fees: $6,754.50 Total Hours: 17.10

   Entries in this category relate to the employment of CRG professionals. During the Application Period, the FCR and CRG devoted time to working with the Debtors' and the Unsecured Creditor's Committee counsels in preparing and reviewing the FCR's and CRG's employment application, preparing affidavit of disinterestedness and performing conflict research.

   B. <u>Case Administration</u>

   Fees: $4,947.00 Total Hours: 11.50

   Entries in this category include services rendered in performing the necessary administrative duties to manage the FCR's participation in this bankruptcy case.

   C. <u>Claims</u>

   Fees: $609,490.50 Total Hours: 1,503.50

Entries in this category comprise the bulk of the effort associated with fulfilling the requirements of the FCR. These efforts include:

i. Research into similar cases and the literature relating to child abuse, child abuse reporting and other relevant behavioral studies;

ii. Research related to the estimation of the potential pool of claimants, including accessing and compiling census data; preparing data request of Debtor for historical records relating to Jesuit institutions (geography, demographic, scholastic enrollment, etc.) and other church and historical records for each state encompassed by the Province;

iii. Statistical analysis relating to modeling and understanding reporting latency probabilities and distributions;

iv. Analysis of existing filed claims, reconciliation of claims register and categorization of filed claims by nature of abuse, locality and decade of abuse;

v. Categorization and analysis of previously resolved claims by nature of abuse, locality and decade of abuse;

vi. Statistical analysis relating to estimation of Future Claims including regression analysis, confidence interval estimation and summarization of Future Claims by nature of abuse and by state;

vii. Limitation of Future claims based upon individual state statutes of limitations regarding child abuse, physical and sexual;

viii. Summarization and documentation of methodology for presentation to other interested parties including the Debtor, the Committee, the Insurers, and the Court appointed mediator;

ix. Participation in mediation conferences with the Committee, Debtor and Insurers;

x. Negotiations with the Committee relating to the treatment of Future Claims under a mutually agreeable Plan of Reorganization; and

  xi. Various financial sensitivity analyses supporting negotiations of treatment of Future Claims under the Plan of reorganization including the development of a methodology for the allocation of proceeds to Future Claimants over time.

Additionally included in this category, is any interaction with the Debtor, the Committee, the Insurers, the Court appointed mediator and their respective counsel and advisors.

D. <u>Fee Application</u>

Fees: $8,858.00 Total Hours: 36.10

  This category includes time spent by the FCR and CRG for services rendered in relation to the preparation of CRG's monthly fee statements. Additionally, efforts regarding preparation and review of detailed time and expense summaries.

E. <u>Plan Issues</u>

Fees: $22,760.50 Total Hours: 51.10

  This category includes services rendered in connection with the development of a Plan of Reorganization and related Disclosure Statement, including reviewing, negotiating and composing language associated with the plan documents and the treatment of Future Claims under the Plan.

F. <u>Travel</u>

Fees: $34,494.50 Total Hours: 150.20

For each professional incurring travel time, CRG charges clients at half of that professional's current billing rate. According to CRG's customary practice travel time is computed from the time the individual leaves the location from which he or she departs until arrival at the designated work location, and is billed based on the individual's then-current billing rate. In this particular matter, the FCR's and CRG's travel costs consist of trips to Portland, OR and Reno, NV for mediation conferences

# EXHIBIT 1

Prior Requests for Compensation

| Time Period | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed | Total Fees & Expenses | Payments Received | Balance Due |
|---|---:|---:|---:|---:|---:|---:|---:|
| 7/29/09-8/31/09 | $90,288.00 | 0.00 | $90,288.00 | 0.00 | 90,288.00 | (72,230.40) | 18,057.60 |
| 10/1/09-10/31/09 | $25,157.00 | 0.00 | $25,157.00 | 0.00 | 25,157.00 | (25,157.00) | 0.00 |
| 11/1/09-11/30/09 | $28,849.50 | 82.55 | $28,849.50 | 82.55 | 28,932.05 | (17,609.19) | 11,322.86 |
| 12/1/09-12/31/09 | $55,392.00 | 0.00 | $55,392.00 | 0.00 | 55,392.00 | (39,109.46) | 16,282.54 |
| 1/1/10-1/31/10 | $60,072.00 | 0.00 | $60,072.00 | 0.00 | 60,072.00 | (35,465.00) | 24,607.00 |
| 2/1/10-2/28/10 | $68,590.50 | $4,568.30 | $68,590.50 | $4,568.30 | 73,158.80 | (22,704.50) | 50,454.30 |
| 3/1/10-3/31/10 | $70,915.50 | $1,471.41 | $70,915.50 | $1,471.41 | 72,386.91 | (16,754.03) | 55,632.88 |
| 4/1/10-4/30/10 | $68,329.25 | $1,257.58 | $68,329.25 | $1,257.58 | 69,586.83 | (23,945.23) | 45,641.60 |
| 5/1/10-5/31/10 | $50,777.50 | $327.17 | $50,777.50 | $327.17 | 51,104.67 | (18,057.60) | 33,047.07 |
| 6/1/10-6/30/10 | $11,518.00 | $0.00 | $11,518.00 | $0.00 | 11,518.00 | (6,617.27) | 4,900.73 |
| 7/1/10-7/31/10 | $22,763.00 | $0.00 | $22,763.00 | $0.00 | 22,763.00 | (9,516.98) | 13,246.02 |
| 8/1/10-8/31010 | $15,113.50 | $2,322.59 | $15,113.50 | $2,322.59 | 17,436.09 | (15,760.75) | 1,675.34 |
| 9/1/10-9/30/10 | $16,962.25 | $2,629.10 | $16,962.25 | $2,629.10 | 19,591.35 | (7,303.19) | 12,288.16 |
| 10/1/10-10/31/10 | $10,334.00 | $0.00 | $10,334.00 | $0.00 | 10,334.00 | (9,081.50) | 1,252.50 |
| 11/1/10-11/30/10 | $14,975.00 | $0.00 | $14,975.00 | $0.00 | 14,975.00 | (2,723.47) | 12,251.53 |
| 12/1/10-12/31/10 | $2,706.00 | $0.00 | $2,706.00 | $0.00 | 2,706.00 | 0.00 | 2,706.00 |
| 1/1/11-1/31/11 | $16,352.00 | $0.00 | $16,352.00 | $0.00 | 16,352.00 | (12,970.05) | 3,381.95 |
| 2/1/11-2/28/11 | $12,828.00 | $0.00 | $12,828.00 | $0.00 | 12,828.00 | (12,372.49) | 455.51 |
| 3/1/11-3/31/11 | $12,558.50 | $3,896.67 | $12,558.50 | $3,896.67 | 16,455.17 | 0.00 | 16,455.17 |
| 4/1/11-4/30/11 | $3,393.00 | $0.00 | $3,393.00 | $0.00 | 3,393.00 | (1,447.72) | 1,945.28 |
| 5/1/11-5/31/11 | $3,086.00 | $0.00 | $3,086.00 | $0.00 | 3,086.00 | 0.00 | 3,086.00 |
| 6/1/11- /30/11 | $2,171.50 | $0.00 | $2,171.50 | $0.00 | 2,171.50 | 0.00 | 2,171.50 |
| 7/1/11-7/31/11 | $3,130.50 | $0.00 | $3,130.50 | $0.00 | 3,130.50 | 0.00 | 3,130.50 |
|  | 666,262.50 | 16,555.37 | 666,262.50 | 16,555.37 | 682,817.87 | (348,825.83) | **333,992.04** |

# CERTIFICATE OF SERVICE

I, Diane H. Hinojosa, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California.

I certify that on September 12, 2011, I served, **via first class mail,** a full and correct copy of the foregoing **Application for Final Professional Compensation** on the parties of record, addressed as follows:

**See attached service list.**

I also certify that on September 12, 2011, I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on September 12, 2011, at Los Angeles, California.

                                          ___/s/_*Diane H. Hinojosa*__
                                                Diane H. Hinojosa

Michel Yves Horton
Paul A. Richler
David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC 20549

Michelle Menely
Gordon Thomas Honeywell Malanca Peterson
600 University Street, Suite 2100
Seattle, WA 98101-4185

Various unsecured tort claimant creditors
ANDREW M CHASAN
Chasan & Walton
POB 1069
Boise, ID 83701

Cormac Brissett
Loyola Jesuit House
6234 North Kenmore Avenue
Chicago, IL 60660-2101

Society of Jesus, Rome
c/o Robert E. Ganja
The Northern Trust Co of Illinois
50 S. LaSalle Street
Chicago, IL 60675

Jesuit Conference, Inc.
Rev. Thomas P. Gaunt, S.J.
1016 – 16th St. NW, Suite 400
Washington, DC 20036

Frederick J Odsen
James M. Gorski
Hughes Pfiffner Gorski Seedorf & Odsen
3900 C Street, Suite 1001
Anchorage, AK 99503

David Henderson
P.O. Box 2441
135 Ridgecrest
Bethel, AK 99559

Florence Kenney, Eric Olson
Ken Roosa
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502

John C. Manly
Rebecca L. Rhoades
Manly & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

Delores Kilongak
Jim Valcarce
Valcarce Law Office, LLC
P.O. Box 409
900 3rd Avenue
Bethel, AK 99559

H. Douglas Spruance III
Feltman, Gebhardt Greer & Zeimantz
1400 Paulsen Center
421 West Riverside Avenue
Spokane, WA 99201

Sean E. Brown
Power and Brown, LLC
PO Box 1809
Bethel, AK 99559

Various Unsecured Tort Claimant Creditors,
including FV, GV and JV
Joseph A Blumel
4407 N Division St #900
Spokane, WA 99207

Kasey C. Nye
Quarles & Brady LLP
One S. Church Street, Suite 1700
Tucson, Arizona 85701

Julio K. Morales
Morales Law Office
212 W. Spruce Street
Missoula, MT 59802

Charlene Rae Sam
c/o John D. Allison
Eymann Allison Hunter Jones
2208 West Second Ave.
Spokane, WA 99201

Counsel for Certain State Court Plaintiffs,
Creditors of the Debtors
Breck Barton
Breck Barton & Associates P.A.
P.O. Box 100
Rexburg, ID 83440

SOJ – Wisconsin Province
Ray F. Clary
Etter McMahon Lamberson Clary
Bank of Whitman Bldg. #210
618 West Riverside
Spokane, WA 99201

Roger Hotrum
Doc #923581
POB 2049
Airway Heights, WA 99001

Jerome Darrell Akles
213 SE 192nd Ave. #104
Portland, OR 97233

Mr. Cormac Brissett
P.O. Box 98
St. Crois Falls, WI 54024